No. 24-13590

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DELTONA TRANSFORMER CORPORATION,

*Plaintiff-Appellee*,

v.

THE NOCO COMPANY,

*Defendant-Appellant.*

_____

On Appeal from the United States District Court
for the Middle District of Florida, Hon. Carlos E. Mendoza
Case No. 6:19-cv-00308-CEM-LHP

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| Meredith M. Wilkes<br>JONES DAY<br>901 Lakeside Ave.<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>mwilkes@jonesday.com | Gregory A. Castanias<br>Amelia A. DeGory<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>gcastanias@jonesday.com |

*Counsel for Defendant-Appellant*

(*additional counsel listed on signature page*)

# CERTIFICATE OF INTERESTED PERSONS

As required by Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-1(a), Defendant-Appellant The NOCO Company provides this Certificate of Interested Persons and Corporate Disclosure Statement. The following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this appeal:

1. Castanias, Gregory A. (Counsel for Defendant-Appellant).

2. Cercone, Kristina K. (Counsel for Defendant-Appellant).

3. Chediak, Camila (Counsel for Plaintiff-Appellee).

4. Clarke, Melodee (more than 10% shareholder of Plaintiff-Appellee Deltona Transformer Corporation).

5. DeGory, Amelia A. (Counsel for Defendant-Appellant).

6. Deltona Transformer Corporation (Plaintiff-Appellee).

7. Flanagan, Patricia M. (Counsel for Plaintiff-Appellee).

8. Jones Day (Counsel for Defendant-Appellant).

9. Mendoza, Carlos E. (U.S. District Judge, United States District Court for the Middle District of Florida).

10. Prelec, Michael L., Sr. (more than 10% shareholder of Plaintiff-Appellee Deltona Transformer Corporation).

11. Price, Leslie Hoffman (U.S. Magistrate Judge, United States District Court for the Middle District of Florida).

12. Raimer, Anna E. (Counsel for Defendant-Appellant).

13. Schnell, Grant Edward Lavelle (Counsel for Defendant-Appellant).

14. Shutts & Bowen (Counsel for Plaintiff-Appellee).

15. The NOCO Company (Defendant-Appellant).

16. Tillman, Jodi-Ann (Counsel for Plaintiff-Appellee).

17. Wilkes, Meredith M. (Counsel for Defendant-Appellant).

No other persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case or appeal.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rule 26.1-2, undersigned counsel hereby certifies the following:

No publicly held corporation owns 10% or more of The NOCO Company's stock.

November 15, 2024

Meredith M. Wilkes
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
mwilkes@jonesday.com

Kristina K. Cercone
JONES DAY
77 W. Wacker, Suite 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
kcercone@jonesday.com

Respectfully submitted,

*/s/ Gregory A. Castanias*
Gregory A. Castanias
Amelia A. DeGory
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
gcastanias@jonesday.com
adegory@jonesday.com

*Counsel for Defendant-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, the foregoing was electronically filed with the Clerk of the Court by using the Court's Appellate PACER system, which will automatically send a notice of electronic filing to all counsel of record. Under 11th Circuit Rule 25-3(a), no independent service by other means is required.

Dated: November 15, 2024.

>*/s/ Gregory A. Castanias*
>Gregory A. Castanias
>*Counsel for Defendant-Appellant*