No. 24-13590

# United States Court of Appeals
## for the
# Eleventh Circuit

DELTONA TRANSFORMER CORPORATION, a Florida Corporation,

*Plaintiff-Appellee,*

– v. –

THE NOCO COMPANY, an Ohio Corporation,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

## APPELLEE'S NOTICE REGARDING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

JODI-ANN TILLMAN
SHUTTS & BOWEN LLP
201 East Las Olas Boulevard,
　Suite 2200
Fort Lauderdale, Florida 33301
(954) 524-5505

PATRICIA M. FLANAGAN
SHUTTS & BOWEN LLP
525 Okeechobee Boulevard,
　Suite 1100
West Palm Beach, Florida 33401
(561) 835-8500

– and –

CAMILA CHEDIAK
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard,
　Suite 4100
Miami, Florida 33131
(305) 358-6300

*Attorneys for Plaintiff-Appellee*

CP COUNSEL PRESS　(800) 4-APPEAL • (321000)

# APPELLEE'S NOTICE REGARDING CERTIFICATE OF INTERESTED PERSONS

Appellee Deltona Transformer Corporation ("Appellee" or "Deltona"), by and through undersigned counsel, and pursuant to Eleventh Circuit Rule 26.1-1(a)(3), hereby notifies the Court that the Certificate of Interested Persons filed by Appellant The NOCO Company is correct and complete.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-3, undersigned counsel hereby certifies the following:

No publicly held corporation owns 10% or more of Deltona Transformer Corporation's stock.

Dated: November 22, 2024

Respectfully submitted,

**SHUTTS & BOWEN LLP**

*/s/ Patricia M. Flanagan*
Patricia M. Flanagan
Florida Bar No. 58592
525 Okeechobee Blvd.
Suite 1100
West Palm Beach, FL 33401
Tel.: (561) 835-8500
Email: pflanagan@shutts.com

Jodi-Ann Tillman
Florida Bar No. 1022214
201 East Las Olas Blvd.
Suite 2200
Fort Lauderdale, FL 33301
Tel.: (561) 835-8500
Email: jtillman@shutts.com

Camila Chediak
Florida Bar No. 1039625
200 South Biscayne Blvd., Suite 4100
Miami, Florida 33131
Tel.: (305) 379-9177
Email: cchediak@shutts.com

*Attorneys for Appellee Deltona Transformer Corporation*

*Deltona Transformer Corporation v. The NOCO Company*
No. 24-13590

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, the foregoing was electronically filed with the Clerk of the Court by using the Court's Appellate PACER system, which will automatically send a notice of electronic filing to all counsel of record. Under Eleventh Circuit Rule 25-3(f), no independent service by other means is required.

Dated: November 22, 2024

*/s/ Patricia M. Flanagan*
Patricia M. Flanagan