No. 24-13590

# United States Court of Appeals for the Eleventh Circuit

---

DELTONA TRANSFORMER CORPORATION,

*Plaintiff-Appellee,*

v.

THE NOCO COMPANY,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Middle District of Florida, Hon. Carlos E. Mendoza, Case No. 6:19-cv-00308-CEM-LHP

---

## NON-CONFIDENTIAL APPENDIX OF DEFENDANT-APPELLANT THE NOCO COMPANY

---

Meredith M. Wilkes
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
mwilkes@jonesday.com

Anna E. Raimer
JONES DAY
717 Texas Ave., Ste. 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
aeraimer@jonesday.com

Gregory A. Castanias
Amelia A. DeGory
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
gcastanias@jonesday.com

Kristina K. Cercone
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
kcercone@jonesday.com

*Counsel for Defendant-Appellant*

# INDEX OF NON-CONFIDENTIAL APPENDIX

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| **VOLUME 1** | | |
| District Court Docket Sheet | N/A | A |
| Complaint | 02/14/2019 | 1 |
| NOCO's Answer, Affirmative Defenses, and Counterclaims | 11/12/2019 | 55 |
| **VOLUME 2** | | |
| DTC's Answer and Affirmative Defenses to NOCO's Counterclaims | 12/03/2019 | 63 |
| Transcript of 07/06/2020 Motions Hearing | 07/22/2020 | 158-7 |
| Joint Final Pretrial Statement | 12/14/2020 | 242 |
| **VOLUME 3** | | |
| Joint Final Pretrial Statement (continued from previous volume) | 12/14/2020 | 242 |
| **VOLUME 4** | | |
| Transcript of 5/12/2021 Telephone Conference | 05/12/2021 | 284 |
| Jury Instructions | 05/25/2021 | 314 |
| Verdict Form | 05/25/2021 | 315 |
| Verdict Form – Punitive Damages | 05/25/2021 | 317 |
| Deposition Designation of S. Heiser (played at trial) | 06/04/2021 | 327-1 |
| Deposition Designation of M. Lombardo (played at trial) | 06/04/2021 | 327-2 |
| Deposition Designation of D. Underhill (played at trial) | 06/04/2021 | 327-3 |
| Deposition Designation of J. Weiner (played at trial) | 06/04/2021 | 327-4 |
| DTC's Motion for Permanent Injunction | 06/17/2021 | 338 |
| **VOLUME 5** | | |
| Trial Transcript of 05/18/2021 (Vol. II) | 06/17/2021 | 341 |
| **VOLUME 6** | | |
| Trial Transcript of 05/19/2021 (Vol. III) | 06/17/2021 | 343 |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| **VOLUME 7** | | |
| Order Denying Motion to Exclude Expert Testimony of P. Johnson, Granting in Part and Denying in Part Motion to Exclude Expert Testimony of P. Green, Granting in part and Denying in Part Motion to Exclude Expert Testimony of C. Distler | 06/21/2021 | 352-1 |
| Order Granting in Part and Denying in Part Motion to Seal Trial Exhibits | 06/21/2021 | 353 |
| Declaration of Andrew J. Turnier and Exhibits in Support of NOCO's Opposition to DTC's Motion for Permanent Injunction | 07/01/2021 | 367-1 |
| Minute Entry Re Completion of Bench Trial | 07/09/2021 | 381 |
| Trial Transcript of 05/17/2021 (Vol. I) (REDACTED) (originally filed under seal as Dkt. 339) | 08/16/2021 | 399 Pages 1-129 |
| **VOLUME 8** | | |
| Trial Transcript of 05/17/2021 (Vol. I) (continued from previous volume) (REDACTED) (originally filed under seal as Dkt. 339) | 08/16/2021 | 399 Pages 130-261 |
| **VOLUME 9** | | |
| Trial Transcript of 05/20/2021 (Vol. IV) (REDACTED) (originally filed under seal as Dkt. 348) | 08/16/2021 | 400 Pages 1-147 |
| **VOLUME 10** | | |
| Trial Transcript of 05/20/2021 (Vol. IV) (continued from previous volume) (REDACTED) (originally filed under seal as Dkt. 348) | 08/16/2021 | 400 Pages 148-294 |
| **VOLUME 11** | | |
| Trial Transcript of 05/21/2021 (Vol. V) (REDACTED) (originally filed under seal as Dkt. 354) | 08/16/2021 | 401 Pages 1-136 |
| **VOLUME 12** | | |
| Trial Transcript of 05/21/2021 (Vol. V) (continued from previous volume) (REDACTED) (originally filed under seal as Dkt. 354) | 08/16/2021 | 401 Pages 137-271 |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| **VOLUME 13** | | |
| Trial Transcript of 05/24/2021 (Vol. VI) (REDACTED) (originally filed under seal as Dkt. 356) | 08/16/2021 | 402 |
| **VOLUME 14** | | |
| Trial Transcript of 05/25/2021 (Vol. VII) (REDACTED) (originally filed under seal as Dkt. 358) | 08/16/2021 | 403 |
| **VOLUME 15** | | |
| Trial Transcript of 07/09/2021 (Vol. VIII) (REDACTED) (originally filed under seal as Dkt. 386) | 08/23/2021 | 405 |
| **VOLUME 16** | | |
| Order Denying NOCO's Motions for Judgment as a Matter of Law | 03/30/2022 | 410 |
| Order on Disgorgement and Granting in Part and Denying in Part DTC's Motion for Permanent Injunction | 09/29/2023 | 423 |
| Deltran's Response in Opposition to NOCO's Renewed Motion for Judgment as a Matter of Law | 11/13/2023 | 436 |
| NOCO's 50(b) Motion for Judgment as a Matter of Law (re-filed without redactions in the district court) | 11/21/2023 | 440 |
| Order Denying NOCO's Renewed Motion for Judgment as a Matter of Law | 09/30/2024 | 458 |
| Corrected Second Amended Final Judgment | 10/23/2024 | 464 |
| TRIAL EXHIBIT DX-71 | | DX-71 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-111 | | DX-111 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-118 | | DX-118 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-120 | | DX-120 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-255 | | DX-255 |
| TRIAL EXHIBIT DX-272 | | DX-272 |
| TRIAL EXHIBIT DX-275D | | DX-275D |
| TRIAL EXHIBIT DX-275E | | DX-275E |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| TRIAL EXHIBIT DX-275I | | DX-275I |
| TRIAL EXHIBIT DX-275L | | DX-275L |
| **VOLUME 17** | | |
| TRIAL EXHIBIT DX-308 | | DX-308 |
| TRIAL EXHIBIT DX-308A | | DX-308A |
| TRIAL EXHIBIT DX-308B | | DX-308B |
| TRIAL EXHIBIT DX-308C | | DX-308C |
| TRIAL EXHIBIT DX-308D | | DX-308D |
| TRIAL EXHIBIT DX-308E | | DX-308E |
| TRIAL EXHIBIT DX-308F | | DX-308F |
| TRIAL EXHIBIT DX-308G | | DX-308G |
| **VOLUME 18** | | |
| TRIAL EXHIBIT DX-308H | | DX-308H |
| TRIAL EXHIBIT DX-308I | | DX-308I |
| TRIAL EXHIBIT DX-308J | | DX-308J |
| TRIAL EXHIBIT DX-308K | | DX 308K |
| TRIAL EXHIBIT DX-308L | | DX-308L |
| TRIAL EXHIBIT DX-308M | | DX-308M |
| TRIAL EXHIBIT DX-308N | | DX-308N |
| TRIAL EXHIBIT DX-308O | | DX-308O |
| TRIAL EXHIBIT DX-308P | | DX-308P |
| TRIAL EXHIBIT DX-308Q | | DX-308Q |
| TRIAL EXHIBIT DX-308R | | DX-308R |
| TRIAL EXHIBIT DX-308S | | DX-308S |
| TRIAL EXHIBIT DX-308T | | DX-308T |
| TRIAL EXHIBIT DX-308U | | DX-308U |
| TRIAL EXHIBIT DX-308V | | DX-308V |
| TRIAL EXHIBIT DX-308W | | DX-308W |
| TRIAL EXHIBIT DX-308X | | DX-308X |
| **VOLUME 19** | | |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-462 | | DX-462 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-478 | | DX-478 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-484 | | DX-484 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-499 | | DX-499 |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-520 | | DX-520 |
| TRIAL EXHIBIT DX-546 | | DX-546 |
| TRIAL EXHIBIT DX-547 | | DX-547 |
| TRIAL EXHIBIT PX-2A | | PX-2A |
| TRIAL EXHIBIT PX-2B | | PX-2B |
| TRIAL EXHIBIT PX-2E | | PX-2E |
| TRIAL EXHIBIT PX-3A | | PX-3A |
| TRIAL EXHIBIT (FILED UNDER SEAL) PX-5 | | PX-5 |
| TRIAL EXHIBIT PX-51 | | PX-51 |
| TRIAL EXHIBIT PX-54 | | PX-54 |
| TRIAL EXHIBIT PX-55A | | PX-55A |
| TRIAL EXHIBIT PX-55B | | PX-55B |
| TRIAL EXHIBIT PX-56A | | PX-56A |
| **VOLUME 20** | | |
| TRIAL EXHIBIT PX-56B | | PX-56B |
| TRIAL EXHIBIT PX-57A | | PX-57A |
| TRIAL EXHIBIT PX-57B | | PX-57B |
| TRIAL EXHIBIT PX-58A | | PX-58A |
| TRIAL EXHIBIT PX-58B | | PX-58B |
| TRIAL EXHIBIT PX-59A | | PX-59A |
| TRIAL EXHIBIT PX-59B | | PX-59B |
| TRIAL EXHIBIT PX-60A | | PX-60A |
| TRIAL EXHIBIT PX-61A | | PX-61A |
| TRIAL EXHIBIT PX-61C | | PX-61C |
| TRIAL EXHIBIT PX-61D | | PX-61D |
| TRIAL EXHIBIT PX-61F | | PX-61F |
| TRIAL EXHIBIT PX-61G | | PX-61G |
| TRIAL EXHIBIT PX-62A | | PX-62A |
| TRIAL EXHIBIT PX-62C | | PX-62C |
| TRIAL EXHIBIT PX-138 | | PX-138 |
| TRIAL EXHIBIT PX-139 | | PX-139 |
| TRIAL EXHIBIT PX-144D | | PX-144D |
| TRIAL EXHIBIT PX-144E | | PX-144E |
| TRIAL EXHIBIT PX-144F | | PX-144F |
| TRIAL EXHIBIT PX-144G | | PX-144G |
| TRIAL EXHIBIT PX-144X | | PX-144X |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| TRIAL EXHIBIT PX-147 (FILED UNDER SEAL) | | PX-147 |
| TRIAL EXHIBIT PX-162A | | PX-162A |
| TRIAL EXHIBIT PX-189 | | PX-189 |
| TRIAL EXHIBIT PX-205 | | PX-205 |
| TRIAL EXHIBIT PX-206 | | PX-206 |
| TRIAL EXHIBIT PX-230 | | PX-230 |
| TRIAL EXHIBIT PX-237 | | PX-237 |
| TRIAL EXHIBIT PX-239 | | PX-239 |

# A
# District Court Docket Sheet

Query    Reports    Utilities    Help    Log Out

APPEAL,CLOSED,MEDIATION,SL DOC

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:19-cv-00308-CEM-LHP

Deltona Transformer Corporation v. The Noco Company
Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Leslie Hoffman Price
Case in other court:  11th Circuit, 24-13590
Cause: 15:1114 Trademark Infringement

Date Filed: 02/14/2019
Date Terminated: 09/30/2023
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Deltona Transformer Corporation**
*a Florida Corporation*

represented by **Dominique J. Carroll**
Fox Rothschild LLP
212 Carnegie Center
Suite 400
Princeton, NJ 08540
609-895-6706
Email: djcarroll@foxrothschild.com
*TERMINATED: 04/23/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Giovinco**
Akerman LLP
Ste 1100
777 S Flagler Dr
West Palm Beach, FL 33401-6161
5617160307
Fax: 561/6596313
Email: Stephen@GiovincoTorres.com
*TERMINATED: 06/13/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Louis Braunstein**
Fox Rothschild LLP
777 South Flagler Drive., Suite 1700 West
Tower
West Palm Beach, FL 33401
561-804-4497
Fax: 561-835-9602
Email: abraunstein@foxrothschild.com
*TERMINATED: 04/23/2024*
*ATTORNEY TO BE NOTICED*

**Camila Chediak**

Shutts & Bowen LLP
200 South Biscayne Blvd.
Suite 4100
Miami, FL 33131
305-379-9177
Email: CChediak@shutts.com
*ATTORNEY TO BE NOTICED*

**Jodi-Ann Tillman**
Shutts & Bowen
201 East Las Olas Boulevrd
Suite 2200
Fort Lauderdale, FL 33301
561-671-5822
Email: jtillman@shutts.com
*ATTORNEY TO BE NOTICED*

**Megan Anne McNamara**
Fox Rothschild, LLP
Suite 1700 West Tower
777 S Flagler Dr
West Palm Beach, FL 33401-6148
561-804-4445
Fax: 561-835-9602
Email: mmcnamara@foxrothschild.com
*TERMINATED: 04/23/2024*
*ATTORNEY TO BE NOTICED*

**Patricia M Flanagan**
Shutts & Bowen
Suite 1100
525 Okeechobee Blvd.
West Palm Beach, FL 33401
561-650-8526
Email: pflanagan@shutts.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Noco Company**
*an Ohio Corporation*

represented by **Alex E. Jones**
Kohrman Jackson & Krantz, LLP
29th Floor
1375 E 9th St
Cleveland, OH 44114
216/696-8700
Fax: 216/621-6536
Email: aej@kjk.com
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R. Posteraro**
Kohrman Jackson & Krantz, LLP
29th Floor
1375 E 9th St
Cleveland, OH 44114
216/696-8700
Fax: 216/621-6536
Email: drp@kjk.com
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justine Lara Konicki**
Kohrman Jackson & Krantz, LLP
29th Floor
1375 E 9th St
Cleveland, OH 44114
216/736-7211
Fax: 216/621-6536
Email: jlk@kjk.com
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lida Rodriguez-Taseff**
Law Office of Lida R. Rodriguez-Taseff
Ste 20
490 Opa Locka Blvd.
Opa Locka, FL 33054-3563
305-582-1255
Email: lrtaseff@olcdc.org
*TERMINATED: 01/13/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith M Wilkes**
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216-586-7231
Email: mwilkes@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S Provenzale**
Lowndes, Drosdick, Doster, Kantor & Reed, PA
450 S Orange Ave. Suite 200
Orlando, FL 32801
407/418-6294

Fax: 407/843-4444
Email: mike.provenzale@lowndes-law.com
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Turnier**
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131
305-714-9739
Email: drew.turnier@gmail.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Ann Katherine Ford**
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, DC 20004
202-799-4140
Email: ann.ford@us.dlapiper.com
*TERMINATED: 08/05/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devika Persaud**
Sills Cummis & Gross P.C
One Riverfront Plaza
Newark, NJ 07102
212-500-1516
Email: dpersaud@sillscummis.com
*TERMINATED: 03/13/2024*
*ATTORNEY TO BE NOTICED*

**Grant Edward Lavelle Schnell**
Jones Day
1221 Peachtree Street N.E.
Suite 400
Atlanta, GA 30361
404-581-8023
Email: gschnell@jonesday.com
*ATTORNEY TO BE NOTICED*

**Gregory A Castanias**
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
202-879-3639
Fax: 202-626-1700
Email: gcastanias@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Nading**

Buchanan Ingersoll & Rooney PC
1700 K Street, N.W.
Ste 300
Washington, DC 20006
202-452-7949
Email: john.nading@bipc.com
*TERMINATED: 01/25/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry A. Barrett**
Jones Day
901 Lakeside Ave
Cleveland, OH 44114
216-586-7005
Email: kabarrett@jonesday.com
*TERMINATED: 07/12/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristina K. Cercone**
Jones Day
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
312-269-1587
Email: kcercone@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maia Sevilla-Sharon**
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
305-722-4911
Fax: 561-655-8719
Email: maia.sevilla-sharon@troutman.com
*ATTORNEY TO BE NOTICED*

**Michelle Hogan**
Akerman LLP
201 East Las Olas Blvd.
Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
Email: michelle.hogan@akerman.com
*TERMINATED: 08/07/2024*
*ATTORNEY TO BE NOTICED*

**Ryan Dwight O'Quinn**
Ryan Dwight O'Quinn PA
10580 SW 74th Avenue
Pinecrest, FL 33156
305-588-8023

Email: ryandwightoquinnpa@gmail.com
*TERMINATED: 11/04/2022*
*ATTORNEY TO BE NOTICED*

**Stuart Eric Pollack**
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
212-775-8847
Fax: 212-658-9950
Email: spollack@kilpatricktownsend.com
*TERMINATED: 02/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Deltran Operations USA, Inc.**                    represented by    **Patricia M Flanagan**
Shutts & Bowen
Suite 1700 West Tower
525 Okeechobee Blvd.
# 1100
West Palm Beach, FL 33401
561-246-9985
Email: pflanagan@shutts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Alex Louis Braunstein**

**Movant**

**Dominique J Carroll**

**Movant**

**Megan A McNamara**                    represented by    **Megan Anne McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Noco Company**                    represented by    **Alex E. Jones**
*an Ohio Corporation*                                    (See above for address)
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Posteraro**
(See above for address)
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justine Lara Konicki**

(See above for address)
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lida Rodriguez-Taseff**
(See above for address)
*TERMINATED: 01/13/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meredith M Wilkes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S Provenzale**
(See above for address)
*TERMINATED: 04/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Turnier**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Ann Katherine Ford**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Devika Persaud**
(See above for address)
*TERMINATED: 03/13/2024*
*ATTORNEY TO BE NOTICED*

**Gregory A Castanias**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Nading**
(See above for address)
*TERMINATED: 01/25/2023*
*ATTORNEY TO BE NOTICED*

**Kerry A. Barrett**
(See above for address)
*TERMINATED: 07/12/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristina K. Cercone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maia Sevilla-Sharon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Hogan**
(See above for address)
*TERMINATED: 08/07/2024*
*ATTORNEY TO BE NOTICED*

**Ryan Dwight O'Quinn**
(See above for address)
*TERMINATED: 11/04/2022*
*ATTORNEY TO BE NOTICED*

**Stuart Eric Pollack**
(See above for address)
*TERMINATED: 02/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Deltona Transformer Corporation**          represented by   **Dominique J. Carroll**
*a Florida Corporation*                                        (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Stephen Joseph Giovinco**
(See above for address)
*TERMINATED: 06/13/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Louis Braunstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Anne McNamara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia M Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2019 | 1 | COMPLAINT against The Noco Company with Jury Demand (Filing fee $ 400 receipt number 113A-15134906) filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1. Plaintiff's Registration Certificates and Maintenance Records for U.S. Reg Nos. 3474591 and 4281421, # 2 Exhibit 2. Plaintiff's Registration Certificate for U.S. Reg. No. 4750963, # 3 Exhibit 3. Plaintiff's International Registration No. 1227645, # 4 Exhibit 4. Representative examples of Plaintiff's BATTERY TENDER branded products, # 5 Exhibit 5. Excerpt of Defendnt's advertisement from Amazon.com website dated June 5, 2015, # 6 Exhibit 6. Defendant's advertisement from Amazon.com website dated October 21, 2015, # 7 Exhibit 7. Excerpt of Defendnt's advertisement from Amazon.com website dated January 5, 2016, # 8 Exhibit 8. Defendant's advertisement on Amazon.com webpage dated June 29, 2018, # 9 Exhibit 9. Excerpt of Defendant's advertisement on Amazon.com webpage dated December 7, 2018, # 10 Exhibit 10. Screenshot of messages from one of Defendant's Support Agents, # 11 Civil Cover Sheet, # 12 Proposed Summons)(Flanagan, Patricia) (Entered: 02/14/2019) |
| 02/15/2019 | 2 | NEW CASE ASSIGNED to Judge Carlos E. Mendoza and Magistrate Judge Karla R. Spaulding. New case number: 6:19-cv-308-Orl-41KRS. (SJB) (Entered: 02/15/2019) |
| 02/15/2019 | 3 | Trademark Report sent to Alexandria, VA. (Attachments: # 1 Complaint with Exhibits) (SPM) (Entered: 02/15/2019) |
| 02/15/2019 | 4 | SUMMONS issued as to The Noco Company. (SPM) (Entered: 02/15/2019) |
| 02/15/2019 | 5 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 3/1/2019. Signed by D. Darley/Deputy Clerk on 2/15/2019. (DJD) ctp** (Entered: 02/15/2019) |
| 02/15/2019 | 6 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 3/1/2019. Signed by Judge Carlos E. Mendoza on 2/15/2019. (DJD) ctp** (Entered: 02/15/2019) |
| 02/15/2019 | 7 | NOTICE of Appearance by Stephen Joseph Giovinco on behalf of Deltona Transformer Corporation (Giovinco, Stephen) (Entered: 02/15/2019) |
| 02/22/2019 | 8 | RETURN of service executed on 2/21/2019 by Deltona Transformer Corporation as to The Noco Company. (Flanagan, Patricia) Modified on 2/22/2019 (SPM). (Entered: 02/22/2019) |
| 03/01/2019 | 9 | CERTIFICATE of interested persons and corporate disclosure statement re 6 Interested persons order by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 03/01/2019) |
| 03/01/2019 | 10 | NOTICE of pendency of related cases re 5 Related case order and track 2 notice per Local Rule 1.04(d) by Deltona Transformer Corporation. Related case(s): no (Flanagan, Patricia) (Entered: 03/01/2019) |
| 03/01/2019 | 11 | Case Reassigned to Magistrate Judge Leslie R. Hoffman. New case number: 6:19-cv-308-Orl-41LRH. Magistrate Judge Karla R. Spaulding no longer assigned to the case. (ALL) (Entered: 03/01/2019) |
| 03/07/2019 | 12 | MOTION to dismiss for lack of jurisdiction *or in the Alternative to Stay* by The Noco Company. (Attachments: # 1 Exhibit A Affidavit for Jonathan Nook, # 2 Exhibit B Authorized Reseller Agreement, # 3 Exhibit C Petition for Cancellation)(Provenzale, Michael) (Entered: 03/07/2019) |
| 03/08/2019 | 13 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by defendant by 3/22/2019. Signed by Judge Carlos E.** |

| | | Mendoza on 3/8/2019. (DJD) ctp (Entered: 03/08/2019) |
|---|---|---|
| 03/08/2019 | 14 | NOTICE to counsel (David R. Posteraro, Justine Lara Konicki, and Alex E. Jones) of Local Rule 2.02 (signed by deputy clerk).(ctp) (SPM) (Entered: 03/08/2019) |
| 03/08/2019 | 15 | NOTICE of pendency of related cases re 5 Related case order and track 2 notice per Local Rule 1.04(d) by The Noco Company. Related case(s): YES (Provenzale, Michael) (Entered: 03/08/2019) |
| 03/11/2019 | 16 | MOTION for David R. Posteraro to appear pro hac vice by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/11/2019) |
| 03/11/2019 | 17 | MOTION for Justine Lara Konicki to appear pro hac vice by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/11/2019) |
| 03/11/2019 | 18 | MOTION for Alex E. Jones to appear pro hac vice by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/11/2019) |
| 03/12/2019 | | ***PRO HAC VICE FEES paid by attorney David R. Posteraro, appearing on behalf of The Noco Company (Filing fee $150 receipt number ORL081212.) Related document: 16 MOTION for David R. Posteraro to appear pro hac vice. (RCN) (Entered: 03/12/2019) |
| 03/12/2019 | | ***PRO HAC VICE FEES paid by attorney Justine Lara Konicki, appearing on behalf of The Noco Company (Filing fee $150 receipt number ORL081213.) Related document: 17 MOTION for Justine Lara Konicki to appear pro hac vice. (RCN) (Entered: 03/12/2019) |
| 03/12/2019 | | ***PRO HAC VICE FEES paid by attorney Alex E. Jones, appearing on behalf of The Noco Company (Filing fee $150 receipt number ORL081216.) Related document: 18 MOTION for Alex E. Jones to appear pro hac vice. (RCN) (Entered: 03/12/2019) |
| 03/12/2019 | 19 | **ORDER denying 16 Motion to Appear Pro Hac Vice; denying 17 Motion to Appear Pro Hac Vice; denying 18 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 3/12/2019. (MDH)** (Entered: 03/12/2019) |
| 03/12/2019 | 20 | Unopposed Amended Verified MOTION for David R. Posteraro to appear pro hac vice by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 3/13/2019 (SPM). (Entered: 03/12/2019) |
| 03/12/2019 | 21 | Unopposed Amended Verified MOTION for Justine Lara Konicki to appear pro hac vice by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 3/13/2019 (SPM). (Entered: 03/12/2019) |
| 03/12/2019 | 22 | Unopposed Amended Verified MOTION for Alex E. Jones to appear pro hac vice by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 3/13/2019 (SPM). (Entered: 03/12/2019) |
| 03/13/2019 | 23 | **ORDER granting 20 Motion to Appear Pro Hac Vice; granting 21 Motion to Appear Pro Hac Vice; granting 22 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 3/13/2019. (MDH)** (Entered: 03/13/2019) |
| 03/20/2019 | 24 | NOTICE of Appearance by Lida Rodriguez-Taseff on behalf of The Noco Company (Rodriguez-Taseff, Lida) (Entered: 03/20/2019) |
| 03/21/2019 | 25 | NOTICE to counsel (Ann K. Ford and John M. Nading) of Local Rule 2.02 (signed by deputy clerk). (AC) (Entered: 03/21/2019) |
| 03/21/2019 | 26 | CERTIFICATE of interested persons and corporate disclosure statement re 13 Interested persons order by The Noco Company. (Rodriguez-Taseff, Lida) (Entered: 03/21/2019) |

| | | |
|---|---|---|
| 03/21/2019 | 27 | RESPONSE in Opposition re 12 MOTION to dismiss for lack of jurisdiction *or in the Alternative to Stay* filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 03/21/2019) |
| 03/21/2019 | 28 | DECLARATION of Patricia M. Flanagan re 27 Response in Opposition to Motion by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Printouts from NOCO's interactive website, # 2 Exhibit B. Excerpts from NOCO's Instagram webpage, # 3 Exhibit C. Excerpts from NOCO's Facebook and Twitter webpages, # 4 Exhibit D. NOCO's Amazon.com storefront webpage, # 5 Exhibit E. NOCO's featured resellers webpage, # 6 Exhibit F. NOCO's featured resellers registered to do business in Florida webpages, # 7 Exhibit G. Camping World's Florida stores webpage, # 8 Exhibit H. Bass Pro Shops' Florida stores webpage, # 9 Exhibit I. AutoZone's Florida stores webpage, # 10 Exhibit J. Walmart Florida stores webpage, # 11 Exhibit K. Gander Outdoor's Florida stores webpage, # 12 Exhibit L. Batteries Plus Bulbs Florida stores webpage, # 13 Exhibit M. Napa Auto Parts Florida stores webpage, # 14 Exhibit N. Academy Sports and Outdoors Florida stores webpage)(Flanagan, Patricia) (Entered: 03/21/2019) |
| 03/22/2019 | 29 | MOTION for John M. Nading to appear pro hac vice by The Noco Company. (Attachments: # 1 Exhibit A - John M. Nading's Special Admission Attorney Certification)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/22/2019) |
| 03/22/2019 | 30 | MOTION for Ann K. Ford to appear pro hac vice by The Noco Company. (Attachments: # 1 Exhibit A - Ann K. Ford Special Admission Attorney Certification)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/22/2019) |
| 03/27/2019 | | ***PRO HAC VICE FEES paid by attorney Ann K. Ford, appearing on behalf of The Noco Company (Filing fee $150 receipt number ORL081564.) Related document: 30 MOTION for Ann K. Ford to appear pro hac vice. (JP) (Entered: 03/27/2019) |
| 03/27/2019 | | ***PRO HAC VICE FEES paid by attorney John M. Nading, appearing on behalf of The Noco Company (Filing fee $150 receipt number ORL081563.) Related document: 29 MOTION for John M. Nading to appear pro hac vice. (JP) (Entered: 03/27/2019) |
| 04/01/2019 | 31 | **ORDER granting 29 Motion to Appear Pro Hac Vice; granting 30 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 4/1/2019. (MDH)** (Entered: 04/01/2019) |
| 04/24/2019 | 32 | CASE MANAGEMENT REPORT. (Giovinco, Stephen) (Entered: 04/24/2019) |
| 04/26/2019 | 33 | Amended NOTICE of pendency of related cases re 5 Related case order and track 2 notice per Local Rule 1.04(d) by The Noco Company. Related case(s): Yes (Rodriguez-Taseff, Lida) Modified on 4/29/2019 (SPM). (Entered: 04/26/2019) |
| 04/29/2019 | 34 | Unopposed MOTION for Michel S. Povenzale and Lowndes, Drosdick, Doster, Kantor & Reed, P.A. and David R. Posteraro, Justine Lara Konicki, Alex E. Jones and Kohrman Jackson & Krantz to withdraw as attorney by The Noco Company. (Provenzale, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 04/29/2019) |
| 04/29/2019 | 35 | **ORDER granting 34 Motion to Withdraw as Counsel. Signed by Magistrate Judge Leslie R. Hoffman on 4/29/2019. (MDH)** (Entered: 04/29/2019) |
| 05/09/2019 | 36 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 9/17/2019, Joinder of Parties due by 9/17/2019, Discovery due by 6/15/2020, Dispositive motions due by 7/15/2020, Pretrial statement due by 12/14/2020, All other motions due by 11/2/2020, Plaintiff disclosure of expert report due by 12/6/2019, Defendant disclosure of expert report due by 1/6/2020, Trial Status Conference set for 12/17/2020 at 10:00 AM in Orlando Courtroom 5 B before Judge** |

| | | |
|---|---|---|
| | | Carlos E. Mendoza, Jury Trial set for the trial term commencing 1/4/2021 in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Conduct mediation hearing by 3/31/2020. Lead counsel to coordinate dates. Signed by Judge Carlos E. Mendoza on 5/9/2019. (DJD) (Entered: 05/09/2019) |
| 05/09/2019 | 37 | **ORDER that the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before May 23, 2019. Signed by Judge Carlos E. Mendoza on 5/9/2019. (DJD)** (Entered: 05/09/2019) |
| 05/23/2019 | 38 | NOTICE OF SELECTION of Jay M. Cohen as mediator by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 05/23/2019) |
| 06/10/2019 | 39 | Joint STIPULATION *For Substitution of Counsel* by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 6/10/2019 (SPM). (Entered: 06/10/2019) |
| 06/10/2019 | 40 | **ENDORSED ORDER denying without prejudice 39 Joint Stipulation for Substitution of Counsel. The motion does not comply with Local Rules 2.03(b) and 3.01(g). The parties are reminded that they are represented by counsel not law firms. Signed by Magistrate Judge Leslie R. Hoffman on 6/10/2019. (MDH)** (Entered: 06/10/2019) |
| 06/12/2019 | 41 | NOTICE of change of address by Patricia M Flanagan (Flanagan, Patricia) (Entered: 06/12/2019) |
| 06/12/2019 | 42 | Unopposed MOTION for Stephen Giovinco to withdraw as attorney *for Plaintiff* by Deltona Transformer Corporation. (Giovinco, Stephen) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/12/2019) |
| 06/13/2019 | 43 | **ORDER granting 42 Motion to Withdraw as Counsel. Signed by Magistrate Judge Leslie R. Hoffman on 6/13/2019. (MDH)** (Entered: 06/13/2019) |
| 06/26/2019 | 44 | NOTICE of Appearance by Megan Anne McNamara on behalf of Deltona Transformer Corporation (McNamara, Megan) (Entered: 06/26/2019) |
| 09/16/2019 | 45 | **REPORT AND RECOMMENDATIONS re 12 MOTION to dismiss for lack of jurisdiction *or in the Alternative to Stay* filed by The Noco Company. Signed by Magistrate Judge Leslie R. Hoffman on 9/16/2019. (MDH)** (Entered: 09/16/2019) |
| 09/27/2019 | 46 | OBJECTION to 45 Report and Recommendations by The Noco Company. (Nading, John) (Entered: 09/27/2019) |
| 10/11/2019 | 47 | NOTICE of Appearance by Alex Louis Braunstein on behalf of Deltona Transformer Corporation (Braunstein, Alex) (Entered: 10/11/2019) |
| 10/11/2019 | 48 | RESPONSE to objections to 45 Report and Recommendations filed by Deltona Transformer Corporation. (Attachments: # 1 Declaration of Alex L. Braunstein, # 2 Exhibit 1. TTAB Order dated October 4, 2019, # 3 Exhibit 2. Marketplace Examples (Part 1 of 2), # 4 Exhibit 2. Marketplace Examples (Part 2 of 2), # 5 Exhibit 3. Noco Ongoing Infringement (Part 1 of 3), # 6 Exhibit 3. Noco Ongoing Infringement (Part 2 of 3), # 7 Exhibit 3. Noco Ongoing Infringement (Part 3 of 3), # 8 Exhibit 4. Evidence of Removal of Noco's Infringement)(Flanagan, Patricia) (Entered: 10/11/2019) |
| 10/18/2019 | 49 | MOTION to Compel Production of Documents and to Overrule Objections to Plaintiff's First Request for Production *, And For An Expedited Briefing Schedule and Expedited Relief* by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1 - NOCO's Responses and Objections to DTC's First Request for Production dated Jul. 29, 2019, # 2 Exhibit 2 - Letter dated Aug. 12, 2019 from DTC to NOCO re Deficiencies in Discovery Responses, # 3 Exhibit 3 - Emails between DTC and NOCO dated Aug. 2019, # 4 Exhibit |

| | | |
|---|---|---|
| | | 4 - Emails between DTC and NOCO dated Sept.-Oct. 2019)(Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 10/18/2019) |
| 10/18/2019 | 50 | **ENDORSED ORDER re 49 Motion to Compel. Considering the issues raised in the Motion to Compel, the Court will shorten the Defendant's response time. The Defendant shall file a response to the Motion to Compel (Doc. 49) no later than 5:00 p.m. EST on October 25, 2019. Signed by Magistrate Judge Leslie R. Hoffman on 10/18/2019. (MDH)** (Entered: 10/18/2019) |
| 10/18/2019 | | Set deadlines as to 49 MOTION to Compel . Responses due by 10/25/2019 (SPM) (Entered: 10/21/2019) |
| 10/25/2019 | 51 | RESPONSE in Opposition re 49 MOTION to Compel Production of Documents and to Overrule Objections to Plaintiff's First Request for Production , *And For An Expedited Briefing Schedule and Expedited Relief* filed by The Noco Company. (Attachments: # 1 Exhibit A - Defendant's Amended Responses And Objections To Plaintiff's First Request For Production)(Nading, John) (Entered: 10/25/2019) |
| 10/29/2019 | 52 | **ORDER adopting Report and Recommendations - re 45 Report and Recommendations; Denying 12 Motion to dismiss for lack of jurisdiction. Signed by Judge Carlos E. Mendoza on 10/29/2019. (DJD)** (Entered: 10/29/2019) |
| 10/31/2019 | 53 | **ORDER and NOTICE OF HEARING re 49 Plaintiff's Motion to Compel. On December 3, 2019, at 10:30 a.m. EST, the Court will hold an in-person hearing in Courtroom 5D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida, 32801 to address the Motion to Compel (Doc. 49) and any other outstanding issues. Lead counsel for the Plaintiff and lead counsel for the Defendant must attend the hearing. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 10/31/2019. (MDH)** (Entered: 10/31/2019) |
| 10/31/2019 | | Set/reset deadlines as to 49 MOTION to Compel Production of Documents and to Overrule Objections to Plaintiff's First Request for Production , *And For An Expedited Briefing Schedule and Expedited Relief*. Motion Hearing set for 12/3/2019 at 10:30 AM in Orlando Courtroom 5 D before Magistrate Judge Leslie R. Hoffman. (ECJ) (Entered: 10/31/2019) |
| 10/31/2019 | 54 | Docketed in error. (Entered: 10/31/2019) |
| 11/12/2019 | 55 | *Defendant The NOCO Company's* ANSWER and affirmative defenses to 1 Complaint with Jury Demand , COUNTERCLAIM against Deltona Transformer Corporation by The Noco Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Nading, John) (Entered: 11/12/2019) |
| 11/15/2019 | 56 | Joint STATUS report by Deltona Transformer Corporation, The NOCO Company (Attachments: # 1 Exhibit A. Email Correspondence Between Counsel)(Flanagan, Patricia) Modified on 11/18/2019 (SPM). (Entered: 11/15/2019) |
| 11/19/2019 | 57 | Joint MOTION to extend time to *Disclose Expert Reports* by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 11/19/2019) |
| 11/20/2019 | 58 | **ORDER denying without prejudice 57 Motion for Extension of Time. Signed by Magistrate Judge Leslie R. Hoffman on 11/20/2019. (MDH)** (Entered: 11/20/2019) |
| 11/29/2019 | 59 | Second Joint STATUS Report by Deltona Transformer Corporation. (Attachments: # 1 Exhibit B. DTC's Requests for Production at Issue and Noco's Responses and Objections, # 2 Exhibit C. November 25, 2019 Communication Between Counsel, # 3 Exhibit D. October 16, 2019 Communication Between Counsel, # 4 Exhibit E. Additional November 25, 2019 Communication Between Counsel, # 5 Exhibit F. November 26, 2019 |

|            |    | Communication Between Counsel)(Flanagan, Patricia) Modified on 12/2/2019 (BIA). (Entered: 11/29/2019) |
|------------|----|---------------------------------------------------------------------------------------------------------|
| 12/02/2019 | 60 | MOTION to extend time to Disclose Plaintiff's Initial Expert Report Deadline to January 6, 2020 by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. November 29, 2019 Email Correspondence Between Counsel)(Flanagan, Patricia) (Entered: 12/02/2019) |
| 12/03/2019 | 61 | Minute Entry. Proceedings held before Magistrate Judge Leslie R. Hoffman: MOTION HEARING held on 12/3/2019 re 49 MOTION to Compel Production of Documents and to Overrule Objections to Plaintiff's First Request for Production , *And For An Expedited Briefing Schedule and Expedited Relief* filed by Deltona Transformer Corporation, 60 MOTION to extend time to Disclose Plaintiff's Initial Expert Report Deadline to January 6, 2020 filed by Deltona Transformer Corporation. (DIGITAL) (ECJ) (Entered: 12/03/2019) |
| 12/03/2019 | 63 | ANSWER to 55 Counterclaim by Deltona Transformer Corporation.(Flanagan, Patricia) Modified on 12/4/2019 (SPM). (Entered: 12/03/2019) |
| 12/04/2019 | 64 | **ORDER granting in part and denying in part 49 Motion to Compel; denying as moot 60 Motion for Extension of Time. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 12/4/2019. (MDH)** (Entered: 12/04/2019) |
| 12/04/2019 |    | Reset scheduling order deadlines: Defendant disclosure of expert report due by 3/6/2020, Plaintiff disclosure of expert report due by 2/6/2020 (SPM) (Entered: 12/05/2019) |
| 12/19/2019 | 65 | TRANSCRIPT of Motion Hearing held on December 3, 2019, before Judge Leslie R. Hoffman. Court Reporter/Transcriber Amie R. First, RDR, CRR, CRC, CPE, amiefirst.courtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 1/9/2020, Redacted Transcript Deadline set for 1/21/2020, Release of Transcript Restriction set for 3/18/2020. (ARF) (Entered: 12/19/2019) |
| 12/19/2019 | 66 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Amie First. (ARF) (Entered: 12/19/2019) |
| 12/19/2019 | 67 | MOTION for protective order by The Noco Company. (Attachments: # 1 Exhibit A Composite, # 2 Exhibit B Composite, # 3 Exhibit C Composite)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 12/19/2019) |
| 12/20/2019 | 68 | NOTICE of compliance re 64 Order on motion to compelOrder on motion to extend time by The Noco Company (Rodriguez-Taseff, Lida) (Entered: 12/20/2019) |
| 01/02/2020 | 69 | MEMORANDUM in opposition re 67 Motion for protective order filed by Deltona Transformer Corporation. (Attachments: # 1 Declaration of Patricia M. Flanagan, # 2 Exhibit A. Executed Confidentiality Agreement, # 3 Exhibit B. NOCO's Trademark TSDR Pages, # 4 Exhibit C. NOCO Press Release dated December 29,2010, # 5 Exhibit D. Marketplace Examples of Retail and Competitor Listings, # 6 Exhibit E. Excerpts of Noco's Completely Redacted Pages From Latest Production)(Flanagan, Patricia) (Entered: 01/02/2020) |

| 03/09/2020 | 70 | **ORDER denying 67 Motion for Protective Order. See Order for details and deadlines. Signed by Magistrate Judge Leslie R. Hoffman on 3/9/2020. (MDH)** (Entered: 03/09/2020) |
| 03/24/2020 | 71 | Joint MOTION for Miscellaneous Relief, specifically to Extend Mediation Deadline to May 12, 2020 by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 3/24/2020 (SPM). (Entered: 03/24/2020) |
| 03/24/2020 | 72 | **ENDORSED ORDER granting 71 Motion for Extension of Time. The mediation deadline is May 12, 2020. This extension of time shall not be good cause to extend any other case management deadlines, including the discovery and dispositive motion deadlines. Signed by Magistrate Judge Leslie R. Hoffman on 3/24/2020. (MDH)** (Entered: 03/24/2020) |
| 03/24/2020 | | Reset scheduling order deadlines: Conduct mediation hearing by 5/12/2020. (SPM) (Entered: 03/25/2020) |
| 03/30/2020 | 73 | Joint NOTICE by Deltona Transformer Corporation re 70 Order on Motion for Protective Order (Flanagan, Patricia) Modified on 3/30/2020 (SPM). (Entered: 03/30/2020) |
| 03/31/2020 | 74 | **ORDER re 73 Joint Notice. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 3/31/2020. (MDH)** (Entered: 03/31/2020) |
| 05/04/2020 | 75 | Joint MOTION for Miscellaneous Relief, specifically to Extend Mediation Deadline by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 05/04/2020) |
| 05/05/2020 | 76 | **ENDORSED ORDER granting 75 Second Motion for Extension of Time. The mediation deadline is June 16, 2020. The Court is not inclined to grant any further extensions of this deadline. Signed by Magistrate Judge Leslie R. Hoffman on 5/5/2020. (MDH)** (Entered: 05/05/2020) |
| 05/05/2020 | | Reset scheduling order deadlines: Conduct mediation hearing by 6/16/2020. (SPM) (Entered: 05/06/2020) |
| 05/26/2020 | 77 | MOTION to Compel Production of Financial Documents and to Overrule Objections to Plaintiff's Second Request for Production by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 05/26/2020) |
| 05/27/2020 | 78 | Time-Sensitive MOTION to Compel Remote Mediation by The Noco Company. (Attachments: # 1 Exhibit 1 - May 21, 2020 Email, # 2 Exhibit 2 - May 26, 2020 Email, # 3 Exhibit 3 - Resp. May 26, 2020 Email)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 5/28/2020 (SPM). (Entered: 05/27/2020) |
| 05/27/2020 | 79 | Unopposed MOTION for Devika Persaud to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16854242 for $150 by The Noco Company. (Attachments: # 1 Exhibit A - Special Admission Certification)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 05/27/2020) |
| 05/28/2020 | 80 | **ORDER granting 79 Motion to Appear Pro Hac Vice. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 5/28/2020. (MDH)** (Entered: 05/28/2020) |
| 05/28/2020 | 81 | **ORDER re 78 Motion to Compel Remote Mediation. On or before June 4, 2020, the Plaintiff shall file its response to the Motion. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 5/28/2020. (MDH)** (Entered: 05/28/2020) |
| 05/28/2020 | | Set deadlines as to 78 Time-Sensitive MOTION to Compel Remote Mediation . Responses due by 6/4/2020 (SPM) (Entered: 05/29/2020) |

| | | |
|---|---|---|
| 06/04/2020 | 82 | MEMORANDUM in opposition re 78 Motion to Compel filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Email Correspondence Between Counsel) (Flanagan, Patricia) (Entered: 06/04/2020) |
| 06/05/2020 | 83 | NOTICE of supplemental authority re 78 Time-Sensitive MOTION to Compel Remote Mediation by The Noco Company. (Attachments: # 1 Exhibit A - Decision in Joffe v. King & Spalding LLP, # 2 Exhibit Authority cited in Joffe v. King & Spalding LLP) (Rodriguez-Taseff, Lida) (Entered: 06/05/2020) |
| 06/05/2020 | 84 | **ORDER granting in part and denying in part 78 Motion for Leave to Appear at Mediation Remotely. See Order for deadlines and details. Signed by Magistrate Judge Leslie R. Hoffman on 6/5/2020. (MDH)** (Entered: 06/05/2020) |
| 06/05/2020 | | Reset scheduling order deadlines: Conduct mediation hearing by 7/16/2020. (SPM) (Entered: 06/08/2020) |
| 06/09/2020 | 85 | RESPONSE in Opposition re 77 MOTION to Compel Production of Financial Documents and to Overrule Objections to Plaintiff's Second Request for Production filed by The Noco Company. (Attachments: # 1 Exhibit 1 - Summary List, # 2 Exhibit 2 - Distiller, Schedule 2.1, # 3 Exhibit 3 - Sales on Amazon)(Rodriguez-Taseff, Lida) (Entered: 06/09/2020) |
| 06/11/2020 | 86 | MOTION for Miscellaneous Relief, specifically Leave to File a Reply Brief in support of 77 Plaintiff's Motion to Compel Production of Financial Documents by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 6/12/2020 (SPM). Modified on 6/12/2020 (SPM). (Entered: 06/11/2020) |
| 06/12/2020 | 87 | RESPONSE in Opposition re 86 MOTION for Miscellaneous Relief, specifically Leave to File a Reply Brief in support of 77 Plaintiff's Motion to Compel Production of Financial Documents filed by The Noco Company. (Rodriguez-Taseff, Lida) (Entered: 06/12/2020) |
| 06/12/2020 | 88 | **ORDER granting in part and denying in part 86 Motion for Leave to File Reply. See Order for details and deadlines. Signed by Magistrate Judge Leslie R. Hoffman on 6/12/2020. (MDH)** (Entered: 06/12/2020) |
| 06/12/2020 | | Set deadlines as to 77 MOTION to Compel . Replies due by 6/19/2020. (SPM) (Entered: 06/12/2020) |
| 06/12/2020 | 89 | Joint NOTICE OF SELECTION of Richard E. Fee as mediator by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 6/12/2020 (SPM). (Entered: 06/12/2020) |
| 06/15/2020 | 90 | Unopposed MOTION to Seal Unredacted Version of Motion to Compel Proper Designation of Corporate Representative and for Sanctions for Failure to Comply With Rule 30(b)(6) and Supporting Exhibits by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 6/15/2020 (SPM). (Entered: 06/15/2020) |
| 06/15/2020 | 91 | Time-Sensitive MOTION to Quash Amended Subpoena to Testify at a Deposition in a Civil Action by Deltran Operations USA, Inc.. (Attachments: # 1 Exhibit A. Subpoenas Directed to Deltran Operations USA, Inc., # 2 Exhibit B. Deltran's Objections and Responses to Amended Subpoena, # 3 Exhibit C. DTC's Objections and Responses to Amended Subpoena)(Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 6/18/2020 (SPM). (Entered: 06/15/2020) |
| 06/15/2020 | 92 | JOINDER in motion by Deltona Transformer Corporation re 91 MOTION to Quash Amended Subpoena to Testify at a Deposition in a Civil Action filed by Deltran Operations USA, Inc. . (Flanagan, Patricia) (Entered: 06/15/2020) |

| 06/15/2020 | 93 | MOTION to Seal *Unredacted Version of Motion to Compel Plaintiff and Counter-Defendant Deltona Transformer Corporation to Produce Documents Responsive to Request Nos. 25-27 and 29-36* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2020) |
|---|---|---|
| 06/15/2020 | 94 | Unopposed MOTION to Seal *Unredacted Version of NOCO's Motion to Compel Plaintiff and Counter-Defendant Deltona Transformer Corporation to Produce Documents Responsive to Request Nos. 63 to 73 and 78 of NOCO's Second Requests for Production* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2020) |
| 06/15/2020 | 95 | MOTION to Compel Production of Documents Responsive to Request Nos. 25-27 and 29-36 *(Redacted Version - Motion to File Under Seal Pending)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2020) |
| 06/15/2020 | 96 | MOTION to Compel Production of Documents Responsive to Request Nos. 63-73 and 78 to Second Requests for Production *(Redacted Version - Motion to File Under Seal Pending)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2020) |
| 06/15/2020 | 97 | Time Sensitive MOTION to Compel Proper Designation of Corporate Representative *and for Sanctions for Failure to Comply With Rule 30(b)(6) [Redacted Version - Motion to Seal Pending]* by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Plaintiff's Notice of Taking Deposition Pursuant to Rule 30(b)(6), # 2 Exhibit B. Deposition Transcript of Noco's Corporate Representative (To Be Filed Under Seal), # 3 Exhibit C. Several excerpts of Noco Corporate Representative Testimony (To Be Filed Under Seal))(Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 6/16/2020 (SPM). (Entered: 06/15/2020) |
| 06/18/2020 | 98 | Time-Sensitive Unopposed MOTION to Seal Unredacted Version of Plaintiff's Reply Brief in Further Support of its Motion to Compel Production of Financial Documents by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 6/18/2020 (SPM). (Entered: 06/18/2020) |
| 06/18/2020 | 99 | **ORDER denying without prejudice 90 Motion to Seal; denying without prejudice 93 Motion to Seal; denying without prejudice 94 Motion to Seal; denying without prejudice 98 Motion to Seal. See PDF Order for details and further requirements. Signed by Magistrate Judge Leslie R. Hoffman on 6/18/2020. (MKH)** (Entered: 06/18/2020) |
| 06/19/2020 | 100 | REPLY to Response to Motion re 77 MOTION to Compel Production of Financial Documents and to Overrule Objections to Plaintiff's Second Request for Production filed by Deltona Transformer Corporation. (Attachments: # 1 Declaration of Patricia M. Flanagan and Exhibits 1-19 To Be Filed Under Seal)(Flanagan, Patricia) (Entered: 06/19/2020) |
| 06/23/2020 | 101 | **ORDER Setting Hearing. On July 6, 2020, at 10:00 a.m. EST, the Court will hold a remote hearing via Zoom, to address the pending discovery motions (Docs. 77; 91; 95; 96; 97). See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 6/23/2020. (MDH)** (Entered: 06/23/2020) |
| 06/24/2020 | 102 | Unopposed MOTION to Seal *Unredacted Versions of (1) Motion to Compel Proper Designation of Corporate Representative and (2) Reply Brief in Further Support of its Motion to Compel Production of Financial Documents* by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/24/2020) |

| | | |
|---|---|---|
| 06/24/2020 | [103](#) | MOTION to Seal *Unredacted Version of its Motion to Compel Plaintiff and Counter-Defendant Deltona Transformer Corporation to Produce Documents Responsive to Request Nos. 63 to 73 and 78 of NOCO's Second Requests for Production* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/24/2020) |
| 06/24/2020 | [104](#) | Unopposed MOTION to Seal *Unredacted Version of Motion to Compel Plaintiff and Counter-Defendant Deltona Transformer Corporation to Produce Documents Responsive to Request Nos. 25-27 and 29-36* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/24/2020) |
| 06/24/2020 | [105](#) | Unopposed MOTION to Seal *Unredacted Copies of Exhibits "2" and "3" to its Response in Opposition to Motion to Compel Production of Documents (Dkt. 85)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/24/2020) |
| 06/25/2020 | [106](#) | **ORDER granting [102](#) Motion to Seal; granting [103](#) Motion to Seal; granting [104](#) Motion to Seal; granting [105](#) Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 6/25/2020. (MDH)** (Entered: 06/25/2020) |
| 06/26/2020 | | Sealed Document. S-107. (KNC) (Entered: 06/26/2020) |
| 06/26/2020 | | Sealed Document. S-108. (KNC) (Entered: 06/26/2020) |
| 06/26/2020 | [109](#) | REPLY to Response to Motion re [77](#) MOTION to Compel Production of Financial Documents and to Overrule Objections to Plaintiff's Second Request for Production - *Sur-Reply In Opposition To Plaintiff And Counter-Defendant 's Motion To Compel Production Of Documents* - filed by The Noco Company. (Attachments: # [1](#) Exhibit Composite Exhibit A To Be Filed Under Seal, # [2](#) Exhibit B - 12-3-19 Hearing Transcript Excerpt) (Rodriguez-Taseff, Lida) (Entered: 06/26/2020) |
| 06/26/2020 | [110](#) | MOTION to Seal *the Composite Exhibit "A" To Its Sur-Reply* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/26/2020) |
| 06/26/2020 | | Sealed Document. S-112. (KNC) (Entered: 06/29/2020) |
| 06/26/2020 | | Sealed Document. S-113. (KNC) (Entered: 06/29/2020) |
| 06/26/2020 | | Sealed Document. S-114. (KNC) (Entered: 06/29/2020) |
| 06/26/2020 | [115](#) | MOTION to Seal re: [106](#) Order by The Noco Company. (KNC) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 6/29/2020 (KNC). (Entered: 06/29/2020) |
| 06/29/2020 | [111](#) | **ORDER granting [110](#) Motion to Seal. At or before 12:00 p.m., EST, on June 30, 2020, the Defendant shall file Exhibit A to the sur-reply (Doc. 109) with the Clerk of Court for sealing. No extensions of this deadline will be granted. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 6/29/2020. (MDH)** (Entered: 06/29/2020) |
| 06/29/2020 | [116](#) | MOTION to Seal re: [111](#) Order by The Noco Company. (KNC) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/29/2020) |
| 06/29/2020 | | Sealed Document. S-117. (KNC) (Entered: 06/29/2020) |
| 06/29/2020 | [118](#) | RESPONSE in Opposition re [91](#) Time-Sensitive MOTION to Quash Amended Subpoena to Testify at a Deposition in a Civil Action *(Redacted Version)* filed by The Noco Company. (Attachments: # [1](#) Exhibit 1 - Email June 1, 2020, # [2](#) Exhibit 2 - Return of Service for Subpoena, # [3](#) Exhibit 3 - Email June 9, 2020, # [4](#) Exhibit 4 - Amended |

| | | |
|---|---|---|
| | | Subpoena, # [5](#) Exhibit 5 - Return of Service for Amended Subpoena, # [6](#) Exhibit 6 - Email June 15, 2020, # [7](#) Exhibit 7 - Email June 11 2020)(Rodriguez-Taseff, Lida) (Entered: 06/29/2020) |
| 06/29/2020 | [119](#) | Unopposed MOTION to Seal *unredacted version of its Response in Opposition to Non-Party Deltran Operations USA, Inc.'s Motion to Quash Amended Subpoena (Dkt. No. 118)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/29/2020) |
| 06/29/2020 | [120](#) | Unopposed MOTION to Seal *Unredacted Versions Of Its Responses in Opposition to Defendant's Motions to Compel (ECF Nos. 95-96)* by Deltona Transformer Corporation. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/29/2020) |
| 06/29/2020 | [121](#) | Unopposed MOTION to Seal *Unredacted Version of its Notice of Filing Supplemental Evidence in Further Support of Plaintiff's Motion to Compel Production of Financial Documents* by Deltona Transformer Corporation. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/29/2020) |
| 06/29/2020 | [122](#) | NOTICE of Filing Supplemental Evidence by Deltona Transformer Corporation re [77](#) MOTION to Compel Production of Financial Documents and to Overrule Objections to Plaintiff's Second Request for Production , [100](#) Reply to Response to Motion (Attachments: # [1](#) Exhibit 1. Plaintiff's Motion to Compel Production and to Overrule Objections of Amazon.com, Inc. in Reference to Plaintiff's Subpoena for Documents, # [2](#) Exhibit 2. To Be Filed Under Seal)(Flanagan, Patricia) Modified on 6/30/2020 (SPM). (Entered: 06/29/2020) |
| 06/29/2020 | [123](#) | RESPONSE in Opposition re [97](#) Time Sensitive MOTION to Compel Proper Designation of Corporate Representative *and for Sanctions for Failure to Comply With Rule 30(b)(6) [Redacted Version - Motion to Seal Pending]* filed by The Noco Company. (Attachments: # [1](#) Exhibit A - Breakdown by Deposition Topic, # [2](#) Exhibit B - Defendant's Objections to Plaintiff_s Notice of 30(b)(6) Deposition)(Rodriguez-Taseff, Lida) (Entered: 06/29/2020) |
| 06/29/2020 | [124](#) | RESPONSE in Opposition re [96](#) MOTION to Compel Production of Documents Responsive to Request Nos. 63-73 and 78 to Second Requests for Production *(Redacted Version - Motion to File Under Seal Pending)* filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 06/29/2020) |
| 06/29/2020 | [125](#) | RESPONSE in Opposition re [95](#) MOTION to Compel Production of Documents Responsive to Request Nos. 25-27 and 29-36 *(Redacted Version - Motion to File Under Seal Pending)* filed by Deltona Transformer Corporation. (Attachments: # [1](#) Exhibit A. To Be Filed Under Seal)(Flanagan, Patricia) (Entered: 06/29/2020) |
| 06/30/2020 | [126](#) | **ORDER granting [119](#) Motion to Seal; granting [120](#) Motion to Seal; granting [121](#) Motion to Seal. At or before 4:00 p.m., EST, on today, June 30, 2020, the parties shall file the documents discussed herein with the Clerk of Court for sealing. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 6/30/2020. (MDH)** (Entered: 06/30/2020) |
| 06/30/2020 | [127](#) | MOTION to Seal under M.D.Fla.L.R.1.09(b) and pursuant to court order re [126](#) Order. by The Noco Company. (DMA) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/30/2020) |
| 06/30/2020 | | Sealed Document (S-128). (DMA) (Entered: 06/30/2020) |
| 06/30/2020 | | Sealed Document (S-129). (DMA) (Entered: 06/30/2020) |

| 06/30/2020 | | Sealed Document (S-130). (DMA) (Entered: 06/30/2020) |
|---|---|---|
| 06/30/2020 | | Sealed Document (S-131). (DMA) (Entered: 06/30/2020) |
| 06/30/2020 | 132 | **ENDORSED ORDER denying as moot 115 Motion to Seal; 116 Motion to Seal; 127 Motion to Seal. The Court has already granted the relief requested in these motions. (See Docs. 106; 111; 126). Signed by Magistrate Judge Leslie R. Hoffman on 6/30/2020. (MDH)** (Entered: 06/30/2020) |
| 07/01/2020 | 133 | **STRICKEN per 135 Order** NOTICE of supplemental authority re 96 MOTION to Compel Production of Documents Responsive to Request Nos. 63-73 and 78 to Second Requests for Production *(Redacted Version - Motion to File Under Seal Pending)* by The Noco Company. (Attachments: # 1 Supplement (Attachment to be filed Under Seal), # 2 Supplement Composite of Exhibits)(Rodriguez-Taseff, Lida) Modified on 7/2/2020 (SPM). (Entered: 07/01/2020) |
| 07/01/2020 | 134 | **STRICKEN per 135 Order** Unopposed MOTION to Seal *Notice of Supplemental Authority (Dkt. No. 133)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 7/2/2020 (SPM). (Entered: 07/01/2020) |
| 07/02/2020 | 135 | **ORDER to Strike 133 Notice of filing supplemental authority, and 134 Motion to Seal. Signed by Magistrate Judge Leslie R. Hoffman on 7/2/2020. (MDH)** (Entered: 07/02/2020) |
| 07/06/2020 | 136 | Minute Entry. Proceedings held before Magistrate Judge Leslie R. Hoffman: MOTION HEARING held on 7/6/2020 re 96 MOTION to Compel Production of Documents Responsive to Request Nos. 63-73 and 78 to Second Requests for Production *(Redacted Version - Motion to File Under Seal Pending)* filed by The Noco Company, 77 MOTION to Compel Production of Financial Documents and to Overrule Objections to Plaintiff's Second Request for Production filed by Deltona Transformer Corporation, 97 Time Sensitive MOTION to Compel Proper Designation of Corporate Representative *and for Sanctions for Failure to Comply With Rule 30(b)(6) [Redacted Version - Motion to Seal Pending]* filed by Deltran Transformer Corporation, 91 Time-Sensitive MOTION to Quash Amended Subpoena to Testify at a Deposition in a Civil Action filed by Deltran Operations USA, Inc., 95 MOTION to Compel Production of Documents Responsive to Request Nos. 25-27 and 29-36 *(Redacted Version - Motion to File Under Seal Pending)* filed by The Noco Company. (DIGITAL) (ECJ) (Entered: 07/06/2020) |
| 07/07/2020 | 138 | **ORDER granting in part and denying in part 77 Motion to Compel ; granting 91 Motion to Quash; granting in part and denying in part 95 Motion to Compel ; granting in part and denying in part 96 Motion to Compel ; granting in part and denying in part 97 Motion to Compel. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 7/7/2020. (MDH)** (Entered: 07/07/2020) |
| 07/08/2020 | 139 | MEDIATION report Hearing held on July 8, 2020. Hearing outcome: Impasse.. (Fee, Richard) (Entered: 07/08/2020) |
| 07/10/2020 | 140 | TRANSCRIPT of Motions Hearing held on 7/6/20 before Judge Leslie R. Hoffman. Court Reporter/Transcriber Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/31/2020, Redacted Transcript Deadline set for 8/10/2020, Release of Transcript Restriction set for 10/8/2020. (SLT) (ALL). (Entered: 07/10/2020) |
| 07/10/2020 | 141 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this |

| | | |
|---|---|---|
| | | transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 07/10/2020) |
| 07/14/2020 | [142](#) | JOINT NOTICE Regarding Agreement on Amount of Attorney's Fees and Costs Awarded to Deltran Operations USA, Inc. by Deltran Operations USA, Inc. re [138](#) Order on Motion to Compel/Order on Motion to Quash (Flanagan, Patricia) Modified on 7/15/2020 (SPM). (Entered: 07/14/2020) |
| 07/15/2020 | [143](#) | **STRICKEN per [151](#) Order** MOTION for Partial Summary Judgment by The Noco Company. (Attachments: # [1](#) Affidavit - Declaration of John Nading, # [2](#) Exhibit 1 - To Be Filed Under Seal, # [3](#) Exhibit 2 - To Be Filed Under Seal, # [4](#) Exhibit 3 - To Be Filed Under Seal, # [5](#) Exhibit 4 - To Be Filed Under Seal, # [6](#) Exhibit 5 - To Be Filed Under Seal, # [7](#) Exhibit 6 - Hearing Transcript, # [8](#) Exhibit 7 - Letter July 1 2015, # [9](#) Exhibit 8 - Letter August 13 2015, # [10](#) Exhibit 9 - Letter July 10 2018, # [11](#) Exhibit 10 - Email July 2018, # [12](#) Exhibit 11 - Letter December 12 2018, # [13](#) Exhibit 12 - Johnson Expert Report)(Rodriguez-Taseff, Lida) Modified on 7/20/2020 (SPM). (Entered: 07/15/2020) |
| 07/15/2020 | [144](#) | Unopposed MOTION to Seal *Motion for Partial Summary Judgment and Declaration in Support (Dkt. 143)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/15/2020) |
| 07/15/2020 | [145](#) | **STRICKEN per [151](#) Order** MOTION for Miscellaneous Relief, specifically Exclude the Testimony if Philip Green and Memorandum in Support by The Noco Company. (Attachments: # [1](#) Exhibit 1 - To Be Filed Under Seal, # [2](#) Exhibit 2 - To Be Filed Under Seal, # [3](#) Exhibit 3 - Amazon, # [4](#) Exhibit 4 - To Be Filed Under Seal, # [5](#) Exhibit 5 - To Be Filed Under Seal, # [6](#) Exhibit 6 - To Be Filed Under Seal, # [7](#) Exhibit 7 - To Be Filed Under Seal)(Rodriguez-Taseff, Lida) Modified on 7/20/2020 (SPM). (Entered: 07/15/2020) |
| 07/15/2020 | [146](#) | Unopposed MOTION to Seal *Motion to Exclude Testimony of Philip Green and Memorandum in support and Exhibits (Dkt. 145)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/15/2020) |
| 07/15/2020 | [147](#) | MOTION for Miscellaneous Relief, specifically to Exclude the Testimony of Philip Johnson and Supporting Memorandum by Deltona Transformer Corporation. (Attachments: # [1](#) Exhibit A - Expert Report of M. Pittaoulis and Exhibits, # [2](#) Exhibit B - Expert Report of P. Johnson, # [3](#) Exhibit C - Deposition Transcript of P. Johnson) (Flanagan, Patricia) (Entered: 07/15/2020) |
| 07/15/2020 | [148](#) | Unopposed MOTION to Seal *Unredacted Versions of (1) Plaintiff's Motion for Summary Judgment and Supporting Exhibits and (2) Plaintiff's Motion to Exclude the Expert Testimony of Carrie Distler and Supporting Exhibits* by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/15/2020) |
| 07/15/2020 | [149](#) | **STRICKEN per [151](#) Order** MOTION for Summary Judgment by Deltona Transformer Corporation. (Attachments: # [1](#) Declarations and Exhibits To Be Filed Under Seal)(Flanagan, Patricia) Modified on 7/20/2020 (SPM). (Entered: 07/15/2020) |

| | | |
|---|---|---|
| 07/15/2020 | 150 | **STRICKEN per 151 Order** MOTION for Miscellaneous Relief, specifically to Exclude the Testimony of Carrie Distler and Supporting Memorandum by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A - To Be Filed Under Seal, # 2 Exhibit B - To Be Filed Under Seal)(Braunstein, Alex) Modified on 7/20/2020 (SPM). (Entered: 07/15/2020) |
| 07/17/2020 | 151 | **ORDER denying 144 Motion to Seal; denying 146 Motion to Seal; denying 148 Motion to Seal. The redacted motions and all exhibits filed on July 15, 2020 (Docs. 143; 145; 149-150) are STRICKEN. By 5:00 p.m. EST, on July 21, 2020, the parties shall file unredacted versions of the motions stricken by this Order, as well as all the exhibits filed in support of those motions. Signed by Magistrate Judge Leslie R. Hoffman on 7/17/2020. (MDH)** (Entered: 07/17/2020) |
| 07/20/2020 | 152 | Emergency MOTION to Seal *DTC's Confidential and Trade Secret Information in the Parties' Motions That Were Ordered to be Filed Unredacted* by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Declaration of Michael L. Prelec, Jr.) (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/20/2020) |
| 07/20/2020 | 153 | **ORDER granting 152 Motion to Seal. See Order for details and deadlines. Signed by Magistrate Judge Leslie R. Hoffman on 7/20/2020. (MDH)** (Entered: 07/20/2020) |
| 07/21/2020 | 154 | Emergency MOTION to Seal *NOCO's Confidential and Trade Secret Information In the Parties' Motions That Were Required to be Filed Unredacted Pursuant to the Court's July 17, 2020 Order (Dkt. 151)* by The Noco Company. (Attachments: # 1 Affidavit Nook Declaration)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/21/2020) |
| 07/21/2020 | 155 | **ORDER granting in part and denying in part 154 Motion to Seal. See Order for details and deadlines. Signed by Magistrate Judge Leslie R. Hoffman on 7/21/2020. (MDH)** (Entered: 07/21/2020) |
| 07/22/2020 | 156 | MOTION for Summary Judgment by Deltona Transformer Corporation. (Attachments: # 1 Declaration of Michael L. Prelec, Jr., # 2 Exhibit A. DTC Product Pictures, # 3 Exhibit B. DTC Authorized Resellers, # 4 Exhibit C. DTC Private Label and Co-Branded Products, # 5 Exhibit D. DTC Trademark Registrations, # 6 Exhibit E. DTC Notices of Publication, # 7 Exhibit F. DTC Battery Tender Brand Research Findings Excerpts, # 8 Exhibit G. DTC Brand Guidelines Re Relevant Public, # 9 Declaration of Patricia M. Flanagan, # 10 Exhibit 1. Copies of Demand Communications to NOCO, # 11 Exhibit 2 - 2A, 3-6. Filed Under Seal, # 12 Exhibit 7. Email from NOCO to Plaintiff dated September 15, 2016, # 13 Exhibit 8. Email from NOCO to Plaintiff dated August 30, 2017, # 14 Exhibit 9. Filed Under Seal, # 15 Exhibit 10. NOCO Advertisements including the term "Battery Tender", # 16 Exhibit 11-12. Filed Under Seal, # 17 Exhibit 13. NOCO Infringing Product Descriptions on Amazon.com, # 18 Exhibit 14. Excerpts of Transcript of June 9, 2020 Deposition of NOCO Corp. Rep., # 19 Exhibit 15. Excerpts of Transcript of June 3, 2020 Deposition of Noco Employee S. Heiser, # 20 Exhibit 16. Excerpts of Transcript of June 5, 2020 Deposition of Noco Employee L. Case, # 21 Exhibit 17. Filed Under Seal, # 22 Exhibit 18. Message from Noco Support Agent sent January 31, 2019, # 23 Exhibit 19. NOCO Internal Chat Communication dated February 28, 2020, # 24 Exhibit 20-31. Filed Under Seal, # 25 Exhibit 32. Message From Customer to NOCO dated January 17, 2020, # 26 Exhibit 33. Message From Customer to NOCO dated September 6, 2014, # 27 Exhibit 34. Message From Customer to NOCO dated November 14, 2014, # 28 Exhibit 35. Message From Customer to NOCO dated March 3, 2015, # 29 Exhibit 36. Message From Customer to NOCO dated December 20, 2015, # 30 Exhibit 37. Message From Customer to NOCO dated January 3, 2016, # 31 Exhibit 38. Message From Customer to NOCO dated February 8, 2016, # 32 Exhibit 39. Message From |

| | | |
|---|---|---|
| | | Customer to NOCO dated February 11, 2016, # [33](#) Exhibit 40. Message From Customer to NOCO dated February 29, 2016, # [34](#) Exhibit 41. Message From Customer to NOCO dated May 30, 2016, # [35](#) Exhibit 42. Message from Customer to NOCO dated June 3, 2016, # [36](#) Exhibit 43. Message from Customer to NOCO dated August 8, 2016, # [37](#) Exhibit 44. Message From Customer to NOCO dated October 12, 2016, # [38](#) Exhibit 45. Message From Customer to NOCO dated October 19, 2016, # [39](#) Exhibit 46. Message From Customer to NOCO dated October 31, 2016, # [40](#) Exhibit 47. Message From Customer to NOCO dated December 18, 2016, # [41](#) Exhibit 48. Message From Customer to NOCO dated December 31, 2016, # [42](#) Exhibit 49. Message From Customer to NOCO dated January 9, 2017, # [43](#) Exhibit 50. Message From Customer to NOCO dated February 18, 2017, # [44](#) Exhibit 51. Message From Customer to NOCO dated May 17, 2017, # [45](#) Exhibit 52. Message from Customer to NOCO dated June 14, 2017, # [46](#) Exhibit 53. Message from Customer to NOCO dated August 7, 2017, # [47](#) Exhibit 54. Message from Customer to NOCO dated November 13, 2017, # [48](#) Exhibit 55. Message from Customer to NOCO dated November 19, 2017, # [49](#) Exhibit 56. Message from Customer to NOCO dated January 12, 2018, # [50](#) Exhibit 57. Message from Customer to NOCO dated January 16, 2018, # [51](#) Exhibit 58. Message from Customer to NOCO dated February 21, 2018, # [52](#) Exhibit 59. Message from Customer to NOCO dated March 27, 2018, # [53](#) Exhibit 60. Message from Customer to NOCO dated December 13, 2018, # [54](#) Exhibit 61. Message from Customer to NOCO dated December 18, 2018, # [55](#) Exhibit 62. Message from Customer to NOCO dated January 7, 2019, # [56](#) Exhibit 63. Message from Customer to NOCO dated February 22, 2019, # [57](#) Exhibit 64. Message from Customer to NOCO dated August 7, 2019, # [58](#) Exhibit 65. Message from Customer to NOCO dated August 23, 2019, # [59](#) Exhibit 66. Message from Customer to NOCO dated October 7, 2019, # [60](#) Exhibit 67 - 79. Filed Under Seal, # [61](#) Exhibit 80. Message from Magazine Editor to NOCO dated April 8, 2016, # [62](#) Exhibit 81 - 86. Filed Under Seal, # [63](#) Exhibit 87. Message From Customer to NOCO dated December 6, 2016, # [64](#) Exhibit 88. Message From Customer to NOCO dated January 10, 2017, # [65](#) Exhibit 89. Message From Customer to NOCO dated December 13, 2017, # [66](#) Exhibit 90. Message From Customer to NOCO dated April 10, 2019, # [67](#) Exhibit 91-94. Filed Under Seal, # [68](#) Exhibit 95. Excerpts of Transcript of June 5, 2020 Deposition of DTC Corp. Rep.) (Flanagan, Patricia) (Entered: 07/22/2020) |
| 07/22/2020 | | Sealed Document S-157. (SPM) (Entered: 07/22/2020) |
| 07/22/2020 | [158](#) | MOTION for Partial Summary Judgment by The Noco Company. (Attachments: # [1](#) Affidavit Declaration of John Nading, # [2](#) Exhibit 1 - Green Testimony (Redacted), # [3](#) Exhibit 2 - Prelec 30(b)(6) Testimony (Redacted), # [4](#) Exhibit 3 - Lenahan Testimony, # [5](#) Exhibit 4 - Prelec Testimony, # [6](#) Exhibit 5 - Under Seal, # [7](#) Exhibit 6 - Hearing Transcript, # [8](#) Exhibit 7 - Letter July 1 2015, # [9](#) Exhibit 8 - Letter Aug 13 2015, # [10](#) Exhibit 9 - Letter July 10 2018, # [11](#) Exhibit 10 - Email July 18 2018, # [12](#) Exhibit 11 - Letter Dec 12 2018, # [13](#) Exhibit 12 - Johnson Report)(Rodriguez-Taseff, Lida) (Entered: 07/22/2020) |
| 07/22/2020 | | Sealed Document S-159. (SPM) (Entered: 07/22/2020) |
| 07/22/2020 | [160](#) | MOTION for Miscellaneous Relief, specifically *Exclude Expert Testimony of Carrie L. Distler* by Deltona Transformer Corporation. (Attachments: # [1](#) Exhibit B)(Braunstein, Alex) (Entered: 07/22/2020) |
| 07/22/2020 | [161](#) | MOTION for Miscellaneous Relief, specifically Exclude the Testimony of Philip Green and Memorandum in Support by The Noco Company. (Attachments: # [1](#) Exhibit 1 Green Expert Report (Redacted), # [2](#) Exhibit 2 - Distler Report (Redacted), # [3](#) Exhibit 3 - Amazon, # [4](#) Exhibit 4 - Green Depo Excerpts (Redacted), # [5](#) Exhibit 5 - Lenahan Depo Excerpts (Redacted), # [6](#) Exhibit 6 - Prelec Depo Excerpts, # [7](#) Exhibit 7 - Account DTC0003001 (Redacted))(Rodriguez-Taseff, Lida) (Entered: 07/22/2020) |

| 07/22/2020 | 162 | NOTICE by Deltona Transformer Corporation re 160 MOTION for Miscellaneous Relief, specifically *Exclude Expert Testimony of Carrie L. Distler* (Attachments: # 1 Exhibit A. Redacted Version of Deposition Transcript of Expert Carrie Distler)(Braunstein, Alex) (Entered: 07/22/2020) |
|---|---|---|
| 07/22/2020 | | Sealed Document S-163. (SPM) (Entered: 07/23/2020) |
| 07/22/2020 | | Sealed Document S-164. (SPM) (Entered: 07/23/2020) |
| 07/24/2020 | 165 | Unopposed MOTION for Extension of Time to Complete Discovery *(Request for Extension of Plaintiff's July 27, 2020 Deadline)* by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/24/2020) |
| 07/24/2020 | 166 | **ENDORSED ORDER granting 165 Motion for Extension of Time. The July 27, 2020 deadline for the production of documents described in the motion is extended to August 6, 2020. All other aspects of the Court's July 7, 2020 Order (Doc. 138), and all other case deadlines remain in full force and effect. Signed by Magistrate Judge Leslie R. Hoffman on 7/24/2020. (MDH)** (Entered: 07/24/2020) |
| 07/28/2020 | 167 | MOTION for Extension of Time until August 5, 2020 to Complete Discovery Deadline and Depose NOCO's Corporate Representative by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A - Email Chain)(Braunstein, Alex) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 7/29/2020 (MEJ). (Entered: 07/28/2020) |
| 07/29/2020 | 168 | **ORDER denying 167 Motion for Extension of Time. Signed by Magistrate Judge Leslie R. Hoffman on 7/29/2020. (MDH)** (Entered: 07/29/2020) |
| 07/29/2020 | 169 | RESPONSE in Opposition re 147 MOTION for Miscellaneous Relief, specifically to Exclude the Testimony of Philip Johnson and Supporting Memorandum filed by The Noco Company. (Attachments: # 1 Exhibit A - Johnson Errata Sheet, # 2 Exhibit B - Pittaoulis Deposition Excerpts)(Rodriguez-Taseff, Lida) (Entered: 07/29/2020) |
| 08/05/2020 | 170 | NOTICE of Status of Production by Deltona Transformer Corporation re 138 Order on Motion to Compel/Order on Motion to Quash (Flanagan, Patricia) Modified on 8/6/2020 (SPM). (Entered: 08/05/2020) |
| 08/05/2020 | 171 | RESPONSE in Opposition re 160 MOTION for Miscellaneous Relief, specifically *Exclude Expert Testimony of Carrie L. Distler* filed by The Noco Company. (Attachments: # 1 Exhibit A - Excerpt of Green's Testimony)(Nading, John) (Entered: 08/05/2020) |
| 08/05/2020 | 172 | MEMORANDUM in opposition re 161 Motion for Miscellaneous Relief *, specifically to Exclude the Testimony of Philip Green* filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 08/05/2020) |
| 08/06/2020 | 173 | Unopposed MOTION to Seal Certain Information in its Response In Opposition to Plaintiff and Counter-Defendant Deltona Transformer Corporation's Motion To Exclude the Expert Testimony of Carrie Distler (Dkt. 171) by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 8/7/2020 (SPM). (Entered: 08/06/2020) |
| 08/06/2020 | 174 | Unopposed MOTION for Miscellaneous Relief, specifically to File Corrected Fully Redacted Document by The Noco Company. (Rodriguez-Taseff, Lida) (Entered: 08/06/2020) |

| 08/10/2020 | 175 | **ORDER granting 173 Motion to Seal. See Order for details and deadline. Signed by Magistrate Judge Leslie R. Hoffman on 8/10/2020. (MDH)** (Entered: 08/10/2020) |
|---|---|---|
| 08/10/2020 | 176 | **ENDORSED ORDER granting 174 Motion for Leave. At or before 5:00 p.m., on August 12, 2020, the Defendant shall file a redacted version of Carrie Distler's expert report. Signed by Magistrate Judge Leslie R. Hoffman on 8/10/2020. (MDH)** (Entered: 08/10/2020) |
| 08/10/2020 | 177 | Unopposed MOTION to Seal Exhibits to Plaintiff's Forthcoming Motion to Impose Rule 37(B)(2) Sanctions Upon Defendant for its Failure to Comply with the Court's July 7, 2020 Order by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 8/11/2020 (SPM). (Entered: 08/10/2020) |
| 08/11/2020 | | Sealed Document S-178. (SPM) (Entered: 08/11/2020) |
| 08/11/2020 | 179 | **ORDER granting 177 Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 8/11/2020. (MDH)** (Entered: 08/11/2020) |
| 08/11/2020 | 180 | MOTION to Impose Rule 37(b)(2) Sanctions Upon Defendant for its Failure to Comply With the Court's July 7, 2020 Order by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1. Declaration of Philip Green, # 2 Exhibit 2. Excerpt from the Deposition Transcript of NOCO's Corporate Representative, Jeffrey Weiner, With Deposition Exhibit A [Deposition Exhibits B-D To Be Filed Under Seal], # 3 Exhibit 3. NOCO Supplemental Privilege Log dated July 20, 2020, # 4 Exhibit 4. To Be Filed Under Seal, # 5 Exhibit 5. July 26, 2020 Email Communications Between Counsel, # 6 Exhibit 6. August 7, 2020 Email Chain Between Counsel)(Flanagan, Patricia) Modified on 8/12/2020 (SPM). (Entered: 08/11/2020) |
| 08/12/2020 | 181 | NOTICE of Filing Corrected Fully Redacted Document by The Noco Company re 176 Order (Attachments: # 1 Exhibit Redacted Distiler Report)(Rodriguez-Taseff, Lida) Modified on 8/13/2020 (SPM). (Entered: 08/12/2020) |
| 08/13/2020 | | Sealed Document S-182. (SPM) (Entered: 08/13/2020) |
| 08/14/2020 | 183 | JOINT NOTICE Regarding Agreement on Amount of Attorney's Fees and Costs Awarded to Plaintiff regarding Second Rule 30(b)(6) Deposition by Deltona Transformer Corporation re 138 Order on Motion to Compel/Order on Motion to Quash (Flanagan, Patricia) Modified on 8/14/2020 (SPM). (Entered: 08/14/2020) |
| 08/21/2020 | 184 | RESPONSE in Opposition re 156 MOTION for Summary Judgment filed by The Noco Company. (Attachments: # 1 Exhibit 1 - Declaration of Jonathan L. Nook, # 2 Exhibit 2 - Declaration of John M. Nading (REDACTED))(Nading, John) (Entered: 08/21/2020) |
| 08/21/2020 | 185 | Unopposed MOTION to Seal and Memorandum In Support, To File Under Seal Its Exhibits Attached To Its Response In Opposition To Plaintiff And Counter-Defendant Deltona Transformer Corporation's Motion For Summary Judgment (DKT.184) by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 8/24/2020 (SPM). (Entered: 08/21/2020) |
| 08/21/2020 | 186 | MEMORANDUM in opposition re 158 Motion for Partial Summary Judgment filed by Deltona Transformer Corporation. (Attachments: # 1 Second Declaration of Patricia M. Flanagan, # 2 Exhibit 96. Email Communications Exchanged Between Counsel from December 18, 2018 to January 21, 2019, # 3 Exhibit 97. Certificates of Registrations, # 4 Exhibit 98. Excerpts of Testimony from the deposition of DTC's Corporate Representative taken on June 2, 2020)(Flanagan, Patricia) (Entered: 08/21/2020) |

| | | |
|---|---|---|
| 08/24/2020 | 187 | **ORDER granting 185 Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 8/24/2020. (MDH)** (Entered: 08/24/2020) |
| 08/25/2020 | | Sealed Document S-188. (SPM) (Entered: 08/25/2020) |
| 08/25/2020 | 189 | RESPONSE in Opposition re 180 MOTION to Impose Rule 37(b)(2) Sanctions Upon Defendant for its Failure to Comply With the Court's July 7, 2020 Order filed by The Noco Company. (Attachments: # 1 Exhibit 1 - Hearing Transcript, # 2 Exhibit 2 - Decl Weiner (Redacted), # 3 Exhibit 3 - Decl Distler (Redacted), # 4 Exhibit 4 - Plaintiff's RFP, # 5 Exhibit 5 - Decl Rodriguez-Taseff, # 6 Exhibit 6 - (To be Filed Under Seal), # 7 Exhibit 7 - Decl Nook, # 8 Exhibit 8 - Privilege Log Dec. 20, 2019, # 9 Exhibit 9 - Privilege Log July 29, 2020)(Rodriguez-Taseff, Lida) (Entered: 08/25/2020) |
| 08/26/2020 | 190 | Unopposed MOTION to Seal *Defendant and Counterclaimant The NOCO Company's Response in Opposition to Plaintiff and Counter-Defendant Deltona Transformer Corporation's Motion to Impose Rule 37(b)(2) Sanctions and Related Exhibits 2, 3 and 6 (Dkt. 189)* by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/26/2020) |
| 08/27/2020 | 191 | **ORDER granting 190 Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 8/27/2020. (MDH)** (Entered: 08/27/2020) |
| 08/28/2020 | | Sealed Document S-192. (MEJ) (Entered: 08/31/2020) |
| 09/04/2020 | 193 | REPLY to Response to Motion re 158 MOTION for Partial Summary Judgment filed by The Noco Company. (Nading, John) (Entered: 09/04/2020) |
| 09/04/2020 | 194 | Unopposed MOTION to Seal *Unredacted Version of Reply Memorandum In Support of Motion for Summary Judgment and Exhibit In Support Thereof* by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/04/2020) |
| 09/04/2020 | 195 | REPLY to Response to Motion re 156 MOTION for Summary Judgment filed by Deltona Transformer Corporation. (Attachments: # 1 Third Declaration of Patricia M. Flanagan, # 2 Exhibit 99. Current Version of ECF No. 55-4, # 3 Exhibit 100. Current Version of ECF No. 55-5, # 4 Exhibit 101. Current Version of ECF No. 55-7, # 5 Exhibit 102. Current Version of ECF No. 55-8, # 6 Exhibit 103. Current Version of ECF No. 55-11, # 7 Exhibit 104. Current Version of ECF No. 55-12, # 8 Exhibit 105. Amendments filed for Registrations at ECF No. 55-13, # 9 Exhibit 106. Excerpts of Testimony of Deposition of Noco Employee, Derek Underhill, # 10 Exhibit 107. Excerpts of Testimony of Deposition of Noco Employee, Luke Case, # 11 Exhibit 108. Excerpts of Testimony of Deposition of Noco Employee, Michael Lombardo, # 12 Exhibit 109. Excerpts of Testimony of Deposition of Noco President, Jonathan Nook, # 13 Exhibit 110. To Be Filed Under Seal)(Flanagan, Patricia) (Entered: 09/04/2020) |
| 09/08/2020 | 196 | **ORDER granting 194 Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 9/8/2020. (MDH)** (Entered: 09/08/2020) |
| 09/09/2020 | | Sealed Document S-197. (SPM) (Entered: 09/09/2020) |
| 10/21/2020 | 198 | MOTION to Impose Rule 37(b)(2) Sanctions Upon Plaintiff and Counter-Defendant Deltona Transformer Corporation For Its Failure To Comply With The Court's July 7, 2020 Order (Dkt. 138) and Memorandum of Law by The Noco Company. (Attachments: # 1 Exhibit 1 - July 6, 2020 Hearing Transcript Excerpts, # 2 Exhibit 2 - Email July 24, 2020, # 3 Exhibit 3 - Email Aug 6, 2020, # 4 Exhibit 4 - (to be filed under seal), # 5 Exhibit 5 - Email Aug 24, 2020, # 6 Exhibit 6 - Email Sept 1, 2020, # 7 Exhibit 7 - Email Sept 15 2020 (attachments can be filed under seal), # 8 Exhibit 8 - Email Sept 25 2020 |

| | | |
|---|---|---|
| | | (attachments to be filed under seal))(Rodriguez-Taseff, Lida) Modified on 10/21/2020 (SPM). (Entered: 10/21/2020) |
| 10/23/2020 | [199](#) | Unopposed MOTION to Seal Exhibits 4, 7 and 8 of Defendant and Counterclaimant's Motion To Impose Rule 37(B)(2) Sanctions (Dkt. [198](#)) by The Noco Company. (Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 10/23/2020 (SPM). (Entered: 10/23/2020) |
| 10/26/2020 | [200](#) | **ORDER granting [199](#) Motion to Seal. On or before October 30, 2020, Defendant shall file under seal unredacted copies of Exhibits 4, 7, and 8 filed in support of its Motion to Impose Rule 37(b)(2) Sanctions (Doc. 198). The Clerk of Court is directed to accept and place the unredacted copies of Exhibits 4, 7, and 8 under seal. Signed by Magistrate Judge Leslie R. Hoffman on 10/26/2020. (MKH)** (Entered: 10/26/2020) |
| 10/28/2020 | | Sealed Document S-201. (SPM) (Entered: 10/28/2020) |
| 10/30/2020 | [202](#) | **ORDER granting in part and denying in part [180](#) Plaintiff's Motion for Sanctions. See Order for deadlines and details. Signed by Magistrate Judge Leslie R. Hoffman on 10/30/2020. (MDH)** (Entered: 10/30/2020) |
| 11/02/2020 | [203](#) | MOTION In Limine to Preclude Evidence or Testimony Regarding Mere Keyword Use and NOCO's Internal Amazon.com Campaign Names by The Noco Company. (Attachments: # [1](#) Exhibit A - Amazon Production (07.29.20) (to be filed under Seal), # [2](#) Exhibit B - Amazon Production (10.09.20) (to be filed under Seal), # [3](#) Exhibit C - Amazon Production (06.28.20) (to be filed under Seal), # [4](#) Exhibit D- Amazon Production (07.23.20) (to be filed under Seal), # [5](#) Exhibit E - Amazon Production (07.31.20) (to be filed under Seal))(Rodriguez-Taseff, Lida) Modified text on 11/3/2020 (TNP). (Entered: 11/02/2020) |
| 11/02/2020 | [204](#) | MOTION In Limine to Preclude Evidence or Testimony Regarding Documents Relating Broadly To Financials by The Noco Company. (Attachments: # [1](#) Exhibit A - NOCO0004365-4370 and NOCO0004371-4382 (to be filed under Seal), # [2](#) Exhibit B - Amazon Production (02.03.20) (to be filed under Seal), # [3](#) Exhibit C - Amazon Production (07.09.20) (to be filed under Seal), # [4](#) Exhibit D - Amazon Production (06.28.20) (to be filed under Seal), # [5](#) Exhibit E - Amazon Production (07.23.20) (to be filed under Seal), # [6](#) Exhibit F - Amazon Production (07.29.20) (to be filed under Seal), # [7](#) Exhibit G - Amazon Production (10.09.20) (to be filed under Seal))(Rodriguez-Taseff, Lida) Modified text on 11/3/2020 (TNP). (Entered: 11/02/2020) |
| 11/02/2020 | [205](#) | MOTION In Limine to Preclude Evidence or Testimony Regarding Plaintiff and Counter-Defendant Deltona Transformer Corporation's Document Titled Rule 29 Battery Tender Brand Research Findings Winter 2019 by The Noco Company. (Attachments: # [1](#) Exhibit A - Deltona's Rule 29 Report (to be filed under seal), # [2](#) Exhibit B - Deltona 30(b)(6) Deposition Excerpt, # [3](#) Exhibit C - Deltona's Initial Disclosures, # [4](#) Exhibit D - Deltona's Responses to Interrogatories, # [5](#) Exhibit E - Deltona's Supplemental Responses to Interrogatories)(Rodriguez-Taseff, Lida) Modified text on 11/3/2020 (TNP). (Entered: 11/02/2020) |
| 11/02/2020 | [206](#) | MOTION In Limine to Exclude Improper Hearsay and Improper Opinions Advanced by Defendant by Deltona Transformer Corporation. (Attachments: # [1](#) Exhibit A. Excerpts of Transcript of May 29, 2020 Deposition of Evin Dyon, # [2](#) Exhibit B. Excerpts of Transcript of June 1, 2020 Deposition of Michael L. Prelec, Jr.)(Flanagan, Patricia) Modified text on 11/3/2020 (TNP). (Entered: 11/02/2020) |
| 11/02/2020 | [207](#) | MOTION In Limine to Exclude Deductions From Gross Sales Advanced by Defendant by Deltona Transformer Corporation. (Flanagan, Patricia) Modified text on 11/3/2020 (TNP). (Entered: 11/02/2020) |

| | | |
|---|---|---|
| 11/02/2020 | 208 | MOTION In Limine to Preclude Plaintiff and Counter-Defendant Deltona Transformer Corporation From Presenting Evidence of Alleged Actual Damages by The Noco Company. (Attachments: # 1 **STRICKEN AND REMOVED PER ORDER AT 212 **, # 2 **STRICKEN AND REMOVED PER ORDER AT 212 **, # 3 Exhibit C - DTC Sheets (to be filed under Seal), # 4 Exhibit D - Bates Docs (to be filed under Seal), # 5 Exhibit E - Bates Docs (to be filed under Seal), # 6 **STRICKEN AND REMOVED PER ORDER AT 212 **, # 7 Exhibit G - Dockets for Other Case, # 8 Exhibit H - Mroinge Verified Complaint, # 9 Exhibit I - Auto Elec Settle Agmt, # 10 Exhibit J - Odes Complaint)(Rodriguez-Taseff, Lida) Modified text on 11/3/2020 (TNP). Modified on 11/5/2020 (TNP). (Entered: 11/02/2020) |
| 11/02/2020 | 209 | MOTION In Limine to Exclude References and Evidence Regarding Unrelated Litigations by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Excerpts of Transcript of June 2, 2020 Deposition of DTC's Corporate Representative)(Flanagan, Patricia) Modified text on 11/3/2020 (TNP). (Entered: 11/02/2020) |
| 11/03/2020 | 210 | Time Sensitive Unopposed MOTION to File Under Seal its Motions In Limine and Certain Exhibits Thereto by The Noco Company. (Nading, John) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 11/4/2020 (TNP). (Entered: 11/03/2020) |
| 11/04/2020 | 211 | Emergency Unopposed MOTION to Strike Exhibits A, B & F and to File Them Under Seal re 208 MOTION In Limine to Preclude Plaintiff and Counter-Defendant Deltona Transformer Corporation From Presenting Evidence of Alleged Actual Damages by The Noco Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit F)(Nading, John) Modified text on 11/5/2020 (TNP). (Entered: 11/04/2020) |
| 11/04/2020 | 212 | **ORDER granting 210 Motion to Seal. See Order for deadline and details. Signed by Magistrate Judge Leslie R. Hoffman on 11/4/2020. (MDH)** (Entered: 11/04/2020) |
| 11/04/2020 | 213 | **ENDORSED ORDER denying as moot 211 Emergency Unopposed Motion to Strike in light of 212 Order Granting Motion to Seal. Signed by Judge Carlos E. Mendoza on 11/4/2020.(AMD)** (Entered: 11/04/2020) |
| 11/04/2020 | 214 | RESPONSE and Memorandum in Opposition re 198 MOTION to Impose Rule 37(b)(2) Sanctions Upon Plaintiff and Counter-Defendant Deltona Transformer Corporation For Its Failure To Comply With The Court's July 7, 2020 Order (Dkt. 138) and Memorandum of Law filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. September 21, 2020 Email Communications Between Counsel, # 2 Exhibit B. July 30, 2020 Email Communication from Amazon Counsel, # 3 Exhibit C. September 11, 2020 Email Communications Between Counsel)(Flanagan, Patricia) Modified text on 11/5/2020 (TNP). (Entered: 11/04/2020) |
| 11/05/2020 | | Sealed Document S-215. (TNP) (Entered: 11/05/2020) |
| 11/05/2020 | | Sealed Document S-216. (TNP) (Entered: 11/05/2020) |
| 11/05/2020 | | Sealed Document S-217. (TNP) (Entered: 11/05/2020) |
| 11/05/2020 | | Sealed Document S-218. (TNP) (Entered: 11/05/2020) |
| 11/16/2020 | 219 | RESPONSE in Opposition re 206 MOTION In Limine to Exclude Improper Hearsay and Improper Opinions Advanced by Defendant filed by The Noco Company. (Attachments: # 1 Exhibit A - Declaration of Jonathan L. Nook, # 2 Exhibit B - Declaration of Baris Tezgel, # 3 Exhibit C - Declaration of Alex E. Jones, # 4 Exhibit D - DTC Dep. Transcript Excerpts, # 5 Exhibit E - Cancellation Proceeding Exhibit)(Nading, John) (Entered: 11/16/2020) |

| | | |
|---|---|---|
| 11/16/2020 | 220 | Joint NOTICE Regarding Agreement on Amount of Attorney's Fees and Costs Awarded to Plaintiff regarding its Motion to Impose Rule 37(b)(2) Sanctions upon Defendant by Deltona Transformer Corporation re 202 Order on Motion for Sanctions (Flanagan, Patricia) Modified on 11/17/2020 (SPM). (Entered: 11/16/2020) |
| 11/16/2020 | 221 | RESPONSE in Opposition re 207 MOTION In Limine to Exclude Deductions From Gross Sales Advanced by Defendant *(Redacted)* filed by The Noco Company. (Attachments: # 1 Exhibit A - To Be Filed Under Seal, # 2 Exhibit B -To Be Filed Under Seal, # 3 Exhibit C - DTC0002038)(Nading, John) (Entered: 11/16/2020) |
| 11/16/2020 | 222 | RESPONSE in Opposition re 209 MOTION In Limine to Exclude References and Evidence Regarding Unrelated Litigations filed by The Noco Company. (Rodriguez-Taseff, Lida) (Entered: 11/16/2020) |
| 11/16/2020 | 223 | RESPONSE in Opposition re 205 MOTION In Limine to Preclude Evidence or Testimony Regarding Plaintiff and Counter-Defendant Deltona Transformer Corporation's Document Titled Rule 29 Battery Tender 2019 Brand Research Findings Winter 2019 filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1. Request for Proposal Dated October 11, 2018, # 2 Exhibit 2. To Be Filed Under Seal, # 3 Exhibit 3. Excerpts of Transcript of June 1, 2020 Deposition of Michael L. Prelec, Jr.)(Flanagan, Patricia) (Entered: 11/16/2020) |
| 11/16/2020 | 225 | RESPONSE in Opposition re 208 MOTION In Limine to Preclude Plaintiff and Counter-Defendant Deltona Transformer Corporation From Presenting Evidence of Alleged Actual Damages filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1. Excerpts of Transcript of June 2, 2020 Deposition of DTC's Corporate Representative) (Flanagan, Patricia) (Entered: 11/16/2020) |
| 11/16/2020 | 226 | RESPONSE in Opposition re 204 MOTION In Limine to Preclude Evidence or Testimony Regarding Documents Relating Broadly To Financials filed by Deltona Transformer Corporation. (Braunstein, Alex) (Entered: 11/16/2020) |
| 11/16/2020 | | Sealed Document S-224. (SPM) (Entered: 11/20/2020) |
| 11/17/2020 | 227 | Unopposed MOTION to Seal *Unredacted Versions of Two Exhibits Filed In Connection With Its Oppositions to Defendant's Motions in Limine* by Deltona Transformer Corporation. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 11/17/2020) |
| 11/17/2020 | 228 | **ORDER granting 227 Motion to Seal. On or before November 20, 2020, Plaintiff shall file under seal unredacted copies of Exhibits 1 and 2 filed in support of its responses in opposition to Defendant's motion in limine (Doc. Nos. 223-2, 224-1). Signed by Magistrate Judge Leslie R. Hoffman on 11/17/2020. (MKH)** Modified on 11/18/2020 (MKH). (Entered: 11/17/2020) |
| 11/18/2020 | 229 | Unopposed MOTION to Seal Its Opposition To Plaintiff and Counter-Defendant's Motion In Limine To Exclude Deductions From Gross Sales Advanced By Defendant (Dkt. 221) And Certain Exhibits Thereto by The Noco Company. (Nading, John) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 11/18/2020 (SPM). (Entered: 11/18/2020) |
| 11/19/2020 | 230 | **ORDER granting 229 Motion to Seal. On or before November 23, 2020, Defendant shall file under seal unredacted copies of its response in opposition and Exhibits A and B thereto (Doc. Nos. 221, 221-1, 221-2). Signed by Magistrate Judge Leslie R. Hoffman on 11/19/2020. (MKH)** (Entered: 11/19/2020) |
| 11/19/2020 | | Sealed Document S-231. (TNP) (Entered: 11/19/2020) |

| | | |
|---|---|---|
| 11/19/2020 | | Sealed Document S-232. (TNP) (Entered: 11/19/2020) |
| 11/20/2020 | 233 | Emergency MOTION to Strike 224 Response in Opposition to Motion *And Permit It To Be Filed Under Seal, And To Deem It Replaced With The Document Attached Hereto* by Deltona Transformer Corporation. (Attachments: # 1 Redacted Version of ECF No. 224) (Braunstein, Alex) (Entered: 11/20/2020) |
| 11/20/2020 | 234 | **ORDER granting 233 Emergency Unopposed Motion by Plaintiff to Strike ECF No. 224 and Permit it to be Filed Under Seal. The Clerk of Court is DIRECTED to immediately place Docket Entry 224 under seal. It is ORDERED that on or before November 23, 2020, Plaintiff shall file on the public docket the redacted copy of Docket Entry 224. Signed by Magistrate Judge Leslie R. Hoffman on 11/20/2020. (MKH)** (Entered: 11/20/2020) |
| 11/20/2020 | | Sealed Document S-235. (TNP) (Entered: 11/20/2020) |
| 11/23/2020 | 236 | RESPONSE in Opposition re 203 MOTION In Limine to Preclude Evidence or Testimony Regarding Mere Keyword Use and NOCO's Internal Amazon.com Campaign Names *(Redacted Copy of ECF No. 224)* filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1. Filed Under Seal)(Braunstein, Alex) (Entered: 11/23/2020) |
| 12/01/2020 | 237 | Unopposed MOTION for Stuart E. Pollack to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17610375 for $150 by The Noco Company. (Attachments: # 1 Exhibit Special Admission Attorney Certification for Stuart Pollack)(Rodriguez-Taseff, Lida) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 12/01/2020) |
| 12/02/2020 | 238 | **ORDER granting 237 Motion to Appear Pro Hac Vice. Stuart E. Pollack, Esq. may specially appear in this case as counsel for Defendant with Lida Rodriguez-Taseff, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 12/2/2020. (MKH)** (Entered: 12/02/2020) |
| 12/09/2020 | 239 | Unopposed MOTION for John Nading, Devika Persaud and Stuart Pollack to appear telephonically *for Partial Remote Appearance at Trial Status Conference* by The Noco Company. (Nading, John) (Entered: 12/09/2020) |
| 12/10/2020 | 240 | **ENDORSED ORDER granting 239 Unopposed Motion for Partial Remote Appearance at Trial Status Conference. Both parties shall appear telephonically. Signed by Judge Carlos E. Mendoza on 12/10/2020. (AMD)** (Entered: 12/10/2020) |
| 12/10/2020 | 241 | NOTICE re- Trial Status Conference set for December 17, 2020 at 10:00 A.M. The parties shall call 866-434-5269 five minutes before the hearing is scheduled to begin. Access Code: 4420602. Security Code: 121720. (MEH) ctp (Entered: 12/10/2020) |
| 12/14/2020 | 242 | JOINT PRETRIAL statement by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Plaintiff's Exhibit List, # 2 Exhibit B. Defendant's Exhibit List, # 3 Exhibit C. Plaintiff's Witness List, # 4 Exhibit D. Defendant's Witness List, # 5 Exhibit E. Plaintiff's Deposition Designations, # 6 Exhibit F. Defendant's Deposition Designations, # 7 Exhibit G. Joint Proposed Jury Instructions, # 8 Exhibit H. Plaintiff's Proposed Verdict Form, # 9 Exhibit I. Defendant's Proposed Verdict Form, # 10 Exhibit J. Joint Proposed Voir Dire Questions)(Flanagan, Patricia) Modified on 12/15/2020 (SPM). (Entered: 12/14/2020) |
| 12/17/2020 | 243 | Minute Entry. Proceedings held before Judge Carlos E. Mendoza: TELEPHONIC TRIAL STATUS CONFERENCE held on 12/17/2020. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 12/17/2020) |
| 12/17/2020 | 244 | NOTICE OF RESCHEDULING HEARING: The Jury Trial hearing previously scheduled for 01/04/2021 is rescheduled. New scheduling date and time: Date Certain Jury Trial set |

| | | |
|---|---|---|
| | | for 5/17/2021 at 8:30 AM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. (MEH) ctp (Entered: 12/17/2020) |
| 12/17/2020 | [245](#) | **ORDER denying 198 The NOCO Company's Motion for Sanctions. Signed by Magistrate Judge Leslie R. Hoffman on 12/17/2020. (MDH)** (Entered: 12/17/2020) |
| 01/06/2021 | [246](#) | NOTICE of Appearance by Ryan Dwight O'Quinn on behalf of The Noco Company (O'Quinn, Ryan) (Entered: 01/06/2021) |
| 01/08/2021 | [247](#) | Unopposed MOTION for Lida Rodriguez-Taseff to Withdraw as Attorney by The Noco Company. (Attachments: # 1 Text of Proposed Order Proposed Order)(O'Quinn, Ryan) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 01/08/2021) |
| 01/11/2021 | [248](#) | **ORDER denying without prejudice 247 Motion to Withdraw as Attorney. Signed by Magistrate Judge Leslie R. Hoffman on 1/11/2021. (MKH)** (Entered: 01/11/2021) |
| 01/12/2021 | [249](#) | Written designation and consent to act by Ryan Dwight O'Quinn on behalf of The Noco Company. Local Counsel: Ryan D. O'Quinn. Non-Resident Counsel: Stuart E. Pollack. (O'Quinn, Ryan) (Entered: 01/12/2021) |
| 01/12/2021 | [250](#) | Written designation and consent to act by Ryan Dwight O'Quinn on behalf of The Noco Company. Local Counsel: Ryan D. O'Quinn. Non-Resident Counsel: Devika Persaud. (O'Quinn, Ryan) (Entered: 01/12/2021) |
| 01/12/2021 | [251](#) | Written designation and consent to act by Ryan Dwight O'Quinn on behalf of The Noco Company. Local Counsel: Ryan D. O'Quinn. Non-Resident Counsel: John M. Nading. (O'Quinn, Ryan) (Entered: 01/12/2021) |
| 01/12/2021 | [252](#) | Written designation and consent to act by Ryan Dwight O'Quinn on behalf of The Noco Company. Local Counsel: Ryan D. O'Quinn. Non-Resident Counsel: Ann K. Ford. (O'Quinn, Ryan) (Entered: 01/12/2021) |
| 01/12/2021 | [253](#) | Renewed Unopposed MOTION for Lida Rodriguez-Taseff to Withdraw as Attorney by The Noco Company. (O'Quinn, Ryan) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 1/12/2021 (SPM). (Entered: 01/12/2021) |
| 01/13/2021 | [254](#) | **ORDER granting 253 Renewed Unopposed Motion for Withdrawal as Counsel for Defendant/Counterclaimant. Attorney Lida Rodriguez-Taseff terminated as counsel for Defendant. Signed by Magistrate Judge Leslie R. Hoffman on 1/13/2021. (MKH)** (Entered: 01/13/2021) |
| 03/02/2021 | [255](#) | Unopposed MOTION for Miscellaneous Relief, specifically leave to amend Exhibit List by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 03/02/2021) |
| 03/04/2021 | 256 | **ENDORSED ORDER granting 255 Unopposed Motion for Leave to Amend Exhibit List. On or before March 17, 2021, Plaintiff may file an Amended Exhibit List. Signed by Judge Carlos E. Mendoza on 3/4/2021. (KMS)** (Entered: 03/04/2021) |
| 03/04/2021 | [257](#) | Unopposed MOTION for Leave to Amend its Exhibit List re 242 Pretrial statement by The Noco Company. (O'Quinn, Ryan) Modified on 3/5/2021 (SPM). (Entered: 03/04/2021) |
| 03/05/2021 | 258 | **ENDORSED ORDER granting 257 Unopposed Motion for Leave to Amend Exhibit List. On or before March 17, 2021, Defendant may file an Amended Exhibit List. Signed by Judge Carlos E. Mendoza on 3/5/2021. (KMS)** (Entered: 03/05/2021) |
| 03/17/2021 | [259](#) | Amended Exhibit List by The Noco Company. (Attachments: # 1 Exhibit B)(O'Quinn, Ryan) Modified on 3/18/2021 (SPM). (Entered: 03/17/2021) |

| | | |
|---|---|---|
| 03/17/2021 | 260 | Amended Exhibit List by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 3/18/2021 (SPM). (Entered: 03/17/2021) |
| 03/25/2021 | 261 | MOTION to Strike 259 Exhibit List by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Email Communications Between Counsel)(Flanagan, Patricia) (Entered: 03/25/2021) |
| 04/01/2021 | 262 | NOTICE OF HEARING: In-Person Final Pretrial Conference set for 5/11/2021 at 2:00 PM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. (MEH) ctp (Entered: 04/01/2021) |
| 04/08/2021 | 263 | RESPONSE in Opposition re 261 MOTION to Strike 259 Amended Exhibit List filed by The Noco Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(O'Quinn, Ryan) Modified on 4/8/2021 (SPM). (Entered: 04/08/2021) |
| 04/12/2021 | 264 | Unopposed MOTION for Miscellaneous Relief, specifically Leave to File a Reply Brief in support of 261 Motion to Strike Noco's Amended Exhibit List by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 4/12/2021 (SPM). (Entered: 04/12/2021) |
| 04/20/2021 | 265 | MOTION for Leave to File Other Document :Statement of Authorities Aiding the Court on Equitable Disgorgement by The Noco Company. (Attachments: # 1 Exhibit Statement of Authorities)(O'Quinn, Ryan) (Entered: 04/20/2021) |
| 05/01/2021 | 266 | **ENDORSED ORDER denying 264 Plaintiff's Motion for Leave to File a Reply. The parties will be permitted to present supplemental argument at the final pretrial conference. Signed by Judge Carlos E. Mendoza on 5/1/2021. (KMS)** (Entered: 05/01/2021) |
| 05/04/2021 | 267 | RESPONSE in Opposition re 265 MOTION for Leave to File Other Document :Statement of Authorities Aiding the Court on Equitable Disgorgement filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 05/04/2021) |
| 05/04/2021 | 268 | MOTION to Strike Plaintiff's Untimely Expert Report of Philip Green Regarding Damages (Dated April 30, 2021) by The Noco Company. (O'Quinn, Ryan) Modified on 5/5/2021 (SPM). (Entered: 05/04/2021) |
| 05/07/2021 | 270 | Unopposed MOTION to Allow Electronic Equipment, specifically Presentation Accessories, Laptops, and Phones by The Noco Company. (O'Quinn, Ryan) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 05/07/2021) |
| 05/07/2021 | 271 | RESPONSE in Opposition re 268 MOTION to Strike Plaintiff's Untimely Expert Report of Philip Green Regarding Damages (Dated April 30, 2021) filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Email Communications Between Counsel Dated May 4, 2021)(Flanagan, Patricia) (Entered: 05/07/2021) |
| 05/10/2021 | 272 | Unopposed MOTION to Allow Electronic Equipment, specifically Presentation Equipment and Accessories, Laptops, and Cell Phones by Deltona Transformer Corporation. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 05/10/2021) |
| 05/10/2021 | 273 | Unopposed MOTION for Dominique J. Carroll to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18233063 for $150 by Deltona Transformer Corporation. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 05/10/2021) |
| 05/10/2021 | 274 | **ORDER granting in part and deferring in part 272 Motion to Allow Electronic Equipment. See order for details. Signed by Judge Carlos E. Mendoza on 5/10/2021. (MEH) ctp** (Entered: 05/10/2021) |

| 05/10/2021 | 275 | **ORDER granting in part, denied in part, denied as moot in part, and deferred in part 270 Motion to Allow Electronic Equipment. See order for details. Signed by Judge Carlos E. Mendoza on 5/10/2021. (MEH) ctp** (Entered: 05/10/2021) |
|---|---|---|
| 05/11/2021 | 276 | **ORDER granting 273 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 5/11/2021. (MKH)** (Entered: 05/11/2021) |
| 05/11/2021 | 277 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: FINAL PRETRIAL CONFERENCE held on 5/11/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 05/11/2021) |
| 05/11/2021 | 278 | COURT'S EXHIBIT LIST (Final Pretrial Conference) (MEH) (Additional attachment(s) added on 5/11/2021: # 1 Exhibit 1) (MEH). (Additional attachment(s) added on 5/11/2021: # 2 Main Document) (MEH). (Entered: 05/11/2021) |
| 05/11/2021 | 279 | NOTICE re 244 Jury Trial set for May 17, 2021 at 8:30 a.m. Jury Selection will take place in Courtroom 3A on Monday May 17, 2021 at 9:00 a.m. before Judge Carlos E. Mendoza. The remainder of the trial will be conducted in Courtroom 5B. (MEH) ctp (Entered: 05/11/2021) |
| 05/11/2021 | 280 | NOTICE OF HEARING: Telephone Conference set for 5/12/2021 at 9:30 AM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. The parties shall call 866-434-5269 five minutes before the hearing is scheduled to begin. Access Code: 4420602. Security Code: 051221. (MEH) ctp (Entered: 05/11/2021) |
| 05/12/2021 | 281 | Minute Entry. Telephonic Proceedings held before Judge Carlos E. Mendoza: TELEPHONE CONFERENCE held on 5/12/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 05/12/2021) |
| 05/12/2021 | 282 | TRANSCRIPT of Final Pretrial Conference held on 5/11/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimbelcourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 6/2/2021 Redacted Transcript Deadline set for 6/14/2021 Release of Transcript Restriction set for 8/10/2021. (SLT) (Entered: 05/12/2021) |
| 05/12/2021 | 283 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 05/12/2021) |
| 05/12/2021 | 284 | TRANSCRIPT of Telephone Conference held on 5/12/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimbelcourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 6/2/2021 Redacted Transcript Deadline set for 6/14/2021 Release of Transcript Restriction set for 8/10/2021. (SLT) (Entered: 05/12/2021) |
| 05/12/2021 | 285 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court |

| | | |
|---|---|---|
| | | reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 05/12/2021) |
| 05/12/2021 | 286 | TRIAL BRIEF re: Opposition to Jury Demand on Cancellation of Trademarks by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 5/13/2021 (SPM). (Entered: 05/12/2021) |
| 05/13/2021 | 287 | NOTICE OF HEARING: Telephone Conference set for 5/14/2021 at 3:00 PM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. The parties shall call 866-434-5269 five minutes before the hearing is scheduled to begin. Access Code: 4420602. Security Code: 051421.(MEH) ctp (Entered: 05/13/2021) |
| 05/13/2021 | 288 | RESPONSE re 286 Trial Brief *to Deltona Transformer Corporation's Motion to Strike NOCO's Jury Demand on its Counterclaims* filed by The Noco Company. (O'Quinn, Ryan) (Entered: 05/13/2021) |
| 05/13/2021 | 289 | Joint MOTION to Allow Electronic Equipment, specifically Laptops, Phones, Printers, Computer Equipment by The Noco Company. (O'Quinn, Ryan) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 05/13/2021) |
| 05/13/2021 | 290 | MOTION for Miscellaneous Relief, specifically To Exclude Deltona Transformer Corporation's Undisclosed Witnesses by The Noco Company. (O'Quinn, Ryan) (Entered: 05/13/2021) |
| 05/14/2021 | 291 | Minute Entry. Telephonic Proceedings held before Judge Carlos E. Mendoza: TELEPHONE CONFERENCE held on 5/14/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 05/14/2021) |
| 05/16/2021 | 292 | **ORDER granting 289 Motion to Allow Electronic Equipment. See order for details. Signed by Judge Carlos E. Mendoza on 5/16/2021. (MEH) ctp** (Entered: 05/16/2021) |
| 05/16/2021 | 293 | NOTICE of Intent to Offer Certified Domestic Records of Regularly Conducted Business Activity by The Noco Company (Attachments: # 1 Exhibit A)(O'Quinn, Ryan) Modified on 5/17/2021 (SPM). (Entered: 05/16/2021) |
| 05/17/2021 | 294 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY ONE) held on 5/17/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (MEH). (Entered: 05/18/2021) |
| 05/18/2021 | 296 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY TWO) held on 5/18/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (MEH). (Entered: 05/19/2021) |
| 05/19/2021 | 295 | Unopposed MOTION for Miscellaneous Relief, specifically Rule 43(a) to Take Testimony by Videoconference by The Noco Company. (Attachments: # 1 Exhibit Declaration)(O'Quinn, Ryan) Modified on 5/20/2021 (SPM). (Entered: 05/19/2021) |
| 05/19/2021 | 297 | NOTICE of Legal Authority by The Noco Company (Attachments: # 1 Exhibit A) (O'Quinn, Ryan) Modified on 5/20/2021 (SPM). (Entered: 05/19/2021) |
| 05/19/2021 | 298 | NOTICE of Filing Legal Authority by Deltona Transformer Corporation (Attachments: # 1 Exhibit 1. Control Components, Inc. v. Valtek, Inc., # 2 Exhibit 2. Carter-Wallace, Inc. v. Proctor & Gamble Co., # 3 Exhibit 3. Ellington v. Gibson Piano Ventures, Inc., # 4 Exhibit 4. Vining Industries, Inc. v. M.B. Walton, Inc., # 5 Exhibit 5. Innovation Ventures, LLC v. NVE, Inc.)(Flanagan, Patricia) Modified on 5/20/2021 (SPM). (Entered: 05/19/2021) |
| 05/19/2021 | 299 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY THREE) held on 5/19/2021. Court Reporter: Suzanne L. Trimble (MEH |

| | | ctp (MEH). (Entered: 05/20/2021) |
|---|---|---|
| 05/20/2021 | 300 | MOTION for Judgment as a Matter of Law *on Common Law Trademark Infringement* by The Noco Company. (O'Quinn, Ryan) (Entered: 05/20/2021) |
| 05/20/2021 | 301 | MOTION for Judgment as a Matter of Law *on Failure to Show Consumer Harm Under FDUTPA* by The Noco Company. (O'Quinn, Ryan) (Entered: 05/20/2021) |
| 05/20/2021 | 302 | MOTION for Judgment as a Matter of Law *on Liability on Counts 1 Through 4* by The Noco Company. (O'Quinn, Ryan) (Entered: 05/20/2021) |
| 05/20/2021 | 303 | MOTION for Judgment as a Matter of Law *on No Actual Damages* by The Noco Company. (O'Quinn, Ryan) (Entered: 05/20/2021) |
| 05/20/2021 | 304 | NOTICE of Filing Legal Authority by The Noco Company (Attachments: # 1 Exhibit A, # 2 Exhibit B)(O'Quinn, Ryan) Modified on 5/21/2021 (SPM). (Entered: 05/20/2021) |
| 05/20/2021 | 305 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY FOUR) held on 5/20/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp Modified on 5/26/2021 (MEH). (Entered: 05/21/2021) |
| 05/21/2021 | 310 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY FIVE) held on 5/21/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 05/24/2021) |
| 05/22/2021 | 306 | NOTICE of Proposed Jury Instruction Language by The Noco Company (Sevilla-Sharon, Maia) Modified on 5/24/2021 (SPM). (Entered: 05/22/2021) |
| 05/22/2021 | 307 | Second Notice of Proposed Jury Instruction Language by The Noco Company. (O'Quinn, Ryan) Modified on 5/24/2021 (SPM). (Entered: 05/22/2021) |
| 05/22/2021 | 308 | Second NOTICE of Filing Legal Authority by The Noco Company (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(O'Quinn, Ryan) Modified on 5/24/2021 (SPM). (Entered: 05/22/2021) |
| 05/23/2021 | 309 | Third NOTICE of Filing Legal Authority by The Noco Company (Attachments: # 1 Exhibit A, # 2 Exhibit B)(O'Quinn, Ryan) Modified on 5/24/2021 (SPM). (Entered: 05/23/2021) |
| 05/24/2021 | 311 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY SIX) held on 5/24/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 05/25/2021) |
| 05/25/2021 | 312 | Second NOTICE of Intent to Offer Certified Domestic Records of Regularly Conducted Business Activity by The Noco Company (Attachments: # 1 Exhibit Certificate of Authenticity)(O'Quinn, Ryan) Modified on 5/25/2021 (SPM). (Entered: 05/25/2021) |
| 05/25/2021 | 313 | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY SEVEN) completed on 5/25/2021. Court Reporter: Suzanne L. Trimble (GNB)ctp Modified on 5/26/2021 (GNB). (MEH). (MEH). (Entered: 05/26/2021) |
| 05/25/2021 | 314 | Jury Instructions. (GNB) (Entered: 05/26/2021) |
| 05/25/2021 | 315 | JURY VERDICT. (GNB) (Entered: 05/26/2021) |
| 05/25/2021 | 316 | Jury Instructions re: Punitive Damages. (GNB) (Entered: 05/26/2021) |
| 05/25/2021 | 317 | JURY VERDICT RE: PUNITIVE DAMAGES. (GNB) (Entered: 05/26/2021) |
| 05/25/2021 | 318 | Exhibit List (Trial) by Deltona Transformer Corporation. (GNB) (Additional attachment(s) added on 6/29/2021: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1E, # 4 |

Exhibit 1F, # 5 Exhibit 1G, # 6 Exhibit 1H, # 7 Exhibit 1i, # 8 Exhibit 3A, # 9 Exhibit 3B, # 10 Exhibit 4A, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 14, # 17 Exhibit 18, # 18 Exhibit 23, # 19 Exhibit 24, # 20 Exhibit 25, # 21 Exhibit 26, # 22 Exhibit 31, # 23 Exhibit 34, # 24 Exhibit 35, # 25 Exhibit 36, # 26 Exhibit 44, # 27 Exhibit 47, # 28 Exhibit 49, # 29 Exhibit 50, # 30 Exhibit 52, # 31 Exhibit 54, # 32 Exhibit 55A, # 33 Exhibit 56A, # 34 Exhibit 57A, # 35 Exhibit 58A, # 36 Exhibit 59A, # 37 Exhibit 60A, # 38 Exhibit 61A, # 39 Exhibit 61C, # 40 Exhibit 61D, # 41 Exhibit 61E, # 42 Exhibit 61F, # 43 Exhibit 61G, # 44 Exhibit 62A, # 45 Exhibit 62C, # 46 Exhibit 62L, # 47 Exhibit 62M) (MEH). (Additional attachment(s) added on 6/29/2021: # 48 Exhibit 63, # 49 Exhibit 64, # 50 Exhibit 65, # 51 Exhibit 66, # 52 Exhibit 67, # 53 Exhibit 68, # 54 Exhibit 69, # 55 Exhibit 70, # 56 Exhibit 71, # 57 Appendix 73, # 58 Exhibit 74, # 59 Exhibit 75, # 60 Exhibit 76, # 61 Exhibit 77, # 62 Exhibit 78, # 63 Exhibit 79, # 64 Exhibit 80, # 65 Exhibit 81, # 66 Exhibit 82) (MEH). (Additional attachment(s) added on 6/29/2021: # 67 Exhibit 83, # 68 Exhibit 84, # 69 Exhibit 85, # 70 Exhibit 88, # 71 Exhibit 91, # 72 Exhibit 92, # 73 Exhibit 93, # 74 Exhibit 95, # 75 Exhibit 96, # 76 Exhibit 100, # 77 Exhibit 101, # 78 Exhibit 103, # 79 Exhibit 104) (MEH). (Additional attachment(s) added on 6/29/2021: # 80 Exhibit 105) (MEH). (Additional attachment(s) added on 6/29/2021: # 81 Exhibit 121 Part 1, # 82 Exhibit 121 Part 2) (MEH). (Additional attachment(s) added on 6/29/2021: # 83 Exhibit 121 Part 3, # 84 Exhibit 122, # 85 Exhibit 123, # 86 Exhibit 124, # 87 Exhibit 125, # 88 Exhibit 127, # 89 Exhibit 128, # 90 Exhibit 132, # 91 Exhibit 133, # 92 Exhibit 134, # 93 Exhibit 135, # 94 Exhibit 138, # 95 Exhibit 139, # 96 Exhibit 140) (MEH). (Additional attachment(s) added on 6/29/2021: # 97 Exhibit 144A, # 98 Exhibit 144B, # 99 Exhibit 144C, # 100 Exhibit 144D, # 101 Exhibit 144E, # 102 Exhibit 144F, # 103 Exhibit 144G, # 104 Exhibit 144H, # 105 Exhibit 144i, # 106 Exhibit 144J, # 107 Exhibit 144K, # 108 Exhibit 144L, # 109 Exhibit 144M, # 110 Exhibit 144N, # 111 Exhibit 144O, # 112 Exhibit 144P, # 113 Exhibit 144Q, # 114 Exhibit 144R, # 115 Exhibit 147) (MEH). (Additional attachment(s) added on 6/29/2021: # 116 Exhibit 162A, # 117 Exhibit 162B, # 118 Exhibit 174, # 119 Exhibit 191, # 120 Exhibit 192, # 121 Exhibit 193, # 122 Exhibit 196, # 123 Exhibit 197, # 124 Exhibit 204, # 125 Exhibit 205, # 126 Exhibit 206, # 127 Exhibit 207, # 128 Exhibit 208, # 129 Exhibit 209, # 130 Exhibit 210, # 131 Exhibit 211A) (MEH). (Additional attachment(s) added on 6/29/2021: # 132 Exhibit 211B, # 133 Exhibit 212A, # 134 Exhibit 212B, # 135 Exhibit 213, # 136 Exhibit 214A, # 137 Exhibit 214B, # 138 Exhibit 215A, # 139 Exhibit 215B, # 140 Exhibit 216A, # 141 Exhibit 216B, # 142 Exhibit 217A, # 143 Exhibit 217B, # 144 Exhibit 218A, # 145 Exhibit 218B, # 146 Exhibit 219A, # 147 Exhibit 219B, # 148 Exhibit 220A, # 149 Exhibit 220B, # 150 Exhibit 221A, # 151 Exhibit 221B, # 152 Exhibit 222A, # 153 Exhibit 222B, # 154 Exhibit 223A, # 155 Exhibit 223B) (MEH). (Additional attachment(s) added on 6/29/2021: # 157 Exhibit 224A, # 158 Exhibit 224B, # 159 Exhibit 225A, # 162 Exhibit 225B, # 163 Exhibit 226A, # 164 Exhibit 226B, # 165 Exhibit 227A, # 166 Exhibit 227B, # 167 Exhibit 231A, # 169 Exhibit 231B, # 171 Exhibit 231C, # 172 Exhibit 231D, # 173 Exhibit 231E, # 174 Exhibit 231F, # 175 Exhibit 231G, # 176 Exhibit 231H, # 177 Exhibit 231i) (MEH). (Additional attachment(s) added on 6/29/2021: # 178 Exhibit 231J, # 179 Exhibit 231K, # 180 Exhibit 231L, # 181 Exhibit 231M, # 182 Exhibit 231N, # 183 Exhibit 231O, # 184 Exhibit 231P, # 185 Exhibit 231Q, # 186 Exhibit 231R, # 187 Exhibit 231S, # 188 Exhibit 231T, # 189 Exhibit 231U, # 190 Exhibit 231V, # 191 Exhibit 231W, # 192 Exhibit 231X, # 193 Exhibit 231Y, # 194 Exhibit 231Z) (MEH). (Additional attachment(s) added on 6/29/2021: # 195 Exhibit 231AA, # 196 Exhibit 231BB, # 197 Exhibit 231CC, # 198 Exhibit 231DD, # 199 Exhibit 231EE, # 200 Exhibit 232, # 201 Exhibit 233, # 202 Exhibit 234 Part 1, # 203 Exhibit 234 Part 2, # 204 Exhibit 234 Part 3, # 205 Exhibit 234 Part 4, # 206 Exhibit 234 Part 5, # 207 Exhibit 235, # 208 Exhibit 236) (MEH). (Additional attachment(s) added on 6/29/2021: # 209 Exhibit 237, # 210 Exhibit 238, # 211 Exhibit 239, # 212 Exhibit 240, # 213 Exhibit 245, # 214 Exhibit 246) (MEH).

| | | |
|---|---|---|
| | | (Additional attachment(s) added on 6/29/2021: # 215 Exhibit 250 Part 1, # 216 Exhibit 250 Part 2, # 217 Exhibit 250 Part 3, # 218 Exhibit 257A, # 219 Exhibit 257B, # 220 Exhibit 257C, # 221 Exhibit 257D, # 222 Exhibit 257E, # 223 Exhibit 257F, # 224 Exhibit 257G, # 225 Exhibit 257H, # 226 Exhibit 257I) (MEH). (Additional attachment(s) added on 6/29/2021: # 227 Exhibit 257J, # 228 Exhibit 257K, # 229 Exhibit 257L, # 230 Exhibit 257M, # 231 Exhibit 257N, # 232 Exhibit 257O, # 233 Exhibit 257P, # 234 Exhibit 257Q, # 235 Exhibit 259, # 236 Exhibit 302, # 237 Exhibit 303, # 238 Exhibit 304, # 239 Exhibit 305, # 240 Exhibit 306, # 241 Exhibit 307, # 242 Exhibit 308, # 244 Exhibit 309 Flash Drive Not Scanned, # 245 Exhibit 310 Flash Drive Not Scanned, # 246 Exhibit 312) (MEH). (Entered: 05/26/2021) |
| 05/25/2021 | 319 | Exhibit List (Trial) by The Noco Company. (GNB) (Additional attachment(s) added on 6/28/2021: # 1 Exhibit 17E, # 2 Exhibit 17H, # 3 Exhibit 19, # 4 Exhibit 29, # 5 Exhibit 29A Flashdrive not scanned, # 6 Exhibit 71, # 7 Exhibit 81, # 8 Exhibit 82, # 9 Exhibit 88M, # 10 Exhibit 93, # 11 Exhibit 94, # 12 Exhibit 111, # 13 Exhibit 114, # 14 Exhibit 115, # 15 Exhibit 116, # 16 Exhibit 118, # 17 Exhibit 120, # 18 Exhibit 123, # 19 Exhibit 127, # 20 Exhibit 135, # 21 Exhibit 136, # 22 Exhibit 144, # 23 Exhibit 145, # 24 Exhibit 161, # 25 Exhibit 162, # 26 Exhibit 168, # 27 Exhibit 172, # 28 Exhibit 175, # 29 Exhibit 176, # 30 Exhibit 180) (MEH). (Additional attachment(s) added on 6/28/2021: # 31 Exhibit 188, # 32 Exhibit 255, # 33 Exhibit 275D, # 34 Exhibit 275E, # 35 Exhibit 275I, # 36 Exhibit 275L, # 37 Exhibit 295, # 38 Exhibit 296, # 39 Exhibit 297, # 40 Exhibit 308A, # 41 Exhibit 308B, # 42 Exhibit 308C, # 43 Exhibit 308D, # 44 Exhibit 308E, # 45 Exhibit 308F, # 46 Exhibit 308G, # 47 Exhibit 308H, # 48 Exhibit 308I, # 49 Exhibit 308J, # 50 Exhibit 308K, # 51 Exhibit 308L, # 52 Exhibit 308M, # 53 Exhibit 308N, # 54 Exhibit 308O, # 55 Exhibit 308P, # 56 Exhibit 308Q, # 57 Exhibit 308R, # 58 Exhibit 308S, # 59 Exhibit 308T, # 60 Exhibit 308U, # 61 Exhibit 308V, # 62 Exhibit 308W, # 63 Exhibit 308X) (MEH). (Additional attachment(s) added on 6/28/2021: # 64 Exhibit 362, # 65 Exhibit 363, # 66 Exhibit 364, # 67 Exhibit 365, # 68 Exhibit 366, # 69 Exhibit 368, # 70 Exhibit 369, # 71 Exhibit 370, # 72 Exhibit 371, # 73 Exhibit 372, # 74 Exhibit 373, # 75 Exhibit 374, # 76 Exhibit 375, # 77 Exhibit 376, # 78 Exhibit 377, # 79 Exhibit 378, # 80 Exhibit 379, # 81 Exhibit 380, # 82 Exhibit 391, # 83 Exhibit 392, # 84 Exhibit 393, # 85 Exhibit 394, # 86 Exhibit 395, # 87 Exhibit 396, # 88 Exhibit 397, # 89 Exhibit 398, # 90 Exhibit 399, # 91 Exhibit 400, # 92 Exhibit 401, # 93 Exhibit 402, # 94 Exhibit 403, # 95 Exhibit 404, # 96 Exhibit 405, # 97 Exhibit 406, # 98 Exhibit 407, # 99 Exhibit 408, # 100 Exhibit 409, # 101 Exhibit 410, # 102 Exhibit 411, # 103 Exhibit 412, # 104 Exhibit 413, # 105 Exhibit 414, # 106 Exhibit 415, # 107 Exhibit 416, # 108 Exhibit 417) (MEH). (Additional attachment(s) added on 6/28/2021: # 109 Exhibit 418, # 110 Exhibit 419, # 111 Exhibit 420, # 112 Exhibit 421, # 113 Exhibit 422, # 114 Exhibit 423, # 115 Exhibit 424, # 116 Exhibit 425, # 117 Exhibit 426, # 118 Exhibit 427, # 119 Exhibit 428, # 120 Exhibit 429, # 121 Exhibit 430, # 122 Exhibit 431, # 123 Exhibit 432, # 124 Exhibit 435, # 125 Exhibit 438, # 126 Exhibit 439, # 127 Exhibit 442, # 128 Exhibit 443, # 129 Exhibit 444, # 130 Exhibit 452, # 131 Exhibit 462, # 132 Exhibit 478, # 133 Exhibit 484, # 134 Exhibit 499, # 135 Exhibit 520, # 136 Exhibit 521, # 137 Exhibit 546, # 138 Exhibit 547, # 139 Exhibit 184A, # 140 Exhibit 185A) (MEH). (Additional attachment(s) added on 6/28/2021: # 141 Exhibit 29A Flash Drive Not Scanned) (MEH). (Entered: 05/26/2021) |
| 05/25/2021 | 320 | Court's Exhibit List (Trial). (Attachments: # 1 Exhibit 1)(GNB) (Entered: 05/26/2021) |
| 05/25/2021 | 321 | NOTICE of Hearing: Bench Trial set for 7/9/2021 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (GNB) ctp (Entered: 05/26/2021) |
| 05/27/2021 | 322 | **ENDORSED ORDER denying 205, 206, 208, 261, and 268 Motions in Limine for the reasons stated on the record at the May 11, 2021 Hearing. Signed by Judge Carlos E. Mendoza on 5/27/2021. (KMS)** (Entered: 05/27/2021) |

| | | |
|---|---|---|
| 05/27/2021 | 323 | **ENDORSED ORDER granting in part and denying in part 209 Motion in Limine. For the reasons stated on the record at the May 11, 2021 Hearing, the request to exclude evidence of unrelated litigation was denied but counsel was directed to seek permission from the Court outside the presence of the jury prior to mentioning such evidence. Signed by Judge Carlos E. Mendoza on 5/27/2021. (KMS)** (Entered: 05/27/2021) |
| 05/27/2021 | 324 | **ENDORSED ORDER denying 203, 204, 207, and 290 Motions in Limine for the reasons stated on the record at the May 14, 2021 Hearing. Signed by Judge Carlos E. Mendoza on 5/27/2021. (KMS)** (Entered: 05/27/2021) |
| 05/27/2021 | 325 | **ENDORSED ORDER granting 295 Motion to Take Testimony via Videoconference for the reasons stated on the record during the May 20, 2021 Jury Trial. Signed by Judge Carlos E. Mendoza on 5/27/2021. (KMS)** (Entered: 05/27/2021) |
| 06/02/2021 | 326 | NOTICE of filing Exhibit Certification by Deltona Transformer Corporation (Braunstein, Alex) Modified on 6/2/2021 (SPM). (Entered: 06/02/2021) |
| 06/04/2021 | 327 | NOTICE of Filing Transcripts of Video Deposition Testimony Presented at Trial by Deltona Transformer Corporation (Attachments: # 1 Exhibit A. Testimony of S. Heiser, # 2 Exhibit B. Testimony of M. Lombardo, # 3 Exhibit C. Testimony of D. Underhill, # 4 Exhibit D. Testimony of J. Weiner)(Flanagan, Patricia) Modified on 6/7/2021 (SPM). (Entered: 06/04/2021) |
| 06/11/2021 | 328 | NOTICE of Appearance by Andrew J. Turnier on behalf of The Noco Company (Turnier, Andrew) (Entered: 06/11/2021) |
| 06/11/2021 | 329 | Unopposed MOTION to Seal *Trial Exhibits* by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/11/2021) |
| 06/15/2021 | 330 | TRANSCRIPT of Telephone Conference held on 5/14/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/6/2021 Redacted Transcript Deadline set for 7/16/2021 Release of Transcript Restriction set for 9/13/2021. (SLT) (Entered: 06/15/2021) |
| 06/15/2021 | 331 | Unopposed MOTION for Kerry A. Barrett to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18367389 for $150 by The Noco Company. (Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2021) |
| 06/15/2021 | 332 | Unopposed MOTION for Gregory A. Castanias to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18367403 for $150 by The Noco Company. (Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2021) |
| 06/15/2021 | 333 | Unopposed MOTION for Kristina K. Cercone to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18367405 for $150 by The Noco Company. (Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2021) |
| 06/15/2021 | 334 | Unopposed MOTION for Meredith M. Wilkes to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18367407 for $150 by The Noco Company. (Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/15/2021) |
| 06/15/2021 | 335 | NOTICE of supplemental authority *Regarding the Post-Trial Motion Deadline* by The Noco Company. (Turnier, Andrew) (Entered: 06/15/2021) |

| | | |
|---|---|---|
| 06/16/2021 | 336 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/16/2021) |
| 06/16/2021 | 337 | **ORDER AND DIRECTION TO THE CLERK OF COURT granting 331 Motion to Appear Pro Hac Vice; granting 332 Motion to Appear Pro Hac Vice; granting 333 Motion to Appear Pro Hac Vice; granting 334 Motion to Appear Pro Hac Vice. Kerry A. Barrett, Esq., Gregory A. Castanias, Esq., Kristina K. Cercone, Esq., and Meredith M. Wilkes, Esq. may specially appear in this case as counsel for Defendant. Signed by Magistrate Judge Leslie R. Hoffman on 6/16/2021. (TYI)** (Entered: 06/16/2021) |
| 06/17/2021 | 338 | MOTION for Permanent Injunction by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 06/17/2021) |
| 06/17/2021 | 339 | TRANSCRIPT of Jury Trial Volume 1 of 7 held on 5/17/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/8/2021 Redacted Transcript Deadline set for 7/19/2021 Release of Transcript Restriction set for 9/15/2021. (SLT) Modified restriction to sealed per 397 Order on 8/16/2021 (ALL). (Entered: 06/17/2021) |
| 06/17/2021 | 340 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/17/2021) |
| 06/17/2021 | 341 | TRANSCRIPT of Jury Trial Volume 2 of 7 held on 5/18/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/8/2021 Redacted Transcript Deadline set for 7/19/2021 Release of Transcript Restriction set for 9/15/2021. (SLT) (Entered: 06/17/2021) |
| 06/17/2021 | 342 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/17/2021) |
| 06/17/2021 | 343 | TRANSCRIPT of Trial Volume 3 of 7 held on 5/19/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | | |
|---|---|---|
| | | PACER or purchased through the Court Reporter. Redaction Request due 7/8/2021 Redacted Transcript Deadline set for 7/19/2021 Release of Transcript Restriction set for 9/15/2021. (SLT) (Entered: 06/17/2021) |
| 06/17/2021 | 344 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/17/2021) |
| 06/17/2021 | 345 | MOTION to Compel Deposition Testimony of Plaintiff's Damages Expert by The Noco Company. (Attachments: # 1 Exhibit Wilkes Declaration)(Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/17/2021) |
| 06/17/2021 | 346 | MOTION for Miscellaneous Relief, specifically a Rule 16 Conference by The Noco Company. (Attachments: # 1 Exhibit Wilkes Declaration)(Turnier, Andrew) (Entered: 06/17/2021) |
| 06/18/2021 | 347 | **ENDORSED ORDER granting 346 Motion for a Rule 16 Conference. A notice of hearing will be entered separately. Signed by Judge Carlos E. Mendoza on 6/18/2021. (KMS)** (Entered: 06/18/2021) |
| 06/18/2021 | 348 | TRANSCRIPT of Jury Trial Volume 4 of 7 held on 5/20/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/9/2021 Redacted Transcript Deadline set for 7/19/2021 Release of Transcript Restriction set for 9/16/2021. (SLT) Modified restriction to sealed per 397 Order on 8/16/2021 (ALL). (Entered: 06/18/2021) |
| 06/18/2021 | 349 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/18/2021) |
| 06/21/2021 | 350 | NOTICE OF HEARING: Telephone Conference set for 6/24/2021 at 10:00 AM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. The parties shall call 866-434-5269 five minutes before the hearing is scheduled to begin. Access Code: 4420602. Security Code: 062421. (MEH) ctp (Entered: 06/21/2021) |
| 06/21/2021 | 351 | **ORDER directing Plaintiff Deltona Transformer Corporation to respond to 345 MOTION to Compel Deposition Testimony of Plaintiff's Damages Expert. Response due by 6/25/2021 at 5 p.m. Signed by Magistrate Judge Leslie R. Hoffman on 6/21/2021. (TYI)** (Entered: 06/21/2021) |
| 06/21/2021 | 352 | JOINT NOTICE by Deltona Transformer Corporation re 269 Order on Motion (Attachments: # 1 Exhibit A. Unredacted Version of Court's Order dated May 5, 2021) (Flanagan, Patricia) Modified on 6/22/2021 (SPM). (Entered: 06/21/2021) |
| 06/21/2021 | 353 | **ORDER and Direction to Clerk of Court granting in part and denying in part 329 Plaintiff's Unopposed Motion to Seal Trial Exhibits. Signed by Magistrate Judge Leslie R. Hoffman on 6/21/2021. (TYI)** (Entered: 06/21/2021) |

| 06/21/2021 | 354 | TRANSCRIPT of Jury Trial Volume 5 of 7 held on 5/21/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/12/2021 Redacted Transcript Deadline set for 7/22/2021 Release of Transcript Restriction set for 9/20/2021. (SLT) Modified to change restriction on 8/16/2021 (ALL). (Entered: 06/21/2021) |
|---|---|---|
| 06/21/2021 | 355 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/21/2021) |
| 06/22/2021 | 356 | TRANSCRIPT of Jury Trial Volume 6 of 7 held on 5/24/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/13/2021 Redacted Transcript Deadline set for 7/23/2021 Release of Transcript Restriction set for 9/20/2021. (SLT) Modified to change restriction on 8/16/2021 (ALL). (Entered: 06/22/2021) |
| 06/22/2021 | 357 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/22/2021) |
| 06/22/2021 | 358 | TRANSCRIPT of Jury Trial Volume 7 of 7 held on 5/25/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/13/2021 Redacted Transcript Deadline set for 7/23/2021 Release of Transcript Restriction set for 9/20/2021. (SLT) Modified to change restriction on 8/16/2021 (ALL). (Entered: 06/22/2021) |
| 06/22/2021 | 359 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/22/2021) |
| 06/24/2021 | 360 | RESPONSE to Motion re 346 MOTION for Miscellaneous Relief, specifically a Rule 16 Conference filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 06/24/2021) |

| 06/24/2021 | 361 | Minute Entry. Telephonic Proceedings held before Judge Carlos E. Mendoza: TELEPHONE CONFERENCE held on 6/24/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 06/24/2021) |
|---|---|---|
| 06/24/2021 | 362 | TRANSCRIPT of Telephone Conference held on 6/24/21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/15/2021 Redacted Transcript Deadline set for 7/26/2021 Release of Transcript Restriction set for 9/22/2021. (SLT) (Entered: 06/24/2021) |
| 06/24/2021 | 363 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 06/24/2021) |
| 06/24/2021 | 364 | NOTICE of intent to request redaction by Andrew J. Turnier re 339 Transcript, 356 Transcript, 348 Transcript, 358 Transcript, 354 Transcript (Turnier, Andrew) (Entered: 06/24/2021) |
| 06/25/2021 | 365 | RESPONSE in Opposition re 345 MOTION to Compel Deposition Testimony of Plaintiff's Damages Expert filed by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Excerpts of Transcript of June 10, 2020 Deposition of Philip Green)(Flanagan, Patricia) (Entered: 06/25/2021) |
| 07/01/2021 | 366 | **ORDER denying 345 Defendant's Motion to Compel Deposition Testimony of Plaintiff's Damages Expert. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 7/1/2021. (TYI)** (Entered: 07/01/2021) |
| 07/01/2021 | 367 | RESPONSE in Opposition re 338 MOTION for Permanent Injunction filed by The Noco Company. (Attachments: # 1 Exhibit A)(Turnier, Andrew) (Entered: 07/01/2021) |
| 07/01/2021 | 368 | REQUEST for oral argument re 367 Response in Opposition to Motion by The Noco Company. (Turnier, Andrew) (Entered: 07/01/2021) |
| 07/01/2021 | 369 | SUPPLEMENT re 367 Response in Opposition to Motion *for Request of Judicial Notice* by The Noco Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Turnier, Andrew) (Entered: 07/01/2021) |
| 07/06/2021 | 370 | Time Sensitive MOTION to Strike Defendant's New Document Production and Portions of the Supplemental Expert Report of Carrie Distler by Deltona Transformer Corporation. (Attachments: # 1 Exhibit 1. Excerpts of Transcript of June 11, 2020 Deposition of Carrie Distler)(Flanagan, Patricia) Modified on 7/6/2021 (SPM). (Entered: 07/06/2021) |
| 07/06/2021 | 371 | **ENDORSED ORDER directing Plaintiff to file the exhibits and expert report at issue in 370 Motion to Strike under seal by 2:00 PM on Thursday, July 8, 2021. Signed by Judge Carlos E. Mendoza on 7/6/2021. (KMS)** (Entered: 07/06/2021) |
| 07/06/2021 | 372 | MOTION to Amend 259 Exhibit List by The Noco Company. (Attachments: # 1 Exhibit A)(Turnier, Andrew) (Entered: 07/06/2021) |
| 07/07/2021 | 373 | MOTION for Miscellaneous Relief, specifically Leave to File a Reply Brief in Support of 338 Motion for Permanent Injunction by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 7/7/2021 (SPM). (Entered: 07/07/2021) |

| 07/07/2021 | [374](#) | RESPONSE re [368](#) Request for oral argument filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 07/07/2021) |
|---|---|---|
| 07/07/2021 | [375](#) | Unopposed MOTION to Allow Electronic Equipment, specifically trial presentation equipment by The Noco Company. (Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/07/2021) |
| 07/07/2021 | [376](#) | Unopposed MOTION to Allow Electronic Equipment, specifically trial presentation equipment, laptops, and cell phones by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/07/2021) |
| 07/08/2021 | [377](#) | RESPONSE in Opposition re [370](#) Time Sensitive MOTION to Strike Defendant's New Document Production and Portions of the Supplemental Expert Report of Carrie Distler filed by The Noco Company. (Attachments: # [1](#) Exhibit A)(Turnier, Andrew) (Entered: 07/08/2021) |
| 07/08/2021 | [378](#) | **ORDER granting [375](#) Motion to Allow Electronic Equipment; granting [376](#) Motion to Allow Electronic Equipment. Signed by Judge Carlos E. Mendoza on 7/8/2021. (KMS)** (Entered: 07/08/2021) |
| 07/08/2021 | [379](#) | MOTION to Redact Transcript [339](#) Transcript, [348](#) Transcript by The Noco Company. (Attachments: # [1](#) Exhibit A)(Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/08/2021) |
| 07/08/2021 | | Sealed Document S-380. (SPM) (Entered: 07/09/2021) |
| 07/09/2021 | [381](#) | Minute Entry. In Person Proceedings held before Judge Carlos E. Mendoza: BENCH TRIAL completed on 7/9/2021. Court Reporter: Suzanne L. Trimble (MEH) ctp (Entered: 07/12/2021) |
| 07/09/2021 | [382](#) | EXHIBIT LIST (Bench Trial) by Deltona Transformer Corporation. (MEH) (Additional attachment(s) added on 7/12/2021: # [1](#) Exhibit 313) (MEH). (Entered: 07/12/2021) |
| 07/09/2021 | [383](#) | EXHIBIT LIST (Bench Trial) by The Noco Company. (MEH) (Entered: 07/12/2021) |
| 07/09/2021 | 384 | ORE TENUS MOTION for Miscellaneous Relief, specifically to Submit Proposed Findings of Fact and Conclusions of Law by The Noco Company. (MEH) (Entered: 07/12/2021) |
| 07/09/2021 | 385 | **ENDORSED ORDER granting 384 MOTION for Miscellaneous Relief, specifically to Submit Proposed Findings of Fact and Conclusions of Law. Counsel has until 2:00 p.m. on July 19, 2021 to file Proposed Findings of Fact and Conclusions of Law. Signed by Judge Carlos E. Mendoza on 7/12/2021. (MEH) ctp** (Entered: 07/12/2021) |
| 07/12/2021 | [386](#) | TRANSCRIPT of Bench Trial held on 7-9-21 before Judge Carlos E. Mendoza. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/2/2021 Redacted Transcript Deadline set for 8/12/2021 Release of Transcript Restriction set for 10/12/2021. (SLT) Modified restriction to sealed per order on 8/23/2021 (ALL). (Entered: 07/12/2021) |
| 07/12/2021 | 387 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court |

| | | |
|---|---|---|
| | | reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 07/12/2021) |
| 07/12/2021 | [388](#) | MOTION to Redact Transcript [356](#) Transcript, [358](#) Transcript, [354](#) Transcript by The Noco Company. (Attachments: # [1](#) Exhibit A)(Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/12/2021) |
| 07/15/2021 | [389](#) | NOTICE of intent to request redaction by Andrew J. Turnier re [386](#) Transcript (Turnier, Andrew) (Entered: 07/15/2021) |
| 07/19/2021 | [390](#) | PROPOSED findings of fact and conclusions of law by The Noco Company. (Turnier, Andrew) (Entered: 07/19/2021) |
| 07/19/2021 | [391](#) | NOTICE of supplemental authority re [368](#) Request for oral argument on Plaintiff's Motion for a Permanent Injunction by The Noco Company. (Turnier, Andrew) Modified on 7/20/2021 (SPM). (Entered: 07/19/2021) |
| 07/19/2021 | [392](#) | PROPOSED findings of fact and conclusions of law by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 07/19/2021) |
| 07/19/2021 | [393](#) | RESPONSE in Opposition re [373](#) MOTION for Miscellaneous Relief, specifically Leave to File a Reply Brief in Support of Motion for Permanent Injunction filed by The Noco Company. (Turnier, Andrew) (Entered: 07/19/2021) |
| 07/28/2021 | 394 | **ENDORSED ORDER granting [370](#) Motion to Strike and denying [372](#) Motion to Amend for the reasons stated on the record at the July 9, 2021 Bench Trial. Signed by Judge Carlos E. Mendoza on 7/28/2021. (KMS)** (Entered: 07/28/2021) |
| 07/29/2021 | [395](#) | RESPONSE in Opposition re [391](#) Notice of filing supplemental authority filed by Deltona Transformer Corporation. (Flanagan, Patricia) Modified on 7/29/2021 (SPM). (Entered: 07/29/2021) |
| 08/02/2021 | [396](#) | MOTION to Redact Transcript [386](#) Transcript by The Noco Company. (Attachments: # [1](#) Exhibit A)(Turnier, Andrew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/02/2021) |
| 08/06/2021 | [397](#) | **ORDER granting [379](#) Motion to Redact Certain Portions of Transcript [339](#) and Transcript [348](#). See Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 8/6/2021. (TYI)** (Entered: 08/06/2021) |
| 08/06/2021 | [398](#) | **ORDER granting [388](#) Motion to Redact Certain Portions of Transcripts [354](#), [356](#), and [358](#). See Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 8/6/2021. (TYI)** (Entered: 08/06/2021) |
| 08/16/2021 | [399](#) | REDACTION re [339](#) Transcript of Trial dated 5/17/21 per order at 397. (SLT) (Entered: 08/16/2021) |
| 08/16/2021 | [400](#) | REDACTION re [348](#) Transcript of Trial dated 5/20/2021 per 397. (SLT) (Entered: 08/16/2021) |
| 08/16/2021 | [401](#) | REDACTION re [354](#) Transcript of Trial dated 5/21/21 per order at 398. (SLT) (Entered: 08/16/2021) |
| 08/16/2021 | [402](#) | REDACTION re [356](#) Transcript of Trial dated 5/24/21 per order at 398. (SLT) (Entered: 08/16/2021) |
| 08/16/2021 | [403](#) | REDACTION re [358](#) Transcript of Trial dated 5/25/21 per order at 398.(SLT) (Entered: 08/16/2021) |
| 08/18/2021 | [404](#) | **ORDER granting [396](#) Motion to Redact Certain Portions of Transcript [386](#). See Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on** |

| | | |
|---|---|---|
| | | **8/18/2021. (TYI)** (Entered: 08/18/2021) |
| 08/23/2021 | 405 | REDACTION re 386 Bench Trial Transcript dated 7/9/2021. (SLT) (Entered: 08/23/2021) |
| 01/31/2022 | 406 | Unopposed MOTION for Stuart Eric Pollack to Withdraw as Attorney by The Noco Company. (Pollack, Stuart) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/31/2022) |
| 01/31/2022 | 407 | Amended MOTION for Stuart Eric Pollack to Withdraw as Attorney by The Noco Company. (Pollack, Stuart) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/31/2022) |
| 02/01/2022 | 408 | **ORDER denying as moot 406 Motion to Withdraw as Attorney; granting 407 Motion to Withdraw as Attorney. Attorney Stuart Eric Pollack terminated as counsel for NOCO. Signed by Magistrate Judge Leslie Hoffman Price on 2/1/2022. (TYI)** (Entered: 02/01/2022) |
| 03/30/2022 | 409 | **ENDORSED ORDER denying 373 Motion for Leave to File a Reply. Signed by Judge Carlos E. Mendoza on 3/30/2022. (KMS)** (Entered: 03/30/2022) |
| 03/30/2022 | 410 | **ORDER denying 300 Motion for Judgment as a Matter of Law; denying 301 Motion for Judgment as a Matter of Law; denying 302 Motion for Judgment as a Matter of Law; denying 303 Motion for Judgment as a Matter of Law. Signed by Judge Carlos E. Mendoza on 3/30/2022. (MEH) ctp** (Entered: 03/30/2022) |
| 07/11/2022 | 411 | Unopposed MOTION for Kerry A. Barrett to Withdraw as Attorney by The Noco Company. (Barrett, Kerry) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 07/11/2022) |
| 07/12/2022 | 412 | **ORDER granting 411 Unopposed Motion to Withdraw as Counsel. Kerry A. Barrett withdraws as counsel for Defendant. Signed by Magistrate Judge Leslie Hoffman Price on 7/12/2022. (ECJ)** (Entered: 07/12/2022) |
| 11/04/2022 | 413 | MOTION for Ryan D. O'Quinn to Withdraw as Attorney by The Noco Company. (Attachments: # 1 Text of Proposed Order Proposed Order)(O'Quinn, Ryan) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/04/2022) |
| 11/04/2022 | 414 | **ORDER granting 413 Motion to Withdraw as Attorney. Attorney Ryan Dwight O'Quinn terminated. Signed by Magistrate Judge Leslie Hoffman Price on 11/4/2022. (MKH)** (Entered: 11/04/2022) |
| 01/24/2023 | 415 | MOTION for John Nading to Withdraw as Attorney by The Noco Company. (Sevilla-Sharon, Maia) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 1/25/2023 to edit docket text (SRD). (Entered: 01/24/2023) |
| 01/25/2023 | 416 | **ORDER granting 415 Motion to Withdraw as Attorney. Attorney John M. Nading terminated. Signed by Magistrate Judge Leslie Hoffman Price on 1/25/2023. (MKH)** (Entered: 01/25/2023) |
| 02/28/2023 | 417 | MOTION for Miscellaneous Relief, specifically to Schedule a Post-Trial Status Conference by Deltona Transformer Corporation. (Attachments: # 1 Exhibit A. Proposed Final Judgment)(Flanagan, Patricia) (Entered: 02/28/2023) |
| 03/03/2023 | 418 | RESPONSE to Motion re 417 MOTION for Miscellaneous Relief, specifically to Schedule a Post-Trial Status Conference filed by The Noco Company. (Turnier, Andrew) (Entered: 03/03/2023) |
| 08/09/2023 | 419 | NOTICE of Appearance by Michelle Hogan on behalf of The Noco Company (Hogan, Michelle) (Entered: 08/09/2023) |

| | | |
|---|---|---|
| 08/09/2023 | [420](#) | Unopposed MOTION for Andrew J. Turnier to Withdraw as Attorney by The Noco Company. (Turnier, Andrew) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 08/09/2023) |
| 08/10/2023 | [421](#) | **ORDER granting [420](#) Motion to Withdraw as Attorney. Attorney Andrew J. Turnier terminated. Signed by Magistrate Judge Leslie Hoffman Price on 8/10/2023. (MKH)** (Entered: 08/10/2023) |
| 09/29/2023 | [422](#) | NOTICE of supplemental authority re [392](#) Proposed findings of fact and conclusions of law *(Dewberry Engineers Inc. v. Dewberry Group, Inc., 77 F.4th 265 (4th Cir. Aug. 9, 2023))* by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 09/29/2023) |
| 09/29/2023 | [423](#) | **ORDER granting in part and denying in part [338](#) Motion for Permanent Injunction; denying as moot [417](#) Motion to Schedule a Post-Trial Status Conference; awarding disgorgement. Signed by Judge Carlos E. Mendoza on 9/29/2023. (KMS)** (Entered: 09/29/2023) |
| 09/30/2023 | [424](#) | JUDGMENT in favor of Deltona Transformer Corporation against The Noco Company in the amount of $19,185,943.70. ( Signed by Deputy Clerk) (RPB) (Entered: 09/30/2023) |
| 10/02/2023 | [425](#) | Trademark Report sent to Alexandria, VA. (AJS) (Entered: 10/02/2023) |
| 10/16/2023 | [426](#) | MOTION for Attorney Fees *and Non-Taxable Costs and Incorporated Memorandum of Law* by Deltona Transformer Corporation. (Flanagan, Patricia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/16/2023) |
| 10/16/2023 | [427](#) | PROPOSED BILL OF COSTS by Deltona Transformer Corporation. (Attachments: # [1](#) Exhibit Itemization of Bill of Costs, # [2](#) Exhibit Exhibit 1 - Fees of the Clerk, # [3](#) Exhibit Exhibit 2 - Fees for service, # [4](#) Exhibit Exhibit 3 - Fees for transcripts, # [5](#) Exhibit Exhibit 5 - Fees for witnesses, # [6](#) Exhibit Exhibit 6 - Fees for exemplification and costs of making copies)(Flanagan, Patricia) (Entered: 10/16/2023) |
| 10/24/2023 | [428](#) | Unopposed MOTION for Extension of Time to File Response/Reply as to [426](#) MOTION for Attorney Fees *and Non-Taxable Costs and Incorporated Memorandum of Law*, [427](#) Bill of costs - proposed by The Noco Company. (Hogan, Michelle) (Entered: 10/24/2023) |
| 10/24/2023 | [429](#) | **ORDER granting [428](#) Motion for Extension of Time to File Response. The deadline for Defendant The Noco Company to respond to Plaintiff's motion for entitlement to attorney fees and non-taxable costs is extended up to and including November 13, 2023. See order for details. Signed by Magistrate Judge Leslie Hoffman Price on 10/24/2023. (SFC)** (Entered: 10/24/2023) |
| 10/30/2023 | [430](#) | MOTION for Bond *& Stay of Proceedings to Enforce Judgment* by The Noco Company. (Attachments: # [1](#) Exhibit Executed Bond Form, # [2](#) Exhibit Meet & Confer Correspondence)(Hogan, Michelle) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/30/2023) |
| 10/30/2023 | [431](#) | MOTION to Alter Judgment *(Plaintiff's Motion to Award Prejudgment and Post-Judgment Interest and Enhanced Damages)* by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 10/30/2023) |
| 10/30/2023 | [432](#) | MOTION for Judgment as a Matter of Law *(Renewed)* by The Noco Company. (Hogan, Michelle) (Entered: 10/30/2023) |
| 11/02/2023 | [433](#) | NOTICE by Deltona Transformer Corporation re [431](#) MOTION to Alter Judgment *(Plaintiff's Motion to Award Prejudgment and Post-Judgment Interest and Enhanced Damages) Plaintiff's Notice of Filing Supplemental Certificate of Compliance With M.D. Fla. L.R. 3.01(g)* (Flanagan, Patricia) (Entered: 11/02/2023) |

| 11/13/2023 | 434 | RESPONSE in Opposition re 430 MOTION for Bond *& Stay of Proceedings to Enforce Judgment* filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 11/13/2023) |
| 11/13/2023 | 435 | RESPONSE in Opposition re 426 MOTION for Attorney Fees *and Non-Taxable Costs and Incorporated Memorandum of Law* filed by The Noco Company. (Hogan, Michelle) (Entered: 11/13/2023) |
| 11/13/2023 | 436 | RESPONSE in Opposition re 432 MOTION for Judgment as a Matter of Law *Renewed* filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 11/13/2023) |
| 11/15/2023 | 437 | BILL OF COSTS taxed against The Noco Company in the amount of $124,710.35. Signed by Deputy Clerk. (MEH) (Entered: 11/15/2023) |
| 11/15/2023 | 438 | **ORDER granting in part and denying in part 430 Motion for Approval of Supersedeas Bond and Stay of Proceedings to Enforce Judgment. All enforcement/execution proceedings on the September 30, 2023 Judgment (Doc. No. 424) are hereby stayed pending resolution of all pending motions and appeals in this case. On or before November 29, 2023, Defendant is directed to post a supersedeas bond in the amount of $23,982,429.63, or deposit this amount with the Clerk of Court and to file written certification of the same with the Court. Signed by Magistrate Judge Leslie Hoffman Price on 11/15/2023. (SFC) (Entered: 11/15/2023)** |
| 11/20/2023 | 439 | RESPONSE in Opposition re 431 MOTION to Alter Judgment *(Plaintiff's Motion to Award Prejudgment and Post-Judgment Interest and Enhanced Damages)* filed by The Noco Company. (Attachments: # 1 Exhibit Fed. Reserve Interest Rate (09/30/2023)) (Hogan, Michelle) (Entered: 11/20/2023) |
| 11/21/2023 | 440 | Amended MOTION for Judgment as a Matter of Law *Renewed (Unredacted)*, or in the Alternative MOTION for New Trial by The Noco Company. (Hogan, Michelle) . Modified text and added motion event on 11/22/2023 (GL). (Entered: 11/21/2023) |
| 11/22/2023 | 441 | MOTION to Review Taxed Costs & Objections to Plaintiff's Bill of Costs by The Noco Company. (Attachments: # 1 Exhibit NOCO's Itemization of Taxed Costs)(Hogan, Michelle) Modified text on 11/27/2023 (BD). (Entered: 11/22/2023) |
| 11/28/2023 | 442 | NOTICE by The Noco Company re 438 Order on Motion for Bond (Attachments: # 1 Exhibit Bond Rider)(Hogan, Michelle) (Entered: 11/28/2023) |
| 12/06/2023 | 443 | RESPONSE to Motion re 441 MOTION to Review Taxed Costs & Objections to Plaintiff's Bill of Costs filed by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 12/06/2023) |
| 03/12/2024 | 444 | Unopposed MOTION for Devika Persaud to Withdraw as Attorney by The Noco Company. (Persaud, Devika) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/12/2024) |
| 03/13/2024 | 445 | **ORDER granting 444 Unopposed Motion to Withdraw as Counsel. Attorney Devika Persaud terminated. Signed by Magistrate Judge Leslie Hoffman Price on 3/13/2024. (SFC) (Entered: 03/13/2024)** |
| 04/03/2024 | 446 | **ORDER denying without prejudice 426 Plaintiff's Motion For Entitlement To Attorney's Fees And Non-Taxable Costs And Incorporated Memorandum Of Law; denying without prejudice 441 Defendant The NOCO Company's Motion To Review Taxed Costs And Objections To Plaintiff's Bill Of Costs. See PDF Order for details. Signed by Magistrate Judge Leslie Hoffman Price on 4/3/2024. (SFC) (Entered: 04/03/2024)** |

| 04/08/2024 | [447](#) | NOTICE of change of address by Patricia M Flanagan (Flanagan, Patricia) (Entered: 04/08/2024) |
|---|---|---|
| 04/15/2024 | [448](#) | NOTICE of Appearance by Jodi-Ann Tillman on behalf of Deltona Transformer Corporation (Tillman, Jodi-Ann) (Entered: 04/15/2024) |
| 04/23/2024 | [449](#) | Unopposed MOTION for Alex L. Braunstein to Withdraw as Attorney *for Deltona Transformer Corporation* by Alex Louis Braunstein. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 04/23/2024) |
| 04/23/2024 | [450](#) | Unopposed MOTION for Dominique J. Carroll to Withdraw as Attorney *for Deltona Transformer Corporation* by Dominique J. Carroll. (Braunstein, Alex) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 04/23/2024) |
| 04/23/2024 | [451](#) | Unopposed MOTION for Megan A. McNamara to Withdraw as Attorney *for Deltona Transformer Corporation* by Megan A. McNamara. (McNamara, Megan) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 04/23/2024) |
| 04/23/2024 | [452](#) | **ORDER granting [449](#) Unopposed Motion To Withdraw As Counsel; granting [450](#) Unopposed Motion To Withdraw As Counsel; granting [451](#) Unopposed Motion To Withdraw As Counsel. Attorneys Alex L. Braunstein, Dominique J. Carroll, and Megan A. McNamara withdraw as counsel for Defendant Deltona Transformer Corporation. Signed by Magistrate Judge Leslie Hoffman Price on 4/23/2024. (SFC)** (Entered: 04/23/2024) |
| 07/31/2024 | [453](#) | NOTICE of Appearance by Grant Edward Lavelle Schnell on behalf of The Noco Company (Schnell, Grant) (Entered: 07/31/2024) |
| 08/02/2024 | [454](#) | MOTION for Ann K. Ford to Withdraw as Attorney by The Noco Company. (Ford, Ann) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 08/02/2024) |
| 08/05/2024 | [455](#) | **ORDER granting [454](#) Motion Of Ann K. Ford To Withdraw As Counsel For Defendant And Counterclaimant The Noco Company. Attorney Ann K. Ford, Esq. terminated. Signed by Magistrate Judge Leslie Hoffman Price on 8/5/2024. (SFC)** (Entered: 08/05/2024) |
| 08/06/2024 | [456](#) | Unopposed MOTION for Michelle Hogan to Withdraw as Attorney by The Noco Company. (Hogan, Michelle) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 08/06/2024) |
| 08/07/2024 | [457](#) | **ORDER granting [456](#) Unopposed Motion to Withdraw as Counsel. Attorney Michelle Hogan terminated. Signed by Magistrate Judge Leslie Hoffman Price on 8/7/2024. (SFC)** (Entered: 08/07/2024) |
| 09/30/2024 | [458](#) | **It is ORDERED and ADJUDGED that Defendant's Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial (Doc. [440](#)) is DENIED. Plaintiff's Motion to Award Prejudgment and Postjudgment Interest and Enhanced Damages (Doc. [431](#)) is GRANTED in part and DENIED in part. Plaintiff is awarded $367,936.00 in prejudgment interest. Plaintiff is awarded postjudgment interest at the statutory rate. The Clerk is directed to enter an amended final judgment in accordance with the Court's ruling. The Motion is otherwise DENIED. Signed by Judge Carlos E. Mendoza on 9/30/2024. (ALL)** (Entered: 09/30/2024) |
| 10/01/2024 | [459](#) | **AMENDED FINAL JUDGMENT in favor of Deltona Transformer Corporation against The Noco Company. Signed by Deputy Clerk on 10/1/2024. (LSS)** (Entered: 10/01/2024) |
| 10/08/2024 | [460](#) | MOTION for Clarification or to Correct [459](#) Amended Final Judgment by Deltona Transformer Corporation. (Attachments: # [1](#) Text of Proposed Corrected/Clarified Second |

| | | |
|---|---|---|
| | | Amended Final Judgment)(Flanagan, Patricia) (Modified on 10/8/2024, to edit text) (BGR). (Entered: 10/08/2024) |
| 10/11/2024 | 461 | SUPPLEMENT re 460 MOTION for Clarification or to Correct 459 Amended Final Judgment *Plaintiff's Supplement to Local Rule 3.01(g) Certification in Motion for Clarification or to Correct Amended Final Judgment Under Rule 60(a)* by Deltona Transformer Corporation. (Flanagan, Patricia) (Entered: 10/11/2024) |
| 10/18/2024 | 462 | **ENDORSED ORDER granting 460 Plaintiff's Motion for Clarification or to Correct Amended Final Judgment. The Clerk is directed to enter a second amended judgment in favor of Plaintiff and against Defendant in the amount of $19,553,879.70--which constitutes $19,185,943.70 in damages and $367,936.00 in prejudgment interest--as well as awarding Plaintiff post-judgment interest at the statutory rate. The Clerk is also directed not to include any direction regarding motions for attorney's fees or costs; that deadline is prescribed by the Court's 446 April 3, 2024 Order. Signed by Judge Carlos E. Mendoza on 10/18/2024. (KMD)** (Entered: 10/18/2024) |
| 10/22/2024 | 463 | **SECOND AMENDED JUDGMENT Signed by Deputy Clerk on 10/22/2024. (JTM)** (Entered: 10/22/2024) |
| 10/23/2024 | 464 | CORRECTED SECOND AMENDED JUDGMENT in favor of Deltona Transformer Corporation against The Noco Company. ( Signed by Deputy Clerk) (RPB) (Entered: 10/23/2024) |
| 10/30/2024 | 465 | NOTICE of Appearance by Camila Chediak on behalf of Deltona Transformer Corporation (Chediak, Camila) (Entered: 10/30/2024) |
| 10/31/2024 | 466 | NOTICE OF APPEAL as to 423 Order on Motion for Permanent Injunction, Opinion and order, 464 Judgment, 458 Order on Motion to Alter Judgment, Order on Motion for Judgment as a Matter of Law Order on Motion for New Trial by The Noco Company. Filing fee $ 605, receipt number AFLMDC-22674778. (Schnell, Grant) (Entered: 10/31/2024) |
| 11/01/2024 | 467 | Entered in Error (ARL) (Entered: 11/01/2024) |
| 11/01/2024 | 468 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 466 Notice of Appeal,. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (ARL) (Entered: 11/01/2024) |
| 11/15/2024 | 469 | TRANSCRIPT information form filed by The Noco Company re 466 Notice of Appeal USCA number: 24-13590. No transcript(s) requested. (Schnell, Grant) (Entered: 11/15/2024) |
| 03/14/2025 | 470 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Middle District of Florida certifies that the record is complete for purposes of this appeal re 466 Notice of Appeal as to The Noco Company. All documents are imaged and available for the USCA to retrieve electronically except for 1 Volume of Exhibits: 2 Flash Drives; Defendant, The Noco Company, Trial Exhibit 29A (located at docket entry #319), and Plaintiff, Deltona Transformer Corporation, Trial Exhibit 309 and 310 (located at docket entry #318). USCA number: 24-13590. (JG) (Entered: 03/14/2025) |
| 03/14/2025 | | RECORD ON APPEAL sent to USCA (via USPS tracking no. 7011 2000 0001 8792 3443) as to The Noco Company; re 466 Notice of Appeal. Transmittal includes: 1 Volume of Exhibits: 2 Flash Drives; Defendant, The Noco Company, Trial Exhibit 29A (located at |

docket entry #319), and Plaintiff, Deltona Transformer Corporation, Trial Exhibit 309 and 310 (located at docket entry #318). USCA number: 24-13590. (JG) (Entered: 03/14/2025)

# Dkt.001
## Complaint 2/14/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTONA TRANSFORMER CORPORATION, a Florida Corporation, | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | Case No.: |
| THE NOCO COMPANY, an Ohio corporation. | |
| Defendant. | |

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, Deltona Transformer Corporation, by and through its undersigned attorneys, for its Complaint against Defendant, The Noco Company, states and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for trademark infringement, false designation of origin, unfair competition, and deceptive acts and practices in violation of the laws of the United States and the State of Florida.  Plaintiff seeks entry of a permanent injunction and an award of profits, damages, and other related relief.

## THE PARTIES

2.      Plaintiff, Deltona Transformer Corporation ("Plaintiff" or "DTC") is a Florida corporation with its principal place of business at 801 International Speedway Blvd., Deland, Florida 32724.

3.      Defendant, The Noco Company ("Defendant" or "NOCO") is an Ohio corporation with its principal place of business at 30339 Diamond Parkway #102, Glenwillow, Ohio 44139.

47905616;1

**JURISDICTION AND VENUE**

4.     Plaintiff's claims are predicated upon the Lanham Trademark Act of 1946, as amended, 15 U.S.C. § 1051, et seq., and related claims under the statutory and common law of the State of Florida.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), and has supplemental jurisdiction over Plaintiff's state and common law claims pursuant to 28 U.S.C. § 1367(a).

5.     This Court has personal jurisdiction over Defendant because, upon information and belief, (1) Defendant has committed, and continues to commit, acts of infringement in the Middle District of Florida (the "District"); and (2) Defendant has purposefully directed infringing conduct at Plaintiff in the State of Florida, which has caused and continues to cause Plaintiff harm in the State of Florida.

6.      Venue is proper under 28 U.S.C. §§ 1391 and 1400 because Defendant is subject to personal jurisdiction in the District and has committed acts of infringement in the District.

**GENERAL ALLEGATIONS**

**Plaintiff's BATTERY TENDER® Marks**

7.     DTC is a privately-owned company, started in 1965.  Since that time, DTC has engaged in designing, manufacturing, and distributing technologically advanced products in the automotive, motorcycle and power sport industries.

8.     Since as early as 1991, DTC has itself, and/or through its licensees, used the BATTERY TENDER® and DELTRAN BATTERY TENDER® trademarks (the "Marks") in commerce throughout the United States continuously in connection with the manufacture, distribution, provision, offering for sale, sale, marketing, advertising and promotion of batteries,

battery chargers, battery jump starters, power inverters, battery charger accessories and other battery-related products.

9.     DTC is the owner of United States Trademark Registration No. 3474591 registered on July 29, 2008, on the Principal Register, for the trademark BATTERY TENDER® for battery charger products and U.S. Trademark Registration No. 4281421 registered January 29, 2013, for the trademark DELTRAN BATTERY TENDER® for battery charger products, battery charger accessories, and cigarette lighter adaptors. The foregoing registrations are both valid and subsisting, in full force and effect, and have become incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065.  Attached as **Composite Exhibit 1** are a true and correct copies of the registration certificates and maintenance records for Plaintiff's United States Trademark Registrations No. 3474591 and 4281421.

10.     DTC is the owner of United States Trademark Registration No. 4750963 registered on June 9, 2015, for the BATTERY TENDER® trademark for batteries, battery charger products, battery jump starters, battery voltage indicators, solar panels, and other battery-related products and accessories.  The foregoing registration is valid and subsisting and in full force and effect. Attached as **Exhibit 2** is a true and correct copy of the registration certificate for Plaintiff's United States Trademark Registration No. 4750963.

11.     DTC is the owner of International Registration No. 1227645 for the BATTERY TENDER® trademark, registered July 29, 2014, for the various battery-related goods described below:

> Batteries; battery chargers; battery maintainers; battery monitors; battery testers; waterproof battery chargers; trickle battery chargers; renewable battery charger systems consisting primarily of battery charging devices, solar panels, charge controllers and battery cables; solar panels for production of electricity; power supplies for batteries; battery conditioners; battery voltage indicators; portable battery charger systems consisting primarily of battery charging devices, charge

47905616;1

controllers and battery cables; portable power supply systems consisting primarily of power supply devices, charge controllers and battery cables; battery jump starters; power supply connectors, battery charging devices and adaptors for use with portable electronic devices; battery cases; battery power connectors and adaptors; battery terminal connector clamps; carrying cases for battery chargers and accessories; digital voltage indicators; extension cables; and battery terminal harnesses.

Attached as **Exhibit 3** is a true and correct copy of the registration certificate for Plaintiff's International Registration No. 1227645.

12.     DTC is also the owner of over 35 other registrations worldwide for the BATTERY TENDER® trademark for similar goods identifications, including in Albania, Argentina, Armenia, Australia, Azerbaijan, Belarus, Brazil, Canada, Chile, China, Colombia, Cuba, Egypt, European Union, Georgia, Iceland, India, Indonesia, Israel, Japan, Kenya, Republic of Korea, Mexico, Norway, Philippines, Russia, Serbia, Singapore, South Africa, Switzerland, Thailand, Turkey, Ukraine, Venezuela, Vietnam, Taiwan.

13.     BATTERY TENDER® branded products have for decades been, and today remain, as top-selling batteries, battery chargers and battery-related accessories in the automotive, motorcycle, and power sport industries.

14.     BATTERY TENDER® branded battery chargers are consistently touted by the motorcycle and power sports industries as being the number one battery charger available.

15.     Plaintiff's Marks and the products offered thereunder have received significant unsolicited coverage in various forms of media and outlets.

16.     The BATTERY TENDER® brand battery charger has been the only official authorized battery charger for the Harley-Davidson® Motorcycle Company for over a decade.

17.     BMW® Automotive, BMW® Motorcycle, Lexus®, Corvette® and AAA® are all long-time customers of BATTERY TENDER® branded products.

4

18.     As a result of its widespread, continuous, and exclusive use of the Marks to identify its products and DTC as their source, Plaintiff owns and holds valid and subsisting federal statutory and common law rights to the Marks.

19.     DTC's Marks are distinctive to both the consuming public and Plaintiff's trade.

20.     DTC has expended substantial time, money, and other resources in developing, marketing, advertising, and otherwise promoting its Marks and products sold under the Marks.

21.     Plaintiff, through its licensees and authorized distributors, distributes, provides and sells the products under the Marks through various means and modes throughout the United States and the world, including at retail outlets, at wholesale, through institutional channels and specialty stores and on the Internet, including the website located at www.batterytender.com.

22.     Representative examples of DTC's BATTERY TENDER® branded products are shown below and attached as **Exhibit 4**.  As seen and evidenced in the product descriptions on the products' labels, the images include a power sport battery, an automatic battery charger, a battery charger and maintainer, and a power inverter, all branded with DTC's Marks:






23.     As a result of DTC's extensive expenditures and efforts, the Marks are widely and favorably known across the United States and internationally to the trade and purchasing public to exclusively identify the sole source of the products offered by DTC, signify the high quality of the products designated by the Marks, and have acquired incalculable distinction, reputation, and goodwill value belonging exclusively to DTC.

24.     DTC has successfully policed, protected and enforced its Marks against past infringements, including, *inter alia*, *Deltona Transformer Corporation v. SHFT Global, Inc. et al.*, 6:14-cv-00825-CEM-GJK (M.D.Fla.).

25.     Upon information and belief, none of DTC's competitors (apart from Defendant NOCO as described below) use Plaintiff's Marks in advertising competing batteries, battery chargers and other battery-related products.

47905616;1

## DEFENDANT'S UNLAWFUL ACTIVITIES

26.    Defendant NOCO offers for sale battery chargers, jump starters, solar panels, portable power devices and other related products (www.no.co/about-us) that compete directly with DTC's BATTERY TENDER® branded products.

27.    Upon information and belief, learning of the selling power and value of the goodwill, distinction and reputation which DTC has created in the BATTERY TENDER® brand over the years, NOCO became incensed and focused on targeting DTC and its brand for its own benefit, including through comparative advertising, attempts to purchase the brand, and continuing unauthorized and improper uses of the Marks, all in a deliberate attempt to blatantly and deliberately divert attention and traffic to NOCO's battery charger products and to harm DTC and its brand.

28.    Initially, NOCO began its targeting DTC in comparative advertising campaigns that misused DTC's trademark.

29.    In particular, on or before June 5, 2015, DTC became aware of NOCO's infringing adoption and use of the BATTERY TENDER® trademark and confusingly similar variations of the trademark (hereinafter, the "Infringing Marks") to draw attention and traffic to Defendant's battery charger products on Amazon's website.

30.    Besides using the Infringing Marks as a keyword to trigger NOCO's targeted advertising on Amazon's website, Defendant launched an advertisement containing a variation of Plaintiff's Marks, namely, "TENDER" to refer to *DTC's* products.

31.    Defendant's ad read "*More Than Just A Tender. The Ultimate Charger.*" An excerpt of the advertisement is shown below and a print out from the Amazon.com website is attached as **Exhibit 5**.



32.     Using keyword advertising and based upon the context and placement of the unlabeled advertisement, with no reference to NOCO's own brand anywhere in the ad, Defendant deliberately sought to draw attention and traffic to Defendant's own battery charger products using DTC's goodwill and distinction to harm DTC, its Marks and brand, and/or to mislead consumers as to the features and capabilities of DTC's battery charger products.

33.     On July 1, 2015, DTC sent NOCO a letter demanding that NOCO discontinue its unauthorized use of Plaintiff's Marks.

34.     On or about August 13, 2015, Defendant removed the objected-to advertisement from the Amazon website.

35.     Thereafter, on or before October 21, 2015, Defendant launched another almost identical advertising campaign using the Infringing Marks to again draw attention and traffic to NOCO's battery charger products.   The new version had the same content and contextual

placement as the prior ad, but added a reference to Defendant's brand "NOCO" at the top, as shown below:



A copy of the advertisement dated October 21, 2015 is attached as **Exhibit 6**.

36.   DTC thereafter contacted NOCO and demanded that the infringing advertisement be taken down, complaining of the use of DTC's Mark as "TENDER."

37.   Defendant again revised its advertising campaign, which corrected the reference to DTC's Mark in the claimed comparative advertisement from "TENDER" to use DTC's full mark "BATTERY TENDER":



A copy of the revised advertisement dated January 5, 2016 is attached as **Exhibit 7**.

38.     Subsequently, on September 14, 2016, and thereafter, NOCO began communicating its interest in acquiring the assets of DTC, stating to DTC that **NOCO** wanted to be involved in "***carrying on the legacy and passion of the Battery Tender brand***."

39.     After DTC did not entertain NOCO's purchase overtures, NOCO launched a new strategy to blatantly and deliberately divert attention and traffic to Defendant's battery charger products and to harm DTC and its brand.

40.     Rather than using the Infringing Marks to refer to DTC and its products, as NOCO's previously challenged and later removed advertisements had done, Defendant's new advertising campaign used the Infringing Marks to refer instead to NOCO's ***own*** brand in an effort to bootstrap its products to and benefit from the selling power of DTC's brand.

41.     For example, NOCO's ad launched on or before June 29, 2018, stated "The most advanced battery tender for any vehicle" using "battery tender" to refer to NOCO's ***own*** brand and product:



A copy of the advertisement is attached as **Exhibit 8**.

42.     On July 10, 2018, DTC issued yet another demand to NOCO objecting to such infringing ad campaign.

43.     By July 18, 2018, Defendant's advertisement was no longer visible on Amazon.com.

44.     However, on or before December 7, 2018, Defendant brought another infringing ad campaign that read "*The Winter **Battery Tender** with Zero Overcharge*" (emphasis added) referring to NOCO's **_own_** brand and product:



A copy of the advertisement is attached as **Exhibit 9**.

45.     On December 12, 2018, DTC again demanded that NOCO cease its use of DTC's Mark.

46.     By December 19, 2018, that ad was no longer visible on Amazon.com.

47.     Despite the specific above ads being no longer visible on Amazon, Defendant has acknowledged and continues to use the Infringing Marks in its advertising and marketing materials for its brand and products.

48.     Indeed, in what is yet another deliberate attempt to try and bootstrap its products to the selling power and goodwill derived from DTC's brand for NOCO's own benefit, and to DTC's detriment, NOCO has made and continues to make statements to third parties, including

47905616;1

potential consumers, that its products are "battery tenders."  For example, such a statement was made via a message from a NOCO Support Agent provided in an online chat message on January 31, 2019:



A copy of the above screenshot is attached as **Exhibit 10**.

49.     Not only does NOCO's continuing use and statements make unauthorized use of DTC's Marks, but, it is now falsely representing to consumers that the Infringing Mark when used in all lowercase is somehow transformed from a federally-registered incontestable trademark exclusively owned by DTC into a replacement for the terms "battery charger" or "battery maintainer" despite the fact that, *inter alia*, consumers exclusively understand the Marks to identify DTC and its products, and no other competitor of DTC uses the Marks in such a way.

50.     Defendant's infringing acts have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of the NOCO's products and have and are likely to deceive the relevant consuming public into

47905616;1

believing, mistakenly, that NOCO's products originate from, are associated or affiliated with, or are otherwise authorized by DTC.

51.     Defendant's acts are willful with the intent to trade on the goodwill, distinction and reputation of Plaintiff's brand and Marks, cause confusion and deception in the marketplace, and divert potential sales of Plaintiff's products to the Defendant.

52.     Defendant's acts are causing, and unless restrained, will continue to cause damage and irreparable harm to Plaintiff and to its valuable hard-earned reputation, distinction and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

53.     As a result of Defendant's infringing activities and unfair competition, Plaintiff has been damaged.

54.     DTC has retained the undersigned counsel and is obligated to pay it a reasonable fee in connection with this action.

## COUNT I
## Federal Trademark Infringement

55.     Plaintiff adopts, repeats and realleges each and every allegation previously set forth in paragraphs 1-54 in this Complaint as if fully set forth in this paragraph.

56.     DTC is the sole and exclusive owner of the federally-registered Marks.

57.     The Marks, as used by DTC in connection with its goods, are inherently distinctive and/or have acquired secondary meaning.

58.     Indeed, DTC's United States Registration No.'s 3474591 and 4281421 for the Marks are incontestable and, thus, it is conclusively presumed that such Marks are inherently distinctive and/or have acquired secondary meaning under 15 U.S.C.A. § 1115(b).

59.     Defendant has used and is continuing to use the Infringing Marks in providing identical or substantially similar goods and services to those offered by Plaintiff.

13

60.     Defendant's activities complained of herein have been without Plaintiff's consent.

61.     Defendant's unauthorized use in commerce of the Infringing Marks as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's products, and is likely to cause consumers to believe, contrary to fact, that Defendant's products are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff. Defendant's conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

62.     Defendant has committed the foregoing acts of infringement with full knowledge of Plaintiff's prior rights in the Marks and with the willful intent to cause confusion and trade on Plaintiff's goodwill and reputation.

63.     Defendant's conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

64.     Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## COUNT II
## Federal False Designation of Origin and Unfair Competition

65.     Plaintiff adopts, repeats and realleges each and every allegation previously set forth in paragraphs 1-54 in this Complaint as if fully set forth in this paragraph.

47905616;1

66.    Defendant's unauthorized use in commerce of the Infringing Marks is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's products, and is likely to cause consumers to believe, contrary to fact, that Defendant's products are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff.

67.    Defendant's unauthorized use in commerce of the Infringing Marks constitutes use of a false designation of origin and misleading description and representation of fact.

68.    Upon information and belief, Defendant's conduct is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendant with Plaintiff.

69.    Defendant's conduct constitutes unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

70.    Defendant's conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court. Plaintiff has no adequate remedy at law.

71.    Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## COUNT III
## Common Law Trademark Infringement and
## Unfair Competition

72.    Plaintiff adopts, repeats and realleges each and every allegation previously set forth in paragraphs 1-54 in this Complaint as if fully set forth in this paragraph.

47905616;1

73.    The aforementioned acts of Defendant constitute trademark infringement and unfair competition in violation of the common law of the State of Florida.

74.    Such conduct on the part of Defendant has allowed Defendant to wrongfully profit and has injured Plaintiff in an amount to be determined at trial and has caused and threatens to cause irreparable injury to Plaintiff, for which Plaintiff has no adequate remedy at law.

75.    Defendant's actions as set forth above permit recovery of Defendant's profits, damages, and costs by Plaintiff, including treble damages and Plaintiff's attorney's fees.

76.    Defendant's conduct was malicious and wanton and Plaintiff is entitled to an award of punitive damages under Florida law.

## COUNT IV
## Florida's Deceptive and Unfair Trade Practices Act

77.    Plaintiff adopts, repeats and realleges each and every allegation previously set forth in paragraphs 1-54 in this Complaint as if fully set forth in this paragraph.

78.    Defendant has been misleading consumers and is causing a likelihood of confusion or misunderstanding as to the source, sponsorship, or approval of its goods and services, and is otherwise damaging the public. Defendant's conduct constitutes unfair and deceptive acts or practices in the course of a business, trade, or commerce in violation of the Florida Deceptive and Unfair Trade Practices Act, § 501.201 et seq., Fla. Stat. (2011).

79.    Defendant's conduct has caused and is likely to continue to cause substantial injury to the public and to Plaintiff, entitling Plaintiff to injunctive relief and to recover damages, its costs and its reasonable attorney's fees.

47905616;1

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Deltona Transformer Corporation, prays that this Court enter judgment against Defendant, The Noco Company, and in favor of Plaintiff as follows:

1. Finding that Defendant's activities complained of herein are unlawful under Federal and Florida law;

2. Granting an injunction permanently enjoining the Defendant, its employees, agents, officers, directors, managers, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities from:

   a. manufacturing, distributing, supplying, providing, selling, marketing, advertising, promoting, or authorizing any third party to manufacture, distribute, supply, provide, sell, market, advertise or promote batteries, battery chargers and battery accessories bearing the mark BATTERY TENDER® or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's BATTERY TENDER® mark;

   b. engaging in any activity that infringes Plaintiff's rights in its BATTERY TENDER® mark;

   c. engaging in any activity constituting unfair competition with Plaintiff;

   d. making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant's goods are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with

47905616;1

Plaintiff or (ii) Plaintiff's goods are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant;

e.      using or authorizing any third party to use in connection with any business, goods, or services any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such business, goods and/or services with Plaintiff or tend to do so;

f.      registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the mark BATTERY TENDER® or any other mark that infringes or is likely to be confused with Plaintiff's BATTERY TENDER® mark, or any goods or services of Plaintiff, or Plaintiff as their source; and

g.      aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (f).

3.      Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, supplied, licensed, marketed, advertised, promoted, or otherwise offered or circulated by Defendant are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or constitute or are connected with Plaintiff's goods.

4.      Directing Defendant to immediately cease all manufacture, display, distribution, supply, marketing, advertising, promotion, sale, offer for sale and/or use of any and all packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials that feature or bear any designation or mark incorporating the mark BATTERY TENDER® or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's BATTERY TENDER® mark, and to direct all distributors, retailers, wholesalers, and other individuals and establishments wherever located in the United States that distribute, advertise, promote, sell, or offer for sale Defendant's goods or services to cease forthwith the display, distribution, marketing, advertising, promotion, sale, and/or offering for sale of any and all goods, services, packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials featuring or bearing the mark BATTERY TENDER® or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of the Plaintiff's BATTERY TENDER® mark, and to immediately remove them from public access and view.

5.      Directing that Defendant recall and deliver up for destruction or other disposition all goods, packaging, shopping bags, containers, advertisements, promotions, signs, displays, and related materials incorporating or bearing the mark BATTERY TENDER® or any other mark that is a counterfeit, copy, confusingly similar variation, or colorable imitation of Plaintiff's BATTERY TENDER® mark.

6.     Directing, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), Defendant to file with the court and serve upon Plaintiff's counsel within thirty (30) days after service on Defendant of an injunction in this action, or such extended period as the court may direct, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

7.     Awarding Plaintiff an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

8.     Directing that Defendant account to and pay over to Plaintiff all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate Plaintiff for the damages caused thereby.

9.     Awarding Plaintiff punitive and exemplary damages as the court finds appropriate to deter any future willful infringement.

10.     Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

11.     Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

12.     Awarding such other and further relief as the Court deems just and proper.

20

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  February 14, 2019            Respectfully submitted,

*/s/ Patricia M. Flanagan*
Patricia M. Flanagan
Florida Bar No. 58592
Stephen J. Giovinco
Florida Bar No. 567051
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel.: (561) 653-5000
Fax: (561) 659-6313
Email: patti.flanagan@akerman.com
Email: stephen.giovinco@akerman.com
Secondary Email: gabriela.batteiger@akerman.com
Secondary Email: luke.bovat@akerman.com

*Counsel for Plaintiff*
*Deltona Transformer Corporation*

21

# COMPOSITE
# EXHIBIT 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,474,591

## United States Patent and Trademark Office

Registered July 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BATTERY TENDER

DELTONA TRANSFORMER CORPORATION (FLORIDA CORPORATION)

801 U.S. HWY. 92, EAST

DELAND, FL 32724

FOR: BATTERY CHARGER FOR USE IN MARINE INDUSTRY, MOTORCYCLES, AUTOMOTIVE OR, IN ANY VEHICLE OR APPLICATION USING LEAD ACID OR GEL BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1991; IN COMMERCE 2-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-096,420, FILED 2-1-2007.

DAVID YONTEF, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Aug 22, 2013**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**      3474591
**MARK:**      BATTERY TENDER
**OWNER:**      Deltona Transformer Corporation

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

Erica L. Loeffler
The Livingston Firm
963 TRAIL TERRACE DRIVE
NAPLES, FL  34103-2329

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, May 24, 2018 11:04 PM |
| **To:** | ip@akerman.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3474591: BATTERY TENDER: Docket/Reference No. 10948-11 |

**U.S. Serial Number:** 77096420
**U.S. Registration Number:** 3474591
**U.S. Registration Date:** Jul 29, 2008
**Mark:** BATTERY TENDER
**Owner:** Deltona Transformer Corporation

May 24, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77096420&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77096420&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*   For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at **https://www.uspto.gov/trademark/** or contact the Trademark Assistance Center at 1-800-786-9199.



# United States of America

### United States Patent and Trademark Office

# DELTRAN BATTERY TENDER

**Reg. No. 4,281,421**

**Registered Jan. 29, 2013**

DELTONA TRANSFORMER CORPORATION (FLORIDA CORPORATION)
801 U.S. HWY. 92 E.
DELAND, FL 32724

**Int. Cls.: 9 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: BATTERY CHARGERS AND BATTERY CHARGER ACCESSORIES, NAMELY, BATTERY CASES; BATTERY CABLES; BATTERY POWER CONNECTORS; BATTERY POWER CONNECTOR PLUGS FOR USE IN MARINE INDUSTRY, MOTORCYCLES, AUTOMOTIVE OR IN ANY VEHICLE OR APPLICATION USING LEAD ACID OR GEL BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: CIGARETTE LIGHTER ADAPTORS FOR USE IN MARINE INDUSTRY, MOTORCYCLES, AUTOMOTIVE OR IN ANY VEHICLE OR APPLICATION USING LEAD ACID OR GEL BATTERIES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,474,591.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY", APART FROM THE MARK AS SHOWN.

SER. NO. 85-383,286, FILED 7-28-2011.

SUSAN RICHARDS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Sunday, May 27, 2018 04:18 AM |
| **To:** | ip@akerman.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4281421: DELTRAN BATTERY TENDER: Docket/Reference No. 10948-10 |

**U.S. Serial Number:** 85383286
**U.S. Registration Number:** 4281421
**U.S. Registration Date:** Jan 29, 2013
**Mark:** DELTRAN BATTERY TENDER
**Owner:** Deltona Transformer Corporation

May 26, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 012

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85383286&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85383286&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

  \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# BATTERY TENDER

**Reg. No. 4,750,963**

**Registered June 9, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

DELTONA TRANSFORMER CORPORATION (FLORIDA CORPORATION)
801 U.S. HIGHWAY 92 EAST
DELAND, FL 32724

FOR: BATTERIES; BATTERY CHARGERS; BATTERY MAINTAINERS; BATTERY MONITORS; BATTERY TESTERS; WATERPROOF BATTERY CHARGERS; TRICKLE BATTERY CHARGERS; RENEWABLE BATTERY CHARGER SYSTEMS CONSISTING PRIMARILY OF BATTERY CHARGING DEVICES, SOLAR PANELS, CHARGE CONTROLLERS AND BATTERY CABLES; SOLAR PANELS FOR PRODUCTION OF ELECTRICITY; POWER SUPPLIES FOR BATTERIES; BATTERY CONDITIONERS; BATTERY VOLTAGE INDICATORS; PORTABLE BATTERY CHARGER SYSTEMS CONSISTING PRIMARILY OF BATTERY CHARGING DEVICES, CHARGE CONTROLLERS AND BATTERY CABLES; PORTABLE POWER SUPPLY SYSTEMS CONSISTING PRIMARILY OF POWER SUPPLY DEVICES, CHARGE CONTROLLERS AND BATTERY CABLES; BATTERY JUMP STARTERS; POWER SUPPLY CONNECTORS, BATTERY CHARGING DEVICES AND ADAPTORS FOR USE WITH PORTABLE ELECTRONIC DEVICES; BATTERY CASES; BATTERY POWER CONNECTORS AND ADAPTORS; BATTERY TERMINAL CONNECTOR CLAMPS; CARRYING CASES FOR BATTERY CHARGERS AND ACCESSORIES; DIGITAL VOLTAGE INDICATORS; EXTENSION CABLES; AND BATTERY TERMINAL HARNESSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1991; IN COMMERCE 2-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,474,591, 4,281,421, AND 4,455,454.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY", APART FROM THE MARK AS SHOWN.

SER. NO. 86-342,718, FILED 7-21-2014.

JAMES A. RAUEN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT 3



**WIPO | MADRID**
The International
Trademark System

## CERTIFICATE OF REGISTRATION

The International Bureau of the World Intellectual Property Organization (WIPO) certifies that the indications appearing in the present certificate conform to the recording made in the International Register of Marks maintained under the Madrid Agreement and Protocol.

| | |
|---|---|
| *Reproduction of the mark where the mark is represented in standard characters* | BATTERY TENDER |
| *Registration number* | **1 227 645** |
| *Registration date* | **July 29, 2014** |
| *Date next payment due* | **July 29, 2024** |
| *Name and address of holder* | Deltona Transformer Corporation 801 U.S. Highway 92 East, Deland FL 32724 (United States of America) |
| *Legal nature of the holder (legal entity) and place of organization* | CORPORATION, Florida, United States |
| *Name and address of the representative* | Patricia M. Carlson Akerman LLP, P.O. Box 3188, West Palm Beach FL 33402-3188 (United States of America) |
| *List of goods and services NCL(10-2014)* | 9 Batteries; battery chargers; battery maintainers; battery monitors; battery testers; waterproof battery chargers; trickle battery chargers; renewable battery charger systems; solar panels for production of electricity; power supplies for batteries; battery conditioners; battery voltage indicators; portable battery chargers systems; portable power supply systems; battery jump starters; power supply connectors, battery charging devices and adaptors for use with portable electronic devices; battery cases; battery power connectors and adaptors; battery terminal connector clamps; carrying cases for battery chargers and accessories; digital voltage indicators; extension cables; and battery terminal harnesses. |
| *Basic application* | United States of America, 21.07.2014, 86342718 |
| *Data relating to priority under the Paris Convention* | United States of America, 21.07.2014, 86342718 |
| *Designations under the Madrid Protocol* | Albania, Armenia, Australia, Azerbaijan, Belarus, China, Colombia, European Union, Georgia, India, Japan, Mexico, Philippines, Russian Federation, Serbia, Singapore, Ukraine |
| *Declaration of intention to use the mark* | India, Singapore |
| *Date of notification* | 18.12.2014 |

## CERTIFICATE OF REGISTRATION

(continued) **1 227 645**

*Language of*  English
*the international application*

Ásta Valdimarsdóttir
Director, Operations Service
Madrid Registry
Brands and Designs Sector

Geneva, December 18, 2014

# EXHIBIT 4









# EXHIBIT 5



# EXHIBIT 6



★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**International Shipping**
☐ AmazonGlobal Eligible

**Condition**
New
Used

Ad feedback 🖵



**Battery Tender 022-0165-DL-WH 12-Volt 2-Bank Battery Management System**  Dec 1, 2006
by Battery Tender

**$81.75** $129.95 ✓Prime
Get it by **Thursday, Oct 22**

More Buying Choices
**$74.49** new (106 offers)

★★★★½ ▾ 929

FREE Shipping on orders over $35

**Product Features**
... batteries Solid state two color LED indicates stage of charger ...

**Automotive:** See all 157 items

---

**Battery Tender 081-0069-6 Ring Terminal Harness with Black Fused 2-Pin Quick Disconnect Plug**  Dec 1, 2006
by Battery Tender

**$5.75** $8.49
Get it by **Thursday, Oct 22**

More Buying Choices
**$0.36** new (82 offers)

▾ 1,316

FREE Shipping on orders over $35

**Product Features**
Plugs in all Deltran Battery Tenders

**Automotive:** See all 157 items

---

**Battery Tender 022-0185G-dl-wh Black 12 Volt 1.25 Amp Plus Battery Charger/Maintainer**  Nov 21, 2013
by Battery Tender

**$56.12** $69.95 ✓Prime
Get it by **Thursday, Oct 22**

More Buying Choices
**$44.99** new (57 offers)

★★★★★ ▾ 64

FREE Shipping on orders over $35

**Product Features**
California compliant charger Great for AGM and flooded batteries

**Automotive:** See all 157 items

---

**Deltran SuperSmart Battery Tender Plus 12-Volt 1.25 AMP Battery Charger**
by Battery Tender

$143.97 **$43.88** + $7.99 shipping

More Buying Choices
**$43.88** new (6 offers)
**$61.00** used (2 offers)

**Product Features**
... free batteries (AGM and gel ... stage of charger; a quick ...

**Tools & Home Improvement:** See all 12 items

---

**Black & Decker BM3B 6V and 12V Battery Charger / Maintainer**
by Black & Decker

**$18.99** $25.99
Get it by **Thursday, Oct 22**

More Buying Choices
**$18.99** new (27 offers)

▾ 1,385

FREE Shipping on orders over $35

**Automotive:** See all 157 items

Amazon.com: battery tender plus charge
Case 6:19-cv-00308-CEM-LRH Document 1-6 Filed 02/14/19 Page 4 of 7 PageID 43
Page 3 of 6



**Battery Tender BTL35A480C Lithium Iron Phosphate Battery** Nov 27, 2013
by Battery Tender

**$209.07** $399.95 *Prime*
Get it by **Thursday, Oct 22**

More Buying Choices
**$202.57** new (27 offers)
**$177.69** used (1 offer)

★★★★⯪ ▾ 590

FREE Shipping on orders over $35

**Product Features**
Foam spacers included to fit multiple size *battery* boxes

**Tools & Home Improvement:** See all 12 items

**Extreme Max 1229.4000 Battery Buddy Intelligent 6V / 12V Battery Charger / Maintainer**
by Extreme Max

**$16.76** $42.30 *Prime*
Get it by **Thursday, Oct 22**

More Buying Choices
**$16.76** new (2 offers)

★★★★⯪ ▾ 211

FREE Shipping on orders over $35

**Automotive:** See all 157 items

**Battery Tender 022-0157-1 Waterproof 12 Volt Power Tender Plus Battery Charger**
by Battery Tender

**$84.30** $132.50 *Prime*
Get it by **Thursday, Oct 22**

More Buying Choices
**$75.51** new (51 offers)
**$71.66** used (1 offer)

★★★★⯪ ▾ 128

FREE Shipping on orders over $35

**Product Description**
... Tender 12 Volt Power *Tender Plus Battery Charger* is a portable power ...

**Automotive:** See all 157 items

**3 PACK Battery Tender PLUS Trickle Charger 12 Volt 12V**
by Battery Tender

**$134.00** + $5.99 shipping

★★★★★ ▾ 15

**Product Features**
3 Pack of The Best *Charger* IN The World!

**Automotive:** See all 157 items

**Battery Tender 022-0150-DL-WH 800 Battery Charger** Oct 31, 2014
by Battery Tender

**$30.99** $55.95 *Prime*
Get it by **Thursday, Oct 22**

More Buying Choices
**$27.10** new (146 offers)

★★★★⯪ ▾ 710

FREE Shipping on orders over $35

**Product Features**
Solid new addition to the *Battery Tender* family of *charger* products

**Automotive:** See all 157 items

Amazon.com: battery tender plus charger
Case 6:19-cv-00309-CEM-LRH  Document 1-6  Filed 02/14/19  Page 5 of 7 PageID 44
Page 4 of 6



**Battery Tender (022-0186G-DL-WH) 12V 5 Amp Battery Charger** Aug 30, 2014
by Battery Tender

$68.00 $99.95 ✓Prime
Get it by **Thursday, Oct 22**

More Buying Choices
$68.00 new (15 offers)

★★★★★ ▾ 59

FREE Shipping on orders over $35

**Product Features**
5 amps 12 volt charger/maintainer

**Automotive:** See all 157 items

---

**Battery Tender 081-0148-25 25' Quick Disconnect Extension Cable** Dec 1, 2006
by Battery Tender

$13.61 $15.95 ✓Prime
Get it by **Thursday, Oct 22**

More Buying Choices
$7.45 new (66 offers)

★★★★★ ▾ 643

FREE Shipping on orders over $35

**Product Features**
... use with the multi-bank chargers Plugs into all Deltran Battery Tenders ...

**Automotive:** See all 157 items

---

**Battery Tender Plus Charger - 12 Volt/Black**
by Battery Tender

$99.95 $43.98 + $5.99 shipping

More Buying Choices
$42.19 new (9 offers)

★★★★½ ▾ 112

**Product Features**
... Battery Tender at 1.25 amps will charge as fast or faster than any 3 ...

**Automotive:** See all 157 items

---

Sponsored ⓘ
**NOCO Genius G3500 6V/12V 3.5A UltraSafe Smart Battery Charger**
by NOCO

$57.26 $74.95 ✓Prime
Get it by **Thursday, Oct 22**

★★★★½ ▾ 1,498

FREE Shipping on orders over $35

---

Sponsored ⓘ
**NOCO ISCC2 5-Way SAE Adapter Connector**
by NOCO

$5.95 ✓Prime
Get it by **Thursday, Oct 22**

★★★★½ ▾ 268

FREE Shipping on orders over $35

---

‹ Previous Page      **1** 2 3 ... 20      Next Page ›

**Sponsored Links** (What's this?)

1. **Battery Tender Plus Charger** 🖵  
   Deltran **Battery Chargers**. Low Prices. Satisfaction Guarantee!  www.**battery**mart.com/

2. **Tender | Batteries Chargers** 🖵  
   Shop A Wide Variety Of **Batteries**, **Chargers** + Jump Starters. Buy Now!  www.northerntool.com/**Batteries**

3. **Battery Tender** 🖵  
   View HD Video & Customer Reviews. Free Shipping. Expert Gear Advice.  www.revzilla.com/

4. **Battery Tender Parts**

Web's #1 Motorcycle Part Superstore Best Service & Selection
Since 1979   www.jpcycles.com/

Ad feedback

## Search Feedback

Did you find what you were looking for?

Yes    No

If you need help or have a question for Customer Service, please visit the Help Section.



Ad feedback

Search powered by A9



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business |
|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business |
| AmazonFresh Groceries & More Right To Your Door | Amazon Local Great Local Deals in Your City | AmazonGlobal Ship Orders Internationally | Amazon Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books |
| BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby |
| DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | Junglee.com Shop Online in India |

**Kindle Direct Publishing**
India Digital Publishing
Made Easy

**Look.com**
Kids' Clothing
& Shoes

**MYHABIT**
Private Fashion
Designer Sales

**Shopbop**
Designer
Fashion Brands

**Soap.com**
Health, Beauty &
Home Essentials

**TenMarks.com**
Math Activities
for Kids & Schools

**VineMarket.com**
Everything
to Live Life Green

**Wag.com**
Everything
For Your Pet

**Warehouse Deals**
Open-Box
Discounts

**Woot!**
Discounts and
Shenanigans

**Yoyo.com**
A Happy Place
To Shop For Toys

**Zappos**
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

# EXHIBIT 7



January 5, 2016 Advertisement

# EXHIBIT 8




NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Try Prime | All | battery tender | Echo Spot: Buy 2, save $40

Deliver to Miami 33101 | Departments | Your Amazon.com | Today's Deals | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Filter by vehicle: Year | Make | Model | Filter Results | Your Garage (0)

1-24 of 245 results for **Automotive** : **"battery tender"** Sort by Relevance

☐ **FREE Shipping**
All customers get FREE Shipping on orders over $25 shipped by Amazon

Show results for

< Any Category
**Automotive**
- Battery Chargers
- Automotive Replacement Batteries & Accessories
- Electrical
- Powersports Battery Chargers
- Solar Battery Chargers & Charging Kits
- Solar & Wind Power Batteries
- Automotive Replacement Cigarette Lighter & Parts
- Automotive Replacement Electrical Equipment
- Electrical System Tools
- Replacement Parts
- Motorcycle & Powersports
- See more

Refine by

**Delivery Day**
☐ Get It by Tomorrow

**Amazon Prime**
☐ prime

**Eligible for Free Shipping**
☐ Free Shipping by Amazon

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Battery Tender
☐ Deltran
☐ NOCO
☐ Schumacher
☐ Motopower
☐ LEICESTERCN
☐ KeyLine Chargers
☐ Mroinge
☐ BLACK+DECKER
☐ MICTUNING
☐ POTEK
☐ DELTRAN USA LLC
☐ Extreme Max
☐ Morange
☐ FOVAL
See more

**Motorcycle & ATV Type**

SPONSORED BY NOCO
The most advanced battery tender for any vehicle.
Shop now ›

NOCO Genius G750 6V/12V .75A UltraSafe
★★★★☆ 4,120
prime

NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery
★★★★☆ 4,120
prime

Ad feedback

Showing results in **Automotive**. Show instead results in All Departments.

Sponsored ⓘ
Battery Tender 800 is a SuperSmart Battery Charger that will Constantly Monitor, Charge, and Maintain your Battery. It's Encapsulated and Protected
by Battery Tender
$37.38 prime
FREE Shipping on eligible orders

Sponsored ⓘ
Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the
by Battery Tender
$44.99 prime
FREE Shipping on eligible orders

Sponsored ⓘ
NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger
by NOCO
$39.95 ~~$53.95~~ prime
FREE Shipping on eligible orders
★★★★☆ 4,123

Best Seller

Battery Tender 021-0123 Junior 12V, 0.75A Battery Charger
by Battery Tender
$25.88 ~~$39.95~~ prime
More Buying Choices
$24.19 (144 new offers)
FREE Shipping on eligible orders
★★★★☆ 9,756

Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the
by Battery Tender
$44.99 prime
More Buying Choices
$35.99 (133 used & new offers)
FREE Shipping on eligible orders

Battery Tender 081-0069-6 Ring Terminal Harness with Black Fused 2-Pin Quick Disconnect Plug
by Battery Tender
$5.18 ~~$7.99~~ prime
More Buying Choices
$3.88 (98 used & new offers)
FREE Shipping on eligible orders
★★★★☆ 2,364

Cruiser


Street Bike


ATV & UTV


Adventure
Touring

Dirt Bike       Snowmobile

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[ $ Min ]  [ $ Max ]  [ Go ]

**Packaging Option**
☐ Frustration-Free Packaging

**International Shipping** (What's this?)
☐ International Shipping Eligible

**Seller**
☐ C.B.C. Supply
☐ Amazon.com
☐ BatteryMart
☐ Chrome World
☐ SoCal Powersports
☐ Powersport Superstore
☐ Import Replacement Parts
☐ Autoplicity
☐ Cycle Stash
☐ UnbeatableSale, Inc

**Availability**
☐ Include Out of Stock



**BLACK+DECKER BM3B 6V and 12V Automatic Battery Charger/Maintainer**
by BLACK+DECKER
$12.74  $25.99  ✓prime
More Buying Choices
$9.56 (25 used & new offers)
FREE Shipping on eligible orders
★★★★☆ 3,150



**Battery Tender 022-0165-DL-WH 12-Volt 2-Bank Battery Management System**
by Battery Tender
$79.94  ✓prime
More Buying Choices
$63.95 (114 used & new offers)
FREE Shipping on eligible orders
★★★★½ 1,473



**Mroinge automotive trickle battery charger maintainer 12V 1A for car motorcycle Lawn Mower SLA ATV WET AGM GEL CELL Lead Acid Batteries,**
by Mroinge
$17.99  ✓prime
FREE Shipping on eligible orders  See Details
Save 5% with coupon



**Battery Tender 081-0158 Black Quick Disconnect Plug with USB Charger. Perfect for Charging your iPhone, iPad, iPod, GPS, Camera or any Smartphone or**
by Battery Tender
$10.89  $11.95  ✓prime
More Buying Choices
$9.31 (60 new offers)
FREE Shipping on eligible orders



**NOCO Genius G750 6V/12V .75A UltraSafe Smart Battery Charger**
by NOCO
$29.95  $37.95  ✓prime
More Buying Choices
$23.96 (37 used & new offers)
FREE Shipping on eligible orders
★★★★☆ 4,123



**Battery Tender 081-0148-25 25' Quick Disconnect Extension Cable**
by Battery Tender
$6.48  $14.99
★★★★★ 1,069



Sponsored ⓘ
**Mroinge automotive trickle battery charger maintainer 12V 1A for car motorcycle Lawn Mower SLA ATV WET AGM GEL CELL Lead Acid Batteries,**
by Mroinge
$17.99  ✓prime
FREE Shipping on eligible orders
Save 5% with coupon



Sponsored ⓘ
**Schumacher WM-12 Cable Connector for Battery Charger/Maintainer**
by Schumacher
$4.00  ✓prime
FREE Shipping on eligible orders
★★★★½ 431



Sponsored ⓘ
**Schumacher SC1359 15A 6/12V DOE Battery Charger**
by Schumacher
$63.12  ✓prime
FREE Shipping on eligible orders
★★★★☆ 11

Case 6:19-cv-00308-CEM-LRH   Document 1-8   Filed 02/14/19   Page 4 of 6 PageID 52



MOTOPOWER MP00205A 12V 800mA
Fully Automatic Battery
Charger/Maintainer for Cars,
Motorcycles, ATVs, RVs, Powersports,
by Motopower
$ 14.99  ✓prime
FREE Shipping on eligible orders
⭐⭐⭐⭐½ ⌄ 453
Price may vary by color





Battery Tender 021-1163 5W Solar
Maintainer
by Battery Tender
$ 57.16  $79.95  ✓prime
More Buying Choices
$57.14 (64 new offers)
FREE Shipping on eligible orders
⭐⭐⭐⭐ ⌄ 591



Deltran Battery Tender Junior 12 Volt
3-Pack 021-0123(x3)
by Deltran
$ 71.95  ✓prime
More Buying Choices
$69.99 (8 new offers)
FREE Shipping on eligible orders
⭐⭐⭐⭐½ ⌄ 257



BLACK+DECKER BC2WBD 2 Amp
Waterproof Automatic Battery Charger /
Maintainer
by BLACK+DECKER
$ 21.30  $29.99  ✓prime
Save $0.53  with coupon
FREE Shipping on eligible orders
⭐⭐⭐⭐ ⌄ 445



Battery Tender 081-0069-4 Alligator
Clips with Black 2-Pin Quick Disconnect
Plug
by Battery Tender
$ 6.14  $7.99  ✓prime
More Buying Choices
$1.40 (59 new offers)
FREE Shipping on eligible orders
⭐⭐⭐⭐½ ⌄ 396
Price may vary by color



**Best Seller**



Extreme Max 1229.4000 Battery Buddy
Intelligent 6V/12V Battery
Charger/Maintainer
by Extreme Max
$ 19.30  ✓prime
Save $2.80  with coupon
More Buying Choices
$17.99 (2 new offers)
FREE Shipping on eligible orders
⭐⭐⭐ ⌄ 1,398



Battery Tender 022-0157-1 Waterproof
12 Volt Power Tender Plus Battery
Charger
by Battery Tender
$107.53 (1 new offer)
⭐⭐⭐⭐ ⌄ 193



BATTERY TENDER Battery Charger High
Efficiency Plus 12V 1.25A
by Battery Tender
$ 54.95  ✓prime
Only 20 left in stock - order soon.
FREE Shipping on eligible orders
⭐⭐⭐⭐⭐



Battery Tender 081-0148-12-BG4 12.5'
Extension Cable - Pack of 2
by Battery Tender
$ 7.88
⭐⭐⭐⭐⭐ ⌄ 44



**Battery Tender Power plus 3 Amp Charger**
by BATTERYTENDER
$51.62 (18 new offers)
★★★★½ ✓ 96



**Battery Tender 081-0069-8 Female Cigarette Adaptor for Quick Disconnect**
by Battery Tender
$9.73 ✓prime
More Buying Choices
$1.48 (43 new offers)
FREE Shipping on eligible orders
★★★★



**BATTERY CHARG ADAPT MALE by BATTERY TENDER MfrPartNo 081-0069-5**
by Battery Tender
$7.29 ✓prime
More Buying Choices
$4.69 (41 new offers)
FREE Shipping on eligible orders



**Deltran, 021-0123, 4 Pack Battery Tender Jr. Model # 021-0123 12 Volt 750mA Motorcycle PWC**
by Deltran
$88.78 ✓prime
Only 11 left in stock - order soon.
More Buying Choices
$88.77 (8 new offers)
FREE Shipping on eligible orders
★★★★★



**Mroinge MBC016 6V / 12V 1A fully automatic trickle battery charger / maintainer for automotive vehicle motorcycle Lawn Mower ATV RV**
by Morange
$16.60 ✓prime
FREE Shipping on eligible orders  See Details
 **Save 5%** with coupon
★★★★½ ✓ 34



**Schumacher WM-12 Cable Connector for Battery Charger/Maintainer**
by Schumacher
$4.00 ✓prime
FREE Shipping on eligible orders
★★★★½ ✓ 431






Sponsored ⓘ
**Energizer ENC2A 2 Amp Battery Charger + Maintainer 6/12V - 7 Step Smart Charging technology that will improve your battery's life cycle for Car, RV or**
by Energizer
$19.97 ✓prime
FREE Shipping on eligible orders
★★★★★



Sponsored ⓘ
**Schumacher SP1297 3A 6V/12V Automatic Battery Maintainer**
by Schumacher
$43.99 ✓prime
FREE Shipping on eligible orders
★★★★★ ✓ 2



Sponsored ⓘ
**Schumacher SC1319 1.5A 6V/12V Automatic Battery Maintainer**
by Schumacher
$35.56 ✓prime
FREE Shipping on eligible orders
★★★★☆ ✓ 11

❮ Previous Page   **1** 2 3 ... 11   Next Page ❯

### Brands related to your search



Sponsored by
**MMG - batteries**
ATV
Powersports
Maintenance
Free Gel
Batteries



Sponsored by
**KeyLine**
Never have a dead battery with our smart charger.



Sponsored by
**Mroinge**
Quality battery charger and maintainer

| Search Feedback |
| --- |
| Did you find what you were looking for? |
|  Yes   No |
| If you need help or have a question for Customer Service, please visit the Help Section. |



Back to top

**Get to Know Us**

Careers
Blog
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Restaurants Food delivery from local restaurants
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audiobooks
AudiobookStand Discount Audiobooks on Disc
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-Hour Delivery on Everyday Items
Prime Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
TenMarks.com Math Activities for Kids & Schools
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Withoutabox Submit to Film Festivals
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Souq.com Shop Online in the Middle East
Subscribe with Amazon Discover & try subscription services

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT 9



December 7, 2018 Advertisement

# EXHIBIT 10







# Dkt.055
**NOCO's Answer, Affirmative Defenses and Counterclaims 11/5/2019**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DELTONA TRANSFORMER
CORPORATION, a Florida corporation,

Plaintiff,

v.

THE NOCO COMPANY, an Ohio
corporation,

Defendant.

Case No. 6:19-cv-308-CEM-LRH

**DEFENDANT THE NOCO COMPANY'S ANSWER,**
**AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

Defendant The NOCO Company ("NOCO" or "Defendant"), hereby answers the

Complaint for Damages and Injunctive Relief ("Complaint") (ECF No. 1) filed by Plaintiff

Deltona Transformer Corporation ("Plaintiff") as follows:

**NATURE OF THE ACTION**

1.    Answering Paragraph 1, NOCO denies each and every allegation, including the

argumentative assumption that Plaintiff is entitled to any relief.

**THE PARTIES**

2.    Answering Paragraph 2, NOCO is without knowledge or information sufficient

to form a belief as to the truth of the allegations, and therefore denies same.

3.    Answering Paragraph 3, NOCO admits the allegations.

**JUSRISDICTION AND VENUE**

4.      Answering Paragraph 4, NOCO admits that this Court has subject matter jurisdiction and supplemental subject matter jurisdiction over this matter.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 4 of the Complaint.

5.      Answering Paragraph 5, NOCO admits that the Court has determined that it has personal jurisdiction over NOCO.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 5 of the Complaint.

6.      Answering Paragraph 6, NOCO admits that the Court has determined that venue is proper in this District.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 6 of the Complaint.

**GENERAL ALLEGATIONS**

7.      Answering Paragraph 7, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

8.      Answering Paragraph 8, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

9.      Answering Paragraph 9, NOCO admits that Plaintiff is listed as the owner of U.S. Trademark Registration No. 3474591, which registered with the United States Patent and Trademark Office ("USPTO") on July 29, 2008, for "battery charger for use in marine industry, motorcycles, automotive or, in any vehicle or application using lead acid or gel batteries" in International Class 9.  NOCO also admits that Plaintiff is listed as the owner of U.S. Trademark Registration No. 4281421, which registered with the USPTO on January 29, 2013, for "battery chargers and battery charger accessories, namely, battery cases; battery cables; battery power connectors; battery power connector plugs for use in marine industry, motorcycles, automotive

2

or in any vehicle or application using lead acid or gel batteries" in International Class 9 and "Cigarette lighter adaptors for use in marine industry, motorcycles, automotive or in any vehicle or application using lead acid or gel batteries" in International Class 12.  NOCO admits that a Combined Declaration of Use and Incontestability under Sections 8 & 15, 15 U.S.C. §§ 1058 & 1065, appears to have been filed with the USPTO for U.S. Trademark Registration No. 3474591 on August 5, 2013, and that the USPTO acknowledged the Section 15 Declaration of Incontestability on or around August 22, 2013.  NOCO also admits that a Combined Declaration of Use and Incontestability under Sections 8 & 15, 15 U.S.C. §§ 1058 & 1065, appears to have been filed with the USPTO for U.S. Trademark Registration No. 4281421 on May 15, 2018, and that the USPTO acknowledged the Section 15 Declaration of Incontestability on or around May 27, 2018.  NOCO states that the document attached as Composite Exhibit 1 speaks for itself.  Except as expressly admitted, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.  NOCO denies any factual allegations implied in Paragraph 9 of the Complaint.

10.     Answering Paragraph 10, NOCO admits that Plaintiff is listed as the owner of U.S. Trademark Registration No. 4750963, which registered with the USPTO on June 9, 2015, for "batteries; battery chargers; battery maintainers; battery monitors; battery testers; waterproof battery chargers; trickle battery chargers; renewable battery charger systems consisting primarily of battery charging devices, solar panels, charge controllers and battery cables; solar panels for production of electricity; power supplies for batteries; battery conditioners; battery voltage indicators; portable battery charger systems consisting primarily of battery charging devices, charge controllers and battery cables; portable power supply systems consisting primarily of power supply devices, charge controllers and battery cables;

battery jump starters; power supply connectors, battery charging devices and adaptors for use with portable electronic devices; battery cases; battery power connectors and adaptors; battery terminal connector clamps; carrying cases for battery chargers and accessories; digital voltage indicators; extension cables; and battery terminal harnesses" in International Class 9.  NOCO states that the document attached as Exhibit 2 speaks for itself.  Except as expressly admitted, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.  NOCO denies any factual allegations implied in Paragraph 10 of the Complaint.

11.     Answering Paragraph 11, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.  NOCO further states that the document attached as Exhibit 3 speaks for itself.  Moreover, Plaintiff's reference to foreign registrations has no bearing on and is not relevant to this U.S. trademark case as trademark rights are jurisdictional.

12.     Answering Paragraph 12, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.  NOCO further states that Plaintiff's reference to foreign registrations has no bearing on and is not relevant to this U.S. trademark case as trademark rights are jurisdictional.

13.     Answering Paragraph 13, NOCO denies each and every allegation.

14.     Answering Paragraph 14, NOCO denies each and every allegation.

15.     Answering Paragraph 15, NOCO denies each and every allegation.

16.     Answering Paragraph 16, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

4

17.     Answering Paragraph 17, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

18.     Answering Paragraph 18, NOCO denies each and every allegation.

19.     Answering Paragraph 19, NOCO denies each and every allegation.

20.     Answering Paragraph 20, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

21.     Answering Paragraph 21, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

22.     Answering Paragraph 22, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.  NOCO further states that the document attached as Exhibit 4 speaks for itself.

23.     Answering Paragraph 23, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations with regard to Plaintiff's "expenditures and efforts," and therefore denies same.  NOCO denies each and every remaining allegation contained in Paragraph 23 of the Complaint.

24.     Answering Paragraph 24, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

25.     Answering Paragraph 25, NOCO denies each and every allegation.

26.     Answering Paragraph 26, NOCO admits the allegations.

27.     Answering Paragraph 27, NOCO denies each and every allegation.

28.     Answering Paragraph 28, NOCO denies each and every allegation.

29.     Answering Paragraph 29, NOCO denies each and every allegation.

30.     Answering Paragraph 30, NOCO denies each and every allegation.

31.     Answering Paragraph 31, NOCO admits that it placed an advertisement on Amazon containing the text, "More Than Just A Tender. The Ultimate Charger." NOCO further states that the document attached as Exhibit 5 speaks for itself.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 31 of the Complaint.

32.     Answering Paragraph 32, NOCO denies each and every allegation.

33.     Answering Paragraph 33, NOCO admits that it received a letter dated July 1, 2015 from Plaintiff's attorney requesting that NOCO discontinue its alleged use of Plaintiff's purported mark.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 33 of the Complaint.

34.     Answering Paragraph 34, NOCO admits that on or around August 13, 2015, it removed the advertisement containing the text, "More Than Just A Tender. The Ultimate Charger." Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 34 of the Complaint.

35.     Answering Paragraph 35, NOCO admits that it placed an advertisement on Amazon containing the text, "More Than Just A Tender. The Ultimate Charger." NOCO further states that the document attached as Exhibit 6 speaks for itself.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 35 of the Complaint.

36.     Answering Paragraph 36, NOCO admits that its previous counsel received an e-mail from Plaintiff's attorney on October 28, 2015 regarding a purported "new advertisement that Noco is currently running on Amazon."  Except as expressly admitted, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36, and therefore denies same.

37.     Answering Paragraph 37, NOCO admits that it placed an advertisement on Amazon containing the text, "More Than A Battery Tender. The Ultimate Charger." NOCO further states that the document attached as Exhibit 7 speaks for itself. Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 37 of the Complaint.

38.     Answering Paragraph 38, NOCO admits that it corresponded with Plaintiff in or around September 2016 and again in August 2017 regarding a potential acquisition of substantially all of Plaintiff's assets. NOCO further states that the communication from NOCO on September 14, 2016 speaks for itself. Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 38 of the Complaint.

39.     Answering Paragraph 39, NOCO denies each and every allegation.

40.     Answering Paragraph 40, NOCO denies each and every allegation.

41.     Answering Paragraph 41, NOCO admits that it placed an advertisement on Amazon containing the text, "The most advanced battery tender for any vehicle," which used the term "battery tender" generically. NOCO further states that the document attached as Exhibit 8 speaks for itself. Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 41 of the Complaint.

42.     Answering Paragraph 42, NOCO admits that its previous counsel received a letter dated July 10, 2018 from Plaintiff's attorney requesting that NOCO discontinue its alleged use of Plaintiff's purported mark. Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 42 of the Complaint.

43.     Answering Paragraph 43, NOCO admits the allegations.

44.     Answering Paragraph 44, NOCO admits that it placed an advertisement on Amazon containing the text, "The Winter Battery Tender with Zero Overcharge," which used

the term "battery tender" generically.  NOCO further states that the document attached as Exhibit 9 speaks for itself.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 44 of the Complaint.

45.     Answering Paragraph 45, NOCO admits that its previous counsel received a letter dated December 12, 2018 from Plaintiff's attorney requesting that NOCO discontinue its alleged use of Plaintiff's purported mark.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 45 of the Complaint.

46.     Answering Paragraph 46, NOCO admits the allegations.

47.     Answering Paragraph 47, NOCO denies each and every allegation.

48.     Answering Paragraph 48, NOCO denies each and every allegation.  NOCO further states that the document attached as Exhibit 10 speaks for itself.

49.     Answering Paragraph 49, NOCO denies each and every allegation.

50.     Answering Paragraph 50, NOCO denies each and every allegation.

51.     Answering Paragraph 51, NOCO denies each and every allegation.

52.     Answering Paragraph 52, NOCO denies each and every allegation.

53.     Answering Paragraph 53, NOCO denies each and every allegation.

54.     Answering Paragraph 54, NOCO is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies same.

## COUNT I
## Federal Trademark Infringement

55.     Answering Paragraph 55, NOCO hereby incorporates its responses to the allegations in Paragraphs 1 through 54 of the Complaint, as set forth above.

56.     Answering Paragraph 56, NOCO admits that Plaintiff is listed as the owner of U.S. Trademark Registration Nos. 3474591, 4281421, and 4750963.  Except as expressly admitted, NOCO denies any factual allegations implied in Paragraph 56 of the Complaint.

57.     Answering Paragraph 57, NOCO denies each and every allegation.

58.     Answering Paragraph 58, NOCO states the allegations contained in Paragraph 58 of the Complaint purport to state legal conclusions and, as such, no response is required.  If any response is required, NOCO denies the allegations contained in Paragraph 58 of the Complaint.

59.     Answering Paragraph 59, NOCO denies each and every allegation.

60.     Answering Paragraph 60, NOCO denies each and every allegation, including the argumentative assumption that NOCO's alleged "activities" required Plaintiff's consent.

61.     Answering Paragraph 61, NOCO denies each and every allegation.

62.     Answering Paragraph 62, NOCO denies each and every allegation.

63.     Answering Paragraph 63, NOCO denies each and every allegation.

64.     Answering Paragraph 64, NOCO denies each and every allegation.

## COUNT II
## Federal False Designation of Origin and Unfair Competition

65.     Answering Paragraph 65, NOCO hereby incorporates its responses to the allegations in Paragraphs 1 through 64 of the Complaint, as set forth above.

66.     Answering Paragraph 66, NOCO denies each and every allegation.

67.     Answering Paragraph 67, NOCO denies each and every allegation.

68.     Answering Paragraph 68, NOCO denies each and every allegation.

69.     Answering Paragraph 69, NOCO denies each and every allegation.

70.     Answering Paragraph 70, NOCO denies each and every allegation.

71.     Answering Paragraph 71, NOCO denies each and every allegation.

## COUNT III
## Common Law Trademark Infringement and Unfair Competition

72.     Answering Paragraph 72, NOCO hereby incorporates its responses to the allegations in Paragraphs 1 through 71 of the Complaint, as set forth above.

73.     Answering Paragraph 73, NOCO denies each and every allegation.

74.     Answering Paragraph 74, NOCO denies each and every allegation.

75.     Answering Paragraph 75, NOCO denies each and every allegation.

76.     Answering Paragraph 76, NOCO denies each and every allegation.

## COUNT IV
## Florida's Deceptive and Unfair Trade Practices Act

77.     Answering Paragraph 77, NOCO hereby incorporates its responses to the allegations in Paragraphs 1 through 76 of the Complaint, as set forth above.

78.     Answering Paragraph 78, NOCO denies each and every allegation.

79.     Answering Paragraph 79, NOCO denies each and every allegation.

## PRAYER FOR RELIEF

Responding to Plaintiff's Prayer for Relief in the Complaint, including Paragraphs 1 through 12, NOCO denies each and every allegation contained therein and denies that Plaintiff is entitled to any of the relief requested.

## JURY TRIAL DEMAND

Responding to Plaintiff's Jury Trial Demand in the Complaint, NOCO states that this is a jury demand by Plaintiff, and as such, does not require a response by NOCO.  NOCO notes,

however, that it also demands a trial by jury as to all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## AFFIRMATIVE DEFENSES

NOCO sets forth below its affirmative defenses.  By setting forth these affirmative defenses, NOCO does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff.  As separate and distinct affirmative defenses, NOCO alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed on the ground that Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff cannot demonstrate any likelihood that the public will be confused or misled as to the source of NOCO's products, or that NOCO's products are associated with, or endorsed by, Plaintiff.  Thus, no likelihood of confusion is caused by NOCO's use of Plaintiff's purported marks.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed and its claims barred, precluded or limited insofar as Plaintiff's purported BATTERY TENDER Marks are generic and are not valid.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint and claims are barred, precluded, or limited because Plaintiff does not hold valid or enforceable trademarks in the alleged BATTERY TENDER Marks at issue concerning which it purports to make its claims.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint and claims are barred, precluded or limited because there are significant numbers of third-party users of similar or variant "BATTERY TENDER" references for a variety of battery chargers. Therefore, Plaintiff's asserted BATTERY TENDER Marks are highly diluted, not distinctive, and unworthy of a wide scope of protection.

## SIXTH AFFIRMATIVE DEFENSE
### (Reservation of Rights)

NOCO hereby reserves the right to amend its Answer and reserves any other defenses, at law or in equity, which become applicable after the substantial completion of discovery or otherwise in the course of litigation.

WHEREFORE, NOCO prays that the Complaint be dismissed and that judgment be entered in favor of NOCO and against Plaintiff, and that NOCO be awarded such other and further relief as justice may require.

## THE NOCO COMPANY'S COUNTERCLAIMS AGAINST
## DELTONA TRANSFORMER CORPORATION

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant The NOCO Company ("NOCO" or "Counterclaimant") hereby counterclaims against Plaintiff and Counter-Defendant Deltona Transformer Corporation ("Deltona" or "Plaintiff") and alleges as follows:

## THE PARTIES, JURISDICTION, AND VENUE

1.     NOCO is an Ohio corporation with a principal place of business at 30339 Diamond Parkway, #102, Glenwillow, Ohio 44139.

2.     Deltona is a Florida corporation with a principal place of business at 801 International Speedway Boulevard, Deland, Florida 32724.

12

3.     The Court has jurisdiction over these counterclaims under 28 U.S.C. §§ 1331, 1337(a), and 1338(a), because the counterclaims address federal questions concerning the federal Trademark Act of 1946, known as the Lanham Act, 15 U.S.C. §§ 1119 and 1121, and cancellation of federal trademark registrations pursuant to 15 U.S.C. § 1064.

## FACTUAL ALLEGATIONS:
## <u>BATTERY TENDER IS GENERIC FOR A TYPE OF BATTERY CHARGER</u>

4.     NOCO and Deltona are competitors that operate in the same industry and sell competitive products, namely, battery chargers.

5.     NOCO is a manufacturer and distributor of battery chargers, battery jump starters, battery packs, and other battery related goods and accessories.

6.     Deltona is also a manufacturer and distributor of battery chargers, battery jump starters, battery packs, and other battery related goods and accessories.

7.     Deltona uses the term "battery tender" in connection with the manufacturer, distribution, offering for sale, and sale of battery chargers, battery jump starters, battery packs, and other battery related goods and accessories.

8.     A "battery tender" generically describes a type of battery charger.

9.     Therefore, as a competitor of Deltona and a seller of similar products as Deltona, NOCO has in the past used the words "battery tender" or "tender" in its advertising.

10.     Plaintiff is, however, listed as the owner of the following two U.S. Trademark Registrations for the purported marks BATTERY TENDER (the "Marks" or "Registrations") in connection with the following goods in International Class 9 (the "Goods"):

| Mark | Registration No. | Registration Date | Class & Goods |
|------|------------------|-------------------|---------------|
| BATTERY TENDER | 3474591 | July 29, 2008 | 09: Battery charger for use in marine industry, motorcycles, automotive or, in any vehicle or application using lead acid or gel batteries. |
| BATTERY TENDER | 4750963 | June 9, 2015 | 09: Batteries; battery chargers; battery maintainers; battery monitors; battery testers; waterproof battery chargers; trickle battery chargers; renewable battery charger systems consisting primarily of battery charging devices, solar panels, charge controllers and battery cables; solar panels for production of electricity; power supplies for batteries; battery conditioners; battery voltage indicators; portable battery charger systems consisting primarily of battery charging devices, charge controllers and battery cables; portable power supply systems consisting primarily of power supply devices, charge controllers and battery cables; battery jump starters; power supply connectors, battery charging devices and adaptors for use with portable electronic devices; battery cases; battery power connectors and adaptors; battery terminal connector clamps; carrying cases for battery chargers and accessories; digital voltage indicators; extension cables; and battery terminal harnesses. |

11.     Deltona filed the underlying Complaint (Dkt. No. 1) on the purported ground that NOCO is allegedly infringing Deltona's Marks by using the term "battery tender" or "tender."   For this reason, NOCO believes it is and will be damaged by the continued registration of U.S. Trademark Registration Nos. 3474591 and 4750963.   Attached hereto as Exhibits A & B are true and correct copies of U.S. Certificates of Registration and TSDR & TESS print-outs for U.S. Trademark Registration Nos. 3474591 and 4750963, respectively.

12.     Deltona also pled in its Complaint a third U.S. trademark registration, No. 4281421, for the mark DELTRAN BATTERY TENDER, but the only arguably protectable

14

element in that registration is "DELTRAN," and there has been no allegation by Deltona of infringing use of the mark DELTRAN by NOCO.  On the contrary, Deltona made no distinction among its registrations pled in the Complaint, referring to them cumulatively as "BATTERY TENDER" (*see, e.g.*, Dkt. No. at 2-3), and its purported "BATTERY TENDER® branded products" and "BATTERY TENDER® branded battery chargers."  (*See id.* at 4, ¶¶ 13-14.)

13.    Deltona's Complaint also referenced foreign registrations, which have no bearing on and are not relevant to this U.S. trademark case as trademark rights are jurisdictional. (Dkt. No. 1 at 3-4, ¶¶ 11-12.)

14.    The continued registration of the Marks is hindering and interfering with NOCO's business.

15.    NOCO is being harmed by the continued registration of the Marks and hereby seeks cancellation of the Marks on the basis that the Marks have become generic.

16.    NOCO asserts that Deltona has no valid U.S. trademark rights in Deltona's alleged mark BATTERY TENDER.

17.    A registration is subject to cancellation "[a]t any time if the registered mark becomes the generic name for the goods or services, or a portion thereof, for which it is registered."  15 U.S.C. § 1064(3).

18.    There is a two-step analysis for determining whether a mark is generic:

      a.    What is the genus of the goods or services at issue; and
      b.    Is the term understood by the relevant public primarily to refer to that genus?

19.    NOCO asserts that Deltona's alleged mark BATTERY TENDER cannot distinguish Deltona's Goods and therefore the Marks are generic, and Deltona's Registrations should be cancelled under Sections 14 and 37 of the Lanham Act, 15 U.S.C. §§ 1064 and 1119.

The term "battery tender" is commonly used and understood in a generic manner to refer to battery chargers.

20. NOCO asserts that Deltona's Registrations should be cancelled under Sections 14 and 37 of the Lanham Act, 15 U.S.C. §§ 1064 and 1119, because the Marks have lost their ability to distinguish Deltona's Goods and, thus, have become generic. The term "battery tender" is commonly used and understood in a generic manner to refer to battery chargers.

21. A registration is appropriately cancelled in an entire class if the term at issue is generic for any of the goods within that class.

22. Deltona's purported rights in an alleged mark "BATTERY TENDER" have always been clouded by issues of protectability and, at least since their registration, the Marks have become so highly descriptive of the Goods they are associated with that the Marks have become generic.

23. Deltona's alleged mark BATTERY TENDER has a history of being deemed, at best, merely descriptive for battery chargers. Nearly two decades ago, in *Deltona Transformer Corp. v. Wal-Mart Stores*, 115 F. Supp. 2d 1361 (M.D. Fla. 1999) (Conway, J.), Deltona filed suit against Wal-Mart seeking a preliminary injunction to prevent Wal-Mart from selling a line of battery chargers that used the term "battery tender" on its packaging. Deltona lost its request for preliminary injunction because the Court found "that the 'Battery Tender' mark is merely descriptive with no showing of a secondary meaning and, thus, is not entitled to protection." *Id*. at 1366-67. The Court further remarked, "[i]t is beyond doubt that the term 'Battery Tender' bears a relationship to the type of product—battery charger—being offered by Deltran [(Deltona's d/b/a)]." *Id.* at 1366 n.2. In fact, the Court went on to state that "the evidence

16

borders on showing that the term is being used *generically* to describe the type of product, *i.e.*, a charger that tends batteries." *Id.* at 1367 (emphasis added).

24.     Indeed, the Registrations already include a disclaimer of the term "battery;" specifically, "no claim is made to the exclusive right to use 'Battery' apart from the mark as shown."

25.     Deltona had been required by the United States Patent and Trademark Office to disclaim "BATTERY" in connection with Registration No. 4750963, because, as stated in the November 15, 2014 Office Action, "it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods, and thus is an unregistrable component of the mark." The Examining Attorney went on to state: "The descriptive nature of the term 'battery' is amply demonstrated by the applicant's use of that term countless times in its identification of goods. An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace."

26.     Here, the Marks have become generic because they are registered in connection with battery chargers, and they have become a generic term for a type of battery charger.

27.     Even Deltona uses the Marks generically. Attached as <u>Exhibit C</u> is a Deltona advertisement where it shows a stylized version of the Marks, beneath which it states "the only battery tender."

28.     Additionally, the relevant public (*i.e.*, purchasers of battery chargers and those who operate in the battery charger industry) primarily views the Marks as generic for a type of battery charger, rather than an indication that Deltona is the source of the Goods. Examples of how the Marks ("battery tender") are used generically throughout the marketplace are attached to these Counterclaims and more specifically identified below.

17

29.     Related industry websites publish articles that use the Marks generically (*see, e.g.*, Exhs. D, E, & I); persons in the automotive industry post videos reviewing battery chargers and use the Marks in a generic manner (*see, e.g.*, Exhs. G & H); forums where users engage in discussions about battery chargers use the Marks in a generic manner (*see, e.g.*, Exh. F); "battery tender" is a suggested search term on at least one Internet retail website (*see, e.g.*, Exh. J); certain companies have their own line of products referred to as "battery tenders" (*see, e.g.*, Exhs. K & L), and U.S. trademark registrations owned by third-parties include the term "battery tenders" in the identifications of goods and services (*see, e.g.*, Exh. M).

30.     Attached as <u>Exhibit D</u> is a screenshot from an Internet article, which was titled "Trickle Charger Vs **Battery Tender** (Battery Maintainer): What are the differences?" (emphasis added).  The article changed on or after January 16, 2019, to remove the term "battery tender" upon information and belief following a communication from Deltona's lawyers.  The article explains that "trickle chargers and battery tenders both have their uses."  The article does not reference Deltona or Deltona's Goods, and it uses the term "battery tender" generically for a type of battery charger, specifically, a battery maintainer.

31.     Attached as <u>Exhibit E</u> is a screenshot from an Internet article, which is titled "When to Use a **Battery Tender** or Maintainer" (emphasis added).  The article explains that "battery tenders can keep any car battery charged at all times," and that "a battery tender can sense how much of a charge the battery needs, so it slowly sends a trickle charge to it over a period of several hours."  The article does not reference Deltona or Deltona's Goods, and it uses the term "battery tender" generically for a type of battery charger, specifically, a battery maintainer.

32.     Attached as <u>Exhibit F</u> is a screenshot from Yahoo Answers.  A user asked the question "What's a **battery tender**?"  (emphasis added).  The top answer, first posted nine years ago, states:

> battery charger charges the battery, but **battery tender** charges, make sure it doesn't over charge and it also maintains the charge. so if you need to leave your car unattended for a while, plug it into a **battery tender** while you are gone.

(sic, emphasis added).

33.     Attached as <u>Exhibit G</u> is a screenshot from a YouTube video posted on January 5, 2018 from John Engel of JE Motors, titled "Choosing the Right **Battery Tender** for your Car and Motorcycle." (emphasis added).  An updated screenshot of the video is also attached as the content changed at least by September 2019 upon information and belief following a communication from Deltona's lawyers.  The description of the video read:

> I review three different **battery tenders** and give you the specs on each. Selecting the right battery maintainer is easy when you have all the facts! Stanley VS Black and Decker VS Schumacher, who will win?

(sic, emphasis added).  The video does not review any of Deltona's products, and the speaker in the video had used the term "battery tender" as a generic term for a type of battery charger (before references to "tender" were cut-out after "battery" in the video).  As can be seen in the comments in the newer version of the screenshot, consumers think these types of products are battery tenders.

34.     Attached as <u>Exhibit H</u> is a screenshot from a YouTube video posted on July 3, 2018 from Interesting Facts About Vehicles, titled "Top 7 Best **Battery Tenders** in 2018 Reviews.  Best Accessories for Cars 2018" (emphasis added).  The description of the video is as follows:

19

Amazing compilation of latest and new **battery tenders** in 2018 reviews.
7.  KeyLine Chargers KC-125-MPXP 12V 1.25 Amp Automatic Mini Pro-XP
6.  Schumacher SE-1-12S-CA Fully Automatic Onboard Battery Charger
5.  Morange MBC010 12V/1A Smart Battery Charger
4.  NOCO Genius G1100 GV/12V 1.1A UltraSafe Smart Battery Charger
3.  Deltran Battery Tender Junior 12 Volt 3-Pack
2.  Black & Decker BM3B 6V and 12V Battery Charger
1.  Battery Tender 021-0123 Battery Tender Junior 12V Battery Charger

(emphasis added).  Five of the seven reviewed products are from companies other than Deltona.

Nonetheless, each of these products is referred to as a battery tender.  Again, "battery tender"

is being used generically to describe a type of battery charger.

35.     Attached as <u>Exhibit I</u> is a screenshot from an Internet article last updated on

September 18, 2019, titled "Best **Battery Tenders** in 2019" (emphasis added).  The article

reviews ten different products, only five of which are Deltona's products, and uses "battery

tender" as a generic term for a type of battery charger.

36.     Exhibits H & I include reviews of Deltona's Goods alongside other battery

chargers, but the publishers of this video and article use the term "battery tender" in a generic

manner to describe a type of battery charger from multiple companies.

37.     Attached as <u>Exhibit J</u> are screenshots from Amazon.com in the Automotive Parts

& Accessories department of suggested search terms for "battery" and competitor names in

conjunction with "battery," namely, "battery tender."

38.     Attached as <u>Exhibit K</u> is a screenshot from Harley Davidson's website where it

is selling a line of battery tenders.  The website uses the term "battery tender" generically to

describe a type of battery charger.

39.     Attached as <u>Exhibit L</u> is a screenshot from Optima Batteries' website which

included a section titled "Battery Maintainer and **Battery Tender**" (emphasis added).  The

20

article changed on or after January 16, 2019 to remove the term "battery tender" upon information and belief following a communication from Deltona's lawyers.  The site makes no reference to Deltona, the Marks, or Deltona's Goods, and it used the term "battery tender" as a generic term for a type of battery charger.

40.     Attached as <u>Exhibit M</u> are U.S. Certificates of Registration and TSDR & TESS print-outs for U.S. Trademark Registration Nos. 3490908, 3667070, 4583209, & 3964562, owned by third-parties, which use the term "battery tenders" in the identifications of goods and services in the registrations.

41.     This evidence demonstrates that the relevant public understands the term "battery tender" to be a type of battery charger, and that they do not associate the Marks with Deltona or its Goods.

42.     The people or companies referenced above all in some way operate in the battery charger industry – they are the "relevant public" – and they all use the Marks in a generic manner to describe a type of battery charger.

43.     The Marks have become a generic term for a type of battery charger.

<div align="center">

**FIRST CLAIM FOR RELIEF**
**Cancellation of U.S. Trademark Registration No. 3474591**
**<u>15 U.S.C. §§ 1064(3) & 1119</u>**

</div>

44.     NOCO repeats and realleges each and every allegation contained in Paragraphs 1 through 43 above, as if set forth herein in full.

45.     NOCO asserts that the registered mark BATTERY TENDER is generic for a type of battery charger.  The term "battery tender" is commonly used and understood in a generic manner to refer to a type of battery charger.  Therefore, Deltona's asserted mark BATTERY TENDER cannot distinguish Deltona's goods and is generic.

<div align="center">21</div>

46.     NOCO also asserts that the registered mark BATTERY TENDER has lost its ability to distinguish the goods of Deltona and, thus, has become generic.  There are significant numbers of third-party users of "battery tender" for battery chargers.  Therefore, Deltona's asserted mark BATTERY TENDER is highly diluted, not distinctive, and, thus, generic and unworthy of federal trademark protection.

47.     A generic name cannot and should not be registered as a mark because a generic term is not capable of distinguishing the source of one product from another.

48.     For registration purposes, as under the common law, secondary meaning cannot serve to convert a generic term into a valid mark.

49.     No incontestable right shall be acquired in a mark which is the generic name for the goods or services or a portion thereof, for which it is registered.

50.     Incontestability is never a shield for a mark that is generic.

51.     A registration is subject to cancellation at any time if the registered mark is or becomes the generic name for the goods or services for which it is registered.

52.     A registration is appropriately cancelled in an entire class if the term at issue is generic for any of the goods within that class.

53.     In view of the foregoing, the alleged mark BATTERY TENDER Mark in U.S. Trademark Registration No. 3474591 is generic.

54.     Accordingly, U.S. Trademark Registration No. 3474591 should be cancelled under Sections 14 and 37 of the Lanham Act, 15 U.S.C. §§ 1064 & 1119.

55.     By virtue of the foregoing, NOCO believes it is now and will be damaged by the continued presence on the Principal Register of U.S. Trademark Registration No. 3474591 for the alleged mark BATTERY TENDER.  If Deltona is permitted to maintain Registration No.

22

3474591 and retain such rights as conferred under the Principal Register of the Lanham Act, Deltona will retain an unlawfully gained advantage to which Deltona is not entitled under the Lanham Act, to the detriment and harm of NOCO.

<div align="center">

**SECOND CLAIM FOR RELIEF**
**Cancellation of U.S. Trademark Registration No. 4750963**
**15 U.S.C. §§ 1064(3) & 1119**

</div>

56.     NOCO repeats and realleges each and every allegation contained in Paragraphs 1 through 55 above, as if set forth herein in full.

57.     NOCO asserts that the registered mark BATTERY TENDER is generic for a type of battery charger.  The term "battery tender" is commonly used and understood in a generic manner to refer to a type of battery charger.  Therefore, Deltona's asserted mark BATTERY TENDER cannot distinguish Deltona's goods and is generic.

58.     NOCO also asserts that the registered mark BATTERY TENDER has lost its ability to distinguish the goods of Deltona and, thus, has become generic.  There are significant numbers of third-party users of "battery tender" for battery chargers.  Therefore, Deltona's asserted mark BATTERY TENDER is highly diluted, not distinctive, and, thus, generic and unworthy of federal trademark protection.

59.     A generic name cannot and should not be registered as a mark because a generic term is not capable of distinguishing the source of one product from another.

60.     For registration purposes, as under the common law, secondary meaning cannot serve to convert a generic term into a valid mark.

61.     A registration is subject to cancellation at any time if the registered mark is or becomes the generic name for the goods or services for which it is registered.

<div align="center">23</div>

62.     A registration is appropriately cancelled in an entire class if the term at issue is generic for any of the goods within that class.

63.     In view of the foregoing, the alleged mark BATTERY TENDER depicted in U.S. Trademark Registration No. 4750963 is generic.

64.     Accordingly, U.S. Trademark Registration No. 4750963 should be cancelled under Sections 14 and 37 of the Lanham Act, 15 U.S.C. §§ 1064 & 1119.

65.     By virtue of the foregoing, NOCO believes it is now and will be damaged by the continued presence on the Principal Register of U.S. Trademark Registration No. 4750963 for the alleged mark BATTERY TENDER.  If Deltona is permitted to maintain Registration No. 4750963 and retain such rights as conferred under the Principal Register of the Lanham Act, Deltona will retain an unlawfully gained advantage to which Deltona is not entitled under the Lanham Act, to the detriment and harm of NOCO.

## **PRAYER FOR RELIEF**

WHEREFORE, NOCO respectfully prays the Court:

1.     Enter a judgment against Deltona finding that the alleged mark BATTERY TENDER depicted in U.S. Trademark Registration Nos. 3474591 and 4750963 is generic, and that as a result, U.S. Trademark Registration Nos. 3474591 and 4750963 should be cancelled;

2.     Enter a judgment cancelling U.S. Trademark Registration Nos. 3474591 and 4750963 in their entirety, declaring that no right of incontestability exists or ever existed with regard to U.S. Trademark Registration No. 3474591, and sustain these Counterclaims in favor of NOCO;

3.     Order Deltona to pay to NOCO both the costs of this action and reasonable attorneys' fees incurred by NOCO in prosecuting this action pursuant to 15 U.S.C. § 1117(a);

24

4.     Declare that Deltona's claims for federal trademark infringement, federal false designation of origin and unfair competition, common law trademark infringement and unfair competition, and unfair and deceptive trade practices under Florida state law asserted in the Complaint are invalid or without merit and dismiss Deltona's Complaint in its entirety with prejudice; and

5.     Award such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

NOCO demands a trial by jury as to all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated:  November 12, 2019          Respectfully submitted,

/s/ John M. Nading
Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste. 2500
Miami, Florida  33131
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com
Tel.: (305) 423.8525
Fax: (305) 675.7885

Ann K. Ford (Admitted *Pro Hac Vice*)
John M. Nading (Admitted *Pro Hac Vice*)
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
ann.ford@dlapiper.com
john.nading@dlapiper.com
Tel.: (202) 799-4140
Fax: (202) 799-5000
*Counsel for The NOCO Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that it is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.


/s/ John M. Nading
Attorney

# Exhibit A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,474,591

Registered July 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BATTERY TENDER

DELTONA TRANSFORMER CORPORATION (FLORIDA CORPORATION)

801 U.S. HWY. 92, EAST

DELAND, FL 32724

FOR: BATTERY CHARGER FOR USE IN MARINE INDUSTRY, MOTORCYCLES, AUTOMOTIVE OR, IN ANY VEHICLE OR APPLICATION USING LEAD ACID OR GEL BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1991; IN COMMERCE 2-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-096,420, FILED 2-1-2007.

DAVID YONTEF, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-11-12 10:54:11 EST

**Mark:** BATTERY TENDER

<div align="right">

**BATTERY TENDER**

</div>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77096420 | **Application Filing Date:** | Feb. 01, 2007 |
| **US Registration Number:** | 3474591 | **Registration Date:** | Jul. 29, 2008 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Jan. 31, 2019

**Publication Date:** May 13, 2008

## Mark Information

**Mark Literal Elements:** BATTERY TENDER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "BATTERY"

**Acquired Distinctiveness Claim:** In whole

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Battery charger for use in marine industry, motorcycles, automotive or, in any vehicle or application using lead acid or gel batteries

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 1991 | **Use in Commerce:** | Feb. 1992 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** Deltona Transformer Corporation

**Owner Address:** 801 U.S. Hwy. 92, East
DeLand, FLORIDA UNITED STATES 32724

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** FLORIDA

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Patricia M. Flanagan

**Docket Number:** 188204.00100

**Attorney Primary Email Address:** ipdocket@foxrothschild.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Patricia M. Flanagan
FOX ROTHSCHILD LLP
997 LENOX DRIVE
BUILDING 3
LAWRENCEVILLE, NEW JERSEY UNITED STATES 08648-2311

**Phone:** 561-804-4477

**Fax:** 6098961469

**Correspondent e-mail:** ipdocket@foxrothschild.com pflanagan@foxrothschild.com gbatteiger@foxrothschild.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 17, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 17, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 13, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 07, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 31, 2019 | CANCELLATION INSTITUTED NO. 999999 | 70474 |
| May 24, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 24, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74272 |
| May 24, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74272 |
| May 24, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74272 |
| May 15, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 10, 2015 | NOTICE OF SUIT | |
| Nov. 10, 2015 | NOTICE OF SUIT | |
| Feb. 25, 2015 | NOTICE OF SUIT | |
| Aug. 22, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - MAILED | |
| Aug. 22, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77315 |
| Aug. 05, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 77315 |
| Aug. 22, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Aug. 05, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| May 07, 2012 | NOTICE OF SUIT | |
| Jul. 29, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| May 13, 2008 | PUBLISHED FOR OPPOSITION | |
| Apr. 23, 2008 | NOTICE OF PUBLICATION | |
| Apr. 08, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69350 |
| Apr. 08, 2008 | EXAMINERS AMENDMENT MAILED | |
| Apr. 07, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 07, 2008 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Apr. 07, 2008 | EXAMINERS AMENDMENT -WRITTEN | 77782 |
| Mar. 18, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69350 |

| | | |
|---|---|---|
| Mar. 18, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69350 |
| Mar. 17, 2008 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Mar. 18, 2008 | EX PARTE APPEAL-INSTITUTED | 96420 |
| Mar. 18, 2008 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 96420 |
| Mar. 18, 2008 | EXPARTE APPEAL RECEIVED AT TTAB | |
| Oct. 19, 2007 | FINAL REFUSAL MAILED | |
| Oct. 18, 2007 | FINAL REFUSAL WRITTEN | 77782 |
| Sep. 27, 2007 | AMENDMENT FROM APPLICANT ENTERED | 69350 |
| Sep. 27, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69350 |
| Sep. 27, 2007 | ASSIGNED TO LIE | 69350 |
| Aug. 17, 2007 | PAPER RECEIVED | |
| May 23, 2007 | NON-FINAL ACTION MAILED | |
| May 23, 2007 | NON-FINAL ACTION WRITTEN | 77782 |
| May 21, 2007 | ASSIGNED TO EXAMINER | 77782 |
| Feb. 05, 2007 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information - None |
|---|
| **File Location** |

| Current Location: | GENERIC WEB UPDATE | Date in Location: | May 24, 2018 |
|---|---|---|---|

# Proceedings

| Summary | | | |
|---|---|---|---|
| Number of Proceedings: | 3 | | |

| **Type of Proceeding: Cancellation** | | | |
|---|---|---|---|
| Proceeding Number: | 92070950 | Filing Date: | Mar 29, 2019 |
| Status: | Suspended | Status Date: | May 13, 2019 |
| Interlocutory Attorney: | MIKE WEBSTER | | |

| **Defendant** | |
|---|---|
| Name: | Deltona Transformer Corporation |
| Correspondent Address: | PATRICIA M FLANAGAN<br>FOX ROTHSCHILD LLP<br>997 LENOX DRIVE, BUILDING 3<br>LAWRENCEVILLE NJ UNITED STATES , 08648-2311 |
| Correspondent e-mail: | PFlanagan@foxrothschild.com , GBatteiger@foxrothschild.com , IPdocket@foxrothschild.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| BATTERY TENDER | Cancellation Pending | 86342718 | 4750963 |
| DELTRAN BATTERY TENDER | Cancellation Pending | 85383286 | 4281421 |
| DELTRAN BATTERY TENDER | Cancellation Pending | 85377278 | 4455454 |

| **Plaintiff(s)** | |
|---|---|
| Name: | The NOCO Company |
| Correspondent Address: | ANN K FORD<br>DLA PIPER LLP (US)<br>500 EIGHTH STREET NW<br>WASHINGTON DC UNITED STATES , 20004 |
| Correspondent e-mail: | dctrademarks@dlapiper.com , ann.ford@dlapiper.com , john.nading@dlapiper.com , devika.persaud@dlapiper.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial** | **Registration** |

| | | Number | Number |
|---|---|---|---|
| BATTERY TENDER | Cancellation Pending | 77096420 | 3474591 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 29, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 01, 2019 | May 11, 2019 |
| 3 | INSTITUTED | Apr 01, 2019 | |
| 4 | D MOT TO DISMISS: FRCP 12(B) | May 13, 2019 | |
| 5 | D MOT TO STRIKE | May 13, 2019 | |
| 6 | SUSP PEND DISP OF OUTSTNDNG MOT | May 31, 2019 | |
| 7 | P OPP/RESP TO MOTION | Jun 03, 2019 | |
| 8 | P OPP/RESP TO MOTION | Jun 03, 2019 | |
| 9 | D CHANGE OF CORRESP ADDRESS | Jun 07, 2019 | |
| 10 | D REPLY IN SUPPORT OF MOTION | Jun 24, 2019 | |
| 11 | D REPLY IN SUPPORT OF MOTION | Jun 24, 2019 | |
| 12 | MOT DISMISS GRANTED IN PART; SUSPENDED | Oct 04, 2019 | |
| 13 | SUSP PEND DISP OF OUTSTNDNG MOT | Oct 08, 2019 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Oct 24, 2019 | |

### Type of Proceeding: Cancellation

| | | | |
|---|---|---|---|
| Proceeding Number: | 92070474 | Filing Date: | Jan 17, 2019 |
| Status: | Suspended | Status Date: | Oct 08, 2019 |
| Interlocutory Attorney: | MIKE WEBSTER | | |

### Defendant

| | |
|---|---|
| Name: | Deltona Transformer Corporation |
| Correspondent Address: | PATRICIA M FLANAGAN<br>FOX ROTHSCHILD LLP<br>997 LENOX DRIVE, BUILDING 3<br>LAWRENCEVILLE NJ UNITED STATES , 08648-2311 |
| Correspondent e-mail: | ipdocket@foxrothschild.com , pflanagan@foxrothschild.com , GBatteiger@foxrothschild.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BATTERY TENDER | Cancellation Pending | 77096420 | 3474591 |
| BATTERY TENDER | Cancellation Pending | 86342718 | 4750963 |

### Plaintiff(s)

| | |
|---|---|
| Name: | The NOCO Company |
| Correspondent Address: | ANN K FORD<br>DLA PIPER LLP (US)<br>500 8TH STREET, NW<br>WASHINGTON DC UNITED STATES , 20004 |
| Correspondent e-mail: | ann.ford@dlapiper.com , john.nading@dlapiper.com , david.kramer@dlapiper.com , devika.persaud@dlapiper.com , dctrademarks@dlapiper.com |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 17, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 31, 2019 | Mar 12, 2019 |
| 3 | INSTITUTED | Jan 31, 2019 | |
| 4 | D MOT TO DISMISS: FRCP 12(B) | Mar 12, 2019 | |
| 5 | D MOT TO STRIKE | Mar 12, 2019 | |
| 6 | P CHANGE OF CORRESP ADDRESS | Mar 18, 2019 | |
| 7 | P APPEARANCE / POWER OF ATTORNEY | Mar 18, 2019 | |
| 8 | SUSPENDED | Mar 27, 2019 | |
| 9 | P OPP/RESP TO MOTION | Apr 01, 2019 | |

| 10 | P OPP/RESP TO MOTION | Apr 01, 2019 |
| 11 | D REPLY IN SUPPORT OF MOTION | Apr 22, 2019 |
| 12 | D REPLY IN SUPPORT OF MOTION | Apr 22, 2019 |
| 13 | D CHANGE OF CORRESP ADDRESS | Jun 07, 2019 |
| 14 | TRIAL DATES RESET | Jul 11, 2019 |
| 15 | ANSWER | Aug 05, 2019 |
| 16 | SUSP PEND DISP OF OUTSTNDNG MOT | Oct 08, 2019 |

## Type of Proceeding: Exparte Appeal

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 77096420 | **Filing Date:** | Mar 17, 2008 |
| **Status:** | Terminated | **Status Date:** | Jun 24, 2008 |
| **Interlocutory Attorney:** | | | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Deltona Transformer Corporation |
| **Correspondent Address:** | EDWARD M. LIVINGSTON<br>963 TRAIL TERRACE DRIVE<br>NAPLES FL UNITED STATES , 34103-2329 |
| **Correspondent e-mail:** | emlpa@comcast.net |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BATTERY TENDER | Cancellation Pending | 77096420 | 3474591 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | APPEAL TO BOARD | Mar 17, 2008 | |
| 2 | APPEAL ACKNOWLEDGED; CASE REMANDED | Mar 18, 2008 | |
| 3 | INSTITUTED | Mar 18, 2008 | |
| 4 | REQUEST FOR RECONSIDERATION | Mar 17, 2008 | |
| 5 | TERMINATED | Jun 24, 2008 | |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 12 04:46:06 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# BATTERY TENDER

| | |
|---|---|
| **Word Mark** | BATTERY TENDER |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Battery charger for use in marine industry, motorcycles, automotive or, in any vehicle or application using lead acid or gel batteries. FIRST USE: 19911200. FIRST USE IN COMMERCE: 19920200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | **77096420** |
| **Filing Date** | February 1, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 13, 2008 |
| **Registration Number** | 3474591 |
| **Registration Date** | July 29, 2008 |
| **Owner** | (REGISTRANT) Deltona Transformer Corporation CORPORATION FLORIDA 801 U.S. Hwy. 92, East DeLand FLORIDA 32724 |
| **Attorney of Record** | Patricia M. Flanagan |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180524. |
| **Renewal** | 1ST RENEWAL 20180524 |

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# **Exhibit B**



# United States of America
## United States Patent and Trademark Office

# BATTERY TENDER

**Reg. No. 4,750,963**

**Registered June 9, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

DELTONA TRANSFORMER CORPORATION (FLORIDA CORPORATION)
801 U.S. HIGHWAY 92 EAST
DELAND, FL 32724

FOR: BATTERIES; BATTERY CHARGERS; BATTERY MAINTAINERS; BATTERY MONIT-ORS; BATTERY TESTERS; WATERPROOF BATTERY CHARGERS; TRICKLE BATTERY CHARGERS; RENEWABLE BATTERY CHARGER SYSTEMS CONSISTING PRIMARILY OF BATTERY CHARGING DEVICES, SOLAR PANELS, CHARGE CONTROLLERS AND BATTERY CABLES; SOLAR PANELS FOR PRODUCTION OF ELECTRICITY; POWER SUPPLIES FOR BATTERIES; BATTERY CONDITIONERS; BATTERY VOLTAGE INDICAT-ORS; PORTABLE BATTERY CHARGER SYSTEMS CONSISTING PRIMARILY OF BATTERY CHARGING DEVICES, CHARGE CONTROLLERS AND BATTERY CABLES; PORTABLE POWER SUPPLY SYSTEMS CONSISTING PRIMARILY OF POWER SUPPLY DEVICES, CHARGE CONTROLLERS AND BATTERY CABLES; BATTERY JUMP STARTERS; POWER SUPPLY CONNECTORS, BATTERY CHARGING DEVICES AND ADAPTORS FOR USE WITH PORTABLE ELECTRONIC DEVICES; BATTERY CASES; BATTERY POWER CON-NECTORS AND ADAPTORS; BATTERY TERMINAL CONNECTOR CLAMPS; CARRYING CASES FOR BATTERY CHARGERS AND ACCESSORIES; DIGITAL VOLTAGE INDICATORS; EXTENSION CABLES; AND BATTERY TERMINAL HARNESSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1991; IN COMMERCE 2-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,474,591, 4,281,421, AND 4,455,454.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY", APART FROM THE MARK AS SHOWN.

SER. NO. 86-342,718, FILED 7-21-2014.

JAMES A. RAUEN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-11-12 10:56:44 EST

**Mark:** BATTERY TENDER

BATTERY TENDER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86342718 | **Application Filing Date:** | Jul. 21, 2014 |
| **US Registration Number:** | 4750963 | **Registration Date:** | Jun. 09, 2015 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Apr. 01, 2019

**Publication Date:** Mar. 24, 2015

## Mark Information

**Mark Literal Elements:** BATTERY TENDER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "BATTERY"

## Related Properties Information

**International Registration Number:** 1227645

**International Application(s) /Registration(s) Based on this Property:** A0044108/1227645

**Claimed Ownership of US Registrations:** 3474591, 4281421, 4455454

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Batteries; battery chargers; battery maintainers; battery monitors; battery testers; waterproof battery chargers; trickle battery chargers; renewable battery charger systems consisting primarily of battery charging devices, solar panels, charge controllers and battery cables; solar panels for production of electricity; power supplies for batteries; battery conditioners; battery voltage indicators; portable battery charger systems consisting primarily of battery charging devices, charge controllers and battery cables; portable power supply systems consisting primarily of power supply devices, charge controllers and battery cables; battery jump starters; power supply connectors, battery charging devices and adaptors for use with portable electronic devices; battery cases; battery power connectors and adaptors; battery terminal connector clamps; carrying cases for battery chargers and accessories; digital voltage indicators; extension cables; and battery terminal harnesses

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 1991 | **Use in Commerce:** | Feb. 1992 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Deltona Transformer Corporation |
| **Owner Address:** | 801 U.S. Highway 92 East<br>Deland, FLORIDA UNITED STATES 32724 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Patricia M. Flanagan | **Docket Number:** | 188204.00101 |
| **Attorney Primary Email Address:** | ipdocket@foxrothschild.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Patricia M. Flanagan<br>FOX ROTHSCHILD LLP<br>997 LENOX DRIVE<br>BUILDING 3<br>LAWRENCEVILLE, NEW JERSEY UNITED STATES 08648-2311 |
| **Phone:** 561-804-4477 | **Fax:** 6098961469 |
| **Correspondent e-mail:** ipdocket@foxrothschild.com pflanagan@foxrothschild.com gbatteiger@foxrothschild.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 17, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 17, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 13, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 07, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 01, 2019 | CANCELLATION INSTITUTED NO. 999999 | 70950 |
| Jan. 31, 2019 | CANCELLATION INSTITUTED NO. 999999 | 70474 |
| Jul. 27, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 27, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 09, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 24, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 24, 2015 | PUBLISHED FOR OPPOSITION | |
| Mar. 04, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 19, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68552 |
| Feb. 17, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | | |
|---|---|---|
| Feb. 04, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 04, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Jan. 28, 2015 | ASSIGNED TO LIE | 68552 |
| Jan. 14, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 05, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 05, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 05, 2014 | NON-FINAL ACTION WRITTEN | 69811 |
| Nov. 03, 2014 | ASSIGNED TO EXAMINER | 69811 |
| Jul. 25, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION    **Date in Location:** Jun. 09, 2015

# Proceedings

**Summary**

**Number of Proceedings:** 2

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92070950 | **Filing Date:** | Mar 29, 2019 |
| **Status:** | Suspended | **Status Date:** | May 13, 2019 |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

**Defendant**

**Name:** Deltona Transformer Corporation

**Correspondent Address:** PATRICIA M FLANAGAN
FOX ROTHSCHILD LLP
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE NJ UNITED STATES , 08648-2311

**Correspondent e-mail:** PFlanagan@foxrothschild.com , GBatteiger@foxrothschild.com , IPdocket@foxrothschild.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BATTERY TENDER | Cancellation Pending | 86342718 | 4750963 |
| DELTRAN BATTERY TENDER | Cancellation Pending | 85383286 | 4281421 |
| DELTRAN BATTERY TENDER | Cancellation Pending | 85377278 | 4455454 |

**Plaintiff(s)**

**Name:** The NOCO Company

**Correspondent Address:** ANN K FORD
DLA PIPER LLP (US)
500 EIGHTH STREET NW
WASHINGTON DC UNITED STATES , 20004

**Correspondent e-mail:** dctrademarks@dlapiper.com , ann.ford@dlapiper.com , john.nading@dlapiper.com , devika.persaud@dlapiper.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BATTERY TENDER | Cancellation Pending | 77096420 | 3474591 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 29, 2019 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 01, 2019 | May 11, 2019 |
| 3 | INSTITUTED | Apr 01, 2019 | |
| 4 | D MOT TO DISMISS: FRCP 12(B) | May 13, 2019 | |
| 5 | D MOT TO STRIKE | May 13, 2019 | |
| 6 | SUSP PEND DISP OF OUTSTNDNG MOT | May 31, 2019 | |
| 7 | P OPP/RESP TO MOTION | Jun 03, 2019 | |
| 8 | P OPP/RESP TO MOTION | Jun 03, 2019 | |
| 9 | D CHANGE OF CORRESP ADDRESS | Jun 07, 2019 | |
| 10 | D REPLY IN SUPPORT OF MOTION | Jun 24, 2019 | |
| 11 | D REPLY IN SUPPORT OF MOTION | Jun 24, 2019 | |
| 12 | MOT DISMISS GRANTED IN PART; SUSPENDED | Oct 04, 2019 | |
| 13 | SUSP PEND DISP OF OUTSTNDNG MOT | Oct 08, 2019 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Oct 24, 2019 | |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92070474 | **Filing Date:** | Jan 17, 2019 |
| **Status:** | Suspended | **Status Date:** | Oct 08, 2019 |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

**Defendant**

**Name:** Deltona Transformer Corporation

**Correspondent Address:** PATRICIA M FLANAGAN
FOX ROTHSCHILD LLP
997 LENOX DRIVE, BUILDING 3
LAWRENCEVILLE NJ UNITED STATES , 08648-2311

**Correspondent e-mail:** ipdocket@foxrothschild.com , pflanagan@foxrothschild.com , GBatteiger@foxrothschild.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BATTERY TENDER | Cancellation Pending | 77096420 | 3474591 |
| BATTERY TENDER | Cancellation Pending | 86342718 | 4750963 |

**Plaintiff(s)**

**Name:** The NOCO Company

**Correspondent Address:** ANN K FORD
DLA PIPER LLP (US)
500 8TH STREET, NW
WASHINGTON DC UNITED STATES , 20004

**Correspondent e-mail:** ann.ford@dlapiper.com , john.nading@dlapiper.com , david.kramer@dlapiper.com , devika.persaud@dlapiper.com , dctrademarks@dlapiper.com

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 17, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 31, 2019 | Mar 12, 2019 |
| 3 | INSTITUTED | Jan 31, 2019 | |
| 4 | D MOT TO DISMISS: FRCP 12(B) | Mar 12, 2019 | |
| 5 | D MOT TO STRIKE | Mar 12, 2019 | |
| 6 | P CHANGE OF CORRESP ADDRESS | Mar 18, 2019 | |
| 7 | P APPEARANCE / POWER OF ATTORNEY | Mar 18, 2019 | |
| 8 | SUSPENDED | Mar 27, 2019 | |
| 9 | P OPP/RESP TO MOTION | Apr 01, 2019 | |
| 10 | P OPP/RESP TO MOTION | Apr 01, 2019 | |
| 11 | D REPLY IN SUPPORT OF MOTION | Apr 22, 2019 | |
| 12 | D REPLY IN SUPPORT OF MOTION | Apr 22, 2019 | |
| 13 | D CHANGE OF CORRESP ADDRESS | Jun 07, 2019 | |
| 14 | TRIAL DATES RESET | Jul 11, 2019 | |

| 15 | ANSWER | Aug 05, 2019 |
| 16 | SUSP PEND DISP OF OUTSTNDNG MOT | Oct 08, 2019 |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 12 04:46:06 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# BATTERY TENDER

| | |
|---|---|
| **Word Mark** | BATTERY TENDER |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Batteries; battery chargers; battery maintainers; battery monitors; battery testers; waterproof battery chargers; trickle battery chargers; renewable battery charger systems consisting primarily of battery charging devices, solar panels, charge controllers and battery cables; solar panels for production of electricity; power supplies for batteries; battery conditioners; battery voltage indicators; portable battery charger systems consisting primarily of battery charging devices, charge controllers and battery cables; portable power supply systems consisting primarily of power supply devices, charge controllers and battery cables; battery jump starters; power supply connectors, battery charging devices and adaptors for use with portable electronic devices; battery cases; battery power connectors and adaptors; battery terminal connector clamps; carrying cases for battery chargers and accessories; digital voltage indicators; extension cables; and battery terminal harnesses. FIRST USE: 19911200. FIRST USE IN COMMERCE: 19920200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86342718 |
| **Filing Date** | July 21, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 24, 2015 |
| **Registration Number** | **4750963** |
| **International Registration Number** | 1227645 |
| **Registration** | June 9, 2015 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) Deltona Transformer Corporation CORPORATION FLORIDA 801 U.S. Highway 92 East Deland FLORIDA 32724 |
| **Attorney of Record** | Patricia M. Flanagan |
| **Prior Registrations** | 3474591;4281421;4455454 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATTERY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# **Exhibit C**



Amazon Advertisement

# **<u>Exhibit D</u>**



/autofthings.com/trickle-charger-vs-battery-tender/

Home → Blog → Tool & Equipment → Trickle Charger Vs Battery Tender (Battery Maintainer): What Are The

# Trickle Charger Vs Battery Tender (Battery Maintainer): What Are The Differences?

There may be times where you aren't going to drive your vehicle for awhile, and if that is the case, then the battery might go dead.

For example, if you have a classic car that you don't drive in the winter, then the battery might die by next spring if you do not keep it charged.

There is another maintenance to do with car that are going to set beside keeping the battery charged, but that is for a different article.

Here we will cover the options you have for keeping a battery charged and which one is better. The two options that will be covered is **a battery tender (or battery maintainer) vs a trickle charger.**

After reading this, you will know the difference and which one you should use.

# Battery Tender (battery maintainer)

A **battery tender** hooks to the battery like a pair of jumper cables would. It is a box with a few controls on it and some cables coming out.

You hook the jumper cable like cables to the battery and then plug the box into the wall. The battery tender then converts the AC power from the wall into the type of power that your car battery needs.

The good thing is battery tenders are known as **smart**. This means that they are programmed to be able to tell how much power is inside of the battery.

When the battery does not meet a specific lowness, then the battery tender will not charge it. If the battery falls below the required point while the battery tender is still hooked up, then it will start to charge again.

This is nice because you **don't have to worry about overcharging issues** which we will talk about later.

**Bonus:** If you want to have a smart charger for fully charged battery, this is the best battery tender for car.



# Trickle Charger

**A trickle charger** is similar to a battery tender. For the most part, they can look a lot alike. A trickle charger still plugs into the wall and converts the AC power into power usable by the battery.

It also hooks to the battery in the same fashion with jumper cable like cords. The trickle charger though is **not smart**.

It continually applies a small charge to the battery. This means that even once the battery is fully charged it will still keep charging it.

A trickle charger applies its power to the battery at a slower rate than a battery tender. This means that it takes them longer to get the battery fully charged.

This can be a good thing if you are just plugging it in overnight, but not useful if you want to use it to keep a battery charged for extended periods.

A trickle charger though is **cheaper** than a battery tender though, and a trickle charger has an excellent alternative use that we will talk about farther.



*A solar trickle charger*



*A solar trickle charger*

# What Happens if Overcharge Car Battery?

So why is it essential to not overcharge your car battery? Well, if a car battery gets overcharged a lot of negative things can happen.

First, a fire could occur. This is because if a battery gets overcharged, it will start getting hot and could explode. This is an extreme thing but is a possibility, and if it happens, then you will lose your car, garage, and a lot of other things.

Another thing that happens to a car battery when it gets overcharged is it causes it to not hold a charge as well. The battery becomes dependent on being on a charger.

This means that the battery will die more frequently and you will need to replace it if you don't want to deal with it needing to be charged all the time.

Lastly, even if the battery does not catch on fire, it can still crack or bust to the point that it leaks chemicals on the surrounding parts if it gets overcharged.

These chemicals are very corrosive and would ruin anything they touch. Also, a battery that bust has to be replaced.

Due to all these reasons, it is a good idea not to overcharge your battery. That is why for the long term you want a smart battery charger.



# Use of Trickle Charger

There, however, is an excellent area where a trickle charger comes in handy, and that is **if you have a parasitic drain that you can't find**.

A parasitic drain is when something is drawing power from the battery when it is off and causing it to die. Finding electrical issues can be time-consuming for a car, but if you know you have one, then **you can use a trickle charger each night to keep your car charged in the morning**.

This is because it will release a slow charge to your battery, that should be enough to counteract the drain that is occurring on it. That way you don't have to worry about jumping your car every morning.

Another time where trickle chargers may come in handy is if **you have an older battery**. As a battery gets older, it might start losing power with cold temperatures.

This means if you live in an area that gets cold and you find your battery is dead or low a lot the morning after a cold night, that it is being drained.

To prevent this, you can use a trickle charger on nights that you know it will be cold while your car is parked in the garage.

Then you just have to unhook it in the morning, and you are ready to go about your day without having to jump your car.

Shop Related Products






Battery Tender 021-0123
Battery Tender Junior 1...

Battery Tender Plus 021-
0128, 1.25 Amp Batter...

Deltran Battery Tender
Junior 12 Volt 3-Pack 02...

NOCO Genius G750
6V/12V 750mA Advanced...

$30.31 *prime*

$44.99 *prime*

$72.95 *prime*

$29.95 *prime*

# Conclusion

Trickle chargers and battery tenders both have their uses. Trickle chargers are good for if you want to leave your car hooked up overnight or for short periods, but since they don't monitor how charged, the battery is they can overcharge the battery.

A battery tender, on the other hand, is smart and will not overcharge the battery. We have given the reason why overcharging is bad on your battery, so that is why battery tenders are the way to go if you are going to keep the battery on a charger for a long term.

Also, battery tenders charge faster, so if you need a quick charge, then they are the way to go as well. Now though you know the difference between a battery tender and trickle charger, so you can figure out which one is right for you and your needs.

| Ryan Harvey | Tool & Equipment |

Click Here to Leave a Comment Below

0 comments

https://autofthings.com/trickle-charger-vs-battery-tender/

Accessed on January 16, 2019.

# **Exhibit E**

Customer Service: 1.800.367.3245   Login   My Cart



**ALL PRODUCTS**   **SPECIAL OFFERS**   **AUTOMOTIVE**   **MARINE**   **OUTDOOR POWER EQUIPMENT**   **TIPS & TOOLS**   **ABOUT US**

    **VIEW ALL BRANDS** ▼

◂ *BACK TO BLOG*

SHARE

BLOG / AUTOMOTIVE CARE

# WHEN TO USE A BATTERY TENDER OR MAINTAINER

Every type of vehicle needs power to start the engine and operate any electronics, and it derives that power from the battery. Just starting the car on a regular basis can keep the battery charged, so it should come as no surprise that a car that the owner rarely drives — such as **a vehicle in storage** — may end up with a battery problem. Fortunately, this issue is avoidable, as battery tenders can keep any car battery charged at all times. Here's how battery tenders work.



## BATTERY TENDER VS BATTERY CHARGER

A lot of people aren't sure what makes a battery tender — which is also called a battery maintainer — different from a charger. The main detail to remember is that a battery charger typically sends a constant charge to the battery, with no regard to whether it actually needs to continue being charged. This means it's possible to overcharge the battery with a charger — which can result in damage to the battery.

On the other hand, a battery tender can sense how much of a charge the battery needs, so it slowly sends a trickle charge to it over a period of several hours. It stops sending a charge once the battery is full. The result is that a battery tender won't overcharge the battery like a charger might, which can help extend the life of the battery overall.

**CATEGORIES**

Automotive Care

Boat Care

Cool Rides Online®

Indoor and Outdoor Living

Lifestyle

Powersports and Recreation

Press Releases

Small Engine Care



## THE BEST TIME TO USE A BATTERY TENDER

Clearly, the main advantage of battery tenders is that they won't overcharge the vehicle's battery. This makes them perfect for keeping car batteries charged up while **the vehicle is in storage**. After all, leaving a battery charger connected to a car for months will overcharge the battery, but leaving a battery tender connected for that long is fine because charging will simply stop once the battery is full. This way, car owners can be sure their battery will be fully charged and ready to start the car even after spending months in storage.

Whether you're about to put your car in storage or have noticed some **signs of a bad battery in your vehicle**, it may be time to give your car the extra attention it needs.

---

## LEAVE A REPLY

> Enter your comment here...

**14 Comments**

**Ann Barberini** | Jan 2, 2019 at 1:54pm

I have a 2000 cadillac eldorado since August, 2018, twice the battery has been completely dead after leaving it overnight.

Mechanic did diagnostics, said something is draining the battery when car is off but couldn't find it.

Could I use a battery maintainer every night instead of paying lots of money for someone to find out what's draining battery?

**Reply**

**Customer Support** | Jan 25, 2019 at 1:57pm

Hi, Ann. A good quality battery trickle charger (or maintainer) can be used every day.

However, if the battery is losing its charge faster that then tender can keep it up – due to battery failure or something overly draining it, this will not help. Perhaps further tests

battery failure or something overly draining it, this will not help. Perhaps further tests conducted by certified mechanic may be useful to see what is actually causing this issue may be the next best step.

**Reply**

**Jowell** | Jan 27, 2019 at 10:16pm

my car is parked outside and most of the time here in winnipeg canada the temp is as low as -30C will a battery tender still worked in these temp. thanks

**Reply**

> **Dude** | Apr 19, 2019 at 2:08pm
>
> Use a battery warmer
>
> **Reply**

**TONY** | Apr 28, 2019 at 1:28pm

THANK YOU FOR SUCH A STRAIGHT FORWARD AND EASY TO UNDERSTAND EXPLANATION.

**Reply**

**Ms. Avril Haynes** | May 9, 2019 at 11:04am

i have a 2007 Audi A6, i go away for 5 months and when i return to s florida, the battery is dead, i have bought 3 new batteries in 3 yrs from audi service and now they want me to buy another battery plus a battery maintainer, can you give me comment on this, i plan to take this up with Audi headquarters, because the service i got here in WPB was horrible and misleading, i will go out and buy a battery maintainer, can you please help me with this problem, i would be forever grateful, thanks

**Reply**

> **Customer Support** | Jun 7, 2019 at 8:13am
>
> Hello, in this particular situation it might be best to consult with a professional and expert in this specific area. If you have any other questions please contact our Consumer Support Team at **producttechsupport@goldeagle.com**.
>
> **Reply**

> **99Hawk (@blackhawk8001)** | Jun 14, 2019 at 7:37pm
>
> if your car will sit for months without use, its best to simply disconnect the battery
>
> **Reply**

> > **Demetrios Christopher** | Sep 9, 2019 at 4:20pm
> >
> > If you do that to many cars (especially Audis), expect an expensive trip to the dealership to recode some of the components in your car. Ironically, that list includes the battery itself! 😊 It's important to connect a memory saver when disconnecting the battery from an Audi (even for necessary car repairs).
> >
> > When replacing batteries on cars like Audis and BMWs (which have "intelligent battery management"), it's important to use fully-charged batteries (trickle-charge them with a battery tender until at 100%), then

swap the batteries out while using a memory saver to prevent your electronics from forgetting important information (and I'm not talking about radio presets!). I don't know why Audi made it so complicated but it's all necessary.

**Reply**

**dominodoggy** | Oct 15, 2019 at 7:00pm

Check to see if the vehicle has a fuse labeled as "IOD" or ignition-off draw. If you store the vehicle without pulling this fuse, it will drain the battery. Today's vehicles typically draw power from the battery constantly, for computers, entertainment systems, all those bells'n'whistles. This relies on the vehicle being started and driven regularly so the battery can keep up with the demand. When stored, the battery is fairly quickly depleted.

This may help but batteries are physical mechanical things and need maintenance, replacement, and often just die if not properly maintained.

**Reply**

**Gene Cox** | Jul 21, 2019 at 2:38pm

My jump starter shows 12+ volts, but it is only a surface charge — it will not start my car. A load test drops the voltqage to zero. If I replace the agm battery in the jumper, can I use a tender/maintainer to keep the jumper at the ready?

**Reply**

**Ashley** | Sep 6, 2019 at 12:57pm

I thought that it was interesting when you said that one thing to consider when you are needing to charge your car battery is to use a battery maintainer instead of a standard battery charger since the maintainer will be sure not to overcharge your car battery and damage it. I have been thinking about getting a new car but I have been worried that I would charge it incorrectly and cause internal damage. I would be sure to purchase a battery maintainer so that I wouldn't have to worry about damage or extra expense.

**Reply**

**T Nelson** | Oct 24, 2019 at 11:46am

I do maintenance for a local fire department. they have a vehicle that has modems and computers along with flash light battery chargers that require staying powered up all the time. they equal almost 2 amps of draw. I have tried a battery maintainer that will charge at 5amps then float. Once the battery drops back down the maintainer will not start charging again it times out. Do you have a recommendation for at tender that will work in this application. Thank you.

**Reply**

**Genesis Bult** | Oct 29, 2019 at 7:13am

Hi. There are many battery tenders that would fit this situation such as the Schumacher and Battery Tender brands, which can be readily found at most automotive and online retailers. Hope that helps!

**Reply**



# **Exhibit F**



# Exhibit G



https://www.youtube.com/watch?v=jUCrnW_ibEo


Accessed on January 16, 2019.





**Kirk Kramer** 7 months ago
When it comes to batteries, charging "low and slow" ( low amps, takes longer) will make your batteries last longer.

👍 4   👎   REPLY

▲ Hide replies

**John Engel** 7 months ago
I agree. When maintaining the lower amps work best. However if your battery is low then it takes longer to get it back on track.

👍 2   👎   REPLY

**svtrag** 2 months ago (edited)
I thought they were called "battery tenders?" I'm confused.....

👍 2   👎   REPLY

▲ Hide replies

**John Engel** 2 months ago
svtrag I received a letter from their lawyer that explained the difference in great detail. Lol

👍 1   👎   REPLY

**svtrag** 2 months ago
Well that's stupid!

👍 1   👎   REPLY

**Jay G** 3 days ago
They are but it is also a brand. Im thinking copyrighted too.

👍   👎   REPLY

**kcb3rd** 1 year ago
Well done. Thanks.

👍 1   👎   REPLY

**Jay G** 3 days ago
With thr cuts on the words Battery Tender im guessing you got a letter from Battery tenders legal team :)

👍 1   👎   REPLY

▼ View reply from John Engel

**PETER PIPER** 1 month ago
How bout an update please

👍   👎 ❤️   REPLY

▲ Hide replies

**John Engel** 1 month ago
I am in the clear. I complied with all of their demands and their lawyer reviewed the video to make sure that it met every criteria. So for now everything is good to go. Thank you for asking.

👍 1   👎   REPLY

**PETER PIPER** 1 month ago
John Engel
Oh snap
I found your other video bout the issue
Wow what a pile of manure
Read more

👍 1   👎   REPLY

**John Engel** 1 month ago
@PETER PIPER So far I have had no issues with any of the battery maintainers that I tested during the making of the original video. My favorite budget friendly brand is still the Schumacher as it has the most versatility and ease of use. Any of the three will keep you battery exactly where you need it. Thank you again and sorry about the confusion, the legal aspect is now all I think about when it comes to this video.
Read more

👍 1   👎   REPLY

**PETER PIPER** 1 month ago
John Engel
Thank you
Shame you have to think about that non sense

👍 1   👎   REPLY

**LEAFUN POWER** 3 months ago
I want to introduce another kind of battery chargers/maintainer for your interest. www.leafuntec.com



Tender 13:10

**Battery Tender Products Video Buying Guide from DelTran**
Cruiser Customizing Video
146K views

7:10


**Battery Tending (Deltran)**
MyClassicCarTV ✓
61K views

4:14

**TOP 5 BEST HARBOR FREIGHT TOOLS!! (Automotive)**
Real Tool Reviews ✓
1.4M views

8:15

**why YOU NEED a Schumacher SP3 Battery eXtender**
fwh79
18K views

17:31


**Battery Tender the best car, truck,or motorcycle battery...**
Wrenched Out Experiment
96K views

10:18

**Choosing a Backup Generator Plus 3 LEGAL House...**
Bailey Line Road
356K views

12:39


**How Do I Recharge My Car Battery | How Long To Charge ...**
JP Auto & Fleet Services
63K views

5:18


**Why I use the Schumacher SP3 Battery Charger (on all my...**
AutoFw
6.3K views

8:26


**PLAYING EVERY SINGLE NBA 2K GAME IN ONE VIDEO...**
Agent 00 ✓
Recommended for you
New

38:03

**2019 Perfect Game All-American Classic**
Perfect Game Baseball
Recommended for you

2:29:11


**Is a Tesla Powerwall 2 Worth the Money?**
Teslanomics with Ben Sullins
Recommended for you

16:50

**Is Mobil 1 better than Schaeffer's Full Synthetic 5W-...**
Project Farm ✓
Recommended for you

10:14


**Direct Injection, Problems and Solutions | The Fine Print**
savagegeese
Recommended for you

19:25

**CTEK (56-864) MUS 4.3 12 Volt Fully Automatic 8 Step Battery...**
Real Tool Reviews ✓
40K views

8:21


**Here's Why the Tesla Model 3 Is the Coolest Car of 2017**
Doug DeMuro ✓
Recommended for you

32:19

**Are 4-Stroke Bike Kits better than 2-Stroke Kits? Let's find...**
Project Farm ✓
Recommended for you



 **Lorne Losier** 8 months ago
Hi John, Really enjoyed your video comparason.  I had to by a Battery Charger for my Massey-Ferguson GC2300 equipped with a snow blower and turn my Battery for the 1st time this winter, it refused to start.  I had a older model battery charger which I used for one day and it dit the job. However, I just purchased a Schumacher 3A for $52.00 CDN dollars and I am please, once I seen your video, that I bought this model.  It also has a cigarette adapter.
Read more
👍  👎     REPLY
New

▲ Hide replies

 **John Engel** 8 months ago
Lorne Losier thank you so much. I use them Year round and you can just switch the charger between the two. It will make life so much easier. :)
👍  👎   REPLY

 **Lorne Losier** 8 months ago
John Engel : Thanks very much for your prompt reply.  (Merci beaucoup) Lorne Losier
👍 1  👎   REPLY

 **LEAFUN POWER** 3 months ago
Hi Lorne, I want to introduce another kind of battery chargers/maintainer for your interest.
www.leafuntec.com
👍  👎   REPLY

 **Kevin S.** 3 months ago
Help? I've had this black and decker BM3B one on my truck for a week and  today the truck was hard to start. I'm wondering if the charger is bad.  I couldn't see a spark when touching one of the charger's clips to the battery terminal so I removed the battery clips and tried to spark them together and nada. is the 'maintenance voltage that the thing puts out not strong enough to see that spark or what ya think? The big green light on
Read more
👍 1  👎   REPLY

▲ Hide replies

 **John Engel** 3 months ago
Kevin S. They should not spark when touched together or to the battery. I would get a volt meter and check the voltage on the battery. Then hook up the battery maintainer and check it again to see if the voltage has gone up. Might be a bad battery.
👍  👎   REPLY

 **TheUnknown** 2 months ago
I need help, i have a new bike but left it alone for some time and now it wont start, seems like the battery is dead. I bought one of these chargers and i was able to turn my bike back on but if i turn it off and try to turn it on it won't. Is there a way to know if the battery just wont work anymore? I hardly used it. Someone told me to leave it running and i did and worked for like 5 minutes after that it would not turn back on, any help would be
Read more
👍 1  👎   REPLY

▲ Hide replies

 **John Engel** 2 months ago
TheUnknown it sounds like your battery is no longer holding a charge. I would take the battery to Advance and have them run a battery diagnostic on it. It's a free service and it will tell you if you can save the battery or it needs to be replaced.
👍 1  👎   REPLY

 **Paulo G** 1 month ago
What about the CTEK? Are they any good?
👍 2  👎   REPLY

▲ Hide replies

 **John Engel** 1 month ago
Paulo G hello Paulo I have never used a ctek but I have heard only good things about them.
👍  👎   REPLY

 **lineedsadragstrip** 11 months ago
no co   or deltran  ,, im partial  they  work  &  dont let me down
👍 1  👎   REPLY

 **wolfsmane** 3 months ago
So, which one of these got you in trouble?
👍 1  👎   REPLY

▲ Hide replies

 **John Engel** 3 months ago
wolfsmane lol. None of the ones in the video. It's the biggest name in Battery Maintainers.


**7,000 Mile Roadtrip in a Civic and Miata - Episode 1**
Gears and Gasoline ✓
Recommended for you


**#2 LSU vs #3 Alabama Highlights | Week 11 | College...**
Victors Valiant
Recommended for you


**Battery Tender Junior Review (You NEED This)**
Dustin T
2.1K views


**The Color Maximite BASIC Computer and Microcontroller**
The 8-Bit Guy ✓
Recommended for you


**MOST EXCITING GAME I'VE EVER PLAYED! | MLB The Sho...**
dodgerfilms
Recommended for you


**The Subaru SVX is the Weirdest Subaru Ever**
Doug DeMuro ✓
Recommended for you


**Buying a 10 to 15 Year Old Mercedes Part 1: Is it Worth it?**
Mercedessource
Recommended for you


**Here's Why the 2019 Mazda MX-5 Miata is the Best Miata Yet**
Doug DeMuro ✓
Recommended for you


**Hitting a Pothole in a Tesla Cost $2600**
Engineering Explained ✓
Recommended for you


**Why My Battery Maintainer Video Was Banned Cease and...**
John Engel
Recommended for you


**3 ways to ruin your Tesla battery and how much a new...**
Sean Mitchell
Recommended for you


**Chinese Craftsman tools vs. USA Craftsman?**
AvE
234K views
New


**Nanotube Strength, Bad News for Space Elevators [2019]**
Subject Zero Science
Recommended for you
New


**So Your Motorcycle Has a Dead Battery. Now What? | MC...**
Motorcyclist Magazine
Recommended for you


**How to Install Battery Tender on Motorcycle**
BrownBrady
45K views


**Battery Tender 800 Waterproof Product Review and How to...**
Chris Frezza
53K views





 **steve harley** 1 year ago
I need one to put my mower on charge for the winter,which one is the best for that? Thank you,great video.

👍 1   👎   REPLY

▲ Hide replies

 **John Engel** 1 year ago
steve harley I would go with the Schumacher. It will go between 6v and 12v, so it will keep the mower perfect.

👍   👎   REPLY

 **steve harley** 1 year ago
Thank you John!

👍   👎   REPLY

 **Brett Mackey** 1 year ago
Hi John, can I actually just hook this up for 6 months on a car battery over the winter and leave it? Thanks.

👍 1   👎   REPLY

▲ Hide replies

 **John Engel** 1 year ago
Brett Mackey you are correct. The ones that I mentioned in this video have sensors that will stop charging once it's at the correct voltage. Then as the battery sits they will come on to keep the charge. :) I have all of mine on these year round.

👍   👎   REPLY

 **East Coast Classics** 1 year ago
Wow, really nicely done!  Can I hire you as a voice talent for this little ole Youtube channel out in Delaware?  Really though, great review, information, editing and that chart at the end too.  Glad you did this so I know what to look for when buying one.  -Chris

👍 3   👎   REPLY

▲ Hide replies

 **John Engel** 1 year ago
John Engel

Thank you so much. You are making me blush. I had no idea what went into making a YouTube video before I started this channel and I have so much respect for what you do. It's funny that I can see my videos getting better but I still see so much wrong with them. I don't think I have created one video that I am happy with. It is hard to script, direct, edit and produce a video alone. Thank you again for the kind words and I can't wait to team up.

Show less

👍   👎   REPLY

 **East Coast Classics** 1 year ago
You're killin it John!  Just keep plugging away.  Oh, I shared this video with a group so I'm curious to see if the view count takes off in the coming days.  -Chris

👍 1   👎   REPLY

 **John Engel** 1 year ago
East Coast Classics  Thank you so much. I will keep you posted with the number of new subs. I posted this one with 270 and I have been getting about 20 a video. Thank you again for all the help. :)

👍   👎   REPLY

 **John Engel** 1 year ago
East Coast Classics I think you sharing has really helped. I'm up around 20 in 4 days. Thank you again.

👍   👎   REPLY

 **East Coast Classics** 1 year ago
I hope the sharing continues to give you a bump in views.  You can check the Analytics too.  Also, try added "battery tender" and "battery charger" in your tags.

👍 1   👎   REPLY

 **John Engel** 1 year ago
East Coast Classics I'll have to check my analytics and make sure I have the keywords in. Thank you again.

👍   👎   REPLY

 **East Coast Classics** 1 year ago
I recently added a program called Tubebuddy and it runs some analytics on whatever video I watch.  It also shows Keywords used in that watched video as well as the numbered ranking of each of those Keywords.  I find it helps me do a better job using Keywords as well as see what Keywords work for other people's videos.

👍 1   👎   REPLY

 **John Engel** 1 year ago

---

 18:14   New
**2019 SEMA: Day 1 - Prevost, Fiac, Channellock, Scangrip,...**
Obsessed Garage ✓
Recommended for you

 32:49   New
**Harbor Freight Sold Me THIS??? Introducing the Viking Battery...**
Rob's Wrenches
36K views

 11:21
**Solar Panels on Our House - One Year In**
Greg Anderson - Elmer the Clep
Recommended for you

 22:22
**The CAR WIZARD shares 10 Crazy Easy and Essential...**
Car Wizard
Recommended for you

 26:13
**6th Gen Camaro SS Unboxing Cold Air Intake and Exhaust**
John Engel
Recommended for you

 13:07
**My Ferrari F430 has Depreciated $125,000 and I a...**
John Engel
Recommended for you

 11:26
**The 2020 Shelby GT500 is the Ultimate $100,000 Ford...**
Doug DeMuro ✓
Recommended for you

 28:14
**48v Solar Power System for Beginners: Lower Cost and...**
DIY Solar Power with Will Prowse
Recommended for you

 16:49
**MLB The Show 19 | Road To The Show - Go To Bed #36**
Antonelli Baseball ✓
Recommended for you   New

 35:24
**This V12 Mercedes CL65 AMG is an Insane $30,000 Used Car**
Doug DeMuro ✓
Recommended for you

 24:51
**CRAZY DEALS TO CASH IN ON! Cars for Sale at the Local Cred...**
John Engel
Recommended for you

 5:41
**DRIVING TILL YOU RUN OUT OF GAS CHALLENGE! 2020 SUPR...**
DailyDrivenExotics ✓
Recommended for you

 16:47
**DRAGON BALL FighterZ - Broly [DBS] Character Trailer**
Bandai Namco Entertainment Am...
Recommended for you   New

 1:32
**Sometimes Apple just does it better - AirPods Pro Review**
Linus Tech Tips ✓
Recommended for you   New

 9:45
**First game in the snow! | NCAA 14 Team Builder Dynasty Ep. 1...**
Not The Expert ✓
Recommended for you   New

26:06
**Ask Mr. Wonderful #6 | Kevin O'Leary Answers Your Busines...**
Kevin O'Leary ✓



East Coast Classics I've never heard of that one. I need to look it up. So far my best video is the Bentley oil change and Bentley depreciation. Something about the Bentley videos seem to do really well.

👍   👎   REPLY

**East Coast Classics** 1 year ago

I guess the people have spoken! More Bentley videos! Are there any near you for sale that you can do a video on as a prospective buyer? Thinks to look for, pricing, how to inspect.... Want to do a 1/4 mile run? Maybe expound the difference between a GT and Arnage. Just some ideas.

👍 1   👎   REPLY

**John Engel** 1 year ago

East Coast Classics unfortunately, Aiken is fairly small and the closet place to see anything cool is about 3 hours away. I am going to do a battery replacement on the Bentley so that will be a new video. :)

👍   👎   REPLY

↪ Show more replies

**Carol Martz** 4 months ago

I store my RV in an outside locked lot. I wanted something to keep the battery charged. Since there is no electricity there, this won't help, right?

👍 1   👎   REPLY

▲ Hide replies

**John Engel** 4 months ago

Carol Martz this won't work if you don't have Electricity. There might be a solar powered one but I have not used it.

👍   👎   REPLY

**A C** 3 months ago

Yes there are Solar powered ones. I bought mine at Oreillys. Theres a medium & large size ones

👍 1   👎   REPLY

**bbs540** 1 year ago

with battery tenders, the slower it charges the better it is for your battery during winter

👍 6   👎   REPLY

▲ Hide replies

**David James** 5 days ago

Not necessarily. Perhaps a slight overcharge is good to produce heat and help melt the ice away. There is such a thing as charging too slowly.

👍   👎   REPLY

**KAYAK KOWBOY** 5 months ago

you look like you could be Rich Little's grandson

👍 1   👎   REPLY

▲ Hide replies

**John Engel** 5 months ago

KAYAK KOWBOY I just looked him up and I will take that a huge compliment. Thank you. :)

👍   👎   REPLY

**Ask The Pro DJ** 1 month ago

get rid of your intro, I hate those things on video.

👍 1   👎   REPLY

▲ Hide replies

**John Engel** 1 month ago

Ask The Pro DJ thank you. Do you think it would be better if I made an intro that is actual footage?

👍   👎   REPLY

**Ask The Pro DJ** 1 month ago

@John Engel No doesn't have any at all, just get right into the meat of the video, intros are so 80's everything is fast nowadays. Also if you have BS boring footage cut it out only show the good stuff, no bolt turning or drilling like if your painting show 2 strokes, not 25 that kind of stuff cut everything short.

👍 1   👎   REPLY

**John Engel** 1 month ago

Ask The Pro DJ thank you. Always great to get good feedback.

👍   👎   REPLY

**Jackie De La Rosa** 1 year ago

John - I really appreciate the information you offer and please don't stop, people like me need a little help on options to our problems, again Thanks! Just a quick comment on the Black & Decker unit, even with less voltage and features, it's a good unit. I've had one for several years and my $19.00 dollar investment has been

well worth it.

👍 1   👎   REPLY

▲ Hide replies

**John Engel** 1 year ago
Jackie De La Rosa thank you so much. I hope to have some more videos coming out very soon. I agree that the Black and Decker is a great value for the price. I'm using mine as I type. Thank you again.

👍   👎   REPLY

**LEAFUN POWER** 3 months ago
Hi, John Engel. I have some good battery charger and maintainer with 5 year warranty and very competive price, and per year, we launch 1-2 kinds new products for them. Hope you can would like to try recommend them. Thanks.  www.leafuntec.com

👍   👎   REPLY

▲ Hide replies

**John Engel** 3 months ago
LEAFUN POWER this is awesome. I would love to try one out. If you want to work something out and I can do a review on it please let me know.

👍 1   👎   REPLY

**LEAFUN POWER** 3 months ago
@John Engel  Thanks, John. Pls let me know I should how to do to for similar video ?  my whatsapp: 00861353039151 and my email: eric@leafuntec.com  , I am also looking for agent for long term cooperation. Thanks for your care.

👍 1   👎   REPLY

**John Engel** 3 months ago
LEAFUN POWER hello Eric, I tried to send you and email but it came back as undeliverable. My email is johnen@usca.edu . I'm excited to work with you, shoot me an email and will get started.

👍   👎   REPLY

**LEAFUN POWER** 3 months ago
@John Engel  Thanks for you message. Yes, Our server broken down yesterday, and our technical workers are building.  I try to send email to you but I do not know if you receive. Our spare mailbox: leafunpower@gmail.com.

👍   👎   REPLY

**Free Saxon** 2 weeks ago
A lot of these chargers quote a battery up to 120 amp I have a car, 4x4 and motorcycle, the 4x4 has a higher amperage battery will it work on this ?

👍   👎   REPLY

▲ Hide replies

**David James** 5 days ago (edited)
.I don't see why it wouldn't.  A friend of mine has 7 large 100Ah batteries in parallel for about 700Ah total, and to keep them 100% topped off only requires 1/2 amp or less at about 13.6V.  However, if your battery is below about 80% state of charge, it will take a long time (days or even a week) before it can get a large capacity battery (or battery bank) up to 100%.  I hope my answer helps you.

👍   👎   REPLY

**Free Saxon** 5 days ago
@David James yes it does, and it's a ' real life ' example, thanks

👍   👎   REPLY

**LEAFUN POWER** 2 months ago
To prolong battery recycle life,  Our engineers of battery charger factory will  calcualte time about full charging. such as,  100ah battery, advise 10 hours at leat for charging,  so you should choose chager with the biggest 10Amp , or smaller than 10Amp.  If you choose 20Amp charger, charging speed is very quick, However, battery life will also be shorten quickly.

👍 1   👎   REPLY

▲ Hide replies

**John Engel** 2 months ago
LEAFUN POWER great information. Thank you.

👍   👎   REPLY

**Damien Ralentass** 9 months ago
I have a car (an SUV) and a motorcycle suzuki vStrom 650. I'm looking for a battery maintainer that could be used also to jump start a the battery of a car of a motorcycle. Do you have any suggestion.  thanks

👍 1   👎   REPLY

▲ Hide replies

**John Engel** 9 months ago
Damien Ralentass this is a great question. I ended up buy a jump pack and using the maintainer in

Damien Ralentass this is a great question. I end up buy a jump pack and using the maintainer in conjunction. So I leave the vehicles on the maintainer but if I forget and need to jump one I can use the jump pack. The jump pack also is very portable and can charge usb items. So it's a win win.

👍  👎  REPLY

**Damien Ralentass** 9 months ago
@John Engel Thanks for sharing the info.  I thought it was something like that.  thanks again

👍 1  👎  REPLY

**prezo** 1 year ago
I have the black and decker and it works perfectly fine

👍 2  👎  REPLY

▲ Hide replies

**John Engel** 1 year ago
prezo yep they work fine. Just when compared to the others it was my least favorite. Nothing wrong with them at all.

👍  👎  REPLY

**Crimtide** 11 months ago
I can't find the Stanley 2AMP anywhere.. just 1.5.. can you give a part # or model # for me to find?

👍 1  👎  REPLY

▲ Hide replies

**John Engel** 11 months ago
Crimtide I just did a search on Amazon and found they have moved to the 1.5 but you can still find the 2.0 part number Bc209w.

👍  👎  REPLY

**Crimtide** 11 months ago
@John Engel Thanks for the info.  Do you know of any reason why one should spend more money on the Deltran Battery Tender?  I would imagine warranty being 5 years is better than what Stanley can offer..  Not sure about anything else.

👍 1  👎  REPLY

**John Engel** 11 months ago
Crimtide I think it all comes down to preference. I used a Deltran about 10 years ago and it did the same as the ones I use now. The warranty is nice because they can go bad after years of use.

👍 1  👎  REPLY

**Crimtide** 11 months ago
@John Engel I think I'll go with the Deltran BT Plus 1.25A .. seems pretty decent, on sale right now too.  5 year warranty as opposed to a 1 year limited on the Stanley.  Thanks again.

👍 1  👎  REPLY

**Killer Donkey** 10 months ago
The Stanley says 1.5 on the website but when it showed up the box had 2 amp on it.

👍 1  👎  REPLY

**L B Osuna** 9 months ago
I'll

👍  👎  REPLY

**Rockslide** 1 year ago (edited)
First of all, there is only ONE brand that is called BATTERY TENDER, the others are battery maintainers. If you are going to talk about Deltran Battery Tenders, you should at least have one on the table. And you completely overlooked CTEK, a leading brand of smart chargers/battery maintainers. The title of your program is wrong, you never displayed a real Battery Tender which by the way comes in many amperages, which include 1.25 amp,
Read more

👍 4  👎  REPLY

▲ Hide replies

**John Engel** 1 year ago
Rockslide great feedback and thank you. I totally agree.

👍  👎  REPLY

**oShane Kasper** 9 months ago
Wow, I typed in battery tender on You Tube to find some  information on ways to maintain my car battery. When I got done watching this guy I felt very well informed and thought this guy had done a good job. Then I read your comment and realized I had learned nothing and that this guy was an idiot. So glad I read your comment. Wonder if you always spread sunshine?

👍 2  👎  REPLY

**Mark Feiock** 1 year ago
what is the model for each brand



# **Exhibit H**



https://www.youtube.com/watch?v=4TNrvDjKDS4

Accessed on January 16, 2019.

# **Exhibit I**







First is a fully automatic 4-step battery charger. Here is what you need to know:

- Water and dust resistant design
- Floating mode to prevent overcharging
- Automatically tests battery condition
- Maintains and charges batteries
- Delivers 12-volts

This battery charger and maintainer is easy to operate. It takes care of everything, as it's a fully automatic charger. It comes equipped with a 7-foot cord, clamps, and O-rings. This is designed for 12V batteries but is suitable for larger batteries.

Honestly, the only disadvantage is the price. This is just as effective as the other battery chargers, but it's available at twice the average price. Depending on the latest sale, you might get a better deal, so it's still worth considering.

## 9. KeyLine Chargers KC-125-MPXP 12V 1.25 Amp Automatic Mini Pro-XP



This next battery tender is designed to quickly charge your 12V batteries. You'll also get these advantages from this battery charger:

- 12V battery maintainer and conditioner
- 5-stage charging program
- Suitable for use with lead-acid, sealed, gel, and AGM batteries
- Standard 110-volt input
- Delivers 1.25-amps
- Reverse polarity protection

For versatility, ease of use, and efficiency, this is a great battery charger. It includes a complete 5-stage charging program. It also has 3 status LED lights, over voltage protection, and a waterproof design. And, you get a money back satisfaction guarantee, along with a 5-year warranty.

This tender has plenty of wonderful features, yet it's not the top option. This is due to a few small disadvantages. The cord is only about 6-feet in length. This isn't a major problem, as you can add an extension cord, but there are battery chargers with long cords. Also, it isn't the most affordable option. Overall, it's a quality charger, but you should still compare it to the other battery chargers.

## 8. Schumacher SE-1-12S-CA Fully Automatic Onboard Battery Charger



Here is a fully automatic battery charger. It delivers 1.5-amps of power and features reverse polarity protection. Learn more:

- LED indicator for power on and charged
- Turns on and off automatically as needed – fully automated
- Safely charge your 6V and 12V batteries
- Includes mounting brackets and hardware

This is a simple battery tender with basic features. It doesn't include multiple charge modes, but it can safely charge your small batteries. As a bonus, it comes equipped with mounting brackets and hardware. This allows you to mount the charger to the wall in your garage. Basically, this is a simple plug-in trickle charger with standard safety features – including the reverse polarity protection.

One drawback is that this charge won't maintain your battery. It's just a charger. Also, the charger can be inconsistent with its charging power. Though, for the price, you can't expect too much. If you just need a basic charger and don't want to spend too much, this is a decent choice.

## 7. Morange MBC010 12V/1A Smart Battery Charger



Yet another 12-volt charger, this option might meet your needs. Here is a closer look at the details:

- Automatic charge cycle
- Spark proof with reverse polarity protection
- 3-step charging program – constant current, constant voltage, and floating charge
- LED light indicates the stage of the charge
- 1-year warranty

You can easily connect this charger to your vehicle battery with the included O-ring terminals and battery clips. It uses a complete 3-step charging program, which includes a floating charge mode. This is the mode that prevents overcharging. Another benefit is the price tag. This is an inexpensive option. But, don't let the price fool you. It's still a reliable battery charger.

Though, there are also some disadvantages. This charger won't deliver enough power for larger batteries. Also, the cord length is 6.6-feet, which is a little shorter than some of the other options. Again, the low price should help balance some of these drawbacks. Overall, this is a decent little battery tender – for 12V batteries.

## 6. NOCO Genius G1100 GV/12V 1.1A UltraSafe Smart Battery Charger





**🛒 Check price on Amazon**

This next battery charger looks complicated. But, it is relatively easy to operate. This battery charger also provides the following:

- Charge fully drained batteries
- Microcontroller technology
- Streamlined, spark proof design
- Monitors battery activity
- LED indicators

This battery tender is suitable for all types of automotive, marine, sport, or lawn equipment battery. It includes advanced microcontroller technology to ensure proper charging. And, it can help charge your batteries at up to twice the speed of other battery chargers. The design is compact and spark-proof.

Some people have had problems getting this charger to charge a fully drained battery. This could be due to user error, as others haven't had this problem. Though, there is one known drawback. This charger won't work below freezing. Also, this model only provides 1.1-amps of power, which is enough for 12V or smaller batteries. If 1.1-amps isn't enough power, this battery tender is available in multiple sizes. You can get a 0.75, 1.1, 3.5, 7.2, 15, or 26-amp battery charger with the same features.

## 5. PeleusTech Battery Charger 12V Portable UltraSafe Smart Charger



**🛒 Check price on Amazon**

Up next is a 12V battery charger with an uncomplicated design. You will also get these benefits:

- LED indicator light to show charging status
- Easy to use – plug and play
- Charge or maintain your batteries
- Includes float mode
- Maximum voltage of 14.8-volts

With this simple battery tender, you can maintain or charge your 2V batteries. This includes AGM, gel, SLA, or FLA 12-volt batteries. It also has a LED indicator. The float mode is included to protect your battery from overcharging.

There are a couple of disadvantages. First, this charger doesn't include reverse polarity protection. You will need to make sure that you clip the clamps correctly – red is positive and black is negative. Also, it isn't the most reliable battery charger. Some people have had issues with charge time. Another issue is that the charger plugs directly into the wall socket and contains clamps with a 3-foot cord. Typically, the charger is a separate unit from the plug. But, some of these issues are countered by the cheap price. This charger is incredibly inexpensive. The bottom line is that this is the most economical choice for keeping your batteries charged.

## 4. Deltran Battery Tender Junior 12 Volt 3-Pack



**🛒 Check price on Amazon**

Deltran is the most highly-rated brand of battery tenders. This charger is suitable for 12V batteries. Check out the other features of this battery tender:

- Includes a 3-step charging program – bulk, charge, and float mode
- Automatic charging – switches to float mode after fully charged
- You get 3 battery tenders in this package
- 12-foot cord
- 2 color LED lights for indicating the stage of the charge

This is another battery charger that is easy to operate. You can use it for charging or maintaining your 12V batteries. This includes the AGM, flooded, or sealed batteries. It's a high-quality product and it will help you increase the service life of your battery. Though, the best benefit is that you get 3 chargers in this pack at one low price.

It's hard to find anything wrong with this charger. While it won't charge larger batteries, it is great for 12V batteries. In the end, it's easy to use and you get 3 chargers so that you can keep multiple batteries charged.

## 3. Black & Decker BM3B 6V and 12V Battery Charger



**🛒 Check price on Amazon**

Black & Decker is a reliable company. They produce numerous power tools and equipment, including this battery charger. Here are the top details and advantages:

- Charges 6V and 12V batteries
- Comes with battery clips for connecting to a vehicle battery
- High-frequency smart charging technology
- Float mode monitoring
- Built-in mounting bracket

This battery charger delivers 1.5 amps of power to 6V or 12V batteries. It also includes reverse polarity protection. You might also like the included battery clamps, O-rings, and DC plug for connecting to a variety of battery types.

Overall, most people don't have any complaints about this battery tender. It's not extra fancy or complicated. It simply gets the job done. The only potential issue is the length of the cord. It is short, but you can also add an extension cord.

3. Extreme Max 1229-4000 Battery Buddy Intelligent 6V / 12V Battery Charger

## 2. Extreme Max 1229.4000 Battery Buddy Intelligent 6V / 12V Battery Charger



🛒 Check price on Amazon

The Extreme Max is another battery charger designed for use with 6V or 12V batteries. It's suitable for charging the battery for your ATV, motorcycle, or boat. And, you get the following features:

- 4-step charging program– initialization, bulk, charge, and float mode
- 1-year warranty
- 110-volt plug
- Easy to use design

This battery charger is easy to use and works great with 6V or 12V batteries. It also works with a standard electric outlet and has an 8-foot cord. Other features include a waterproof design and a single LED status indicator.

One issue with this battery charger is that it won't charge batteries with a voltage below 3-volts. Also, it appears that some of these chargers die within a few weeks of use. Though, this isn't always the case. Luckily, it is backed by a 1-year warranty. The bottom line is that this battery tender is incredibly affordable and fully capable of charging your 6V or 12V battery. But, if you want to guarantee the reliability of the charger, then check out the next entry.

## 1. Battery Tender 021-0123 Battery Tender Junior 12V Battery Charger



🛒 Check price on Amazon

Here is the top choice. It's lightweight, versatile, and easy to use. Designed for 12-volt batteries, it offers the following features:

- 0.75-amps
- 5-year warranty
- 4-step charging program – initialization, bulk, charge, and float mode
- Automatic charge cycle switches to float mode after charging the battery
- 2 color LED lights to indicate the charging process
- Spark proof
- 12-foot cord

This is one of the easiest battery chargers to use. It's perfectly suited for charging all 12-volt batteries. This includes lead-acid, flooded, or sealed batteries. It also has reversed hookup protection. This means that the charger checks the connection before delivering power. Another cool feature is the smart microcontroller. The best battery tenders have these microcontrollers, which are used to ensure the correct power is delivered to the battery.

The only drawback is the size. This charger isn't suitable for larger batteries, such as an SUV or truck battery. With most mid-sized cars and sedans, it can be used for maintenance, but not for charging. Though, for 12-volt batteries, it is the best combination of value, quality, and ease of use.

## How to Find the Right Battery Tender

With the right battery tender, you can increase the service life of the battery for your car, truck, motorcycle, or other equipment or vehicles. It's an uncomplicated way to maintain 6V, 8V, or 12V batteries.

But, there is a major difference between a cheap battery tender and a quality product.

A quality battery tender will provide proper charge control. This helps eliminate the chances of frying your battery. To find the right battery tender, review these details:

- Multiple battery charging
- Multiple charging modes
- Override switch or button
- Peak amps (charge current)
- Direct wall plug-in
- Battery tester
- Price
- Warranty

First, consider the benefits of multiple battery charging or multiple charging modes. These features can help you get more out of your battery tender. For example, you want to maintain multiple batteries without needing to purchase additional chargers.

Some chargers are equipped with an override switch. This allows you to manually charge the battery. Other features include whether it comes with a standard 120-volt plug and the length of the cord.

The peak amps determine how quickly the charger can charge a dead battery. For example, a standard auto battery is 50 amp hours. With a 10-amp battery tender, this should take about 6 hours to charge.

Finally, check for a warranty. If you plan on using your battery tender regularly, you don't want it to stop working within a few months. Most chargers come with a 1 to 5-year warranty.

## Conclusion

Before choosing your battery tender, remember to compare all the top 10 best battery tenders in 2019 – and don't forget to purchase a charger that is large enough to meet your needs.



Related Posts:

- Top 10 Best Battery Operated Fans in 2019
- Top 10 Best Vacuum Cleaners Under $200 in 2019
- Top 10 Best Baby Shampoos For Sensitive Skins in 2019
- Top 10 Best Sport Watches For Men in 2019
- Top 10 Best Walking Shoes for Men in 2019

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

## RECENTLY REVIEWED POSTS

Amazon Prime Day 2019

Top 10 Best Electric Knife Sharpeners in 2019

Top 10 Best Electric Air Fryers in 2019

Top 10 Best Webcams for Small Business in 2019

Top 10 Best Electric Lawn Mowers in 2019

Top 10 Best Photocopy Machines For Small Business in 2019

Top 10 Best Traction Cleats For Snow And Ice in 2019

Top 10 Best Dog Sunglasses in 2019

Top 10 Best Patio Umbrella Stands in 2019

Top 10 Best Cycling Glasses in 2019

## TAGS

Appetite Suppressants  Apple Watch  Bluetooth Sound Bars  Body Fat Scales  Camera  Car Seat Organizer  Cases  Christmas Gifts  Coffee Maker  Computer Desks  e-Book Readers  Electric Grills  Electric Lawn Mowers  Electric Mosquito Traps  Fisheye Len  Gardening Glove  Hand Soap  Honey Extractor  iPhone 6s Plus  Laptop Bags  LED Rechargeable Lanterns  lensatic compasses  Massage  Maternity Bras  Noise Canceling Headphones  Organic Body Wash  Popcorn Makers  Rechargeable Batteries  School Bags  Screen Protector  Screen Protectors  Seductive Perfumes for Men  Seductive Perfumes for Women  shoes for nurses  Smart two wheels  Soccer Cleats  Stun Guns  Sunglasses For Men  Sunglasses For Women  Training Shoes  Vacuum Cleaners  Valentine Gift Ideas for him  Walking Shoes  Wireless Access Points  Yoga Pant

## SEARCH FOR A PRODUCT

Search this website

# **<u>Exhibit J</u>**









# **<u>Exhibit K</u>**





# **<u>Exhibit L</u>**



https://www.optimabatteries.com/en-us/support/maintenance-storage/battery-maintainer-battery-tender

Accessed on January 16, 2019.

# **<u>Exhibit M</u>**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 3,490,908
Registered Aug. 26, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



CALIFORNIA CAR COVER COMPANY (CALIFORNIA CORPORATION)
9525 DESOTO AVENUE
CHATSWORTH, CA 91311

FOR: MAIL ORDER CATALOG SERVICES FEATURING ALL OF THE FOLLOWING GOODS: CAR AND TRUCK COVERS; MOTORCYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE TIRE GAUGES, DETAILER TO POLISH MOTORCYCLE; STORAGE AND DISPLAY ITEMS FOR VEHICLES, NAMELY, HARD TOP HOISTS, HARD-TOP TRANSPORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HUMIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, LASER GUIDANCE ON A VEHICLE FOR PARKING THE VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH VEHICLES CAN BE PLACED, JACK SYSTEMS FOR VEHICLES, STORAGE CARS FOR VEHICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTERIOR PROTECTION ITEMS FOR VEHICLES, NAMELY, CARPETED FLOOR MATS, VINYL PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COVERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCEMENTS FOR VEHICLES, NAMELY, VEHICLE GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRACK AND CAR BRAS, WEATHER REFLECTORS, MUDGUARDS, SPARE TIRE COVERS, BUG DEFLECTORS, FRONT AND REAR MARKER LIGHTS, DOOR HANDLE SURROUNDS AND DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFORMANCE PRODUCTS FOR VEHICLES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES, AUTOMOBILE ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCUMENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN VEHICLES; VEHICLE TRAVEL ACCESSORIES, NAMELY, CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRAVEL BEDS, COFFEE MAKERS, LANTERNS, COLLAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTIPURPOSE KNIVES; TRAILER AND TOWING ITEMS FOR VEHICLE, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHICLES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EXPANDERS, HITCHING AND HAULING ACCESSORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE HOOKS, OIL STORAGE CABINETS, BOTTLE RACKS, FLOOR JACK MOUNTS, HANDLING BRACKLETS, LIGHTED SPORT MIRRORS, VEHICLE HITCH COVERS; GARAGE MATERIALS, NAMELY, BATTERY TENDERS, BATTERY CHARGING SYSTEMS, BATTERY DISCONNECT SYSTEMS, MECHANICS GLOVES, TOOL BOXES, STORAGE BAGS, AIR BLOWERS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER

SEATS TO BE ABLE TO WORK UNDER VEHICLES, ALUMINUM LADDERS, TELESCOPING LADDERS, VACUUM CLEANERS FOR VEHICLES, CANOPIES FOR VEHICLES TO BE HOUSED UNDER; MODEL CARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2001; IN COMMERCE 5-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAR COVER CO.", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "CALIFORNIA CAR COVER CO." AND THE DESIGN OF A CAR AND A SETTING SUN BEHIND THE CAR AND TWO PALM TREES BEHIND THE CAR, AS SHOWN IN THE DRAWING.

SEC. 2(F) AS TO "CALIFORNIA".

SER. NO. 76-676,916, FILED 5-16-2007.

TRACY WHITTAKER-BROWN, EXAMINING ATTORNEY

Generated on: This page was generated by TSDR on 2019-11-12 10:39:55 EST

Mark: CALIFORNIA CAR COVER CO.



| | | | |
|---|---|---|---|
| **US Serial Number:** | 76676916 | **Application Filing Date:** | May 16, 2007 |
| **US Registration Number:** | 3490908 | **Registration Date:** | Aug. 26, 2008 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 02, 2017

**Publication Date:** Jun. 10, 2008

## Mark Information

**Mark Literal Elements:** CALIFORNIA CAR COVER CO.

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the words "CALIFORNIA CAR COVER CO." and the design of a car and a setting sun behind the car and two palm trees behind the car, as shown in the drawing.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "CAR COVER CO."

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "CALIFORNIA"

**Design Search Code(s):** 01.05.01 - Sun, rising or setting (partially exposed or partially obstructed); Sunrise
05.01.03 - Palm trees
05.01.10 - More than one tree or bush; thicket; group of trees; Thicket
18.05.01 - Taxicabs; Race cars; Limousines; Cars (not emergency); Cabs, taxi; Hearses

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** MAIL ORDER CATALOG SERVICES FEATURING ALL OF THE FOLLOWING GOODS: CAR AND TRUCK COVERS; MOTORCYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE TIRE GAUGES, DETAILER TO POLISH MOTORCYCLE; STORAGE AND DISPLAY ITEMS FOR VEHICLES, NAMELY, HARD TOP HOISTS, HARDTOP TRANSPORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HUMIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, LASER GUIDANCE ON A VEHICLE FOR PARKING THE VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH VEHICLES CAN BE PLACED, JACK SYSTEMS FOR VEHICLES, STORAGE CARS FOR VEHICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTERIOR PROTECTION ITEMS FOR VEHICLES, NAMELY, CARPETED FLOOR MATS, VINYL

PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COVERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCEMENTS FOR VEHICLES, NAMELY, VEHICLE GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRACK AND CAR BRAS, WEATHER REFLECTORS, MUDGUARDS, SPARE TIRE COVERS, BUG DEFLECTORS, FRONT AND REAR MARKER LIGHTS, DOOR HANDLE SURROUNDS AND DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFORMANCE PRODUCTS FOR VEHICLES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES, AUTOMOBILE ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCUMENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN VEHICLES; VEHICLE TRAVEL ACCESSORIES, NAMELY, CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRAVEL BEDS, COFFEE MAKERS, LANTERNS, COLLAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTIPURPOSE KNIVES; TRAILER AND TOWING ITEMS FOR VEHICLE, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHICLES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EXPANDERS, HITCHING AND HAULING ACCESSORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE HOOKS, OIL STORAGE CABINETS, BOTTLE RACKS, FLOOR JACK MOUNTS, HANDLING BRACKLETS, LIGHTED SPORT MIRRORS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER SEATS TO BE ABLE TO WORK UNDER VEHICLES, ALUMINUM LADDERS, TELESCOPING LADDERS, VACUUM CLEANERS FOR VEHICLES, CANOPIES FOR VEHICLES TO BE HOUSED UNDER; MODEL CARS

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 01, 2001 | **Use in Commerce:** | May 01, 2001 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | California Car Cover Company |
| **Owner Address:** | 9525 DeSoto Avenue<br>Chatsworth, CALIFORNIA UNITED STATES 91311 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | James W. Inskeep, Esq. | **Docket Number:** | 313118-406 |
| **Attorney Primary Email Address:** | inskeepstaff@inskeeplaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | James W. Inskeep, Esq.<br>Inskeep Intellectual Property Group, Inc.<br>2281 W. 190th ST., Suite 200<br>Torrance, CALIFORNIA UNITED STATES 90504 |

| | | | |
|---|---|---|---|
| **Phone:** | (310) 755-7800 | **Fax:** | (310) 327-3466 |
| **Correspondent e-mail:** | inskeepstaff@inskeeplaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 25, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 25, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 02, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 02, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 67723 |
| Oct. 02, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67723 |
| Oct. 02, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Aug. 29, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 26, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 05, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 04, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 73376 |
| Sep. 04, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Aug. 19, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 26, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 10, 2008 | PUBLISHED FOR OPPOSITION | |
| May 21, 2008 | NOTICE OF PUBLICATION | |
| May 05, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 78413 |
| May 03, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 13, 2008 | EXAMINERS AMENDMENT MAILED | |
| Mar. 12, 2008 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 12, 2008 | EXAMINERS AMENDMENT -WRITTEN | 74672 |
| Mar. 06, 2008 | AMENDMENT FROM APPLICANT ENTERED | 78413 |
| Mar. 06, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 78413 |
| Mar. 06, 2008 | ASSIGNED TO LIE | 78413 |
| Feb. 01, 2008 | PAPER RECEIVED | |
| Aug. 28, 2007 | NON-FINAL ACTION MAILED | |
| Aug. 28, 2007 | NON-FINAL ACTION WRITTEN | 74672 |
| Aug. 24, 2007 | ASSIGNED TO EXAMINER | 74672 |
| May 26, 2007 | APPLICATION FILING RECEIPT MAILED | |
| May 22, 2007 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Oct. 02, 2017



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Nov 12 04:46:06 EST 2019

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | CALIFORNIA CAR COVER CO. |
|---|---|
| **Goods and Services** | IC 035. US 100 101 102. G & S: MAIL ORDER CATALOG SERVICES FEATURING ALL OF THE FOLLOWING GOODS: CAR AND TRUCK COVERS; MOTORCYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE TIRE GAUGES, DETAILER TO POLISH MOTORCYCLE; STORAGE AND DISPLAY ITEMS FOR VEHICLES, NAMELY, HARD TOP HOISTS, HARDTOP TRANSPORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HUMIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, LASER GUIDANCE ON A VEHICLE FOR PARKING THE VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH VEHICLES CAN BE PLACED, JACK SYSTEMS FOR VEHICLES, STORAGE CARS FOR VEHICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTERIOR PROTECTION ITEMS FOR VEHICLES, NAMELY, CARPETED FLOOR MATS, VINYL PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COVERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCEMENTS FOR VEHICLES, NAMELY, VEHICLE GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRACK AND CAR BRAS, WEATHER REFLECTORS, MUDGUARDS, SPARE TIRE COVERS, BUG DEFLECTORS, FRONT AND REAR MARKER LIGHTS, DOOR HANDLE SURROUNDS AND DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFORMANCE PRODUCTS FOR VEHICLES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES, AUTOMOBILE ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCUMENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN VEHICLES; VEHICLE TRAVEL ACCESSORIES, NAMELY, CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRAVEL BEDS, COFFEE MAKERS, LANTERNS, COLLAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTIPURPOSE KNIVES; TRAILER AND TOWING ITEMS FOR VEHICLE, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHICLES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EXPANDERS, HITCHING AND HAULING ACCESSORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE |

HOOKS, OIL STORAGE CABINETS, BOTTLE RACKS, FLOOR JACK MOUNTS, HANDLING BRACKLETS, LIGHTED SPORT MIRRORS, VEHICLE HITCH COVERS; GARAGE MATERIALS, NAMELY, BATTERY TENDERS, BATTERY CHARGING SYSTEMS, BATTERY DISCONNECT SYSTEMS, MECHANICS GLOVES, TOOL BOXES, STORAGE BAGS, AIR BLOWERS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER SEATS TO BE ABLE TO WORK UNDER VEHICLES, ALUMINUM LADDERS, TELESCOPING LADDERS, VACUUM CLEANERS FOR VEHICLES, CANOPIES FOR VEHICLES TO BE HOUSED UNDER; MODEL CARS. FIRST USE: 20010501. FIRST USE IN COMMERCE: 20010501

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.05.01 - Sun, rising or setting (partially exposed or partially obstructed) ; Sunrise<br>05.01.03 - Palm trees<br>05.01.10 - More than one tree or bush; thicket; group of trees ; Thicket<br>18.05.01 - Cabs, taxi ; Cars (not emergency) ; Hearses ; Limousines ; Race cars ; Taxicabs |
| **Trademark Search Facility Classification Code** | ART-18.05 Land motor vehicles<br>NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>VEG Plant life such as trees,flowers,fruits,grains,nuts,wreaths,and leaves |
| **Serial Number** | 76676916 |
| **Filing Date** | May 16, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 10, 2008 |
| **Registration Number** | **3490908** |
| **Registration Date** | August 26, 2008 |
| **Owner** | (REGISTRANT) California Car Cover Company CORPORATION CALIFORNIA 9525 DeSoto Avenue Chatsworth CALIFORNIA 91311 |
| **Attorney of Record** | James W. Inskeep, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAR COVER CO." APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "CALIFORNIA CAR COVER CO." and the design of a car and a setting sun behind the car and two palm trees behind the car, as shown in the drawing. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171002. |
| **Renewal** | 1ST RENEWAL 20171002 |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to "CALIFORNIA" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 3,667,070

## United States Patent and Trademark Office

Registered Aug. 11, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



CALIFORNIA CAR COVER COMPANY (CALI-FORNIA CORPORATION)
9525 DESOTO AVENUE
CHATSWORTH, CA 91311

FOR: MAIL ORDER CATALOG SERVICES FEA-TURING CAR AND TRUCK COVERS; MOTOR-CYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE COVERS, MOTORCYCLE TIRE GAUGES, DETAILER TO POLISH MOTORCYCLE; STORAGE AND DISPLAY ITEMS FOR VEHICLES, NAMELY, HARD TOP HOISTS, HARDTOP TRANS-PORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HU-MIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, LASER GUIDANCE ON VEHICLE FOR PARKING THE VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH VEHICLES CAN BE PLACED, JACK SYS-TEMS FOR VEHICLES, STORAGE CARS FOR VE-HICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTER-IOR PROTECTION ITEMS FOR VEHICLES, NAME-LY, CARPETED FLOOR MATS, VINYL PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COV-ERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCEMENTS FOR VEHICLES, NAMELY, VEHICLE GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRUCK AND CAR BRAS, WEATHER REFLECTORS, MUD-GUARDS, SPARE TIRE COVERS, BUG DEFLEC-TORS, FRONT AND REAR UPPER MARKER LIGHTS, DOOR HANDLE SURROUNDS AND

DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFOR-MANCE PRODUCTS FOR VEHICLES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES; AUTOMOBILE ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCU-MENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN VEHICLES; VEHI-CLE TRAVEL ACCESSORIES, NAMELY, CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRA-VEL BEDS, COFFEE MAKERS, LANTERNS, COL-LAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTIPURPOSE KNI-VES; TRAILER AND TOWING ITEMS FOR VEHI-CLES, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHICLES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EX-PANDERS, HITCHING AND HAULING ACCES-SORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE HOOKS, OIL STO-RAGE CABINETS, BOTTLE RACKS, FLOOR JACK MOUNTS, HANDLING BRACKETS, LIGHTED SPORT MIRRORS, VEHICLE HITCH COVERS; GAR-AGE MATERIALS, NAMELY, BATTERY TENDERS, BATTERY CHARGING SYSTEMS, BATTERY DIS-CONNECT SYSTEMS, MECHANICS GLOVES, TOOL BOXES, STORAGE BAGS, AIR BLOWERS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER SEATS TO BE ABLE TO WORK UNDER VEHICLES, ALUMINUM LADDERS, TELESCOPING LAD-DERS, VACUUM CLEANERS FOR VEHICLES, VE-HICLE CLEANING AND POLISHING MATERIALS,

NAMELY, VEHICLE WASHING SYSTEMS, CANO-PIES FOR VEHICLES TO BE HOUSED UNDER; MODEL CARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2004; IN COMMERCE 11-1-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CALIFORNIA MOTORING AC-CESSORIES", APART FROM THE MARK AS SHOWN.

SN 76-605,422, FILED 8-2-2004.

SUSAN STIGLITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-11-12 10:43:02 EST

**Mark:** CALIFORNIA MOTORING ACCESSORIES



| | | | |
|---|---|---|---|
| **US Serial Number:** 76605422 | | **Application Filing Date:** | Aug. 02, 2004 |
| **US Registration Number:** 3667070 | | **Registration Date:** | Aug. 11, 2009 |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Aug. 24, 2018

**Publication Date:** Oct. 11, 2005

**Notice of Allowance Date:** Nov. 27, 2007

## Mark Information

**Mark Literal Elements:** CALIFORNIA MOTORING ACCESSORIES

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "CALIFORNIA MOTORING ACCESSORIES"

**Design Search Code(s):** 01.05.01 - Sunrise; Sun, rising or setting (partially exposed or partially obstructed)
05.01.03 - Palm trees
18.05.01 - Hearses; Limousines; Cars (not emergency); Race cars; Taxicabs; Cabs, taxi
26.01.06 - Semi-circles; Circles, semi
26.01.12 - Circles with bars, bands and lines
26.17.05 - Lines, horizontal; Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s)

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** MAIL ORDER CATALOG SERVICES FEATURING CAR AND TRUCK COVERS; MOTORCYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE COVERS, MOTORCYCLE TIRE GAUGES, DETAILER TO POLISH MOTORCYCLE; STORAGE AND DISPLAY ITEMS FOR VEHICLES, NAMELY, HARD TOP HOISTS, HARDTOP TRANSPORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HUMIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, LASER GUIDANCE ON VEHICLE FOR PARKING THE VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH VEHICLES CAN BE PLACED, JACK SYSTEMS FOR VEHICLES, STORAGE CARS FOR VEHICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTERIOR PROTECTION ITEMS FOR VEHICLES, NAMELY, CARPETED FLOOR MATS, VINYL PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COVERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCEMENTS FOR VEHICLES, NAMELY, VEHICLE GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRUCK AND CAR BRAS, WEATHER REFLECTORS, MUDGUARDS, SPARE TIRE COVERS, BUG DEFLECTORS, FRONT AND REAR UPPER MARKER LIGHTS, DOOR HANDLE SURROUNDS AND DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFORMANCE PRODUCTS FOR VEHICLES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES; AUTOMOBILE

ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCUMENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN VEHICLES; VEHICLE TRAVEL ACCESSORIES, NAMELY, CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRAVEL BEDS, COFFEE MAKERS, LANTERNS, COLLAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTIPURPOSE KNIVES; TRAILER AND TOWING ITEMS FOR VEHICLES, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHICLES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EXPANDERS, HITCHING AND HAULING ACCESSORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE HOOKS, OIL STORAGE CABINETS, BOTTLE RACKS, FLOOR JACK MOUNTS, HANDLING BRACKETS, LIGHTED SPORT MIRRORS, VEHICLE HITCH COVERS; GARAGE MATERIALS, NAMELY, BATTERY TENDERS, BATTERY CHARGING SYSTEMS, BATTERY DISCONNECT SYSTEMS, MECHANICS GLOVES, TOOL BOXES, STORAGE BAGS, AIR BLOWERS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER SEATS TO BE ABLE TO WORK UNDER VEHICLES, ALUMINUM LADDERS, TELESCOPING LADDERS, VACUUM CLEANERS FOR VEHICLES, VEHICLE CLEANING AND POLISHING MATERIALS, NAMELY, VEHICLE WASHING SYSTEMS, CANOPIES FOR VEHICLES TO BE HOUSED UNDER; MODEL CARS

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 01, 2004 | **Use in Commerce:** | Nov. 01, 2004 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | CALIFORNIA CAR COVER COMPANY |
| **Owner Address:** | 9525 DeSoto Avenue<br>Chatsworth, CALIFORNIA UNITED STATES 91311 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | James W. Inskeep, Esq. | **Docket Number:** | 313118-407 |
| **Attorney Primary Email Address:** | inskeepstaff@inskeeplaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | James W. Inskeep, Esq.<br>Inskeep Intellectual Property Group, Inc.<br>2281 W. 190th ST., Suite 200<br>Torrance, CALIFORNIA UNITED STATES 90504 |

| | | | |
|---|---|---|---|
| **Phone:** | (310) 755-7800 | **Fax:** | (310) 327-3466 |
| **Correspondent e-mail:** | inskeepstaff@inskeeplaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 25, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 25, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 24, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 24, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76985 |

| | | |
|---|---|---|
| Aug. 24, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76985 |
| Aug. 24, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76985 |
| Aug. 15, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 11, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 03, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 03, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69471 |
| Sep. 03, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69471 |
| Aug. 18, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 11, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 09, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68658 |
| Jul. 09, 2009 | ASSIGNED TO LIE | 68658 |
| Jun. 30, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 09, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 76538 |
| May 19, 2009 | USE AMENDMENT FILED | 76538 |
| Jun. 09, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| May 19, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 26, 2008 | EXTENSION 2 GRANTED | 98765 |
| Nov. 26, 2008 | EXTENSION 2 FILED | 98765 |
| Nov. 26, 2008 | TEAS EXTENSION RECEIVED | |
| Apr. 28, 2008 | EXTENSION 1 GRANTED | 98765 |
| Apr. 28, 2008 | EXTENSION 1 FILED | 98765 |
| Apr. 28, 2008 | TEAS EXTENSION RECEIVED | |
| Nov. 27, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 18, 2007 | OPPOSITION TERMINATED NO. 999999 | 170296 |
| Oct. 18, 2007 | OPPOSITION DISMISSED NO. 999999 | 170296 |
| Apr. 11, 2006 | OPPOSITION INSTITUTED NO. 999999 | 170296 |
| Nov. 01, 2005 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Oct. 11, 2005 | PUBLISHED FOR OPPOSITION | |
| Sep. 21, 2005 | NOTICE OF PUBLICATION | |
| Aug. 13, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68658 |
| Aug. 05, 2005 | ASSIGNED TO LIE | 68658 |
| Aug. 04, 2005 | EXAMINERS AMENDMENT MAILED | |
| Aug. 03, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 03, 2005 | EXAMINERS AMENDMENT -WRITTEN | 76487 |
| Aug. 03, 2005 | EXAMINERS AMENDMENT -WRITTEN | 76487 |
| Jul. 27, 2005 | AMENDMENT FROM APPLICANT ENTERED | 76539 |
| Jul. 20, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76539 |
| Jul. 20, 2005 | PAPER RECEIVED | |
| Mar. 07, 2005 | NON-FINAL ACTION MAILED | |
| Mar. 07, 2005 | NON-FINAL ACTION WRITTEN | 76487 |
| Mar. 06, 2005 | ASSIGNED TO EXAMINER | 76487 |
| Aug. 14, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:**  GENERIC WEB UPDATE | **Date in Location:**  Aug. 24, 2018 |

## Proceedings

| | |
|---|---|
| **Summary** | |
| **Number of Proceedings:**  2 | |

**Type of Proceeding: Opposition**

| | |
|---|---|
| Proceeding  91170296 | **Filing Date:**  Apr 10, 2006 |

**Number:** _____

**Status:** Terminated      **Status Date:** Oct 18, 2007

**Interlocutory Attorney:** ELIZABETH A DUNN

### Defendant

**Name:** CALIFORNIA CAR COVER COMPANY

**Correspondent Address:** Thomas I. Rozsa
Roza Law Group LC
18757 Burbank Blvd., Suite 220
Tarzana CA UNITED STATES , 91356-3346

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CALIFORNIA MOTORING ACCESSORIES | REGISTERED AND RENEWED | 76605422 | 3667070 |

### Plaintiff(s)

**Name:** MOTHERS POLISHES WAXES CLEANERS

**Correspondent Address:** Mothers Polishes Waxes Cleaners
5456 Industrial Drive
Huntington Beach CA UNITED STATES , 92649

**Correspondent e-mail:** docketla@fulpat.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Apr 10, 2006 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 11, 2006 | May 21, 2006 |
| 3 | PENDING, INSTITUTED | Apr 11, 2006 | |
| 4 | ANSWER | May 15, 2006 | |
| 5 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 11, 2007 | Jul 11, 2007 |
| 6 | UNDELIVERBALE MAIL | Jun 14, 2007 | |
| 7 | RESPONSE DUE 30 DAYS (DUE DATE) | Aug 24, 2007 | Sep 23, 2007 |
| 8 | BD'S DECISION: DISMISSED W/ PREJUDICE | Oct 18, 2007 | |
| 9 | TERMINATED | Oct 18, 2007 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 76605422      **Filing Date:** Nov 01, 2005

**Status:** Terminated      **Status Date:** May 10, 2006

**Interlocutory Attorney:**

### Defendant

**Name:** CALIFORNIA CAR COVER COMPANY

**Correspondent Address:** THOMAS I. ROZSA
ROZSA & CHEN LLP
15910 VENTURA BLVD STE 1601
ENCINO CA UNITED STATES , 91436-2815

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CALIFORNIA MOTORING ACCESSORIES | REGISTERED AND RENEWED | 76605422 | 3667070 |

### Potential Opposer(s)

**Name:** Mothers Polishes Waxes Cleaners

**Correspondent Address:** Stephen J. Strauss
Fulwider Patton Lee & Utecht, LLP
6060 Center Drive, Tenth Floor
Los Angeles CA UNITED STATES , 90045

| | |
|---|---|
| Correspondent e-mail: | docketla@fulpat.com |
| Name: | MOTHERS POLISHES WAXES CLEANERS |
| Correspondent Address: | Mothers Polishes Waxes Cleaners<br>5456 Industrial Drive<br>Huntington Beach CA UNITED STATES , 92649 |
| Correspondent e-mail: | docketla@fulpat.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | | | |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 01, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Nov 01, 2005 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Feb 07, 2006 | |
| 4 | EXTENSION OF TIME GRANTED | Feb 07, 2006 | |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Nov 12 04:46:06 EST 2019

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CALIFORNIA MOTORING ACCESSORIES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: MAIL ORDER CATALOG SERVICES FEATURING CAR AND TRUCK COVERS; MOTORCYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE COVERS, MOTORCYCLE TIRE GAUGES, DETAILER TO POLISH MOTORCYCLE; STORAGE AND DISPLAY ITEMS FOR VEHICLES, NAMELY, HARD TOP HOISTS, HARDTOP TRANSPORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HUMIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, LASER GUIDANCE ON VEHICLE FOR PARKING THE VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH VEHICLES CAN BE PLACED, JACK SYSTEMS FOR VEHICLES, STORAGE CARS FOR VEHICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTERIOR PROTECTION ITEMS FOR VEHICLES, NAMELY, CARPETED FLOOR MATS, VINYL PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COVERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCEMENTS FOR VEHICLES, NAMELY, VEHICLE GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRUCK AND CAR BRAS, WEATHER REFLECTORS, MUDGUARDS, SPARE TIRE COVERS, BUG DEFLECTORS, FRONT AND REAR UPPER MARKER LIGHTS, DOOR HANDLE SURROUNDS AND DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFORMANCE PRODUCTS FOR VEHICLES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES; AUTOMOBILE ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCUMENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN VEHICLES; VEHICLE TRAVEL ACCESSORIES, NAMELY, CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRAVEL BEDS, COFFEE MAKERS, LANTERNS, COLLAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTIPURPOSE KNIVES; TRAILER AND TOWING ITEMS FOR VEHICLES, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHICLES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EXPANDERS, HITCHING AND HAULING ACCESSORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE HOOKS, OIL STORAGE CABINETS, BOTTLE RACKS, FLOOR |

JACK MOUNTS, HANDLING BRACKETS, LIGHTED SPORT MIRRORS, VEHICLE HITCH COVERS; GARAGE MATERIALS, NAMELY, BATTERY TENDERS, BATTERY CHARGING SYSTEMS, BATTERY DISCONNECT SYSTEMS, MECHANICS GLOVES, TOOL BOXES, STORAGE BAGS, AIR BLOWERS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER SEATS TO BE ABLE TO WORK UNDER VEHICLES, ALUMINUM LADDERS, TELESCOPING LADDERS, VACUUM CLEANERS FOR VEHICLES, VEHICLE CLEANING AND POLISHING MATERIALS, NAMELY, VEHICLE WASHING SYSTEMS, CANOPIES FOR VEHICLES TO BE HOUSED UNDER; MODEL CARS. FIRST USE: 20041101. FIRST USE IN COMMERCE: 20041101

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.05.01 - Sun, rising or setting (partially exposed or partially obstructed) ; Sunrise<br>05.01.03 - Palm trees<br>18.05.01 - Cabs, taxi ; Cars (not emergency) ; Hearses ; Limousines ; Race cars ; Taxicabs<br>26.01.06 - Circles, semi ; Semi-circles<br>26.01.12 - Circles with bars, bands and lines<br>26.17.05 - Bands, horizontal ; Bars, horizontal ; Horizontal line(s), band(s) or bar(s) ; Lines, horizontal |
| **Trademark Search Facility Classification Code** | ART-18.05 Land motor vehicles<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-CIRCLE Circle figures or designs including semi-circles and incomplete circles<br>VEG Plant life such as trees,flowers,fruits,grains,nuts,wreaths,and leaves |
| **Serial Number** | 76605422 |
| **Filing Date** | August 2, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 11, 2005 |
| **Registration Number** | **3667070** |
| **Registration Date** | August 11, 2009 |
| **Owner** | (REGISTRANT) CALIFORNIA CAR COVER COMPANY CORPORATION CALIFORNIA 9525 DeSoto Avenue Chatsworth CALIFORNIA 91311 |
| **Attorney of Record** | James W. Inskeep, Esq. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CALIFORNIA MOTORING ACCESSORIES" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180824. |
| **Renewal** | 1ST RENEWAL 20180824 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States of America

## United States Patent and Trademark Office

# CALIFORNIA CAR COVER

**Reg. No. 4,583,209**

**Registered Aug. 12, 2014**

CALIFORNIA CAR COVER COMPANY (CALIFORNIA CORPORATION)
9525 DE SOTO AVENUE
CHATSWORTH, CA 91311

**Int. Cls.: 12 and 35**

FOR: SEMI-FITTED COVERS FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**

FIRST USE 5-1-2001; IN COMMERCE 5-1-2001.

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: MAIL ORDER CATALOG SERVICES FEATURING ALL OF THE FOLLOWING GOODS: CAR AND TRUCK COVERS; MOTORCYCLE ACCESSORIES, NAMELY, MOTORCYCLE STORAGE BAGS, CABLE AND LOCK SYSTEMS, DUFFEL BAGS, ROLLING MOTORCYCLE JACK, MOTORCYCLE TIRE GAUGES, MOTORCYCLE POLISH; STORAGE AND DISPLAY ITEMS FOR AUTOMOBILES, NAMELY, HARD TOP HOISTS, HARD-TOP TRANSPORTERS, CAR DOLLIES, ROD TO ELIMINATE DAMPNESS, MILDEW, CONDENSATION AND HU- MIDITY ON A VEHICLE; CHEMICAL POUCHES TO PREVENT RUST, MILDEW AND CORROSION IN A VEHICLE, AUTOMOBILE DOLLIES, VEHICLE SUN SHIELDS, VEHICLE TIRE COVERS, VEHICLE POWER JACKS, FLOOR TILES ON WHICH AUTOMOBILES CAN BE PLACED, JACK SYSTEMS FOR AUTOMOBILES, STORAGE CARS FOR VEHICLE JACK SYSTEMS, BACKED STRANDS ATTACHED TO A PLASTIC OR WOOD RECEIVING MEMBER FOR USE IN DUSTING THE INTERIOR OF A HOME OR OFFICE, OR A VEHICLE; INTERIOR PROTECTION ITEMS FOR AUTOMOBILES, NAMELY, CARPETED FLOOR MATS, VINYL PROTECTION MATS, SHEEPSKIN FLOOR MATS, PLUSH FLOOR MATS, PLUSH CUSTOM FLOOR MATS, MOLDED LINERS FOR THE INTERIOR OF A VEHICLE CARGO SPACE, CARGO LINER, ALL WEATHER TREAD MATS, SHEEPSKIN SEAT COV- ERS, SHEEPSKIN VESTS, DASHBOARD COVERS, SEAT COVERS; EXTERIOR ENHANCE- MENTS FOR AUTOMOBILES, NAMELY, GRILLES, DOOR HANDLES, GRILL INSERTS, ANTENNAS, TRACK AND CAR BRAS, WEATHER REFLECTORS, MUDGUARDS, SPARE TIRE COVERS, BUG DEFLECTORS, FRONT AND REAR MARKER LIGHTS, DOOR HANDLE SURROUNDS AND DOOR PULLS, SWING-AWAY TIRE CARRIERS, CHROME PLATED LICENSE PLATES; PERFORMANCE PRODUCTS FOR AUTOMOBILES, NAMELY, FILTER CHARGERS, FLOW INTAKE SYSTEMS, AND DECORATIVE ORNATE GAUGES; VEHICLE LICENSE FRAMES, AUTOMOBILE ACCESSORIES, NAMELY, FIRE EXTINGUISHERS, AIR HORNS, FLOOR BOARD INSULATORS, WIPER BLADES, EMERGENCY TOOL KITS, IMPACT WRENCHES, AC/DC JUMPSTART SYSTEM, ACCIDENT DOCUMENT KIT, WORK LIGHT, VEHICLE VACUUM CLEANERS, TRAVEL COOLERS, AIR PURIFIERS, HANGERS FOR GARMENTS IN AUTOMOBILES; VEHICLE TRAVEL ACCESSORIES, NAMELY,

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,583,209**  CHAIRS, TABLES, PET BARRIERS, PET CAR SEATS, TRAVEL BEDS, COFFEE MAKERS, LANTERNS, COLLAPSIBLE CONTAINERS, ELECTRONIC COMPASSES, ALCOHOL TESTERS, LUMBAR CUSHIONS; FLASHLIGHTS, MULTI-PURPOSE KNIVES; TRAILER AND TOWING ITEMS FOR VEHICLE, NAMELY, REPLACEMENT MIRRORS, RAMPS FOR VEHCILES, BED MATS, FOLDING TAILGATE STEPS, TOWING MIRRORS, BED EX-PANDERS, HITCHING AND HAULING ACCESSORIES, RATCHET TIE DOWNS, TRUNK TIE DOWNS, MOTORCYCLE TIE DOWNS, WORK BENCHES, TOOL ORGANIZERS, SAFETY KITS, SHELVES FOR MOTORCYCLE HELMETS, SHELVES FOR MOTORCYCLE HOOKS, OIL STORAGE CABINETS, BOTTLE RACKS, FLOOR JACK MOUNTS, LIGHTED SPORT MIRRORS, VEHICLE HITCH COVERS; GARAGE MATERIALS, NAMELY, BATTERY TENDERS, BATTERY CHARGING SYSTEMS, BATTERY DISCONNECT SYSTEMS, MECHANIC GLOVES, TOOL BOXES, STORAGE BOXES, AIR BLOWERS, VEHICLE JACKS, STORAGE SYSTEMS FOR VEHICLE TOOLS, CARTS CONTAINING VEHICLE TOOLS, CREEPER SEATS TO BE ABLE TO WORK UNDER AUTOMOBILES, ALUMINUM LADDERS, TELESCOPING LADDERS, VACUUM CLEANERS FOR AUTOMOBILES, CANOPIES FOR AUTOMOBILES TO BE HOUSED UNDER; MODEL CARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2001; IN COMMERCE 5-1-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,459,970, 3,490,908 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAR COVER", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 86-095,150, FILED 10-18-2013.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-11-12 10:43:59 EST

**Mark:** CALIFORNIA CAR COVER

CALIFORNIA CAR COVER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86095150 | **Application Filing Date:** | Oct. 18, 2013 |
| **US Registration Number:** | 4583209 | **Registration Date:** | Aug. 12, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 12, 2014

**Publication Date:** May 27, 2014

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CALIFORNIA CAR COVER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "CAR COVER" |
| **Acquired Distinctiveness Claim:** | In whole |

# Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3459970, 3459971, 3490908 and others |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Mail order catalog services featuring all of the following goods: car and truck covers; motorcycle accessories, namely, motorcycle storage bags, cable and lock systems, duffel bags, rolling motorcycle jack, motorcycle tire gauges, motorcycle polish; storage and display items for automobiles, namely, hard top hoists, hard-top transporters, car dollies, rod to eliminate dampness, mildew, condensation and humidity on a vehicle; chemical pouches to prevent rust, mildew and corrosion in a vehicle, automobile dollies, vehicle sun shields, vehicle tire covers, vehicle power jacks, floor tiles on which automobiles can be placed, jack systems for automobiles, storage cars for vehicle jack systems, backed strands attached to a plastic or wood receiving member for use in dusting the interior of a home or office, or a vehicle; interior protection items for automobiles, namely, carpeted floor mats, vinyl protection mats, sheepskin floor mats, plush floor mats, plush custom floor mats, molded liners for the interior of a vehicle cargo space, cargo liner, all weather tread mats, sheepskin seat covers, sheepskin vests, dashboard covers, seat covers; exterior enhancements for automobiles, namely, grilles, door handles, grill inserts, antennas, track and car bras, weather reflectors, mudguards, spare tire covers, bug deflectors, front and rear marker lights, door handle surrounds and door pulls, swing-away tire carriers, chrome plated license plates; performance products for automobiles, namely, filter chargers, flow intake systems, and decorative ornate gauges; vehicle license frames, automobile accessories, namely, fire extinguishers, air horns, floor board insulators, wiper blades, emergency tool kits,

impact wrenches, AC/DC jumpstart system, accident document kit, work light, vehicle vacuum cleaners, travel coolers, air purifiers, hangers for garments in automobiles; vehicle travel accessories, namely, chairs, tables, pet barriers, pet car seats, travel beds, coffee makers, lanterns, collapsible containers, electronic compasses, alcohol testers, lumbar cushions; flashlights, multi-purpose knives; trailer and towing items for vehicle, namely, replacement mirrors, ramps for vehicles, bed mats, folding tailgate steps, towing mirrors, bed expanders, hitching and hauling accessories, ratchet tie downs, trunk tie downs, motorcycle tie downs, work benches, tool organizers, safety kits, shelves for motorcycle helmets, shelves for motorcycle hooks, oil storage cabinets, bottle racks, floor jack mounts, lighted sport mirrors, vehicle hitch covers; garage materials, namely, battery tenders, battery charging systems, battery disconnect systems, mechanic gloves, tool boxes, storage boxes, air blowers, vehicle jacks, storage systems for vehicle tools, carts containing vehicle tools, creeper seats to be able to work under automobiles, aluminum ladders, telescoping ladders, vacuum cleaners for automobiles, canopies for automobiles to be housed under; model cars

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 01, 2001 | **Use in Commerce:** | May 01, 2001 |

| | | | |
|---|---|---|---|
| **For:** | Semi-fitted covers for vehicles | | |
| **International Class(es):** | 012 - Primary Class | **U.S Class(es):** | 019, 021, 023, 031, 035, 044 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 01, 2001 | **Use in Commerce:** | May 01, 2001 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | California Car Cover Company |
| **Owner Address:** | 9525 De Soto Avenue<br>Chatsworth, CALIFORNIA UNITED STATES 91311 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | James W. Inskeep, Esq. | **Docket Number:** | 313118-401 |
| **Attorney Primary Email Address:** | inskeepstaff@inskeeplaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | James W. Inskeep, Esq.<br>Inskeep Intellectual Property Group, Inc.<br>2281 W. 190th ST., Suite 200<br>Torrance, CALIFORNIA UNITED STATES 90504 | | |
| **Phone:** | (310) 755-7800 | **Fax:** | (310) 327-3466 |
| **Correspondent e-mail:** | inskeepstaff@inskeeplaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 25, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| Sep. 25, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 12, 2019 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 12, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| May 27, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 27, 2014 | PUBLISHED FOR OPPOSITION | |
| May 07, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 19, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70884 |
| Apr. 19, 2014 | ASSIGNED TO LIE | 70884 |
| Mar. 28, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 04, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 04, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 04, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 08, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 08, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 08, 2014 | NON-FINAL ACTION WRITTEN | 78426 |
| Feb. 02, 2014 | ASSIGNED TO EXAMINER | 78426 |
| Oct. 24, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 22, 2013 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:** Aug. 12, 2014



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 12 04:46:06 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CALIFORNIA CAR COVER

| | |
|---|---|
| **Word Mark** | CALIFORNIA CAR COVER |
| **Goods and Services** | IC 012. US 019 021 023 031 035 044. G & S: Semi-fitted covers for vehicles. FIRST USE: 20010501. FIRST USE IN COMMERCE: 20010501 |
| | IC 035. US 100 101 102. G & S: Mail order catalog services featuring all of the following goods: car and truck covers; motorcycle accessories, namely, motorcycle storage bags, cable and lock systems, duffel bags, rolling motorcycle jack, motorcycle tire gauges, motorcycle polish; storage and display items for automobiles, namely, hard top hoists, hard-top transporters, car dollies, rod to eliminate dampness, mildew, condensation and humidity on a vehicle; chemical pouches to prevent rust, mildew and corrosion in a vehicle, automobile dollies, vehicle sun shields, vehicle tire covers, vehicle power jacks, floor tiles on which automobiles can be placed, jack systems for automobiles, storage cars for vehicle jack systems, backed strands attached to a plastic or wood receiving member for use in dusting the interior of a home or office, or a vehicle; interior protection items for automobiles, namely, carpeted floor mats, vinyl protection mats, sheepskin floor mats, plush floor mats, plush custom floor mats, molded liners for the interior of a vehicle cargo space, cargo liner, all weather tread mats, sheepskin seat covers, sheepskin vests, dashboard covers, seat covers; exterior enhancements for automobiles, namely, grilles, door handles, grill inserts, antennas, track and car bras, weather reflectors, mudguards, spare tire covers, bug deflectors, front and rear marker lights, door handle surrounds and door pulls, swing-away tire carriers, chrome plated license plates; performance products for automobiles, namely, filter chargers, flow intake systems, and decorative ornate gauges; vehicle license frames, automobile accessories, namely, fire extinguishers, air horns, floor board insulators, wiper blades, emergency tool kits, impact wrenches, AC/DC jumpstart system, accident document kit, work light, vehicle vacuum cleaners, travel coolers, air purifiers, hangers for garments in automobiles; vehicle travel accessories, namely, chairs, tables, pet barriers, pet car seats, travel beds, coffee makers, lanterns, collapsible containers, electronic compasses, alcohol testers, lumbar cushions; flashlights, multi-purpose knives; trailer and towing items for vehicle, namely, replacement mirrors, ramps for vehciles, bed mats, folding tailgate steps, towing mirrors, bed expanders, hitching and hauling accessories, ratchet tie downs, trunk tie downs, motorcycle tie downs, work benches, tool organizers, safety kits, shelves for motorcycle helmets, shelves for motorcycle hooks, oil storage cabinets, bottle racks, floor jack mounts, lighted sport mirrors, vehicle hitch covers; garage materials, namely, battery tenders, battery charging systems, battery disconnect systems, mechanic gloves, tool boxes, storage boxes, air blowers, vehicle jacks, storage systems for vehicle tools, carts containing vehicle tools, creeper seats to be able to work under automobiles, aluminum ladders, telescoping ladders, vacuum cleaners for automobiles, canopies for automobiles to be housed under; model cars. FIRST USE: 20010501. FIRST USE IN COMMERCE: 20010501 |
| **Standard Characters** | |

| | |
|---|---|
| Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | **86095150** |
| Filing Date | October 18, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 27, 2014 |
| Registration Number | 4583209 |
| Registration Date | August 12, 2014 |
| Owner | (REGISTRANT) California Car Cover Company CORPORATION CALIFORNIA 9525 De Soto Avenue Chatsworth CALIFORNIA 91311 |
| Attorney of Record | James W. Inskeep, Esq. |
| Prior Registrations | 3459970;3459971;3490908;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAR COVER" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

# United States of America

## United States Patent and Trademark Office

# COINPOWER

**Reg. No. 3,964,562**

**Registered May 24, 2011**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VARTA MICROBATTERY GMBH (FED REP GERMANY GMBH (GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG))
AM LEINEUFER 51
30419 HANNOVER
FED REP GERMANY

FOR: BATTERIES, ACCUMULATORS, GALVANIC CELLS, ELECTRIC PRIMARY AND SECONDARY CELLS, MICROBATTERIES, HEARING AID BATTERIES, EQUIPMENT BATTERIES, LITHIUM BATTERIES, LITHIUM ACCUMULATORS, ZINC AIR BATTERIES, NICKEL-METAL HYDRIDE BATTERIES; FUEL CELLS; MICROBATTERIES, NAMELY, ELECTROCHEMICAL CELLS FOR GENERATING OXYGEN AND HYDROGEN; EQUIPMENT AND APPARATUS FOR CHARGING, TESTING, MAINTAINING AND MONITORING THE AFORESAID GOODS, NAMELY, BATTERY CHARGERS, VOLTAGE METERS, BATTERY TESTERS, BATTERY TENDERS, AND BATTERY MONITORS; RECTIFIERS, ELECTRICAL SWITCHES AND CAPACITY METERS FOR ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SCIENTIFIC RESEARCH IN THE FIELD OF MICROBATTERY TECHNOLOGY; TECHNOLOGICAL CONSULTATION IN THE MICROBATTERY TECHNOLOGY FIELD; DESIGN FOR OTHERS IN THE FIELD OF MICROBATTERY TECHNOLOGY; INDUSTRIAL ANALYSIS, NAMELY, MATERIALS ANALYSIS AND CHEMICAL ANALYSIS IN THE FIELD OF MICROBATTERY TECHNOLOGY; INDUSTRIAL RESEARCH SERVICES IN THE FIELD OF MICROBATTERY TECHNOLOGY; SCIENTIFIC RESEARCH, NAMELY, MATER-IALS RESEARCH IN THE FIELD OF MICROBATTERY TECHNOLOGY; MATERIALS TESTING IN THE FIELD OF MICROBATTERY TECHNOLOGY; DESIGN AND DEVELOP-MENT OF COMPUTER HARDWARE AND SOFTWARE IN THE FIELD OF MICROBATTERY TECHNOLOGY; PRODUCT DESIGN AND DEVELOPMENT IN THE FIELD OF MICROBAT-TERY TECHNOLOGY; SURVEYING RELATING TO THE FIELD OF MICROBATTERY TECHNOLOGY, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 12-15-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1044304 DATED 4-23-2010, EXPIRES 4-23-2020.

SER. NO. 79-084,720, FILED 4-23-2010.

FRED CARL, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2019-11-12 10:44:49 EST

**Mark:** COINPOWER



| | | | |
|---|---|---|---|
| **US Serial Number:** | 79084720 | **Application Filing Date:** | Apr. 23, 2010 |
| **US Registration Number:** | 3964562 | **Registration Date:** | May 24, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Section 71 declaration has been accepted.

**Status Date:** Jun. 20, 2017

**Publication Date:** Mar. 08, 2011

## Mark Information

**Mark Literal Elements:** COINPOWER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1044304

**International Registration Date:** Apr. 23, 2010

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** [Scientific research in the field of microbattery technology; technological consultation in the microbattery technology field; design for others in the field of microbattery technology; industrial analysis, namely, materials analysis and chemical analysis in the field of microbattery technology; industrial research services in the field of microbattery technology; scientific research, namely, materials research in the field of microbattery technology; materials testing in the field of microbattery technology; design and development of computer hardware and software in the field of microbattery technology; product design and development in the field of microbattery technology; surveying relating to the field of microbattery technology]

**International Class(es):** 042 - Primary Class          **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 66(a)

**For:** Batteries, accumulators, [galvanic cells,] electric primary and secondary cells, microbatteries,[ hearing aid batteries, equipment batteries,] lithium batteries, lithium accumulators [, zinc air batteries, nickel-metal hydride batteries; fuel cells; microbatteries, namely, electrochemical cells for generating oxygen and hydrogen; equipment and apparatus for charging, testing, maintaining and monitoring the aforesaid goods, namely, battery chargers, voltage meters, battery testers, battery tenders, and battery monitors; rectifiers, electrical switches, switches and capacity meters for all the aforesaid goods]

|  |  |
|---|---|
| **International Class(es):** 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
| **Class Status:** ACTIVE | |
| **Basis:** 66(a) | |

## Basis Information (Case Level)

|  |  |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** No | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** Yes |
| **Filed 66A:** Yes | **Currently No Basis:** No |
| **Filed No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** VARTA Microbattery GmbH

**Owner Address:** Daimlerstraße 1
Ellwangen GERMANY 73479

**Legal Entity Type:** GmbH (Gesellschaft mit beschränkter Haftung)  **State or Country Where Organized:** GERMANY

## Attorney/Correspondence Information

**Attorney of Record**

|  |  |
|---|---|
| **Attorney Name:** H. David Starr | **Docket Number:** 10006.61944 |
| **Attorney Primary Email Address:** hds@mg-ip.com | **Attorney Email Authorized:** Yes |

**Correspondent**

**Correspondent Name/Address:** H. David Starr
Muncy, Geissler, Olds & Lowe, P.C.
4000 Legato Road
Suite 310
Fairfax, VIRGINIA UNITED STATES 22033

|  |  |
|---|---|
| **Phone:** 703 621 7140 | **Fax:** 703 621 7155 |
| **Correspondent e-mail:** hds@mg-ip.com mailroom@mg-ip.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 23, 2018 | PARTIAL INVALIDATION PROCESSED BY THE IB | |
| Feb. 28, 2018 | PARTIAL INVALIDATION OF REG EXT PROTECTION SENT TO IB | |
| Feb. 28, 2018 | INVALIDATION PROCESSED | 71529 |
| Feb. 20, 2018 | PARTIAL INVALIDATION OF REG EXT PROTECTION CREATED | |
| Jun. 20, 2017 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Jun. 20, 2017 | REGISTERED-SEC.71 ACCEPTED | 66607 |
| Jun. 20, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Jun. 19, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67110 |
| Apr. 18, 2017 | TEAS SECTION 71 RECEIVED | |
| Oct. 23, 2015 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Feb. 26, 2013 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Oct. 18, 2011 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Oct. 18, 2011 | FINAL DISPOSITION PROCESSED | 72589 |
| Sep. 02, 2011 | CHANGE OF NAME/ADDRESS REC'D FROM IB | |
| Aug. 24, 2011 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |

| Date | Event | Number |
|---|---|---|
| May 24, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 08, 2011 | PUBLISHED FOR OPPOSITION | |
| Mar. 05, 2011 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Feb. 17, 2011 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Feb. 17, 2011 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Feb. 16, 2011 | NOTICE OF PUBLICATION | |
| Feb. 03, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66213 |
| Feb. 03, 2011 | ASSIGNED TO LIE | 66213 |
| Jan. 06, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 2010 | EXAMINERS AMENDMENT MAILED | |
| Dec. 17, 2010 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 17, 2010 | EXAMINERS AMENDMENT -WRITTEN | 82110 |
| Dec. 03, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 03, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Dec. 03, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 13, 2010 | ASSIGNED TO EXAMINER | 82110 |
| Sep. 04, 2010 | REFUSAL PROCESSED BY IB | |
| Aug. 10, 2010 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Aug. 10, 2010 | REFUSAL PROCESSED BY MPU | 68359 |
| Aug. 10, 2010 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Aug. 10, 2010 | APPLICATION FILING RECEIPT MAILED | |
| Aug. 09, 2010 | NON-FINAL ACTION WRITTEN | 80798 |
| Aug. 06, 2010 | ASSIGNED TO EXAMINER | 80798 |
| Aug. 06, 2010 | ASSIGNED TO EXAMINER | 68110 |
| Aug. 06, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 05, 2010 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1044304 | **International Registration Date:** | Apr. 23, 2010 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Dec. 15, 2009 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Aug. 05, 2010 |
| **Notification of Designation Date:** | Aug. 05, 2010 | **Date of Automatic Protection:** | Feb. 05, 2012 |
| **International Registration Renewal Date:** | Apr. 23, 2020 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | GENERIC WEB UPDATE | Date in Location: | Jun. 20, 2017 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: | 1 | Registrant: | VARTA Microbattery GmbH |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF ADDRESS | | |
| Reel/Frame: | 4615/0965 | Pages: | 2 |

|                          |                              |                                      |                            |
|--------------------------|------------------------------|--------------------------------------|----------------------------|
| **Date Recorded:**       | Sep. 02, 2011                |                                      |                            |
| **Supporting Documents:**| assignment-tm-4615-0965.pdf  |                                      |                            |

| **Assignor** |  |  |  |
|--------------|--|--|--|
| **Name:** | VARTA MICROBATTERY GMBH | **Execution Date:** | Jul. 08, 2011 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | GERMANY |

| **Assignee** |  |  |  |
|--------------|--|--|--|
| **Name:** | VARTA MICROBATTERY GMBH | **State or Country Where Organized:** | No Place Where Organized Found |
| **Legal Entity Type:** | UNKNOWN |  |  |
| **Address:** | DAIMLERSTRA?E 1 73479 ELLWANGEN, GERMANY |  |  |

| **Correspondent** |  |
|-------------------|--|
| **Correspondent Name:** | VARTA MICROBATTERY GMBH |
| **Correspondent Address:** | DAIMLERSTRA?E 1 73479 ELLWANGEN GERMANY |

| **Domestic Representative - Not Found** |
|-----------------------------------------|



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 12 04:46:06 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# COINPOWER

**Word Mark** COINPOWER

**Goods and Services** IC 009. US 021 023 026 036 038. G & S: Batteries, accumulators, [galvanic cells,] electric primary and secondary cells, microbatteries,[ hearing aid batteries, equipment batteries,] lithium batteries, lithium accumulators [, zinc air batteries, nickel-metal hydride batteries; fuel cells; microbatteries, namely, electrochemical cells for generating oxygen and hydrogen; equipment and apparatus for charging, testing, maintaining and monitoring the aforesaid goods, namely, battery chargers, voltage meters, battery testers, battery tenders, and battery monitors; rectifiers, electrical switches, switches and capacity meters for all the aforesaid goods]

IC 042. US 100 101. G & S: [Scientific research in the field of microbattery technology; technological consultation in the microbattery technology field; design for others in the field of microbattery technology; industrial analysis, namely, materials analysis and chemical analysis in the field of microbattery technology; industrial research services in the field of microbattery technology; scientific research, namely, materials research in the field of microbattery technology; materials testing in the field of microbattery technology; design and development of computer hardware and software in the field of microbattery technology; product design and development in the field of microbattery technology; surveying relating to the field of microbattery technology]

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 79084720

**Filing Date** April 23, 2010

**Current Basis** 66A

**Original Filing Basis** 66A

**Published for Opposition** March 8, 2011

**Registration Number** **3964562**

**International Registration Number** 1044304

**Registration Date** May 24, 2011

| | |
|---|---|
| **Owner** | (REGISTRANT) VARTA Microbattery GmbH GmbH (Gesellschaft mit beschränkter Haftung) FED REP GERMANY Daimlerstraße 1 Ellwangen FED REP GERMANY 73479 |
| **Attorney of Record** | H. David Starr |
| **Priority Date** | December 15, 2009 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 71 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the Court's Appellate PACER system, which will automatically send a notice of electronic filing to all counsel of record.

I further certify that on March 19, 2025, I caused a copy of the Non-Confidential version of the foregoing Appendix to be electronically served on all counsel of record.

I further certify that on March 19, 2025, two copies of the Non-Confidential version of the foregoing were dispatched via third-party commercial carrier to the following:

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

Respectfully submitted,

*/s/ Gregory A. Castanias*

*Counsel for Defendant-Appellant*