# United States Court of Appeals for the Eleventh Circuit

---

DELTONA TRANSFORMER CORPORATION,

*Plaintiff-Appellee,*

v.

THE NOCO COMPANY,

*Defendant-Appellant.*

On Appeal from the United States District Court for the Middle District of Florida, Hon. Carlos E. Mendoza, Case No. 6:19-cv-00308-CEM-LHP

---

## NON-CONFIDENTIAL APPENDIX OF DEFENDANT-APPELLANT THE NOCO COMPANY

---

Meredith M. Wilkes
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
mwilkes@jonesday.com

Anna E. Raimer
JONES DAY
717 Texas Ave., Ste. 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
aeraimer@jonesday.com

Gregory A. Castanias
Amelia A. DeGory
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
gcastanias@jonesday.com

Kristina K. Cercone
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
kcercone@jonesday.com

---

*Counsel for Defendant-Appellant*

# INDEX OF NON-CONFIDENTIAL APPENDIX

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| **VOLUME 1** | | |
| District Court Docket Sheet | N/A | A |
| Complaint | 02/14/2019 | 1 |
| NOCO's Answer, Affirmative Defenses, and Counterclaims | 11/12/2019 | 55 |
| **VOLUME 2** | | |
| DTC's Answer and Affirmative Defenses to NOCO's Counterclaims | 12/03/2019 | 63 |
| Transcript of 07/06/2020 Motions Hearing | 07/22/2020 | 158-7 |
| Joint Final Pretrial Statement | 12/14/2020 | 242 |
| **VOLUME 3** | | |
| Joint Final Pretrial Statement (continued from previous volume) | 12/14/2020 | 242 |
| **VOLUME 4** | | |
| Transcript of 5/12/2021 Telephone Conference | 05/12/2021 | 284 |
| Jury Instructions | 05/25/2021 | 314 |
| Verdict Form | 05/25/2021 | 315 |
| Verdict Form – Punitive Damages | 05/25/2021 | 317 |
| Deposition Designation of S. Heiser (played at trial) | 06/04/2021 | 327-1 |
| Deposition Designation of M. Lombardo (played at trial) | 06/04/2021 | 327-2 |
| Deposition Designation of D. Underhill (played at trial) | 06/04/2021 | 327-3 |
| Deposition Designation of J. Weiner (played at trial) | 06/04/2021 | 327-4 |
| DTC's Motion for Permanent Injunction | 06/17/2021 | 338 |
| **VOLUME 5** | | |
| Trial Transcript of 05/18/2021 (Vol. II) | 06/17/2021 | 341 |
| **VOLUME 6** | | |
| Trial Transcript of 05/19/2021 (Vol. III) | 06/17/2021 | 343 |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| **VOLUME 7** | | |
| Order Denying Motion to Exclude Expert Testimony of P. Johnson, Granting in Part and Denying in Part Motion to Exclude Expert Testimony of P. Green, Granting in part and Denying in Part Motion to Exclude Expert Testimony of C. Distler | 06/21/2021 | 352-1 |
| Order Granting in Part and Denying in Part Motion to Seal Trial Exhibits | 06/21/2021 | 353 |
| Declaration of Andrew J. Turnier and Exhibits in Support of NOCO's Opposition to DTC's Motion for Permanent Injunction | 07/01/2021 | 367-1 |
| Minute Entry Re Completion of Bench Trial | 07/09/2021 | 381 |
| Trial Transcript of 05/17/2021 (Vol. I) (REDACTED) (originally filed under seal as Dkt. 339) | 08/16/2021 | 399 Pages 1-129 |
| **VOLUME 8** | | |
| Trial Transcript of 05/17/2021 (Vol. I) (continued from previous volume) (REDACTED) (originally filed under seal as Dkt. 339) | 08/16/2021 | 399 Pages 130-261 |
| **VOLUME 9** | | |
| Trial Transcript of 05/20/2021 (Vol. IV) (REDACTED) (originally filed under seal as Dkt. 348) | 08/16/2021 | 400 Pages 1-147 |
| **VOLUME 10** | | |
| Trial Transcript of 05/20/2021 (Vol. IV) (continued from previous volume) (REDACTED) (originally filed under seal as Dkt. 348) | 08/16/2021 | 400 Pages 148-294 |
| **VOLUME 11** | | |
| Trial Transcript of 05/21/2021 (Vol. V) (REDACTED) (originally filed under seal as Dkt. 354) | 08/16/2021 | 401 Pages 1-136 |
| **VOLUME 12** | | |
| Trial Transcript of 05/21/2021 (Vol. V) (continued from previous volume) (REDACTED) (originally filed under seal as Dkt. 354) | 08/16/2021 | 401 Pages 137-271 |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| **VOLUME 13** | | |
| Trial Transcript of 05/24/2021 (Vol. VI) (REDACTED) (originally filed under seal as Dkt. 356) | 08/16/2021 | 402 |
| **VOLUME 14** | | |
| Trial Transcript of 05/25/2021 (Vol. VII) (REDACTED) (originally filed under seal as Dkt. 358) | 08/16/2021 | 403 |
| **VOLUME 15** | | |
| Trial Transcript of 07/09/2021 (Vol. VIII) (REDACTED) (originally filed under seal as Dkt. 386) | 08/23/2021 | 405 |
| **VOLUME 16** | | |
| Order Denying NOCO's Motions for Judgment as a Matter of Law | 03/30/2022 | 410 |
| Order on Disgorgement and Granting in Part and Denying in Part DTC's Motion for Permanent Injunction | 09/29/2023 | 423 |
| Deltran's Response in Opposition to NOCO's Renewed Motion for Judgment as a Matter of Law | 11/13/2023 | 436 |
| NOCO's 50(b) Motion for Judgment as a Matter of Law (re-filed without redactions in the district court) | 11/21/2023 | 440 |
| Order Denying NOCO's Renewed Motion for Judgment as a Matter of Law | 09/30/2024 | 458 |
| Corrected Second Amended Final Judgment | 10/23/2024 | 464 |
| TRIAL EXHIBIT DX-71 | | DX-71 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-111 | | DX-111 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-118 | | DX-118 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-120 | | DX-120 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-255 | | DX-255 |
| TRIAL EXHIBIT DX-272 | | DX-272 |
| TRIAL EXHIBIT DX-275D | | DX-275D |
| TRIAL EXHIBIT DX-275E | | DX-275E |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| TRIAL EXHIBIT DX-275I | | DX-275I |
| TRIAL EXHIBIT DX-275L | | DX-275L |
| **VOLUME 17** | | |
| TRIAL EXHIBIT DX-308 | | DX-308 |
| TRIAL EXHIBIT DX-308A | | DX-308A |
| TRIAL EXHIBIT DX-308B | | DX-308B |
| TRIAL EXHIBIT DX-308C | | DX-308C |
| TRIAL EXHIBIT DX-308D | | DX-308D |
| TRIAL EXHIBIT DX-308E | | DX-308E |
| TRIAL EXHIBIT DX-308F | | DX-308F |
| TRIAL EXHIBIT DX-308G | | DX-308G |
| **VOLUME 18** | | |
| TRIAL EXHIBIT DX-308H | | DX-308H |
| TRIAL EXHIBIT DX-308I | | DX-308I |
| TRIAL EXHIBIT DX-308J | | DX-308J |
| TRIAL EXHIBIT DX 308K | | DX 308K |
| TRIAL EXHIBIT DX-308L | | DX-308L |
| TRIAL EXHIBIT DX-308M | | DX-308M |
| TRIAL EXHIBIT DX-308N | | DX-308N |
| TRIAL EXHIBIT DX-308O | | DX-308O |
| TRIAL EXHIBIT DX-308P | | DX-308P |
| TRIAL EXHIBIT DX-308Q | | DX-308Q |
| TRIAL EXHIBIT DX-308R | | DX-308R |
| TRIAL EXHIBIT DX-308S | | DX-308S |
| TRIAL EXHIBIT DX-308T | | DX-308T |
| TRIAL EXHIBIT DX-308U | | DX-308U |
| TRIAL EXHIBIT DX-308V | | DX-308V |
| TRIAL EXHIBIT DX-308W | | DX-308W |
| TRIAL EXHIBIT DX-308X | | DX-308X |
| **VOLUME 19** | | |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-462 | | DX-462 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-478 | | DX-478 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-484 | | DX-484 |
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-499 | | DX-499 |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| TRIAL EXHIBIT (FILED UNDER SEAL) DX-520 | | DX-520 |
| TRIAL EXHIBIT DX-546 | | DX-546 |
| TRIAL EXHIBIT DX-547 | | DX-547 |
| TRIAL EXHIBIT PX-2A | | PX-2A |
| TRIAL EXHIBIT PX-2B | | PX-2B |
| TRIAL EXHIBIT PX-2E | | PX-2E |
| TRIAL EXHIBIT PX-3A | | PX-3A |
| TRIAL EXHIBIT (FILED UNDER SEAL) PX-5 | | PX-5 |
| TRIAL EXHIBIT PX-51 | | PX-51 |
| TRIAL EXHIBIT PX-54 | | PX-54 |
| TRIAL EXHIBIT PX-55A | | PX-55A |
| TRIAL EXHIBIT PX-55B | | PX-55B |
| TRIAL EXHIBIT PX-56A | | PX-56A |
| **VOLUME 20** | | |
| TRIAL EXHIBIT PX-56B | | PX-56B |
| TRIAL EXHIBIT PX-57A | | PX-57A |
| TRIAL EXHIBIT PX-57B | | PX-57B |
| TRIAL EXHIBIT PX-58A | | PX-58A |
| TRIAL EXHIBIT PX-58B | | PX-58B |
| TRIAL EXHIBIT PX-59A | | PX-59A |
| TRIAL EXHIBIT PX-59B | | PX-59B |
| TRIAL EXHIBIT PX-60A | | PX-60A |
| TRIAL EXHIBIT PX-61A | | PX-61A |
| TRIAL EXHIBIT PX-61C | | PX-61C |
| TRIAL EXHIBIT PX-61D | | PX-61D |
| TRIAL EXHIBIT PX-61F | | PX-61F |
| TRIAL EXHIBIT PX-61G | | PX-61G |
| TRIAL EXHIBIT PX-62A | | PX-62A |
| TRIAL EXHIBIT PX-62C | | PX-62C |
| TRIAL EXHIBIT PX-138 | | PX-138 |
| TRIAL EXHIBIT PX-139 | | PX-139 |
| TRIAL EXHIBIT PX-144D | | PX-144D |
| TRIAL EXHIBIT PX-144E | | PX-144E |
| TRIAL EXHIBIT PX-144F | | PX-144F |
| TRIAL EXHIBIT PX-144G | | PX-144G |
| TRIAL EXHIBIT PX-144X | | PX-144X |

| Document | Date Filed | Docket/Tab# |
|---|---|---|
| TRIAL EXHIBIT PX-147 (FILED UNDER SEAL) | | PX-147 |
| TRIAL EXHIBIT PX-162A | | PX-162A |
| TRIAL EXHIBIT PX-189 | | PX-189 |
| TRIAL EXHIBIT PX-205 | | PX-205 |
| TRIAL EXHIBIT PX-206 | | PX-206 |
| TRIAL EXHIBIT PX-230 | | PX-230 |
| TRIAL EXHIBIT PX-237 | | PX-237 |
| TRIAL EXHIBIT PX-239 | | PX-239 |

# VOLUME 20 PART 1
# PX56B – PX61G

# PX-056B



Search    Go



# SORRY
## we couldn't find that page
Try searching or go to Amazon's home page.

Muffin
Meet the dogs of Amazon

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-056B

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:


Date Admitted:

**DTC0002064**

**PX-057A**



audible    Save 66% on your first 3 months    Learn more »

Automotive › Tools & Equipment › Jump Starters, Battery Chargers & Portable Power › Battery Chargers



Click image to open expanded view



# NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer

by NOCO

★★★★☆ ⌄    4,910 customer reviews

| 1000+ answered questions

List Price: ~~$53.95~~
Price: **$39.95** & FREE Shipping. Details
You Save: **$14.00 (26%)**

Size: 1.1 Amp

| .75 Amp $29.95 | **1.1 Amp $39.95** | 3.5 Amp $59.95 |
|---|---|---|
| 4-Bank 4.4 Amp $179.95 | 7.2 Amp $98.96 | 15 Amp $159.95 |
| 26 Amp $199.95 | | |

- The most convenient way to charge and maintain any vehicle for extending battery life and year-round battery maintenance of your car, boat, truck, RV, lawnmower, or any other vehicle.
- Completely recharge smaller capacity batteries on motorcycles, ATVs, snowmobiles, personal watercraft, scooters, and power wheels up to 40 amp-hours.
- Works with all types of 6-volt and 12-volt lead-acid batteries, including Wet, Gel, and AGM, or any common automotive, deep-cycle, marine, or maintenance-free battery.
- Keep your battery fully charged without worry or overcharge. Simply plug-in and let our advanced charging technology automatically monitor and maintain your battery.
- An optimized charge mode for safely charging and maintaining 12-volt lithium-ion batteries, and recommended with use on lithium batteries with an internal BMS.
- One of the most advanced and safest battery chargers, including spark-proof technology, and reverse polarity protection, plus backed by our 5-year and endless accessories.

› See more product details

Compare with similar items



$39.95
& FREE Shipping. Details

Want it tomorrow, July 12? Choose One-Day Shipping at checkout. Details

In Stock.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Ships from and sold by Amazon.com.

prime
Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime
Click here and start saving today with Fast, FREE Delivery

Gift-wrap available.

Deliver to Washington 20001

Add to List

Share ✉ f ⊁ 📌 4K+ Shares

### Other Sellers on Amazon

Add to Cart

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-057A**

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified: _____

Date Admitted: _____

Used & new (47) from $36.03 & FREE shipping. Details



PillPack    Your medication, delivered    Learn more ›

**Save on AmazonBasics and SupplyMaster Safety Gear**



SupplyMaster
Disposable
Exam Nitrile
Gloves, 400
pk $24.30

AmazonBasics
Blue Light
Blocking
Safety
Glasses, 12pk
$51.41

AmazonBasics
Noise
Reduction
Safety
Earmuffs
$11.96

$39.95
& FREE Shipping on eligible orders.
Details
Sold by: Central Texas Powersports

$39.95
& FREE Shipping on
eligible orders. Details    [Add to Cart]
Sold by: AlphaStereo

$39.95
+ Free Shipping    [Add to Cart]
Sold by: BatterySpecialistsInc

Used & new (47) from $36.03 & FREE
shipping. Details

Have one to sell?    Sell on Amazon

## Frequently bought together



Total price: **$61.89**

[Add all three to Cart]

[Add all three to List]

☑ **This item:** NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer  $39.95
☑ NOCO GC004 X-Connect 10-Foot Extension  $13.95
☑ NOCO GC009 X-Connect SAE Adapter  $7.99



Battery Tender
**The only battery tender**

Battery Tender 022-0186G-DL-WH 12V 5
Amp Battery Charger
340

Ad feedback 💬

## Sponsored products related to this item













| Mroinge MBC055 6V/12V 5.5A Smart Vehicle Battery Charger Maintainer for Cars Motorc... | Mroinge 12V 2A Lead Acid/Lithium(LiFePO4) Automatic Trickle Battery Charger Smart B... | Mroinge MBC016 6V / 12V 1A Fully Automatic trickle Battery Charger/maintainer for A... | Automatic Battery Trickle Charger Maintainer 12V 1500mA Smart Float Battery Charger... | Ampeak 6V 12V Smart Car Battery Charger and Maintainer 2A 8A Fully Automatic with C... | Suuwer 12V 2 Amp Automatic Battery Charger/Maintainer for Sealed Lead Acid or Lithi... | MOTOPOWER MP00205A 12V 800mA Fully Automatic Battery Charger/Maintainer... | GOOSUO Aut Charger 6V/1 Portable Auto Battery Trickl |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 379 | ★★★★½ 82 | ★★★★½ 162 | ★★★☆☆ 17 | ★★★★½ 241 | ★★★★½ 50 | ★★★★½ 948 | ★★★★★ |
| $34.96 ✓prime | $20.99 ✓prime | $16.95 ✓prime | $14.99 ✓prime | $49.99 ✓prime | $20.95 ✓prime | $13.50 ✓prime | $29.99 ✓prin |

Ad feedback 💬

## What other items do customers buy after viewing this item?



**Battery Tender 12 Volt Junior Automatic Battery Charger**
★★★★½ 9,131
$25.99 ✓prime



**NOCO GC002 X-Connect Eyelet Terminal**
★★★★☆ 1,032



**Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by Trickle Chargers**
★★★★½ 4,933
$45.03 ✓prime



**NOCO GC004 X-Connect 10-Foot Extension**
★★★★☆ 1,032
$13.95 ✓prime

[See all vehicles](#) this product fits.

## Compare with similar items



| | This item NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer | Battery Tender 12 Volt Junior Automatic Battery Charger  #1 Best Seller | Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by Trickle Chargers | CTEK (56-158) MULTI US 3300 12 Volt Fully Automatic 4 Step Battery Charger |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (4910) | ★★★★½ (9131) | ★★★★½ (4933) | ★★★★½ (777) |
| Price | $39.95 | $23.11 | $45.03 | $47.92 |
| Shipping | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 |
| Sold By | Amazon.com | Amazon.com | Amazon.com | Amazon.com |

DTC0002067

| Item Dimensions | 10.5 x 10 x 4 in | 8 x 4 x 9 in | 11 x 4 x 11 in | 6.5 x 2 x 1.5 in |
|---|---|---|---|---|

## Special offers and product promotions

Size: **1.1 Amp**

- **Your cost could be $0.00 instead of $39.95**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**WARNING**: California's Proposition 65

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product information

Size:**1.1 Amp**

### Technical Details

| | |
|---|---|
| Brand | NOCO |
| Model | G1100 |
| Item Weight | 1.56 pounds |
| Product Dimensions | 10.5 x 10 x 4 inches |
| California residents | Click here for Proposition 65 warning |
| Item model number | G1100 |
| Manufacturer Part Number | G1100 |
| OEM Part Number | G1100 |
| ABPA Partslink Number | 13 |
| Folding | No |
| Cover Included | G1100 Advanced Battery Trickle Charger Maintainer, Battery Clamps with Integrated Eyelet Terminals, User Guide, 5-Year Limited Warranty |
| Amperage | 1.1 A |
| Voltage | 12 volts |

### Technical Specification

Specification Sheet [pdf ]
User Manual [pdf ]

### Additional Information

| | |
|---|---|
| ASIN | B004LX3AXQ |
| Customer Reviews | ⭐⭐⭐⭐☆ ⌄ 4,910 customer reviews<br>4.2 out of 5 stars |
| Best Sellers Rank | #1,474 in Automotive (See Top 100 in Automotive)<br>#20 in Battery Chargers<br>#306 in Automotive Replacement Parts |
| Shipping Weight | 1.63 pounds (View shipping rates and policies) |
| Date First Available | July 7, 2004 |

### Warranty & Support

Warranty, Parts: Parts

For warranty information about this product, please click here [PDF ]

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

DTC0002068

## Product and related videos (0)   Upload your video



**Be the first video**

Your name here

---

## Important information

**Legal Disclaimer**

CALIFORNIA WARNING: Cancer and Reproductive Harm – www.P65Warnings.ca.gov

---

## Product description

Size:**1.1 Amp**

NOCO Genius smart battery chargers are some of the safest and most advanced on the market. One of our best, the G1100 1. 1 Amp is designed to charge 6-volt and 12-volt lead-acid and lithium-ion batteries up to 40Ah. It can also effectively maintain automotive, marine, RV, power sport, lawn & garden and deep-cycle batteries. It charges 2x faster than ordinary battery chargers, can repair damaged batteries and is designed to use with micro-hybrid start-stop vehicles and CANBUS electrical systems. Guided by an onboard microcomputer, the G1100 monitors battery activity for safe and efficient charging, automatically minimizes energy consumption and provides redundant levels of safety protection, including spark-proof technology, as well as reverse polarity and overcharge protection. It can remain safely connected 24/7, while the streamlined design makes it ultra-compact, portable and incredibly lightweight. It features external mounting holes and a rubberized base that avoids surface slipping and scratches, while remaining impact, UV and water-resistant (IP65). Intuitive LED indicators provide visual diagnostic information and feedback of the batteries state-of-charge, even when in maintenance mode. Designed for use on 120-volt 50-60 Hz electrical systems, the G1100 smart charger includes both X-Connect battery clamps with integrated eyelet terminals, as well as a 5-year limited warranty. Other commonly used search terms include: 12 volt battery charger, 12 volt battery maintainer, 12 volt motorcycle trickle charger, 12 volt trickle charger, 12v 24v battery charger, 12v auto battery charger, 12v battery charger, 12v battery trickle charger, 12v car battery charger, 12v trickle charger, 24 volt battery charger, 24 volt trickle charger, 24v 12v battery charger, 24v battery and charger, 24v battery charger, 24v battery chargers, 24v trickle charger, atv battery charger, auto battery charger, automobile battery charger, automotive battery charger, automotive battery chargers, battery charger, battery charger 12v, battery charger auto, battery charger automotive, battery charger car, battery charger for car, battery charger for cars, battery charger portable, battery charger scooter, battery chargers, battery chargers automotive, battery desulfator, battery maintainer, battery maintainer 12 volt, battery tender, battery tender junior, battery tender usb, battery trickle charger, battery trickle charger with float mode, car battery charger, car battery charger and starter, car battery charger maintainer, car battery charger portable, car battery charger with jump start, car battery chargers, car battery chargers 12 volt, car battery maintainer, car battery tender, car battery trickle charger, Harley Davidson trickle charger, lawn mower battery charger, manual battery charger, marine battery charger, marine battery trickle charger, mini car battery charger, motorcycle battery charger, motorcycle battery maintainer, motorcycle battery tender, motorcycle trickle charger, noco, noco battery, noco battery charger, noco genius, noco genius chargers, noco genius ultra safe smart battery chargers, portable auto battery charger, portable battery charger, portable car battery charger, portal car battery charger, rv solar 12v battery charger, smart battery charger, solar 12v battery charger, solar 12v car battery charger, solar battery charger, solar battery maintainer, solar battery maintainer 12 volt, solar car battery charger, solar car battery chargers, solar power 12v battery charger, solar trickle charger, trickle battery charger, trickle charger, trickle charger car battery, trickle charger for atv, trickle charger for boat battery, trickle charger for car battery, trickle charger for motorcycle, trickle chargers, trickle chargers for 12 volt batteries, waterproof trickle charger

---

## From the manufacturer

 

DTC0002069

**The Genius G1100 is a portable automatic battery charger and maintainer**









### 4 Chargers In One

Charges 6V & 12V lead–acid batteries (including AGM) and 12V Lithium. Repairs desulfated batteries, and charges in cold conditions.

### Diagnostics

Intuitive visual diagnostic tool for detecting reverse polarity, low–voltage or damaged batteries.

### Recovery

Applies a high–voltage pulse charge when low–voltage, sulfation or lost capacity is detected.

### CANbus

Automatically enables the charging port to charge CANbus systems.



**Protects against reverse polarity, overcharging, open-circuits, short-circuits, and overheating.**



**Maintenance Plus**

Keeps the battery fully charged without overcharging, indefinitely.



**Optimization**

Stabilizes internal battery chemistry for increased performance and longevity.



**Interactive**

Alters the charging process based on organic battery feedback.



**Energy-Save**

Minimizes energy consumption when full power is not needed.

     

| Model | G750 | G1100 | G3500 | G7200 | G15000 | G26000 |
|---|---|---|---|---|---|---|
| Power | 0.75A | 1.1A | 3.5A | 7.2A | 15A | 26A |
| Battery Voltage | 6V & 12V | 6V & 12V | 6V & 12V | 12V & 24V | 12V & 24V | 12V & 24V |
| Cold/AGM Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12V Lithium Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Small Battery Mode | | | ✓ | | | |
| 12V Repair Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12V Supply Mode | | | ✓ | ✓ | ✓ | ✓ |
| 12V AGM+ | | | | ✓ | ✓ | ✓ |
| JumpCharge Vehicle Starting | | | | | ✓ | ✓ |

**Customers who viewed this item also viewed**

DTC0002071



Battery Tender 12 Volt
Junior Automatic Battery
Charger
⭐⭐⭐⭐½ 9,131

**#1 Best Seller** in
Automotive Replacement...
$25.99 ✓prime

---

### Sponsored products related to this item










Ampeak 6V 12V Smart Car
Battery Charger and
Maintainer 2A 8A Fully
Automatic with C...
⭐⭐⭐⭐½ 241
$49.99 ✓prime

MOTOPOWER MP00205A
12V 800mA Fully
Automatic Battery
Charger/Maintainer...
⭐⭐⭐⭐½ 948
$13.50 ✓prime

Mroinge MBC016 6V / 12V
1A Fully Automatic trickle
Battery
Charger/maintainer for A...
⭐⭐⭐⭐½ 162
$16.95 ✓prime

Mroinge MBC010
Automotive Trickle
Maintainer 12V 1A Smart
Automatic Charger for
⭐⭐⭐⭐½ 379
$17.98 ✓prime

BMK 12V 5A Smart Battery
Charger Portable Battery
Maintainer with
Detachable Alliga...
⭐⭐⭐⭐½ 370
$35.99 ✓prime

Imazing Portable Car Jump
Starter - 2500A Peak
20000mAH (Up to 8L Gas
or 8L Diesel ...
⭐⭐⭐⭐½ 139
$99.99 ✓prime

Battery Tender 800 is a
SuperSmart Battery
Charger that will
Constantly Monitor, Ch...
⭐⭐⭐⭐½ 1,148
$37.98 ✓prime

Energizer EN(
Battery Charg
+ Battery Mai
6/12V - 9 Ste
⭐⭐⭐⭐ 2
$29.97 ✓pri

Ad feedback 💬



Ad feedback 💬

---

## Customer Questions & Answers

See questions and answers

DTC0002072

## 4,911 customer reviews

⭐⭐⭐⭐☆ 4.2 out of 5 stars ⌄

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 3% |
| 1 star | | 11% |

### By feature

| | | |
|---|---|---|
| Easy to use | ⭐⭐⭐⭐⯪ | 4.6 |
| Value for money | ⭐⭐⭐⭐⯪ | 4.6 |
| Safety Features | ⭐⭐⭐⭐⯪ | 4.5 |

⌄ See more

### By customer groups & interests ⦾

| | | |
|---|---|---|
| Automotive | ⭐⭐⭐⭐☆ | 4.1 |
| Car Care | ⭐⭐⭐⭐☆ | 4.1 |
| Cameras | ⭐⭐⭐⭐☆ | 4.2 |

Is this feature helpful?   [ Yes ]   [ No ]

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Customer images



See all customer images

### Read reviews that mention

[ easy to use ] [ deep cycle ] [ fully charged ] [ battery charger ] [ lead acid ]

[ fully charge ] [ back to life ] [ highly recommend ] [ repair mode ] [ well made ]

[ completely dead ] [ great charger ] [ new battery ] [ brand new ]

**Showing 1-8 of 4,911 reviews**

[ Top Reviews ⌄ ]

⚪ AW

⭐☆☆☆☆ **Stay away -- terrible and lengthy warranty process**
January 5, 2018
Size: 3.5 Amp | **Verified Purchase**

I had to post this because If I could rate this 0 stars I would. The unit worked great until it died. Yes there is a 5-year warranty but you have to write a check (yes a physical check) to the company to cover the cost of any upgrades made to the product line since your unit was made. Additionally, the warranty process is ridiculous so good luck getting your unit back. It has now been two months and still not had my unit sent back.....

661 people found this helpful

[ Helpful ] | Comment | Report abuse

DTC0002073

Amazon.com: NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer: Automotive



28 PALMS

Paradise in your closet

Exclusively on Amazon

See More

Ad feedback 💬

Kenneth A. Edelstein

★★★★★ **Resurrection - it IS able to awake a VERY VERY dead battery**

April 1, 2017

Size: 3.5 Amp | Verified Purchase

I attached my cheepo float charger to maintain my 74 Honda CB360 battery. OOPS, dummy me forgot to plug in the charger! Three months later not only is the battery dead, also 2 of the cells are BONE dry. I put in distilled water to raise the 12Amp "flooded wet cell" liquid level to midpoint between the lines at the top. I attached a Fluke voltmeter and saw 3 volts, ouch - 50 or so for a new battery. I thought of my G3500 V2 (with "repair") and thought "why not". To my surprise it started to charge - took a mighty long time - about 14 hours on low setting. Next I ran "repair" till a green light (about 4 hours). As there was some "condensed solids" at the bottom of some cells, I made a marathon effort. I alternated between repair and low charge for three days, slowly as the bubbles rose; the solids dissolved and the bottom cleared. I was stunned. Would it start the long sitting cycle, and if so would the charge last at least a week? YES to both! Frankly, I was 99% on the way to just ordering a new battery. I probably would but for the fact that my ancient 74 bike has a "kick starter". I am delighted with what the G3500 V2 did. A click on "this was helpful" would be appreciated.

1,439 people found this helpful

| Helpful | | Comment | Report abuse |

jhusome

★☆☆☆☆ **All was fine, when I looked out to see smoke coming ...**

February 4, 2017

Size: 3.5 Amp | Verified Purchase

If I had written his review yesterday I would have given it 5 stars. It has worked spectacularly. This said, today I was charing my truck battery. All was fine, when I looked out to see smoke coming out of my hood. The thing was fully on fire! I am so lucky I saw it in time. I could have started a serious fine. I am hoping I can get my money back, but I don't even know what the warranty is.

This thing is dangerous!



573 people found this helpful

| Helpful | | Comment | Report abuse |

Amazon Customer

★☆☆☆☆ **not in the same league as CTEK's. it is more a cheap toy than a tool.**

February 19, 2018

Size: .75 Amp | Verified Purchase

this is cheaply made. kept showing one battery had a short BUT using a CTEK it charged the battery and all was ok. the NOCO has an intergrated eyelet which is very impractical. the manual is deficeint in describing things, confusing. i returned and bought a CTEK which is so far superior, no wonder it is recommended by mercedez, bmw, jaguar and used in jay leno's garage. it has seperate clips and eyelt cords, a carrying case, a nice manual, easier to use and understand, shows exactky what is being done by the charger. the CTEK 'fixed' batteries that the NOCO simply showed an error code, such as battery short. i wiould never buy nor recommend the NOCO. those that gave high reviews must never have used the CTEK. the quality, workmnship, ease of use is truly night and day to the much lesser NOCO. when i tried to contact NOCO for explanation on how to use and whatwas meant in the manual

DTC0002074

(which is a small hard to read single piece of paper, it took a week for a response. then the tech had no idea of the error signals or able to clarify the manual. their warranty seems to me near a sham; you have to pay return fees and the unit is prorated.

100 people found this helpful

Helpful | Comment | Report abuse

 Reitus

⭐☆☆☆☆ **One charge is all it would do.**
May 11, 2017
Size: 7.2 Amp | Verified Purchase

I purchased the NOCO Genius G7200 from Auto TrenDs in late October 2016. I "repaired" an old battery that was in a work truck that had been sitting for over a year. The battery is still working to this day so the NOCO did the trick. However, when i got the charger out to charge my boat battery the first week in May it didnt work. There was a high pitch sound coming from the NOCO. It wouldn't charge the battery. I got one use out of this $90 charger. I am attempting to return the unit to the Amazon seller Auto TrenDs, so far they have not responded.

225 people found this helpful

Helpful | Comment | Report abuse

 John S.

⭐⭐☆☆☆ **pretty on the outside, not so pretty on the inside.....**
February 11, 2017
Size: 3.5 Amp | Verified Purchase

After 5 years and 2 months of use...maintainng motor cycle (small battery).
I needed to use it on a full sized battery...
I press the mode button and it does nothing, press a few more time and it goes into standy mode and never comes out again.
try to hook to no battery/good battery/bad battery ...no difference. Stuck in Standby mode.
So I dont know when the mode cycling feature failed.
btw, to use warranty you need to pay for shipping, and after 2.5 years 35% of the cost of the product.....

Since I was not going to returnit I opened up the unit and found one of the worst soldering jobs ever.
The outside if the unit is very pretty the inside very poorly soldered .....
I found a cut terminal lead loose/lightly tacked onto motherboard near the mode button.

With the quality of the soldering of this unit, I would not call it ulta-safe.....



328 people found this helpful

Helpful | Comment | Report abuse

 Jon W

⭐⭐⭐☆☆ **Will NOT work on a fully discharged battery**
January 28, 2017

DTC0002075

Amazon.com: NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer: Automotive

Size: 7.2 Amp    **Verified Purchase**

I bought this back in Sept and today is the first occasion I've had to use it. The better half hasn't been driving her Mustang, and as a result the battery went dead. Completely dead. So I unboxed the Genius and hooked it up. Despite numerous attempts, the only light that would come on was the straight power light. I thought I had read something on here about it not working on a fully discharged battery, so I hooked up my Battery Tender and let it work for a few hours. Then there was enough juice in the battery for the Genius to work. It fully charged the battery in about 5 hours. So the description is misleading when it says it will charge a completely dead battery, because it will NOT. So I f this is your only battery charger and you have a fully discharged battery, you're out of luck. Which is not Genius, it's stupid. That's a glaring and unforgivable oversight for a $100 battery charger. Sometimes the old way is not so bad. If you buy the this battery charger, don't toss your old one. You may need the old low-tech dog to get this high-tech kid going.

163 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

**See all 4,911 reviews ›**

[ Write a customer review ]

**Pages with related products.** See and discover other items: lithium ion car battery, boat marine accessories, `battery tender, bike wheel lights, Best Rated in Boat Electrical Equipment, Best Rated in Boat Battery Chargers

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer

[ Set up a giveaway ]



Ad feedback

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime



**DTC0002077**

**PX-057B**



SORRY
we couldn't find that page

Try searching or go to Amazon's home page.



Corbin
Meet the dogs of Amazon

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-057B

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

**DTC0002078**

**PX-058A**



Automotive › Tools & Equipment › Jump Starters, Battery Chargers & Portable Power › Battery Chargers



Roll over image to zoom in

## NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer

by NOCO

★★★★☆   4,910 customer reviews   |   1000+ answered questions

List Price: ~~$74.95~~
Price: **$59.95** & FREE Shipping. Details
You Save: **$15.00 (20%)**

Size: **3.5 Amp**

| .75 Amp $29.95 | 1.1 Amp $39.95 | **3.5 Amp $59.95** | 4-Bank 4.4 Amp $179.95 |
| 7.2 Amp $98.96 | 15 Amp $159.95 | 26 Amp $199.95 | |

- The most versatile all-in-one battery charger any vehicle owner would need to quickly recharge its battery in hours, including cars, boats, trucks, RVs, tractors and much more up to 120 amp-hours.
- Perfect for keeping your vehicles fully-charged and maintained during year-round battery maintenance or long-term storage for improved performance and longevity.
- Works with all types of 6-volt and 12-volt lead-acid batteries, including Wet, Gel, and AGM, or any common automotive, deep-cycle, marine, or maintenance-free battery.
- Keep your battery fully charged without worry or overcharge. Simply plug-in and let our advanced charging technology automatically monitor and maintain your battery.
- Use our advanced Repair Mode to reverse the damaging effects when batteries are left uncharged for extended periods to improve battery performance and longevity.
- An optimized charge mode for safely charging and maintaining 12-volt lithium-ion batteries, and recommended with use on lithium batteries with an internal BMS.
- One of the most advanced and safest battery chargers, including spark-proof technology, and reverse polarity protection, plus backed by our 5-year warranty and endless accessories.

▾ See more product details

Compare with similar items

Used & new (61) from $49.06 & FREE shipping. Details

 **PillPack** Your medication, delivered    Learn more ›

**Save on AmazonBasics and SupplyMaster Safety Gear**


SupplyMaster
Disposable


AmazonBasics
Blue Light


AmazonBasics
Noise

### Buy new: $59.95

& FREE Shipping. Details

Want it tomorrow, July 12? Order within **7 hrs 11 mins** and choose **One-Day Shipping** at checkout. Details

**In Stock.**

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

Ships from and sold by Amazon.com.

✔prime

Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime

Click here and start saving today with Fast, FREE Delivery

Gift-wrap available.

📍 Deliver to Washington 20001

○ Buy used: $49.06

Add to List

Share ✉ f 🐦 📌   4K+ Shares

**Other Sellers on Amazon**

$59.95   [ Add to Cart ]
& FREE Shipping on eligible orders. Details
Sold by: PriceGrab

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-058A**

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

DTC0002079

Exam Nitrile
Gloves, 400
pk $24.30

Blocking
Safety
Glasses, 12pk
$51.41

Reduction
Safety
Earmuffs
$11.96

**$59.95**   [Add to Cart]
& **FREE Shipping** on
eligible orders. Details
Sold by: Gifts Universe

**$59.95**   [Add to Cart]
+ Free Shipping
Sold by: CPO Outlets

Used & new (61) from $49.06 & FREE
shipping. Details

Have one to sell?   [Sell on Amazon]

## Frequently bought together



Total price: **$81.89**

[Add all three to Cart]

[Add all three to List]

☑ **This item:** NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer $59.95
☑ NOCO GC004 X-Connect 10-Foot Extension $13.95
☑ NOCO GC009 X-Connect SAE Adapter $7.99

## Sponsored products related to this item

Page 1 of 124













Aproca Hard Travel
carrying Case Compatible
with NOCO Genius G3500
6V/12V 3.5A Ultr...
★★★★★ 6
$11.77 ✓prime

NOCO Boost Plus GB40
1000 Amp 12V UltraSafe
Lithium Jump Starter for
up to 6L Gasol...
★★★★½ 4,280
$99.00 ✓prime

MICTUNING Level 2 EV
Quick Charger (85~265V,
16A, 25FT), LED Display
EVSE Electric ...
$189.99 ✓prime

JUMTOP QDSP 3000A
Peak 22000mAh Portable
Car Jump Starter-UL
Certified (10L Gas/8L ...
★★★★½ 165
$129.99 ✓prime

QDSP 1500A Peak
Portable Lithium Car Jump
Starter (up to 8.0L Gas and
6.2L Diesel) ...
★★★★★ 21
$89.99 ✓prime

CTEK 40-206 MXS 5.0-12
Volt Battery Charger
★★★★½ 83
$66.05 ✓prime

Automatic Battery
Charger Maintain...
1500mA Smart Fl
Battery Charger...
★★★½ 17
$14.99 ✓prime

Ad feedback 💬

## What other items do customers buy after viewing this item?


Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge
and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by
Trickle Chargers
★★★★½ 4,933
$45.03 ✓prime


NOCO GC002 X-Connect Eyelet Terminal
★★★★☆ 1,032

CTEK (56-158) MULTI US 3300 12 Volt Fully Automatic 4 Step Battery Charger
★★★★½ 777
$47.92 ✓prime


CTEK 40-206 MXS 5.0-12 Volt Battery Charger
★★★★½ 83
$66.05 ✓prime

See all vehicles this product fits.



*Powerful natural
omega-3 oils for
your pets*

Grizzly Omega Health for Dogs & Cats,
Wild Salmon Oil/Pollock Oil Omega-3 ...
162
$17.50 ✓prime

Ad feedback 💬

## Compare with similar items

  

| | | | | |
|---|---|---|---|---|
| | **This item** NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer | Battery Tender 12 Volt Junior Automatic Battery Charger | Schumacher SC1281 6/12V Fully Automatic Battery Charger and 30/100A Engine Starter with Advanced Diagnostic Testing | Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by Trickle Chargers |
| | | #1 Best Seller | | |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (4910) | ★★★★½ (9131) | ★★★★½ (122) | ★★★★½ (4933) |
| Price | $59.95 | $25.99 | $69.75 | $45.03 |
| Shipping | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 |
| Sold By | Amazon.com | Amazon.com | Amazon.com | Amazon.com |
| Item Dimensions | 7.7 x 2.7 x 1.9 in | 8 x 4 x 9 in | 11 x 10 x 8 in | 11 x 4 x 11 in |

## Special offers and product promotions

Size: 3.5 Amp

- **Your cost could be $9.95 instead of $59.95**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**WARNING:** California's Proposition 65

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product information

Size: **3.5 Amp**

### Technical Details

| | |
|---|---|
| Brand | NOCO |
| Model | G3500 |

### Additional Information

| | |
|---|---|
| ASIN | B004LWVEKS |
| Customer Reviews | ★★★★☆ ▾   4,910 customer reviews<br>4.2 out of 5 stars |

DTC0002081

| | |
|---|---|
| Item Weight | 2.15 pounds |
| Product Dimensions | 7.7 x 2.7 x 1.9 inches |
| California residents | Click here for Proposition 65 warning |
| Item model number | G3500 |
| Batteries | 1 Lithium Metal batteries required. |
| Manufacturer Part Number | G3500 |
| OEM Part Number | BC 90-8162# |
| ABPA Partslink Number | 13 |
| Folding | No |
| Cover Included | G3500 UltraSafe Battery Charger, Battery Clamps with Integrated Eyelet Terminals, User Guide, 5-Year Limited Warranty |
| Amperage | 3.5 A |
| Voltage | 12 volts |

| | |
|---|---|
| Best Sellers Rank | #838 in Automotive (See Top 100 in Automotive) |
| | #14 in Battery Chargers |
| | #158 in Automotive Replacement Parts |
| Shipping Weight | 2.15 pounds (View shipping rates and policies) |
| Date First Available | July 7, 2004 |

## Warranty & Support

Warranty, Parts: Parts

Product Warranty: For warranty information about this product, please click here. [PDF ]

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Technical Specification

Specification Sheet [pdf ]
User Guide [pdf ]

## Product and related videos   |   Upload your video



**Heavy Duty cheap Best 12v car battery charge…**
Beth P.



**Decent charger. easy to use. And lot of options.**
Supreet N.

## Important information

**Legal Disclaimer**

CALIFORNIA WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov

## Product description

Size:**3.5 Amp**

NOCO Genius smart battery chargers are some of the safest and most advanced on the market. One of our best, the G3500 3.5 Amp is designed to charge 6-volt and 12-volt lead-acid and lithium-ion batteries up to 120Ah. It can also effectively maintain automotive, marine, RV, power sport, lawn & garden and deep-cycle batteries. It charges 2x faster than ordinary battery chargers, can repair damaged batteries and is designed for use with micro-hybrid start-stop vehicles and CANBUS electrical systems. Guided by an onboard microcomputer, the G3500 monitors battery activity for safe and efficient charging, automatically minimizes energy consumption and provides redundant levels of safety protection, including spark-proof technology, as well as reverse polarity and overcharge protection. It can remain safely connected 24/7, while its streamlined design makes it ultra-compact, portable, and incredibly lightweight. The G3500 features external mounting holes and a rubberized base that avoids surface slipping and scratches, while remaining impact, UV and water-resistant (IP65). Intuitive LED indicators provide visual state-of-charge feedback and diagnostic information, even when in maintenance mode. Designed for use on 120-volt 50-60Hz electrical systems, the G3500 includes both X-Connect battery clamps with integrated eyelet terminals, as well as a 5-year limited warranty. Other commonly used search terms include: 12 volt battery charger, 12 volt battery maintainer, 12 volt motorcycle trickle charger, 12 volt trickle charger, 12v 24v battery charger, 12v auto battery charger, 12v battery charger, 12v battery trickle charger, 12v car battery charger, 12v trickle charger, 24 volt battery charger, 24 volt trickle charger, 24v 12v battery charger, 24v battery and charger, 24v battery charger, 24v battery chargers, 24v trickle charger, auto battery charger, automobile battery charger, automotive battery chargers, battery charger, battery charger 12v, battery charger auto, battery charger automotive, battery charger car, battery charger for car, battery charger for cars, battery charger portable, battery charger scooter, battery chargers, battery chargers automotive, battery desulfator, battery maintainer 12 volt, battery tender, battery tender junior, battery tender usb, battery trickle charger, battery trickle charger with float mode, car battery charger, car battery charger and starter, car battery charger maintainer, car battery charger portable, car battery charger with jump start, car battery chargers, car battery chargers 12 volt, car battery maintainer, car battery tender, car battery trickle charger, Harley Davidson trickle charger, lawn mower battery charger, marine battery charger, marine battery trickle charger, mini car battery charger, motorcycle battery maintainer, motorcycle battery tender, motorcycle trickle charger, noco, noco battery, noco battery charger, noco genius, noco genius chargers, noco genius ultra safe smart battery chargers, portable auto battery charger, portable battery charger, portable car battery charger, portal car battery charger, rv solar 12v battery charger, smart battery charger, solar 12v battery charger, solar 12v car battery charger, solar battery charger, solar battery maintainer, solar battery maintainer 12 volt, solar car battery charger, solar car battery charger, solar power 12v battery charger, solar trickle charger, trickle battery charger, trickle charger, trickle charger car battery, trickle charger for atv, trickle charger for boat battery, trickle charger for car battery, trickle charger for motorcycle, trickle chargers, trickle chargers for 12 volt batteries, waterproof trickle charger

DTC0002082

**From the manufacturer**




**The NOCO Genius G3500 is a portable automatic battery charger and maintainer**






7 Chargers In One

Designed for charging starter and deep-cycle 12V and 6V lead-acid batteries, including COLD/AGM mode and 12V lithium.

Diagnostics

Intuitive visual diagnostic tool for detecting reverse polarity, low-voltage or damaged batteries.

Recovery

Applies a high-voltage pulse charge when low-voltage, sulfation or lost capacity is detected.

CANbus

Automatically enables the charging port to charge CANbus systems.



DTC0002083

**Protects against reverse polarity, overcharging, open-circuits, short-circuits, and overheating.**



**Maintenance Plus**

Keeps the battery fully charged without overcharging, indefinitely.



**Optimization**

Stabilizes internal battery chemistry for increased performance and longevity.



**Interactive**

Alters the charging process based on organic battery feedback.



**Energy-Save**

Minimizes energy consumption when full power is not needed.



| Model | G750 | G1100 | G3500 | G7200 | G15000 | G26000 |
|---|---|---|---|---|---|---|
| Power | 0.75A | 1.1A | 3.5A | 7.2A | 15A | 26A |
| Battery Voltage | 6V & 12V | 6V & 12V | 6V & 12V | 12V & 24V | 12V & 24V | 12V & 24V |
| Cold/AGM Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12V Lithium Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Small Battery Mode | | | ✓ | | | |
| 12V Repair Mode | | | ✓ | ✓ | ✓ | ✓ |
| 12V Supply Mode | | | | ✓ | ✓ | ✓ |
| 12V AGM+ | | | | ✓ | ✓ | ✓ |
| JumpCharge Vehicle Starting | | | | | ✓ | ✓ |

**Customers also shopped for**

     

**Sponsored products related to this item**



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

ProMariner 43021 ProSport 20+ Generation 3 20 Amp, 12/24/36 Volt, 3 Bank Battery Ch...
★★★★½ 306
$149.58 ✓prime

Aproca Hard Travel carrying Case Compatible with NOCO Genius G3500 6V/12V 3.5A Ultr...
★★★★★ 6
$11.77 ✓prime

NOCO Genius GENM3 12 Amp 3-Bank On-Board Battery Charger
★★★★☆ 1,132
$149.95 ✓prime

JUMTOP QDSP N12 2500A Peak 20800mAh Portable Car Jump Starter (8.0L Gas/6.5L Diesel...
★★★★½ 381
$94.99 ✓prime

JUMTOP QDSP 2500A Peak 20800mAh Portable Car Jump Starter (8.0L Gas/6.5L Diesel Eng...
★★★★★ 29
$96.99 ✓prime

Schumacher SC1304 6/12V Fully Automatic Battery Charger and 3/15A Maintainer
★★★★½ 207
$74.99 ✓prime

JUMTOP QDSP 3000A Peak 22000mAh Portable Car Jump Starter-UL Certified (10L Gas/8L ...
★★★★½ 165
$129.99 ✓prime

Mroinge MBC055 6V/12V 5.5A Smart Vehicle Battery Charger Maintainer for Cars Motorc...
★★★★½ 379
$34.96 ✓prime

BEATIT G18 QDS 2000Amp Peak Portable Jump S to 8.0L Gas and
★★★★½ 45
$99.99 ✓prime

Ad feedback 🗩



Ad feedback 🗩

## Customer Questions & Answers

See questions and answers

**DTC0002085**

## 4,911 customer reviews

★★★★☆ 4.2 out of 5 stars ⌄

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 3% |
| 1 star | | 11% |

### By feature

| | | |
|---|---|---|
| Easy to use | ★★★★★ | 4.6 |
| Value for money | ★★★★★ | 4.6 |
| Safety Features | ★★★★★ | 4.5 |

⌄ See more

### By customer groups & interests ⓘ

| | | |
|---|---|---|
| Automotive | ★★★★☆ | 4.1 |
| Car Care | ★★★★☆ | 4.1 |
| Cameras | ★★★★☆ | 4.2 |

Is this feature helpful?   [ Yes ]   [ No ]

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



GOODTHREADS

Crafted with care.
From $25
›Shop now

Ad feedback 💬

### Customer images



See all customer images

### Read reviews that mention

[ easy to use ] [ deep cycle ] [ fully charged ] [ battery charger ] [ lead acid ]
[ fully charge ] [ back to life ] [ highly recommend ] [ repair mode ] [ well made ]
[ completely dead ] [ great charger ] [ new battery ] [ brand new ]

Showing 1-8 of 4,911 reviews

[ Top Reviews ⌄ ]

⚪ AW

★☆☆☆☆ **Stay away — terrible and lengthy warranty process**
January 5, 2018
Size: 3.5 Amp   **Verified Purchase**

I had to post this because If I could rate this I would. The unit worked great until it died. Yes there is a 5-year warranty but you have to write a check (yes a physical check) to the company to cover the cost of any upgrades made to the product line since your unit was made. Additionally, the warranty process is ridiculous so good luck getting your unit back. It has now been two months and still not had my unit sent back.....

661 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

⚪ Kenneth A. Edelstein

★★★★★ **Resurrection - it IS able to awake a VERY VERY dead battery**
April 1, 2017
Size: 3.5 Amp   **Verified Purchase**

I attached my cheepo float charger to maintain my 74 Honda CB360 battery. OOPS, dummy me forgot to plug in the charger! Three months later not only is the battery dead, also 2 of the cells are BONE dry. I put in distilled water to raise the 12Amp "flooded wet cell" liquid level to midpoint between the lines at the top. I attached a Fluke voltmeter and saw 3 volts, ouch - 50 or so for a new battery. I thought of my G3500 V2 (with "repair") and thought "why not". To my surprise it started to charge - took a mighty long time - about 14 hours on low setting. Next I ran "repair" till a green light (about 4 hours). As there was some "condensed solids" at the bottom of some cells, I made a marathon effort. I alternated between repair and low charge for three days, slowly as the bubbles rose; the solids dissolved and the bottom cleared. I was stunned. Would it start the long sitting cycle, and if so would the charge last at least a week? YES to both!! Frankly, I was 99% on the way to just ordering a new battery. I probably would but for the fact that my ancient 74 bike has a "kick starter". I am delighted with what the G3500 V2 did. A click on "this was helpful" would be appreciated.

1,439 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

⚪ jhusome

**DTC0002086**

⭐☆☆☆☆ **All was fine, when I looked out to see smoke coming ...**

February 4, 2017

Size: 3.5 Amp | <span style="color:orange">Verified Purchase</span>

If I had written his review yesterday I would have given it 5 stars. It has worked spectacularly. This said, today I was charing my truck battery. All was fine, when I looked out to see smoke coming out of my hood. The thing was fully on fire! I am so lucky I saw it in time. I could have started a serious fine. I am hoping I can get my money back, but I don't even know what the warranty is.

This thing is dangerous!



573 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

 Amazon Customer

⭐☆☆☆☆ **not in the same league as CTEK's. it is more a cheap toy than a tool.**

February 19, 2018

Size: .75 Amp | <span style="color:orange">Verified Purchase</span>

this is cheaply made. kept showing one battery had a short BUT using a CTEK it charged the battery and all was ok. the NOCO has an intergrated eyelet which is very impractical. the manual is defecient in describing things, confusing. i returned and bought a CTEK which is so far superior, no wonder it is recommended by mercedez, bmw, jaguar and used in jay leno's garage. it has seperate clips and eyelt cords, a carrying case, a nice manual, easier to use and understand, shows exactky what is being done by the charger. the CTEK 'fixed' batteries that the NOCO simply showed an error code, such as battery short. i wiould never buy nor recommend the NOCO. those that gave high reviews must never have used the CTEK. the quality, workmnship, ease of use is truly night and day to the much lesser NOCO. when i tried to contact NOCO for explanation on how to use and whatwas meant in the manual (which is a small hard to read single piece of paper, it took a week for a response. then the tech had no idea of the error signals or able to clarify the manual. their warranty seems to me near a sham; you have to pay return fees and the unit is prorated.

100 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

 Reitus

⭐☆☆☆☆ **One charge is all it would do.**

May 11, 2017

Size: 7.2 Amp | <span style="color:orange">Verified Purchase</span>

I purchased the NOCO Genius G7200 from Auto TrenDs in late October 2016. I "repaired" an old battery that was in a work truck that had been sitting for over a year. The battery is still working to this day so the NOCO did the trick. However, when i got the charger out to charge my boat battery the first week in May it didnt work. There was a high pitch sound coming from the NOCO. It wouldn't charge the battery. I got one use out of this $90 charger. I am attempting to return the unit to the Amazon seller Auto TrenDs, so far they have not responded.

225 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

 John S.

⭐⭐☆☆☆ **pretty on the outside, not so pretty on the inside.....**

February 11, 2017

Size: 3.5 Amp | <span style="color:orange">Verified Purchase</span>

After 5 years and 2 months of use...maintaining motor cycle (small battery).
I needed to use it on a full sized battery...
I press the mode button and it does nothing, press a few more time and it goes into standy mode and never comes

DTC0002087

out again.

try to hook to no battery/good battery/bad battery ...no difference. Stuck in Standby mode.

So I dont know when the mode cycling feature failed.

btw, to use warranty you need to pay for shipping, and after 2.5 years 35% of the cost of the product.....

Since I was not going to returnit I opened up the unit and found one of the worst soldering jobs ever.
The outside if the unit is very pretty the inside very poorly soldered .....
I found a cut terminal lead loose/lightly tacked onto motherboard near the mode button.

With the quality of the soldering of this unit, I would not call it ulta-safe.....

328 people found this helpful

| Helpful |   |   Comment   |   Report abuse |

Jon W

★★★☆☆ **Will NOT work on a fully discharged battery**

January 28, 2017

Size: 7.2 Amp    **Verified Purchase**

I bought this back in Sept and today is the first occasion I've had to use it. The better half hasn't been driving her Mustang, and as a result the battery went dead. Completely dead. So I unboxed the Genius and hooked it up. Despite numerous attempts, the only light that would come on was the straight power light. I thought I had read something on here about it not working on a fully discharged battery, so I hooked up my Battery Tender and let it work for a few hours. Then there was enough juice in the battery for the Genius to work. It fully charged the battery in about 5 hours. So the description is misleading when it says it will charge a completely dead battery, because it will NOT. So I f this is your only battery charger and you have a fully discharged battery, you're out of luck. Which is not Genius, it's stupid. That's a glaring and unforgivable oversight for a $100 battery charger. Sometimes the old way is not so bad. If you buy this battery charger, don't toss your old one. You may need the old low-tech dog to get this high-tech kid going.

163 people found this helpful

| Helpful |   |   Comment   |   Report abuse |

See all 4,911 reviews ›

| Write a customer review |

**Pages with related products.** See and discover other items: car maintenance tools, boat parts marine, boating fishing, motorcycle wheel lights, auto scratch repair, ultra racing

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer

| Set up a giveaway |

DTC0002088

Ad feedback



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English          United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Into Entertainment Professionals Need | Indie Digital Publishing Made Easy | FREE 2-hour Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

DTC0002089

# PX-058B





Assam
Meet the dogs of Amazon

U.S. District Court
Middle District of Florida

PLAINTIFF'S EXHIBIT

Exhibit Number: PX-058B

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

**PX-059A**





Roll over image to zoom in

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-059A

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

## NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer
by NOCO

★★★★☆  4,911 customer reviews | 1000+ answered questions

Price: **$98.96** & FREE Shipping. Details

Size: **7.2 Amp**

| .75 Amp $29.95 | 1.1 Amp $39.95 | 3.5 Amp $59.95 | 4-Bank 4.4 Amp $179.95 |
| 7.2 Amp $98.96 | 15 Amp $159.95 | 26 Amp $199.95 | |

- The most versatile all-in-one battery charger any vehicle owner would need to quickly recharge its battery in hours, including cars, boats, trucks, RVs, tractors and much more up to 230 amp-hours.
- Perfect for keeping your vehicles fully-charged and maintained during year-round battery maintenance or long-term storage for improved performance and longevity.
- Works with all types of 12-volt and 24-volt lead-acid batteries, including Wet, Gel, and AGM, or any common automotive, deep-cycle, marine, or maintenance-free battery.
- Keep your battery fully charged without worry or overcharge. Simply plug-in and let our advanced charging technology automatically monitor and maintain your battery.
- Use our advanced Repair Mode to reverse the damaging effects when batteries are left uncharged for extended periods to improve battery performance and longevity.Power Consumption:132 Watts (Max)
- Convert the battery charger into a 5-amp constant-current, constant-voltage power supply for maintaining onboard computer member during battery changes or as a DC power source.
- An optimized charge mode for safely charging and maintaining 12-volt lithium-ion batteries, and recommended with use on lithium batteries with an internal BMS.
- One of the most advanced and safest battery chargers, including spark-proof technology, and reverse polarity protection, plus backed by our 5-year warranty and endless accessories.

› See more product details

Compare with similar items

Used & new (52) from $85.63 & FREE shipping. Details



**Did you know?**
Amazon has FREE Samples Learn more ›

**Save on AmazonBasics and SupplyMaster Safety Gear**

  





Buy new: $98.96
& FREE Shipping. Details

Want it tomorrow, July 12? Order within 7 hrs 10 mins and choose One-Day Shipping at checkout. Details

In Stock.

Qty: 1

**Add to Cart**

**Buy Now**

Ships from and sold by Amazon.com.

prime
Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime
Click here and start saving today with Fast, FREE Delivery

Gift-wrap available.

Deliver to Washington 20001

Buy used: $85.63

Add to List

Share 🖂 f 🐦 📌 4K+ Shares

**Other Sellers on Amazon**

$99.95   Add to Cart
& FREE Shipping. Details on eligible orders.
Sold by: PriceGrab

SupplyMaster Disposable Exam Nitrile Gloves, 400 pk $24.30

AmazonBasics Blue Light Blocking Safety Glasses, 12pk $51.41

AmazonBasics Noise Reduction Safety Earmuffs $11.96

$99.95
& FREE Shipping on eligible orders. Details
Sold by: Active Trade

[Add to Cart]

$99.95
& FREE Shipping on eligible orders. Details
Sold by: AlphaStereo

[Add to Cart]

Used & new (52) from $85.63 & FREE shipping. Details

Have one to sell? [Sell on Amazon]

## Frequently bought together



Total price: **$129.90**

[Add all three to Cart]
[Add all three to List]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer **$98.96**
☑ LTGEM EVA Hard Case Compatible with NOCO Genius G7200 12V/24V 7.2A UltraSafe Smart Battery Charger... **$16.99**
☑ NOCO GC004 X-Connect 10-Foot Extension **$13.95**



3 PACK

Ceptics
connecting the world

*Europe Uses more than 1 Type - Try this Instead*

Ceptics European Travel Adapter Set 2 in 1 USA to Europe, Germany, England...
2,379
$10.99 ✓prime

Ad feedback

## Sponsored products related to this item

Page 1 of 131


NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasol...
⭐ 4,280
$99.00 ✓prime


QDSP 1500A Peak Portable Lithium Car Jump Starter (up to 8.0L Gas and 6.2L Diesel) ...
⭐ 21
$89.99 ✓prime


JUMTOP QDSP 3000A Peak 22000mAh Portable Car Jump Starter-UL Certified (10L Gas/8L ...
⭐ 165
$129.99 ✓prime


CTEK 40-206 MXS 5.0-12 Volt Battery Charger
⭐ 83
$66.05 ✓prime


MICTUNING Level 2 EV Quick Charger (85-265V, 16A, 25FT), LED Display EVSE Electric ...
$189.99 ✓prime


JUMTOP E18 2000A Peak Portable Car Jump Starter (8.0L Gas/6.5L Diesel Engine) Auto ...
⭐ 34
$89.99 ✓prime

Automatic Battery Charger Maintaine 1500mA Smart Fl Battery Charge...
⭐ 17
$14.99 ✓prime

Ad feedback 💬

## What other items do customers buy after viewing this item?



NOCO GC002 X-Connect Eyelet Terminal
★★★★☆ 1,032



CTEK (56-353) MULTI US 7002 12-Volt Battery Charger
★★★★☆ 565
$111.96 ✓prime



NOCO GC004 X-Connect 10-Foot Extension
★★★★☆ 1,032
$13.95 ✓prime



Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by Trickle Chargers
★★★★☆ 4,933
$45.03 ✓prime

See all vehicles this product fits.

## Compare with similar items






| | This item NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer | CTEK (56-353) MULTI US 7002 12-Volt Battery Charger | Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by Trickle Chargers | Ampeak 2/8/15A 12V Smart Battery Charger/Maintainer Automatic with Winter Mode |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (4910) | ★★★★☆ (565) | ★★★★☆ (4933) | ★★★★☆ (241) |
| Price | $98⁹⁶ | $111⁹⁶ | $45⁰³ | $60⁹⁹ |
| Shipping | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 |
| Sold By | Amazon.com | Amazon.com | Amazon.com | AMPEAK-US |
| Item Dimensions | — | 7.52 x 3.5 x 1.89 in | 11 x 4 x 11 in | 9.76 x 5.29 x 3.91 in |

## Special offers and product promotions

Size: **7.2 Amp**

• **Your cost could be $48.96 instead of $98.96!** Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

**WARNING:** California's Proposition 65

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product information

Size: **7.2 Amp**

### Technical Details

| | |
|---|---|
| Brand | NOCO |
| Model | G7200 |
| Item Weight | 1.8 pounds |
| Product Dimensions | 4.3 x 5 inches |
| California residents | Click here for Proposition 65 warning |
| Item model number | G7200 |
| Batteries | 1 Lithium Metal batteries required. (included) |
| Manufacturer Part Number | G7200 |
| OEM Part Number | G7200 |
| Folding | No |
| Cover Included | G7200 Battery Charger and Maintainer, GC001 Battery Clamps w/ Integrated Eyelets, User Guide & Warranty Information |
| Amperage | 7.2 A |
| Voltage | 12 volts |

### Technical Specification

User Guide [pdf]
Specification Sheet [pdf]

## Product and related videos (0)   Upload your video



**Be the first video**
Your name here

### Additional Information

| | |
|---|---|
| ASIN | B004LWTHP2 |
| Customer Reviews | ★★★★☆ ∨   4,911 customer reviews  4.2 out of 5 stars |
| Best Sellers Rank | #2,340 in Automotive (See Top 100 in Automotive) #24 in Battery Chargers #69 in Automotive Replacement Batteries & Accessories |
| Shipping Weight | 2.85 pounds (View shipping rates and policies) |
| Domestic Shipping | Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. |
| International Shipping | This item can be shipped to select countries outside of the U.S. Learn More |
| Date First Available | July 7, 2004 |

### Warranty & Support

Warranty, Parts: Parts

Product Warranty: For warranty information about this product, please click here [PDF ]

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Important information

**DTC0002094**

**Legal Disclaimer**
CALIFORNIA WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov

## Product description

Size:**7.2 Amp**

NOCO Genius smart battery chargers are some of the safest and most advanced on the market. One of our best, the G3500 3. 5 Amp is designed to charge 6-volt and 12-volt lead-acid and lithium-ion batteries up to 120Ah. It can also effectively maintain automotive, marine, RV, power sport, lawn & garden and deep-cycle batteries. It charges 2x faster than ordinary battery chargers, can repair damaged batteries and is designed for use with micro-hybrid start-stop vehicles and CANBUS electrical systems. Guided by an onboard microcomputer, the G3500 monitors battery activity for safe and efficient charging, automatically minimizes energy consumption and provides redundant levels of safety protection, including spark-proof technology, as well as reverse polarity and overcharge protection. It can remain safely connected 24/7, while its streamlined design makes it ultra-compact, portable, and incredibly lightweight. The G3500 features external mounting holes and a rubberized base that avoids surface slipping and scratches, while remaining impact, UV and water-resistant (IP65). Intuitive LED indicators provide visual state-of-charge feedback and diagnostic information, even when in maintenance mode. Designed for use on 120-volt 50-60Hz electrical systems, the G3500 includes both X-Connect battery clamps with integrated eyelet terminals, as well as a 5-year limited warranty. Other commonly used search terms include:12 volt battery charger, 12 volt battery maintainer, 12 volt motorcycle trickle charger, 12 volt trickle charger, 12v 24v battery charger, 12v auto battery charger, 12v battery trickle charger, 12v car battery charger, 12v trickle charger, 24 volt battery charger, 24 volt trickle charger, 24v 12v battery charger, 24v battery and charger, 24v battery charger, 24v battery chargers, 24v trickle charger, atv battery charger, auto battery charger, automobile battery charger, automotive battery charger, automotive battery chargers, battery charger, battery charger 12v, battery charger auto, battery charger automotive, battery charger car, battery charger for car, battery charger for cars, battery charger portable, battery charger scooter, battery chargers, battery chargers automotive, battery desulfator, battery maintainer, battery maintainer 12 volt, battery tender, battery tender junior, battery tender usb, battery trickle charger, battery trickle charger with float mode, car battery charger, car battery charger and starter, car battery charger maintainer, car battery charger portable, car battery charger with jump start, car battery chargers, car battery chargers 12 volt, car battery maintainer, car battery tender, car battery trickle charger, Harley Davidson trickle charger, lawn mower battery charger, manual battery charger, marine battery charger, marine battery trickle charger, mini car battery charger, motorcycle battery maintainer, motorcycle battery tender, motorcycle trickle charger, noco, noco battery, noco battery charger, noco genius, noco genius chargers, noco genius ultra safe smart battery chargers, portable auto battery charger, portable battery charger, portable car battery charger, portal car battery charger, rv solar 12v battery charger, smart battery charger, solar 12v battery charger, solar 12v car battery charger, solar battery charger, solar battery maintainer, solar battery maintainer 12 volt, solar car battery charger, solar car battery chargers, solar power 12v battery charger, solar trickle charger, trickle battery charger, trickle charger, trickle charger car battery, trickle charger for atv, trickle charger for boat battery, trickle charger for car battery, trickle charger for motorcycle, trickle chargers, trickle chargers for 12 volt batteries, waterproof trickle charger

---

## From the manufacturer




**The Genius G7200 is a portable automatic battery charger**






**8 Chargers In One**

Charges 12V & 24V lead-acid batteries (including AGM and more) and 12V Lithium. Repairs desulfated batteries, charges in cold conditions, and has a 13.6V Supply mode.

**Diagnostics**

Intuitive visual diagnostic tool for detecting reverse polarity, low-voltage or damaged batteries.

**Recovery**

Applies a high-voltage pulse charge when low-voltage, sulfation or lost capacity is detected.

**CANbus**

Automatically enables the charging port to charge CANbus systems.

DTC0002095



**Protects against reverse polarity, overcharging, open-circuits, short-circuits, and overheating.**









Maintenance Plus

Keeps the battery fully charged without overcharging, indefinitely.

Optimization

Stabilizes internal battery chemistry for increased performance and longevity.

Interactive

Alters the charging process based on organic battery feedback.

Energy-Save

Minimizes energy consumption when full power is not needed.



| Model | G750 | G1100 | G3500 | G7200 | G15000 | G26000 |
|---|---|---|---|---|---|---|
| Power | 0.75A | 1.1A | 3.5A | 7.2A | 15A | 26A |
| Battery Voltage | 6V & 12V | 6V & 12V | 6V & 12V | 12V & 24V | 12V & 24V | 12V & 24V |
| Cold/AGM Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12V Lithium Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Small Battery Mode | | ✓ | | | | |
| 12V Repair Mode | | | ✓ | ✓ | ✓ | ✓ |
| 12V Supply Mode | | | | ✓ | ✓ | ✓ |
| 12V AGM+ | | | | ✓ | ✓ | ✓ |
| JumpCharge Vehicle Starting | | | | | ✓ | ✓ |

## Customers who viewed this item also viewed



**NOCO GC002 X-Connect Eyelet Terminal**
★★★★☆ 1,032
38 offers from $8.25



**CTEK (56×353) MULTI US 7002 12-Volt Battery Charger**
★★★★½ 565
$111.96 ✓prime



**NOCO GC004 X-Connect 10-Foot Extension**
★★★★☆ 1,032
$13.95 ✓prime



**LTGEM EVA Hard Case Compatible with NOCO Genius G7200 12V/24V 7.2A UltraSafe Smart...**
★★★★½ 66
$16.99 ✓prime



**NOCO GC008 X-Connect XL Eyelet Terminal**
★★★★☆ 1,032
$9.95 ✓prime



**NOCO GC015 X-Connect 12V Eyelet Battery Indicator**
★★★★☆ 1,032
$8.99 ✓prime

## Sponsored products related to this item

DTC0002097











NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasol...
⭐⭐⭐⭐½ 4,280
$99.00 ✓prime

CTEK 40-206 MXS 5.0-12 Volt Battery Charger
⭐⭐⭐⭐½ 83
$66.05 ✓prime

JUMTOP QDSP 3000A Peak 22000mAh Portable Car Jump Starter-UL Certified (10L Gas/8L ...
⭐⭐⭐⭐½ 165
$129.99 ✓prime

JUMTOP E18 2000A Peak Portable Car Jump Starter (8.0L Gas/6.5L Diesel Engine) Auto ...
⭐⭐⭐⭐⭐ 34
$89.99 ✓prime

JUMTOP QDSP N12 2500A Peak 20800mAh Portable Car Jump Starter (8.0L Gas/6.5L Diesel...
⭐⭐⭐⭐½ 381
$94.99 ✓prime

QDSP 1500A Peak Portable Lithium Car Jump Starter (up to 8.0L Gas and 6.2L Diesel) ...
⭐⭐⭐⭐⭐ 21
$89.99 ✓prime

Ampeak 6V 12V Smart Car Battery Charger and Maintainer 2A 8A Fully Automatic with C...
⭐⭐⭐⭐½ 241
$49.99 ✓prime

JUMTOP QDSP 2500A Peak 20800mAh Portable Car Jump Starter (8.0L Gas/6.5L Diesel Eng...
⭐⭐⭐⭐⭐ 29
$96.99 ✓prime

BEATIT G18 QDS 2000Amp Peak Portable Jump S to 8.0L Gas and
⭐⭐⭐⭐½ 4
$99.99 ✓prime

Ad feedback



Ad feedback 💬

## Customer Questions & Answers

See questions and answers

---

**4,911 customer reviews**

⭐⭐⭐⭐☆ 4.2 out of 5 stars ⌄

| | |
|---|---|
| 5 star | 72% |
| 4 star | 10% |
| 3 star | 4% |
| 2 star | 3% |
| 1 star | 11% |

**Customer images**






DTC0002098



Amazon.com: NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer: Automotive

See all customer images

## By feature

Easy to use ⭐⭐⭐⭐½ 4.6

Value for money ⭐⭐⭐⭐½ 4.6

Safety Features ⭐⭐⭐⭐½ 4.5

⌄ See more

## By customer groups & interests ⓘ

Automotive ⭐⭐⭐⭐ 4.1

Car Care ⭐⭐⭐⭐ 4.1

Cameras ⭐⭐⭐⭐ 4.2

Is this feature helpful?   [ Yes ]  [ No ]

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



MOON AND BACK BY Hanna Andersson

Hand-me-down happiness, easy-to-love prices

Shop now ▸

Ad feedback 💬

### Read reviews that mention

[ easy to use ]  [ deep cycle ]  [ fully charged ]  [ battery charger ]  [ lead acid ]

[ fully charge ]  [ back to life ]  [ highly recommend ]  [ repair mode ]  [ well made ]

[ completely dead ]  [ great charger ]  [ new battery ]  [ brand new ]

**Showing 1-8 of 4,911 reviews**

[ Top Reviews ⌄ ]



AW

⭐☆☆☆☆ **Stay away — terrible and lengthy warranty process**

January 5, 2018

Size: 3.5 Amp | Verified Purchase

I had to post this because If I could rate this 0 stars I would. The unit worked great until it died. Yes there is a 5-year warranty but you have to write a check (yes a physical check) to the company to cover the cost of any upgrades made to the product line since your unit was made. Additionally, the warranty process is ridiculous so good luck getting your unit back. It has now been two months and still not had my unit sent back......

661 people found this helpful

[ Helpful ]  |  Comment  |  Report abuse



Kenneth A. Edelstein

⭐⭐⭐⭐⭐ **Resurrection – it IS able to awake a VERY VERY dead battery**

April 1, 2017

Size: 3.5 Amp | Verified Purchase

I attached my cheepo float charger to maintain my 74 Honda CB360 battery. OOPS, dummy me forgot to plug in the charger! Three months later not only is the battery dead, also 2 of the cells are BONE dry. I put in distilled water to raise the 12Amp "flooded wet cell" liquid level to midpoint between the lines at the top. I attached a Fluke voltmeter and saw 3 volts, ouch - 50 or so for a new battery. I thought of my G3500 V2 (with "repair") and thought "why not". To my surprise it started to charge - took a mighty long time - about 14 hours on low setting. Next I ran "repair" till a green light (about 4 hours). As there was some "condensed solids" at the bottom of some cells, I made a marathon effort. I alternated between repair and low charge for three days, slowly as the bubbles rose; the solids dissolved and the bottom cleared. I was stunned. Would it start the long sitting cycle, and if so would the charge last at least a week? YES to both!! Frankly, I was 99% on the way to just ordering a new battery. I probably would but for the fact that my ancient 74 bike has a "kick starter". I am delighted with what the G3500 V2 did. A click on "this was helpful" would be appreciated.

1,439 people found this helpful

[ Helpful ]  |  Comment  |  Report abuse

jhusome

⭐☆☆☆☆ **All was fine, when I looked out to see smoke coming ...**

February 4, 2017

Size: 3.5 Amp | Verified Purchase

If I had written his review yesterday I would have given it 5 stars. It has worked spectacularly. This said, today I was charing my truck battery. All was fine, when I looked out to see smoke coming out of my hood. The thing was fully on fire! I am so lucky I saw it in time. I could have started a serious fire. I am hoping I can get my money back, but I don't even know what the warranty is.

This thing is dangerous!



573 people found this helpful

Helpful | Comment | Report abuse

 Amazon Customer

⭐☆☆☆☆ **not in the same league as CTEK's. it is more a cheap toy than a tool.**

February 19, 2018

Size: .75 Amp | Verified Purchase

this is cheaply made. kept showing one battery had a short BUT using a CTEK it charged the battery and all was ok. the NOCO has an intergrated eyelet which is very impractical. the manual is deficient in describing things, confusing. i returned and bought a CTEK which is so far superior, no wonder it is recommended by mercedez, bmw, jaguar and used in jay leno's garage. it has seperate clips and eyelt cords, a carrying case, a nice manual, easier to use and understand, shows exactky what is being done by the charger. the CTEK 'fixed' batteries that the NOCO simply showed an error code, such as battery short. i wiould never buy nor recommend the NOCO. those that gave high reviews must never have used the CTEK. the quality, workmnship, ease of use is truly night and day to the much lesser NOCO. when i tried to contact NOCO for explanation on how to use and whatwas meant in the manual (which is a small hard to read single piece of paper, it took a week for a response. then the tech had no idea of the error signals or able to clarify the manual. their warranty seems to me near a sham; you have to pay return fees and the unit is prorated.

100 people found this helpful

Helpful | Comment | Report abuse

 Reitus

⭐☆☆☆☆ **One charge is all it would do.**

May 11, 2017

Size: 7.2 Amp | Verified Purchase

I purchased the NOCO Genius G7200 from Auto TrenDs in late October 2016. I "repaired" an old battery that was in a work truck that had been sitting for over a year. The battery is still working to this day so the NOCO did the trick. However, when i got the charger out to charge my boat battery the first week in May it didnt work. There was a high pitch sound coming from the NOCO. It wouldn't charge the battery. I got one use out of this $90 charger. I am attempting to return the unit to the Amazon seller Auto TrenDs, so far they have not responded.

225 people found this helpful

Helpful | Comment | Report abuse

 John S.

⭐⭐☆☆☆ **pretty on the outside, not so pretty on the inside.....**

February 11, 2017

Size: 3.5 Amp | Verified Purchase

After 5 years and 2 months of use...maintaining motor cycle (small battery).
I needed to use it on a full sized battery...
I press the mode button and it does nothing, press a few more time and it goes into standy mode and never comes out again.
try to hook to no battery/good battery/bad battery ...no difference. Stuck in Standby mode.
So I dont know when the mode cycling feature failed.
btw, to use warranty you need to pay for shipping, and after 2.5 years 35% of the cost of the product.....

Since I was not going to returnit I opened up the unit and found one of the worst soldering jobs ever.
The outside if the unit is very pretty the inside very poorly soldered .....
I found a cut terminal lead loose/lightly tacked onto motherboard near the mode button.

DTC0002100

With the quality of the soldering of this unit, I would not call it ulta-safe.....

328 people found this helpful

Helpful | Comment | Report abuse

Jon W

★★★☆☆ **Will NOT work on a fully discharged battery**
January 28, 2017
Size: 7.2 Amp | Verified Purchase

I bought this back in Sept and today is the first occasion I've had to use it. The better half hasn't been driving her Mustang, and as a result the battery went dead. Completely dead. So I unboxed the Genius and hooked it up. Despite numerous attempts, the only light that would come on was the straight power light. I thought I had read something on here about it not working on a fully discharged battery, so I hooked up my Battery Tender and let it work for a few hours. Then there was enough juice in the battery for the Genius to work. It fully charged the battery in about 5 hours. So the description is misleading when it says it will charge a completely dead battery, because it will NOT. So I f this is your only battery charger and you have a fully discharged battery, you're out of luck. Which is not Genius, it's stupid. That's a glaring and unforgivable oversight for a $100 battery charger. Sometimes the old way is not so bad. If you buy the this battery charger, don't toss your old one. You may need the old low-tech dog to get this high-tech kid going.

163 people found this helpful

Helpful | Comment | Report abuse

**See all 4,911 reviews ›**

Write a customer review

**Pages with related products.** See and discover other items: car detail products, car diagnostics, wicked fishing, camping sales deals, auto detail supply, Best car accessories for crosstrek

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer

Set up a giveaway



Ad feedback

Back to top

https://www.amazon.com/NOCO-G7200-UltraSafe-Battery-Charger/dp/B004LWTHP2?ref_=bl_dp_s_web_3022124011

DTC0002101

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

English        United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Listen to Books & Original
Audio Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates

# PX-059B



SORRY
we couldn't find that page

Try searching or go to Amazon's home page.



Millie
Meet the dogs of Amazon

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:  PX-059B

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

DTC0002103

# PX-060A



Automotive › Tools & Equipment › Jump Starters, Battery Chargers & Portable Power › Battery Chargers





Roll over image to zoom in



## NOCO Genius G15000 12V/24V 15 Amp Pro-Series Battery Charger and Maintainer

by NOCO

★★★★☆ 4,911 customer reviews | 1000+ answered questions

**Price: $159.95** & **FREE Shipping**. Details

Get $50 off instantly: Pay $159.95 $109.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Size: 15 Amp**

| .75 Amp $29.95 | 1.1 Amp $39.95 | 3.5 Amp $59.95 | 4-Bank 4.4 Amp $179.95 |
| --- | --- | --- | --- |
| 7.2 Amp $98.96 | **15 Amp $159.95** | 26 Amp $199.95 | |

- A powerful, professional grade battery charger and battery maintenance tool designed to recharge all types of batteries rapidly in workshops, garages or those you simply want the best.
- Perfect for keeping your vehicles fully-charged and maintained during year-round battery maintenance and long-term storage for improved performance and longevity.
- Works with all types of 12-volt and 24-volt lead-acid batteries, including Wet, Gel, and AGM, or any common automotive, deep-cycle, marine or maintenance-free battery.
- Keep your battery fully charged without worry or overcharge. Simply plug-in and let our advanced charging technology automatically monitor and maintain your battery. Progressive repair mode for heavily sulfated 12V batteries.
- Use our advanced Repair Mode to reverse the damaging effects when batteries are left uncharged for extended periods to improve battery performance and longevity.
- Convert the battery charger into a 5-amp constant-current, constant-voltage power supply for maintaining onboard computer member during battery changes or as a DC power source.
- An optimized charge mode for safely charging and maintaining 12-volt lithium-ion batteries, and recommended with use on lithium batteries with an internal BMS.
- One of the most advanced and safest battery chargers, including spark-proof technology, and reverse polarity protection, plus backed by our 5-year warranty and endless accessories.

› See more product details

Compare with similar items

Used & new (41) from $143.77 & FREE shipping. Details

 PillPack  Your medication, delivered  Learn more ›

**Save on AmazonBasics and SupplyMaster Safety Gear**


SupplyMaster
Disposable


AmazonBasics
Blue Light


AmazonBasics
Noise

---

**Buy new:** $159.95
& **FREE Shipping**. Details

Want it tomorrow, July 12? Order within 6 hrs 38 mins and choose One-Day Shipping at checkout. Details

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

Ships from and sold by Amazon.com.

Item arrives in packaging that reveals what's inside. To hide it, choose Ship in Amazon packaging at checkout.

prime

Enjoy fast, FREE delivery, exclusive deals and Award-Winning movies & TV shows with Prime
Click here and start saving today with Fast, FREE Delivery

Gift-wrap available.

Deliver to Washington 20001

Buy used: $143.77

Add to List

Share ✉ f 𝕏 ⓟ 4K+ Shares

**Other Sellers on Amazon**

$159.95 & FREE Shipping on  Add to Cart

## U.S. District Court
## Middle District of Florida

### PLAINTIFF'S EXHIBIT

Exhibit Number: **PX-060A**

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:



DTC0002104

Exam Nitrile Gloves, 400 pk $24.30

Blocking Safety Glasses, 12pk $51.41

Reduction Safety Earmuffs $11.96

eligible orders. Details

Sold by: AlphaStereo

$159.95    [Add to Cart]
+ Free Shipping
Sold by: Drivetrain America

$159.95    [Add to Cart]
+ Free Shipping
Sold by: Trends Auto

Used & new (41) from $143.77 & FREE shipping. Details

Have one to sell?    [Sell on Amazon]

## Frequently bought together



Total price: $191.89

[Add all three to Cart]

[Add all three to List]

ℹ These items are shipped from and sold by different sellers. Show details

☑ **This item:** NOCO Genius G15000 12V/24V 15 Amp Pro-Series Battery Charger and Maintainer $159.95
☑ LTGEM EVA Hard Case Compatible with NOCO Genius G15000 12V/24V 15A Pro Series UltraSafe Smart... $17.99
☑ NOCO GC004 X-Connect 10-Foot Extension $13.95

## Sponsored products related to this item

Page 1 of 40

      

NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasol...
★★★★☆ 4,280
$99.00 ✓prime

CTEK 40-206 MXS 5.0-12 Volt Battery Charger
★★★★☆ 83
$66.05 ✓prime

NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger
★★★★☆ 1,132
$99.95 ✓prime

Ampeak 6V 12V Smart Car Battery Charger and Maintainer 2A 8A Fully Automatic with C...
★★★★☆ 241
$49.99 ✓prime

Mroinge 12V 2A Lead Acid/Lithium(LiFePO4) Automatic Trickle Battery Charger Smart B...
★★★★☆ 82
$20.99 ✓prime

BEATIT G18 QDSP 2000Amp Peak 12V Portable Jump Starter (Up to 8.0L Gas and Diesel E...
★★★★☆ 493
$99.99 ✓prime

Battery Tender Plu 0128, 1.25 Amp B Charger is a Smar Charger, it will ...
★★★★☆ 4,9
$45.03 ✓prime

Ad feedback 💬



3 PACK   Ceptics
connecting the world

Europe Uses more than 1 Type - Try this Instead

Ceptics European Travel Adapter Set 2 in 1 USA to Europe, Germany, England...
★★★★☆ 2,379
$10.99 ✓prime

Ad feedback 💬

## What other items do customers buy after viewing this item?


CTEK (56-353) MULTI US 7002 12-Volt Battery Charger
★★★★☆ 565
$111.96 ✓prime


Schumacher SC1280 6/12V Rapid Battery Charger and 15A Maintainer
★★★★☆ 207
$44.97 ✓prime


NOCO GC004 X-Connect 10-Foot Extension
★★★★☆ 1,032
$13.95 ✓prime


Battery Tender Plus 021-0128, 1.25 Amp Battery Charger is a Smart Charger, it will Fully Charge and Maintain a Battery at Proper Storage Voltage without the Damaging Effects Caused by Trickle Chargers
★★★★☆ 4,933
$45.03 ✓prime

## Compare with similar items



|  | This item NOCO Genius G15000 12V/24V 15 Amp Pro-Series Battery Charger and Maintainer | CTEK (56-353) MULTI US 7002 12-Volt Battery Charger | NOCO GC004 X-Connect 10-Foot Extension | CTEK (56-674) Multi US 25000 8-step, Fully Automatic 12 Volt 25 Amp Battery Charger |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (4910) | ★★★★½ (565) | ★★★★☆ (1032) | ★★★½ (63) |
| Price | $159⁹⁵ | $111⁹⁶ | $13⁹⁵ | $208⁰⁰ |
| Shipping | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 |
| Sold By | Amazon.com | Amazon.com | Amazon.com | Amazon.com |
| Item Dimensions | — | 7.52 x 3.5 x 1.89 in | 1.57 x 3.23 x 5.12 in | 9.5 x 5.5 x 2.5 in |

## Special offers and product promotions

Size: **15 Amp**

- **No interest if paid in full within 6 months** with the Amazon.com Store Card on any purchase totaling $149 or more. Apply now.

**WARNING:** California's Proposition 65

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product information

Size:**15 Amp**

### Technical Details

| Brand | NOCO |
|---|---|
| Model | G15000 |
| Item Weight | 6.5 pounds |
| Product Dimensions | 5.6 x 18 inches |

### Additional Information

| ASIN | B00PKIBVU0 |
|---|---|
| Customer Reviews | ★★★★☆ ∨   4,911 customer reviews   4.2 out of 5 stars |
| Best Sellers Rank | #10,594 in Automotive (See Top 100 in Automotive) #65 in Battery Chargers |

DTC0002106

| | |
|---|---|
| California residents | Click here for Proposition 65 warning |
| Item model number | G15000 |
| Manufacturer Part Number | G15000 |
| Folding | No |
| Cover Included | G15000 UltraSafe Battery Charger, Battery Clamps with Integrated Eyelet Terminals, User Guide, 5-Year Limited Warranty |
| Amperage | 15 A |
| Voltage | 12 volts |

| | |
|---|---|
| | #3,025 in Automotive Replacement Parts |
| Shipping Weight | 6.53 pounds (View shipping rates and policies) |
| Date First Available | November 13, 2014 |

## Warranty & Support

Warranty, Parts: Parts

Product Warranty: For warranty information about this product, please click here. [PDF ]

## Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Technical Specification

Specification Sheet [pdf ]
User Manual [pdf ]

## Product and related videos (0)   Upload your video



**Be the first video**

Your name here

## Important information

**Legal Disclaimer**

CALIFORNIA WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov

## Product description

Size:**15 Amp**

NOCO Genius smart battery chargers are some of the safest and most advanced on the market. One of our best, the G15000 15 Amp is designed to charge 12-volt and 24-volt lead-acid and lithium-ion batteries up to 400Ah. It can also effectively maintain automotive, marine, RV, lawn & garden and deep-cycle batteries. It charges 2x faster than ordinary battery chargers, can jump start dead batteries, repair damaged batteries, power DC devices and is designed to use with micro-hybrid start-stop vehicles and CANBUS electrical systems. Guided by an onboard microcomputer, the G15000 monitors battery activity for safe and efficient charging, automatically minimizes energy consumption and provides redundant levels of safety protection, including spark-proof technology, as well as reverse polarity and overcharge protection. It can remain safely connected 24/7, while its streamlined design makes it ultra-compact, portable and incredibly lightweight. The G15000 features external mounting holes and a rubberized base that avoids surface slipping and scratches, all while remaining impact, UV and water-resistant (IP44). Intuitive LED indicators provide visual state-of-charge feedback and diagnostic information, even when in maintenance mode. Designed for use on 120-volt, 50-60Hz electrical systems, the G15000 includes HD X-Connect battery clamps with detachable eyelet terminals and a 5-year limited warranty. Other commonly used search terms include: 12 volt battery charger, 12 volt battery maintainer, 12 volt motorcycle trickle charger, 12 volt trickle charger, 12v 24v battery charger, 12v auto battery charger, 12v battery charger, 12v battery trickle charger, 12v car battery charger, 12v trickle charger, 24 volt battery charger, 24 volt trickle charger, 24v 12v battery charger, 24v battery and charger, 24v battery charger, 24v battery charger, 24v trickle charger, atv battery charger, auto battery charger, automobile battery charger, automotive battery charger, automotive battery chargers, battery charger, battery charger 12v, battery charger auto, battery charger automotive, battery charger car, battery charger for car, battery charger for cars, battery charger portable, battery charger scooter, battery chargers, battery chargers automotive, battery desulfator, battery maintainer, battery maintainer 12 volt, battery tender, battery tender junior, battery tender usb, battery trickle charger, battery trickle charger with float mode, car battery charger, car battery charger and starter, car battery charger maintainer, car battery charger portable, car battery charger with jump start, car battery chargers, car battery chargers 12 volt, car battery maintainer, car battery tender, car battery trickle charger, Harley Davidson trickle charger, lawn mower battery charger, manual battery charger, marine battery charger, marine battery charger, mini car battery charger, motorcycle battery maintainer, motorcycle battery tender, motorcycle trickle charger, noco, noco battery, noco battery charger, noco genius, noco genius chargers, noco genius ultra safe smart battery chargers, portable auto battery charger, portable battery charger, portable car battery charger, portal car battery charger, rv solar battery charger, smart battery charger, solar 12v battery charger, solar 12v car battery charger, solar battery charger, solar battery maintainer, solar battery maintainer 12 volt, solar car battery charger, solar car battery chargers, solar power 12v battery charger, solar trickle charger, trickle battery charger, trickle charger, trickle charger car battery, trickle charger for atv, trickle charger for boat battery, trickle charger for car battery, trickle charger for motorcycle, trickle chargers, trickle chargers for 12 volt batteries, waterproof trickle charger

## From the manufacturer

DTC0002107




**The Genius G15000 is a portable automatic battery charger with a JumpCharge engine start feature**






9 Chargers In One

Charges 12V & 24V lead-acid batteries (including AGM and more) and 12V lithium. Repairs desulfated batteries, charges in cold conditions, and has a 13.6V Supply mode. Also includes JumpCharge (see below) for starting dead batteries.

Diagnostics

Intuitive visual diagnostic tool for detecting reverse polarity, low-voltage or damaged batteries.

Recovery

Applies a high-voltage pulse charge when low-voltage, sulfation or lost capacity is detected.

CANbus

Automatically enables the charging port to charge CANbus systems.



DTC0002108

**Protects against reverse polarity, overcharging, open-circuits, short-circuits, and overheating.**









**Maintenance Plus**

Keeps the battery fully charged without overcharging, indefinitely.

**Optimization**

Stabilizes internal battery chemistry for increased performance and longevity.

**Interactive**

Alters the charging process based on organic battery feedback.

**Energy-Save**

Minimizes energy consumption when full power is not needed.



| Model | G750 | G1100 | G3500 | G7200 | G15000 | G26000 |
|---|---|---|---|---|---|---|
| Power | 0.75A | 1.1A | 3.5A | 7.2A | 15A | 26A |
| Battery Voltage | 6V & 12V | 6V & 12V | 6V & 12V | 12V & 24V | 12V & 24V | 12V & 24V |
| Cold/AGM Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12V Lithium Mode | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Small Battery Mode | | | ✓ | | | |
| 12V Repair Mode | | | ✓ | ✓ | ✓ | ✓ |
| 12V Supply Mode | | | | ✓ | ✓ | ✓ |
| 12V AGM+ | | | | ✓ | ✓ | ✓ |
| JumpCharge Vehicle Starting | | | | | ✓ | ✓ |

**Customers who viewed this item also viewed**

DTC0002109

     

**Sponsored products related to this item**

        

| CTEK 40-206 MXS 5.0-12 Volt Battery Charger | BEATIT G18 QDSP 2000Amp Peak 12V Portable Jump Starter (Up to 8.0L Gas and Diesel E... | Ampeak 6V 12V Smart Car Battery Charger and Maintainer 2A 8A Fully Automatic with C... | Imazing Portable Car Jump Starter - 2500A Peak 20000mAH (Up to 8L Gas or 8L Diesel ... | Schumacher SC1281 6/12V Fully Automatic Battery Charger and 30/100A Engine Starter ... | Battery Tender 022-0148-DL-WH 12-Volt 4-Bank Battery Management System | CTEK 40-255 CT5 Time to Go-12 Volt Battery Charger and Maintainer with Accessories | Suuwer 12V 2 Amp Automatic Battery Charger/Maintainer for Sealed Lead Acid or Lithi... | GOOSUO 12V 7 Battery Charger,Waterpr Automatic Trick |
|---|---|---|---|---|---|---|---|---|
| ⭐ 83 | ⭐ 493 | ⭐ 241 | ⭐ 139 | ⭐ 122 | ⭐ 1,601 | ⭐ 12 | ⭐ 50 | ⭐ 8 |
| $66.05 ✓prime | $99.99 ✓prime | $49.99 ✓prime | $99.99 ✓prime | $69.75 ✓prime | $139.65 ✓prime | $85.68 ✓prime | $20.95 ✓prime | $55.99 ✓prime |

Ad feedback 💬



GOODTHREADS

Crafted with care.
From $25

Shop now

Ad feedback 💬

**Customer Questions & Answers**

See questions and answers

DTC0002110

## 4,911 customer reviews

★★★★☆  4.2 out of 5 stars ⌄

| | | |
|--|--|--|
| 5 star | | 72% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 3% |
| 1 star | | 11% |

### By feature

Easy to use ★★★★★ 4.6
Value for money ★★★★★ 4.6
Safety Features ★★★★★ 4.5

⌄ See more

### By customer groups & interests ⓘ

Automotive ★★★★☆ 4.1
Car Care ★★★★☆ 4.1
Cameras ★★★★☆ 4.2

Is this feature helpful?  [ Yes ] [ No ]

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Ampeak 6V 12V Smart Car Battery Charger a…
241
$49.99   [ Shop now ]

Ad feedback 💬

### Customer images



See all customer images

### Read reviews that mention

easy to use | deep cycle | fully charged | battery charger | lead acid
fully charge | back to life | highly recommend | repair mode | well made
completely dead | great charger | new battery | brand new

Showing 1-8 of 4,911 reviews

[ Top Reviews ⌄ ]

AW

★☆☆☆☆ **Stay away — terrible and lengthy warranty process**
January 5, 2018
Size: 3.5 Amp | **Verified Purchase**

I had to post this because If I could rate this 0 stars I would. The unit worked great until it died. Yes there is a 5-year warranty but you have to write a check (yes a physical check) to the company to cover the cost of any upgrades made to the product line since your unit was made. Additionally, the warranty process is ridiculous so good luck getting your unit back. It has now been two months and still not had my unit sent back.....

661 people found this helpful

[ Helpful ] | Comment | Report abuse

Kenneth A. Edelstein

★★★★★ **Resurrection - it IS able to awake a VERY VERY dead battery**
April 1, 2017
Size: 3.5 Amp | **Verified Purchase**

I attached my cheepo float charger to maintain my 74 Honda CB360 battery. OOPS, dummy me forgot to plug in the charger! Three months later not only is the battery dead, also 2 of the cells are BONE dry. I put in distilled water to raise the 12Amp "flooded wet cell" liquid level to midpoint between the lines at the top. I attached a Fluke voltmeter and saw 3 volts, ouch - 50 or so for a new battery. I thought of my G3500 V2 (with "repair") and thought "why not". To my surprise it started to charge - took a mighty long time - about 14 hours on low setting. Next I ran "repair" till a green light (about 4 hours). As there was some "condensed solids" at the bottom of some cells, I made a marathon effort. I alternated between repair and low charge for three days, slowly as the bubbles rose; the solids dissolved and the bottom cleared. I was stunned. Would it start the long sitting cycle, and if so would the charge last at least a week? YES to both!! Frankly, I was 99% on the way to just ordering a new battery. I probably would but for the fact that my ancient 74 bike has a "kick starter". I am delighted with what the G3500 V2 did. A click on "this was helpful" would be appreciated.

1,439 people found this helpful

[ Helpful ] | Comment | Report abuse

jhusome

⭐☆☆☆☆ **All was fine, when I looked out to see smoke coming ...**

February 4, 2017

Size: 3.5 Amp | **Verified Purchase**

If I had written his review yesterday I would have given it 5 stars. It has worked spectacularly. This said, today I was charing my truck battery. All was fine, when I looked out to see smoke coming out of my hood. The thing was fully on fire! I am so lucky I saw it in time. I could have started a serious fine. I am hoping I can get my money back, but I don't even know what the warranty is.

This thing is dangerous!



573 people found this helpful

| Helpful | | Comment | Report abuse |

 Amazon Customer

⭐☆☆☆☆ **not in the same league as CTEK's. it is more a cheap toy than a tool.**

February 19, 2018

Size: .75 Amp | **Verified Purchase**

this is cheaply made. kept showing one battery had a short BUT using a CTEK it charged the battery and all was ok. the NOCO has an intergrated eyelet which is very impractical. the manual is defecient in describing things, confusing. i returned and bought a CTEK which is so far superior, no wonder it is recommended by mercedez, bmw, jaguar and used in jay leno's garage. it has seperate clips and eyelt cords, a carrying case, a nice manual, easier to use and understand, shows exactky what is being done by the charger. the CTEK 'fixed' batteries that the NOCO simply showed an error code, such as battery short. i wiould never buy nor recommend the NOCO. those that gave high reviews must never have used the CTEK. the quality, workmnship, ease of use is truly night and day to the much lesser NOCO. when i tried to contact NOCO for explanation on how to use and whatwas meant in the manual (which is a small hard to read single piece of paper, it took a week for a response. then the tech had no idea of the error signals or able to clarify the manual. their warranty seems to me near a sham; you have to pay return fees and the unit is prorated.

100 people found this helpful

| Helpful | | Comment | Report abuse |

 Reitus

⭐☆☆☆☆ **One charge is all it would do.**

May 11, 2017

Size: 7.2 Amp | **Verified Purchase**

I purchased the NOCO Genius G7200 from Auto TrenDs in late October 2016. I "repaired" an old battery that was in a work truck that had been sitting for over a year. The battery is still working to this day so the NOCO did the trick. However, when i got the charger out to charge my boat battery the first week in May it didnt work. There was a high pitch sound coming from the NOCO. It wouldn't charge the battery. I got one use out of this $90 charger. I am attempting to return the unit to the Amazon seller Auto TrenDs, so far they have not responded.

225 people found this helpful

| Helpful | | Comment | Report abuse |

 John S.

⭐⭐☆☆☆ **pretty on the outside, not so pretty on the inside.....**

February 11, 2017

Size: 3.5 Amp | **Verified Purchase**

After 5 years and 2 months of use...maintaining motor cycle (small battery).
I needed to use it on a full sized battery...
I press the mode button and it does nothing, press a few more time and it goes into standy mode and never comes

DTC0002112

out again.
try to hook to no battery/good battery/bad battery ...no difference. Stuck in Standby mode.
So I dont know when the mode cycling feature failed.
btw, to use warranty you need to pay for shipping, and after 2.5 years 35% of the cost of the product.....

Since I was not going to returnit I opened up the unit and found one of the worst soldering jobs ever.
The outside if the unit is very pretty the inside very poorly soldered .....
I found a cut terminal lead loose/lightly tacked onto motherboard near the mode button.

With the quality of the soldering of this unit, I would not call it ulta-safe.....

328 people found this helpful

| Helpful | | Comment | Report abuse |

Jon W

★★★☆☆ **Will NOT work on a fully discharged battery**
January 28, 2017
Size: 7.2 Amp | **Verified Purchase**

I bought this back in Sept and today is the first occasion I've had to use it. The better half hasn't been driving her
Mustang, and as a result the battery went dead. Completely dead. So I unboxed the Genius and hooked it up.
Despite numerous attempts, the only light that would come on was the straight power light. I thought I had read
something on here about it not working on a fully discharged battery, so I hooked up my Battery Tender and let it
work for a few hours. Then there was enough juice in the battery for the Genius to work. It fully charged the
battery in about 5 hours. So the description is misleading when it says it will charge a completely dead battery,
because it will NOT. So I f this is your only battery charger and you have a fully discharged battery, you're out of
luck. Which is not Genius, it's stupid. That's a glaring and unforgivable oversight for a $100 battery charger.
Sometimes the old way is not so bad. If you buy the this battery charger, don't toss your old one. You may need the
old low-tech dog to get this high-tech kid going.

163 people found this helpful

| Helpful | | Comment | Report abuse |

See all 4,911 reviews ›

| Write a customer review |

**Pages with related products.** See and discover other items: dc to dc charger, car jumpers, electric parts for campers, Best chargers for battery, safe tool, motorcycle spark plugs

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract
new followers and customers. Learn more about Amazon Giveaway

**This item:** NOCO Genius G15000 12V/24V 15 Amp Pro-Series Battery Charger and Maintainer

| Set up a giveaway |

DTC0002113



MOTORCYCLE POLICIES
START AS LOW AS

| Zip Code |
| /yr |

Get a Quote

Ad feedback

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

🌐 English   🇺🇸 United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital Publishing Made Easy | FREE 2-Hour Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

**PX-061A**



Patricia M. Carlson

Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Tel: 561.653.5000
Fax: 561.659.6313

Dir: 561.671.3694
Dir Fax: 561.651.1563
patricia.carlson@akerman.com

July 1, 2015

**Via FedEx**

Mr. William K. Nook, Sr.
President and CEO
The Noco Company
30339 Diamond Parkway #102
Glenwillow, OH 44139-5400

      **Re: Misuse of BATTERY TENDER® Mark**
            **Our Ref. 10948-14**

Dear Mr. Nook:

      We are counsel to Deltona Transformer Corporation ("Deltona") of Deland, Florida, the exclusive owner of the BATTERY TENDER® mark (the "Mark") for battery chargers, as well as batteries and battery accessories. Deltona has offered its products under Deltona's Mark for more than 23 years. Deltona advertises its products extensively and is extremely well-known to the consuming public, which has come to associate the BATTERY TENDER® Mark with products of the highest quality. With its long-standing history of association with high quality products, the BATTERY TENDER® Mark has become synonymous with quality and trustworthiness.

      Our client has just learned that The Noco Company ("Noco") is inappropriately using the Mark to draw attention and traffic to Noco's battery charger products on Amazon's website. Specifically, Noco is using the Mark, or a variation thereof, as a keyword to trigger Noco's targeted advertising on Amazon's website. A copy of this Amazon website page is enclosed. Although you may believe that keyword triggered advertising on Amazon or other online retailers/search engines does not constitute "use" of a mark, several courts have held that such an advertising program does constitute an actionable use under the Lanham Act, 15 U.S.C. §§ 1114, 1125(a). *See e.g., Financial Express, LLC v. Nowcom Corp.*, 564 F. Supp. 2d 1160, 1173-74 (C.D. Cal. 2008) (the court granted a preliminary injunction to the plaintiffs, enjoining the defendants from purchasing the plaintiff's registered marks as keywords which, upon a search,

{32368033;4}

U.S. District Court
Middle District of Florida
**PLAINTIFF'S EXHIBIT**
Exhibit Number **PX-061A**
Case Number:
6:19-cv-00368-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company
Date Identified:

Date Admitted:

DTC0001601

produced defendant's banner advertisements).

The unauthorized use of our client's Mark to trigger Noco's keyword advertisements is in violation of the Lanham Act and is likely to lead to confusion among consumers that your company's products are sponsored by, or otherwise affiliated with, Deltona. In addition, the potential confusion is compounded by the fact that Noco's advertisement contains an intentionally disparaging variation of Deltona's Mark and is not labeled with any of Noco's brands. Significantly, the placement and surrounding context of Noco's unauthorized use of the Mark on Amazon's website means such use cannot be readily identified as an advertisement and instead appears to be just part of the search results. *See Financial Express,* 564 F. Supp. 2d at 1177. The content of the advertisement provides a misleading impression to consumers as to the features and capabilities of Deltona's battery charger products, constituting unfair competition and false advertising under the Lanham Act, 15 U.S.C. § 1125(a). *E.g., Morningware, Inc. v. Heartwater Home Prods., Inc.,* 673 F. Supp. 2d 630, 638-39 (N.D. Ill. 2009) (claim for product disparagement properly pled where text of advertisement that appeared after a consumer searched for the plaintiff's mark could have led consumers to incorrectly believe plaintiff's products were inferior or fake).

We look forward to your reply within ten (10) days of your receipt of this letter confirming that you will immediately discontinue all use of the BATTERY TENDER® mark and any variation thereof, including in all keyword advertising programs. Deltona prefers to resolve this matter amicably, but will take appropriate action to protect the valuable goodwill in its products.

This letter is written without prejudice to any of our client's rights or remedies, all of which are expressly reserved.

Very truly yours,

**AKERMAN LLP**

Patricia M. Carlson

Enclosure

cc:     Deltona Transformer Corporation (w/encl.)

DTC0001602



**PX-061C**



Patricia M. Carlson

Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Tel: 561.653.5000
Fax: 561.659.6313

Dir: 561.671.3694
Dir Fax: 561.651.1563
patricia.carlson@akerman.com

August 13, 2015

<u>Via Email - drp@kjk.com</u>

David R. Posteraro
Kohrman Jackson & Krantz
One Cleveland Center
1375 East Ninth Street, 29th Floor
Cleveland, OH  44114

> **Re:** **Misuse of BATTERY TENDER® Mark**
> **Our Ref. 10948-14**

Dear Mr. Posteraro:

It is our understanding that your client has removed the objected-to advertisement from Amazon.com.  In light of your client's quick removal of the advertisement, we will consider this matter closed.

Any future reference to my client's Battery Tender® branded products in legitimate comparative advertisement should be referenced as such (e.g., "Battery Tender® battery chargers").  The Battery Tender® trademark should never be mutilated or shortened.  Additionally, the trademark should not be used as a noun and should never be used to refer to a category of products.  The very isolated handful of improper uses of the trademark by third parties that you identified in your letter in no way lessens my client's trademark rights.  My client regularly engages in policing and enforcement of improper trademark uses.

This letter is without prejudice to any of our client's rights or remedies, all of which are expressly reserved.

Sincerely,

**AKERMAN LLP**

Patricia M. Carlson

cc:   Deltona Transformer Corporation

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:  **PX-061C**

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

akerman.com

**DTC0001600**

# PX-061D



Patricia M. Flanagan

Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401

D: 561 671 3694
T: 561 653 5000
F: 561 659 6313
DirF: 561 651 1563
patricia.flanagan@akerman.com

July 10, 2018

<u>Via Email and U.S. Mail - drp@kjk.com</u>

David R. Posteraro, Esq.
Kohrman Jackson & Krantz
One Cleveland Center
1375 East Ninth Street
Cleveland, OH  44114

  Re: Use of BATTERY TENDER® Trademark By The Noco Company
    <u>Our Ref. 10948-14</u>

Dear Mr. Posteraro:

  As you will recall from our prior correspondence and communications, we are counsel to Deltona Transformer Corporation ("Deltona") of Deland, Florida, the exclusive owner of the BATTERY TENDER® mark (the "Mark" or "BATTERY TENDER® Mark") for battery chargers, as well as batteries and battery accessories.  In addition to U.S. registrations, the Mark has been independently registered in numerous countries throughout the world.  Deltona has offered its products under the Mark for more than 24 years.  Deltona advertises its products extensively and is extremely well-known to the consuming public, which has come to associate the BATTERY TENDER® Mark with products of the highest quality.  With its long-standing history of association with high quality products, the BATTERY TENDER® Mark has become synonymous with quality and trustworthiness.  Our client is dedicated to protecting and preserving its well-known brand and the Mark.

  It has recently come to our client's attention that The Noco Company's ("Noco") is using the designation "BATTERY TENDER" in the below advertisement for Noco's battery charger and battery accessories:

   

akerman.com

45664831;4

DTC0001610

Both federal and state trademark laws protect our client's BATTERY TENDER® Mark from infringement. Noco's unauthorized use of our client's highly valuable Mark is likely to cause confusion or mistake, or to deceive, and constitutes a textbook case of trademark infringement and unfair competition in violation of federal and state laws, including but not limited to §§ 32 and 43(a) of the Lanham Act, 15 U.S.C. § 1114, 1125(a). Noco's conduct has caused, and will continue to cause, significant damage and irreparable harm to Deltona's business reputation and its goodwill in the industry.

Noco's infringement is aggravated by the fact that Noco's recent advertisement now is occurring in spite of Noco's previous unauthorized "comparative advertising" campaign that misused Deltona's BATTERY TENDER® Mark, namely, Noco's use of abbreviated version of the mark to "TENDER" in advertisements. Further, Noco's new advertisement is in breach of the parties' settlement in principal that we reached after extensive communication on behalf of our respective clients following Deltona's objection to Noco's prior use of the Mark in that ad campaign.

More specifically, you will recall that your client was using an advertisement for its battery charger product that stated: "More Than Just A Tender. The Ultimate Charger." Deltona objected to the advertisement, which appeared as nothing short of a bad faith and deliberate attempt to inappropriately draw attention and traffic to Noco's battery charger products using Deltona's goodwill and to harm Deltona and its Mark and brand. In response to Deltona's objection, you represented on behalf of your client Noco that the use of "Tender" in the ad was specifically intended to refer to Deltona's products for purposes of comparative advertising permitted under the Lanham Act. Specifically, in a letter dated July 8, 2015, you stated on behalf of Noco as follows:

> [I]t is well settled under case law that the use of a competitor's trademark for purposes of comparative advertising is not trademark infringement. Here, Noco is clearly drawing a comparison to **Deltona's product** in the text of the Advertisement ("More Than A **Tender**") and is not infringing on Deltona's mark by doing so. (emphasis added) (see Letter from Mr. Posteraro to Akerman dated July 8, 2015).

You will recall that we reached an agreement in principal on behalf of our clients. Specifically, that Noco would not use Deltona's Mark, except in "legitimate comparative advertising." In particular, we reached agreement, according to your February 19, 2016 email and its attachment, that legitimate comparative advertising meant complying with the following guidelines:

a. All statements, indications, inferences and/or implications made are, to the best of a party's knowledge, truthful and there are no intentional misrepresentations concerning the nature,

DTC0001611

characteristics, qualities, and/or geographic origin of any goods or services depicted and/or of the commercial activities of any person or entity depicted or referred to, in the advertisement;

b. The BATTERY TENDER® Mark is solely being used to refer to DTC or DTC's products and/or services;

c. The BATTERY TENDER® Mark is used in its entirety, together with the ® symbol, and in standard characters;

d. The BATTERY TENDER® Mark is not mutilated, shortened or otherwise altered;

e. The BATTERY TENDER® Mark is not used as a noun or to refer to a category of products;

f. The BATTERY TENDER® Mark is being used solely to inform the public concerning DTC or DTC's products and/or services as compared to NOCO or NOCO's products and/or services; and

g. The use of the BATTERY TENDER® Mark is not likely to cause confusion, mistake or to deceive as to the affiliation, connection, or association or as to the origin, sponsorship or approval of the goods and/or services promoted in the advertisement.

Despite your March 23, 2016 email agreeing to the above definition, and that I followed up with you on March 24, 2016, March 25, 2016, April 5, 2016 and April 27, 2016, we never heard back from you and the settlement agreement was never signed by the parties. Note that even where parties do not execute a final agreement, however, courts have enforced essential terms of settlement agreements made by counsel on behalf of their respective parties. *See, e.g., Jarvis v. City Elec. Supply Co.*, No. 6:11-cv-1590, 2012 WL 933057, at *2-3 (M.D. Fla. Mar. 5, 2012) (finding plaintiff reached binding settlement in principle on essential terms through counsel, despite fact that all details were not definitely fixed); *Welch v. North American Tank Line, Inc.*, No. 8:06-CIV-2340, 2008 WL 3982394, at *1-2 (M.D. Fla. Aug. 25, 2008) (finding parties reached settlement agreement evidenced by e-mail exchanges between counsel containing essential terms, despite that plaintiff later expressed concerns about tax consequences of settlement proceeds). Here, the new advertisement is clearly in breach of the agreed upon terms noted above.

In sum, not only can there be no doubt that Noco's use of the Mark in the above-referenced advertisement is a blatant and deliberate attempt by Noco to divert attention and traffic to Noco's battery charger products and to harm Deltona that gives rise to an actionable likelihood of confusion, but, based upon the above-noted history between the parties, Noco's use of the Mark can be nothing less than deliberate and willful. As such, in the event the parties cannot reach an amicable resolution, Deltona will be seeking treble damages and attorneys' fees.

Noco is expected to comply with the law and cease all infringing activities as of the receipt of this letter. Please contact me by **July 16, 2018** to confirm that Noco has ceased use of the BATTERY TENDER mark in all advertisements. If I do not hear from you by the time

DTC0001612

specified herein, we will assume Noco does not intend to resolve this matter amicably and that Noco insists on willfully violating its intellectual property rights. Under that circumstance, Deltona will have no other option but to file civil action for all appropriate claims and seek an award of all damages available to it under the law, including without limitation, actual damages, your profits, treble damages and attorneys' fees.

This letter is not a complete statement of Deltona's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Deltona in connection with this matter, all of which are expressly reserved and are not waived.

Sincerely,

**AKERMAN LLP**

Patricia M. Flanagan

cc:     Deltona Transformer Corporation
        Thomas L. Raleigh, III, Esq.

DTC0001613

**PX-061F**

 **akerman**

Patricia M. Flanagan

Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401

D: 561 671 3694
T: 561 653 5000
F: 561 659 6313
DirF: 561 651 1563
patricia.flanagan@akerman.com

December 12, 2018

<u>Via Email - drp@kjk.com</u>

David R. Posteraro, Esq.
Kohrman Jackson & Krantz
One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

Re:    Use of BATTERY TENDER® Trademark By The Noco Company
       Our Ref. 10948-14

Mr. Posteraro,

As you are aware, we represent Deltona Transformer Corporation ("Deltona"), the exclusive owner of the BATTERY TENDER® mark (the "Mark" or "BATTERY TENDER® Mark") for battery chargers, as well as batteries and battery accessories. In addition to U.S. registrations, the Mark has been independently registered in numerous countries throughout the world. Deltona has offered its products under the Mark for more than 24 years. Deltona advertises its products extensively and is extremely well-known to the consuming public, which has come to associate the BATTERY TENDER® Mark with products of the highest quality. With its long-standing history of association with high quality products, the BATTERY TENDER® Mark has become synonymous with quality and trustworthiness. Our client is dedicated to protecting and preserving its well-known brand and the Mark.

It has come to our client's attention that The Noco Company ("Noco") is again using the designation "BATTERY TENDER" in the below advertisement appearing on Amazon.com on December 12, 2018, for Noco's battery charger and battery accessories:



akerman.com

47196738;1

DTC0001607

Despite our previous extensive and repeated correspondence objecting to similar past infringing usage, Noco still continues to use our client's BATTERY TENDER® Mark in its advertisements. Such conduct is a clear demonstration of a systematic effort to profit from and/or devalue Deltona's intellectual property, in violation of federal and state laws, including but not limited to §§ 32 and 43(a) of the Lanham Act, 15 U.S.C. § 1114, 1125(a). Further, such usage is a direct breach of the parties' settlement in principal, as detailed in our prior July 10, 2018 correspondence to you. The civil remedies available for Noco's violations include immediate and permanent injunctive relief, recovery of Noco's profits, and up to three times the amount of monetary damages suffered by our client, as well as an award of attorney's fees.

Based upon Noco's continuing willfulness, in order to resolve this matter amicably, Deltona demands that Noco immediately and by no later than **December 17, 2018**:

1. Cease and desist from all further use of the BATTERY TENDER® Mark, including placing ads containing the BATTERY TENDER® Mark, or any other designations likely to cause confusion with the BATTERY TENDER® Mark;

2. Destroy any materials in its possession or control bearing any designation likely to cause confusion with BATTERY TENDER® Mark;

3. Provide sufficient information to demonstrate the clicks and/or click through rate for all of Noco's advertisements containing the BATTERY TENDER® Mark;

4. Provide sufficient information to determine the full amount of Noco's gross revenues derived from its use of the BATTERY TENDER® Mark;

5. Provide Deltona with written confirmation that Noco has complied with these requested.

Deltona has invested substantial resources into promoting and protecting its intellectual property and will not permit Noco to continue to infringe its rights. If Noco does not provide a satisfactory and timely response to all of the above requests, including providing the requested evidence from which Deltona can calculate its damages and the infringing profits, Deltona is prepared to take all steps necessary to protect Deltona's valuable intellectual property rights without further notice to Noco.

DTC0001608

The claims and remedies sought in this letter are not an exhaustive statement of all the relevant facts and law and are without prejudice, and do not constitute a complete statement of Deltona's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Deltona in connection with this matter, all of which are expressly reserved.

Sincerely,

**AKERMAN LLP**

Patricia M. Flanagan

cc:     Deltona Transformer Corporation
        Thomas Raleigh, III, Esq.

DTC0001609

# PX-061G

**Batteiger, Gabriela M.**

| | |
|---|---|
| **From:** | David R. Posteraro <drp@kjk.com> |
| **Sent:** | Monday, January 21, 2019 2:32 PM |
| **To:** | patti.flanagan@akerman.com |
| **Subject:** | RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14 |
| **Attachments:** | Petition for Cancellation BATTERY TENDER (K0710849x7AC2A).pdf |

**SUBJECT TO EVIDENCE RULE 408**

Patti,

In response to your client Deltona Transformer Corporation's ("Deltona") letter of December 12th and our subsequent correspondences and conversations, please be advised that we have filed the attached Petition for Cancellation of the Deltona BATTERY TENDER mark (Reg. No. 3474591) on behalf of our client The NOCO Company ("NOCO"). As stated in our Petition, NOCO is being harmed by the continued registration of Deltona's mark which was initially, and we believe always was and is, a generic expression for a type of battery charger.

**David R. Posteraro | Administrative Partner**

**KJK**

1375 East Ninth Street | 29th Floor| Cleveland, Ohio 44114
Direct: 216.736.7218 | Mobile: 216.409.0360 | Email: drp@kjk.com
www.kjk.com

*This message is confidential and may be a privileged attorney-client communication. If you are not the intended recipient(s), your review, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately at 888-696-8700 and delete this message. Thank you.*

---

**From:** patti.flanagan@akerman.com [mailto:patti.flanagan@akerman.com]
**Sent:** Monday, January 21, 2019 2:10 PM
**To:** David R. Posteraro
**Cc:** gabriela.batteiger@akerman.com
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

David,

Please let me know when you are available this week to discuss.

My best,
Patti

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

**From:** Flanagan, Patti (Ptnr-WPB)
**Sent:** Wednesday, January 16, 2019 10:30 AM

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-061G

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

**EXHIBIT**

**0006**



**To:** 'David R. Posteraro' <drp@kjk.com>
**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

David,

I do not see that I have heard back from you.  Please let me know your client's position with respect to the below.

My best,
Patti

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

---

**From:** Flanagan, Patti (Ptnr-WPB)
**Sent:** Monday, January 14, 2019 10:02 AM
**To:** 'David R. Posteraro' <drp@kjk.com>
**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

Hi David,

Thank you for discussing this matter last Wednesday with me.

As I noted on our call, my client's BATTERY TENDER® trademark is registered and incontestable in connection with battery chargers.  See e.g., U.S. Reg. No. 3474591.  In litigation involving an incontestable registration, it is conclusively presumed that the registered mark is valid—i.e., that it is either inherently distinctive or has acquired secondary meaning. See 15 U.S.C.A. § 1115(b) ("To the extent that the right to use the registered mark has become incontestable … , the registration shall be conclusive evidence of the validity of the registered mark and of the registration of the mark, of the registrant's ownership of the mark, and of the registrant's exclusive right to use the registered mark in commerce.").  Thus, a defendant accused of infringing an incontestable registered mark cannot defend itself by claiming that the mark is descriptive and lacks secondary meaning.

I look forward to hearing from you shortly as to whether your client will be providing the requested data and will agree to enter into a formal settlement agreement in order to reach an amicable resolution of this matter.

If you would like to further discuss, I have some time open this afternoon.

My best,
Patti

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

---

**From:** David R. Posteraro <drp@kjk.com>
**Sent:** Tuesday, January 8, 2019 5:44 PM
**To:** Flanagan, Patti (Ptnr-WPB) <patti.flanagan@akerman.com>

**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

How is three tomorrow?

---

**From:** patti.flanagan@akerman.com [mailto:patti.flanagan@akerman.com]
**Sent:** Tuesday, January 08, 2019 5:43 PM
**To:** David R. Posteraro
**Cc:** gabriela.batteiger@akerman.com
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

David,

Please let me know when you are available to talk tomorrow.  Thank you.

My best,
Patti

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

---

**From:** Flanagan, Patti (Ptnr-WPB)
**Sent:** Monday, January 7, 2019 1:41 PM
**To:** 'David R. Posteraro' <drp@kjk.com>
**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

David, I am not available tomorrow, but, can do Wednesday.  Will that work for you?

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

---

**From:** David R. Posteraro <drp@kjk.com>
**Sent:** Monday, January 7, 2019 12:45 PM
**To:** Flanagan, Patti (Ptnr-WPB) <patti.flanagan@akerman.com>
**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** Re: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

Can we reschedule for tomorrow?

On Jan 4, 2019, at 9:53 AM, David R. Posteraro <drp@kjk.com> wrote:

> Hello Patti,
>
> Just back.  Is there a time early next week that is convenient?  I am out Monday morning but should be
> available in the afternoon or on Tuesday.

**From:** patti.flanagan@akerman.com [mailto:patti.flanagan@akerman.com]
**Sent:** Thursday, January 03, 2019 11:34 AM
**To:** David R. Posteraro
**Cc:** gabriela.batteiger@akerman.com
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

Hi David,

Please let me know your availability for a call.

My best,
Patti

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

---

**From:** David R. Posteraro <drp@kjk.com>
**Sent:** Friday, December 21, 2018 5:52 PM
**To:** Flanagan, Patti (Ptnr-WPB) <patti.flanagan@akerman.com>
**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

Hi Patti,

Sorry I didn't get back to you sooner. I am out until the 3rd. Will that work for you? If not, perhaps we can find a time sooner.

Regards,

---

**From:** patti.flanagan@akerman.com [mailto:patti.flanagan@akerman.com]
**Sent:** Thursday, December 20, 2018 9:19 AM
**To:** David R. Posteraro
**Cc:** gabriela.batteiger@akerman.com
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

Hi David,

I'd like to set up a time for us to discuss this matter. Please let me know your availability. Thank you.

My best,
Patti

**Patricia M. Flanagan**
Partner
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 671 3694
patricia.flanagan@akerman.com

**From:** David R. Posteraro <drp@kjk.com>
**Sent:** Wednesday, December 19, 2018 3:43 PM
**To:** Flanagan, Patti (Ptnr-WPB) <patti.flanagan@akerman.com>
**Cc:** Batteiger, Gabriela (Para-WPB) <gabriela.batteiger@akerman.com>
**Subject:** RE: Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

**SUBJECT TO EVIDENCE RULE 408**

Dear Ms. Flanagan,

Please be advised that the advertisement complained of in your letter of 12.12.2018 has been removed as timely requested in your letter. This action was taken to avoid unnecessary legal expenses, is not an admission of liability, nor agreement with the points raised in your letter, and is without prejudice to our client's legal and equitable rights all of which are expressly reserved.

**David R. Posteraro |** **Administrative Partner**

**KJK**

1375 East Ninth Street | 29th Floor| Cleveland, Ohio 44114
Direct: 216.736.7218 | Mobile: 216.409.0360 | Email: drp@kjk.com
www.kjk.com

*This message is confidential and may be a privileged attorney-client communication. If you are not the intended recipient(s), your review, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately at 888-696-8700 and delete this message. Thank you.*

---

**From:** gabriela.batteiger@akerman.com [mailto:gabriela.batteiger@akerman.com]
**Sent:** Wednesday, December 12, 2018 1:32 PM
**To:** David R. Posteraro
**Cc:** patti.flanagan@akerman.com
**Subject:** Use of BATTERY TENDER Trademark by The Noco Company; Our Ref. 10948-14

Dear Mr. Posteraro,

The attached is sent on behalf of Patricia Flanagan.

Sincerely,

**Gabriela Batteiger**
Paralegal
Akerman LLP | 777 South Flagler Drive, Suite 1100 West Tower | West Palm Beach, FL 33401
D: 561 273 5559
gabriela.batteiger@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the Court's Appellate PACER system, which will automatically send a notice of electronic filing to all counsel of record.

I further certify that on March 19, 2025, I caused a copy of the Non-Confidential version of the foregoing Appendix to be electronically served on all counsel of record.

I further certify that on March 19, 2025, two copies of the Non-Confidential version of the foregoing were dispatched via third-party commercial carrier to the following:

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

Respectfully submitted,

*/s/ Gregory A. Castanias*

*Counsel for Defendant-Appellant*