# VOLUME 20 PART 2
# PX62A – PX239

# PX-062A

**From:** Jonathan Nook [j@no.co]
**on behalf of** Jonathan Nook <j@no.co> [j@no.co]
**Sent:** 9/15/2016 3:15:11 AM
**To:** mikep@batterytender.com
**Subject:** NOCO - Battery Tender

Hello, Mike.

I hope all is well with Battery Tender. I tried to reach by phone today but was unsuccessful. NOCO is aggressively looking at multiple acquisition targets, and we believe that Battery Tender would strategically align with our growth initiatives.

I am sure this is not the first time you have been approached, but the value NOCO could bring is carrying on the legacy and passion of the Battery Tender brand.

Let me know if you have any time to chat.

Thanks.


**Jonathan Lewis Nook, MBA**
CVO, President | The NOCO Company
30339 Diamond Parkway, #102 | Glenwillow, OH 44139 | USA
Direct: (440) 703-9065

Visit our website at: https://no.co

Confidential Information © Copyright 2016 The NOCO Company. All Rights Reserved.



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-062A

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

**PX-062C**

| | |
|---|---|
| **From:** | Mike Prelec Sr. [mikepsr@batterytender.com] |
| **on behalf of** | Mike Prelec Sr. <mikepsr@batterytender.com> [mikepsr@batterytender.com] |
| **Sent:** | 9/15/2016 9:42:38 AM |
| **To:** | Jonathan Nook [Jonathan Nook <j@no.co>] |
| **BCC:** | mikejr@batterytender.com |
| **Subject:** | RE: NOCO - Battery Tender |

Hello Jonathan:

You are correct, this is not the first time we have been asked to entertain an interest in an acquisition, it's almost a weekly event!

Approximately one year ago I turned the operations over to my son and daughter. They have been running the company for the past several years so it was a natural succession. I still have my place in the business but it is not in the daily functions as it was in the past. The future of the company is totally up to them!

My son is currently out of the country working the automotive show in Frankfurt Germany. I forwarded him your email so he will probably respond in the near future.

Thank you for your interest,
Michael L. Prelec Sr.

**From:** Jonathan Nook [mailto:j@no.co]
**Sent:** Wednesday, September 14, 2016 11:15 PM
**To:** mikep@batterytender.com
**Subject:** NOCO - Battery Tender

Hello, Mike.

I hope all is well with Battery Tender. I tried to reach by phone today but was unsuccessful. NOCO is aggressively looking at multiple acquisition targets, and we believe that Battery Tender would strategically align with our growth initiatives.

I am sure this is not the first time you have been approached, but the value NOCO could bring is carrying on the legacy and passion of the Battery Tender brand.

Let me know if you have any time to chat.

Thanks.

**Jonathan Lewis Nook, MBA**
CVO, President | The NOCO Company
30339 Diamond Parkway, #102 | Glenwillow, OH 44139 | USA
Direct: (440) 703-9065

Visit our website at: https://no.co



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-062C**

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

DTC0002190

Confidential Information © Copyright 2016 The NOCO Company. All Rights Reserved.

**PX-138**

**From**:      LiveChat [support@livechatinc.com]
**Sent**:       2/16/2019 5:04:52 PM
**To**:         d@no.co
**Subject**:   Chat transcript



# Chat transcript

**Your name:** evin
**E-mail:** eprelec@gmail.com

---

Sharla Henderson                               Thu, 01/31/19 01:46:17 pm America/New_York

Any questions?

---

evin                   01:46:31 pm

Hi, What is the difference between your chargers and a Battery Tender charger

---

Sharla Henderson         01:41:48 pm

Our chargers are also battery tenders/maintainers. After our chargers fully charge the connected battery, they monitor the battery's charge level and top it off as needed, preventing the battery from losing its charge for extended periods while a vehicle is not in use.

---

evin                   01:42:26 pm

Isn't Battery Tender a different brand though?

---

Sharla Henderson         01:43:15 pm

Battery Tender is a specific brand, but "a battery tender" is a maintainer for your batteries to keep them from losing charge while they're connected to the battery.

---

Duration: 3m 41s

Chat started on: https://no.co/



U.S. District Court
Middle District of Florida
**PLAINTIFF'S EXHIBIT**
Exhibit Number:   PX-138
Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company
Date Identified:

Date Admitted:

CONFIDENTIAL - ATTORNEYS' EYES ONLY                           NOCO0004827

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**PX-139**

**client_msg_id:** 2091243c-93b7-4a9c-b16c-beed2fbe62d1
**type:** message
**text:** @U0C5YFSFP All ads for all properties have been turned back on and GB50 SPAs have been created for US. And will also be created for UK/DE/FR/ES/IT. We will continue to optimize our strategy for ads for the GB50 to create more relevancy for searches in order to ramp up page views and sales velocity. Let us know if you have any questions. Have a great weekend!
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 4/12/2019 1:41:05 PM
**ts:** 1555101665.002400
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false
**edited:**
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 4/12/2019 1:41:38 PM
**ts:** 1555101698.000000

---

**client_msg_id:** 369a7a24-1627-4ed0-b4b1-9afb56e6ad54
**type:** message
**text:** Thx
**user:** U0C5YFSFP (Jonathan Nook)
**timestamp:** 4/12/2019 1:49:13 PM
**ts:** 1555102153.002700
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 540d660639da,
image_72: https://avatars.slack-edge.com/2020-01-27/910142204562_540d660639da12b5a99b_72.png,
first_name: Jonathan,
real_name: Jonathan Nook,
display_name: j,
team: T0C62ND33,
name: j,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** fd3d7b93-1e0c-456a-9166-c1083b2a2963
**type:** message
**text:** Just make sure no Battery Tender ads using the Battery Tender name.
**user:** U0C5YFSFP (Jonathan Nook)
**timestamp:** 4/12/2019 1:50:20 PM
**ts:** 1555102220.003500
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 540d660639da,
image_72: https://avatars.slack-edge.com/2020-01-27/910142204562_540d660639da12b5a99b_72.png,
first_name: Jonathan,
real_name: Jonathan Nook,
display_name: j,
team: T0C62ND33,
name: j,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 9ce2f8d6-7126-4a7b-afd0-364a2cdbb7f7

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-139**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

**type:** message
**text:** You got it - I was just double checking that we didnâ€™t turn those back on :slightly_smiling_face:
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 4/12/2019 1:50:48 PM
**ts:** 1555102248.004000
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** b1943d77-166d-40f3-aaac-7f79c5b54f9a
**type:** message
**text:** Also, I forgot to mention while we were on the phone that Joey and Zach are coming in to visit on on 5/6 - they are coming to the office that morning then we are going out to lunch with them and then they are headed back to Seattle that day. Will you already be in London on that date?
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 4/12/2019 1:52:05 PM
**ts:** 1555102325.005200
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** b99af501-d7a9-4aa1-a09b-68331dc86888
**type:** message
**text:** I'll be here.
**user:** U0C5YFSFP (Jonathan Nook)
**timestamp:** 4/12/2019 2:09:43 PM
**ts:** 1555103383.005400
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 540d660639da,
image_72: https://avatars.slack-edge.com/2020-01-27/910142204562_540d660639da12b5a99b_72.png,
first_name: Jonathan,
real_name: Jonathan Nook,
display_name: j,
team: T0C62ND33,
name: j,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 0F163C3A-D9B1-4CDA-848E-7BE7E3F411EC
**type:** message
**text:** Great, once Joey gives me his official travel details, Iâ€™ll send an invite with our itinerary for the day.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 4/12/2019 3:19:57 PM
**ts:** 1555107597.006500
**team:** T0C62ND33
**user_team:** T0C62ND33

**source_team:** T0C62ND33

**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

_____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PX-144D

# United States of America

## United States Patent and Trademark Office

# NOCO GENIUS

**Reg. No. 5,303,090**

**Registered Oct. 03, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

The Noco Company (OHIO CORPORATION)
30339 Diamond Parkway #102
Glenwillow, OHIO 44139

CLASS 9: Battery chargers, battery jump starters or battery packs

FIRST USE 3-00-2009; IN COMMERCE 3-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3779305, 4644688, 4778383

SER. NO. 87-164,246, FILED 09-08-2016





*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-144D**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

DTC0004235

# PX-144E

# United States of America
## United States Patent and Trademark Office

# NOCO

**Reg. No. 5,238,298**

**Registered Jul. 04, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

The Noco Company (OHIO CORPORATION)
30339 Diamond Parkway #102
Glenwillow, OH 44139

CLASS 9: Battery chargers, battery jump starters or battery packs

FIRST USE 3-00-2009; IN COMMERCE 3-00-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4644688, 1302394, 4778383

SER. NO. 87-164,245, FILED 09-08-2016
MAYUR C VAGHANI, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-144E**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

DTC0004234

**PX-144F**

# United States of America
### United States Patent and Trademark Office

# NOCO GENIUS

**Reg. No. 4,644,688**
**Registered Nov. 25, 2014**

THE NOCO COMPANY (OHIO CORPORATION)
30339 DIAMOND PARKWAY #102
GLENWILLOW, OH 44139

**Int. Cl.: 9**

FOR: BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,165,271, 1,448,179 AND OTHERS.

THE WORDING "NOCO" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 86-249,997, FILED 4-11-2014.

BRIAN PINO, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-144F**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

DTC0004229

# PX-144G

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,779,305**

**Registered Apr. 20, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE NOCO COMPANY (OHIO CORPORATION)
23300 MERCANTILE ROAD
CLEVELAND, OH 441225921

FOR: BATTERY CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

OWNER OF U.S. REG. NOS. 1,165,271, 1,302,394, AND 1,448,179.

THE MARK CONSISTS OF THE WORD "NOCO" IN STYLIZED FONT ABOVE THE WORD "GENIUS" IN STYLIZED FONT AND THE STYLIZED DESIGN OF AN ATOM ABOVE THE LETTER "I" IN "GENIUS".

SN 77-698,054, FILED 3-24-2009.

TINA L. SNAPP, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-144G**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

**DTC0004238**

**FILED UNDER SEAL**

**PX-147**

# PX-162A

Message
_____

**From:** Harvey, Caroline [charvey@Batteriesplus.com]
**on behalf of** Harvey, Caroline <charvey@Batteriesplus.com> [charvey@Batteriesplus.com]
**Sent:** 11/17/2016 8:45:45 PM
**To:** Luke Case [luke.case@no.co]
**CC:** Zawikowski, Katrina [kzawikowski@Batteriesplus.com]
**Subject:** FW: Store Submission: Battery Tender Part# 022-0221

Hi Luke,

Can you give us any additional information on this?

Thanks,

**Caroline Harvey**

**Batteries ✦ Bulbs**

**Associate Product Manager** • charvey@batteriesplus.com
Phone: 262-912-3283 • Fax: 262-912-2217 • 1325 Walnut Ridge Dr., Hartland, WI 53029

BatteriesPlus.com - Franchising - Blog - Video
Facebook - Twitter - YouTube - Google+ - Pinterest

_____

**From:** Luhman, Tom
**Sent:** Thursday, November 17, 2016 2:13 PM
**To:** Zawikowski, Katrina <kzawikowski@Batteriesplus.com>; Harvey, Caroline <charvey@Batteriesplus.com>
**Subject:** RE: Store Submission: Battery Tender Part# 022-0221

Unique item.  Link to product below.

http://www.batterytender.com/future

_____

**From:** Pelland, Kristal
**Sent:** Thursday, November 17, 2016 9:10 AM
**To:** Zawikowski, Katrina <kzawikowski@Batteriesplus.com>; Harvey, Caroline <charvey@Batteriesplus.com>
**Cc:** Luhman, Tom <tluhman@Batteriesplus.com>; Pelland, Kristal <kpelland@Batteriesplus.com>
**Subject:** Store Submission: Battery Tender Part# 022-0221

Hello Katrina and Caroline,

I have a store submission from Duane Mikesh #078 asking if ABS will be adding this item from Battery Tender.  Is this product being considered?  What are your thoughts?

With Much Appreciation,
**Kristal A. Pelland**

**Batteries ✦ Bulbs**

**Product Data Specialist** • kpelland@batteriesplus.com
Phone: 262.912.3265 • Fax: 262-912-2217 • 1325 Walnut Ridge Dr., Hartland, WI 53029



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: **PX-162A**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

BatteriesPlus.com - Franchising - Blog - Video
Facebook - Twitter - YouTube - Google+ - Pinterest

 Please consider the environment before printing this e-mail.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**PX-189**

Your name: Joan Becich E-mail: joanicole@gmail.com Subject: Which battery tender to buy?  Message: Please Call me. I had a Deltran battery tender plus and It failed. Need another one.   ---  Message has been sent at: 2015-01-17 00:24:35. Chat has been opened from website: http://www.geniuschargers.com/ Message has been routed to skill: All operators Message ID: [LC #1037701.NIJAVMXCAZ]



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:   **PX-189**

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PX-205

NOCO    Scott Gibbs

# Campaign: **NOCO Brand Page Ad - Tender Focus**

Status: Ended    Type: **Sponsored Brands**    Schedule: **Dec 11, 2014 - Jun 29, 2015**    Budget: **$500.00 - Lifetime**

Targeting

Negative targeting

Creative preview

**Campaign settings**

| | |
|---|---|
| Campaign name | NOCO Brand Page Ad |
| Campaign ID | AC2ASG77IR4IQN1 |
| Portfolio | No portfolio ⌄ |
| Type | Sponsored Brands |
| Active / Paused | Paused |
| | Archive this campaign |
| Status | Ended |
| Schedule | 12/11/2014    6/29/2015 |
| Lifetime budget ⓘ | $ 500.00 |



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-205

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# PX-206



# Campaign: **NOCO Brand Page Ad - Tender Focus #2**

Status: Ended   Type: **Sponsored Brands**   Schedule: **Dec 30, 2014 – Jan 29, 2015**   Budget: **$200.00 – Lifetime**

Targeting

Negative targeting

Creative preview

**Campaign settings**

| Campaign name | NOCO Brand Page Ad |
|---|---|
| Campaign ID | AC1B4JUBOI2EPV8 |
| Portfolio | No portfolio |
| Type | Sponsored Brands |
| Active / Paused | Paused |
| | Archive this campaign |
| Status | Ended |
| Schedule | 12/30/2014   1/29/2015 |
| Lifetime budget | $ 200.00 |



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-206

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:





© 2019 Amazon.com, Inc. or its affiliates. Amazon, Amazon Advertising and related logos are trademarks of Amazon.com, Inc. or its affiliates.   Conditions of use   Privacy notice



CONFIDENTIAL – ATTORNEYS' EYES ONLY

NOCO0000969

# PX-230

# COMPOSITE
# EXHIBIT 12

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number:     PX-230

Case Number:
6:19-cv-00308-CEM-LRH
Deltona Transformer Corporation

v.

The Noco Company

Date Identified:


Date Admitted:

**From**: Amazon Marketing Services [noreply@amazon.com]
**Sent**: 9/27/2018 6:32:09 PM
**To**: d@no.co
**Subject**: Add these keywords to reach more customers on Amazon



# Optimize your campaigns with these keywords

Shoppers have been searching on Amazon with search terms related to your products in the past week. Using these search terms as keywords in your campaigns can help your ads appear higher on search results pages and increase sales opportunities.

Add these recommended keywords with phrase and exact match type to your respective campaigns featuring these ASINs below, or create a new manual Sponsored Products campaign with these ASIN keywords combinations.

**Optimize your campaigns >>**

(sign-in required)

| Brand name | ASIN | Recommended keywords* | Campaign name |
|---|---|---|---|
| NOCO | B0185ZYJUS | 2015 silverado accessories, 2016 ram 1500 accessories, polaris general 1000 accessories | GENM1 - Top SOV - Bid+ |
| NOCO | B0185ZYJUS | boating | Gen2 - Top SOV - Bid+ |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| NOCO | B01M0PWX9Y | battery | G4 \| Competitor \| Bid + |
| NOCO | B01M0PWX9Y | polaris sportsman 570 accessories | G1100 \| Competitor \| Bid+ |
| NOCO | B01M0PWX9Y | battery tester | G1100 \| Battery Tender \| Bid+ |
| NOCO | B07CZ658S6 | battery tender | GB20 - Branded |
| NOCO | B07CZ658S6 | optima battery charger | GB70 Jump Starter Roadside Kit - Bid+ |
| NOCO | B07CZ658S6 | noco genius boost pro gb150 4000 amp 12v lithium jump starter | GB150 Jump Starter Roadside Kit - Bid+ |

*Keyword and ASIN recommendations are based on a trailing 7-day period from the send date of this email.

NOCO0004840

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon Services, please unsubscribe.

© 2018 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon.com logo are registered trademarks of Amazon.com, Inc. or its affiliates.

Amazon.com, 410 Terry Avenue North | Seattle, WA 98109-5210

CONFIDENTIAL - ATTORNEYS' EYES ONLY



| | |
|---|---|
| Total Amount | **USD 520.91** |

**Invoice Number**: TRMV4TXXZ-14991

**Invoice Date**: 11-Mar-2020

**Invoice Period**: 09-Mar-2020 to 11-Mar-2020

**Invoice Currency**: USD

**Payment Type**: Credit Card

**FROM**

Amazon Services LLC

PO Box 24651

Seattle, WA 98124-0651

**TO**

The NOCO Company

30339 Diamond Parkway Unit 102

Glenwillow, OH, 44139, US

## Summary of Portfolio Charges

Portfolio subtotals include advertising charges and adjustments. Tax is calculated on the overall invoice and therefore not reflected in the portfolio subtotal.

| Portfolio name | Amount |
|---|---|
| 1 Boost | 292.25 USD |
| 2 GENIUS | 206.41 USD |
| 4 Accessories | 1.05 USD |
| 6 GCP | 2.29 USD |
| Other Charges and Adjustments | 18.91 USD |

Total Amount 520.91 USD

Portfolio name: 1 Boost

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| Battery Starter \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 1 | 1.81 USD | 1.81 USD |
| Boost \| Branded \| Exact#k6l3nf7o149 | SPONSORED PRODUCTS | amazon.us | 9 | 1.91 USD | 17.16 USD |
| Top 10 BSR Jump Starters \| Individual Product Targeting1#k6l3nf2l839 | SPONSORED PRODUCTS | amazon.us | 4 | 5.14 USD | 20.57 USD |
| Boost \| Competitor \| Exact#k3hodv36388 | SPONSORED PRODUCTS | amazon.us | 2 | 4.16 USD | 8.31 USD |
| Lithium Jump Starter \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 2 | 5.62 USD | 11.24 USD |
| Jump Pack \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 6 | 3.04 USD | 18.24 USD |
| Boost \| Branded \| NOCO Boost Premium \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 5 | 3.60 USD | 18.01 USD |
| Car Jump Starter \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 10 | 6.34 USD | 63.37 USD |
| Jump Box \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 5 | 3.04 USD | 15.19 USD |
| Jump Pack \| Branded \| Exact | SPONSORED PRODUCTS | amazon.us | 2 | 1.60 USD | 3.20 USD |
| Jumper \| Competitor \| Exact | SPONSORED PRODUCTS | amazon.us | 5 | 2.28 USD | 11.39 USD |
| Battery Booster \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 4 | 3.11 USD | 12.43 USD |

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| Boost \| Product & Category Targeting \| NOCO Boost \| Custom Image \| CP | SPONSORED BRANDS | amazon.com | 9 | 0.93 USD | 8.33 USD |
| Jump Box \| Generic \| NOCO Boost \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 0 | 0.00 USD | -0.07 USD |
| Car Jump Starter \| Branded \| Exact | SPONSORED PRODUCTS | amazon.us | 2 | 5.73 USD | 11.46 USD |
| Boost \| Generic \| Jump Starter \| Exact | SPONSORED PRODUCTS | amazon.us | 3 | 5.03 USD | 15.09 USD |
| Power Bank and Battery Bank \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 1 | 1.64 USD | 1.64 USD |
| Boost \| Generic KWs \| NOCO Boost Premium \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 2 | 3.48 USD | 6.96 USD |
| Boost \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 15 | 3.19 USD | 47.92 USD |

**Campaign Charges total: 292.25 USD**

Portfolio total 292.25 USD

Portfolio name: 2 GENIUS

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| Product & Category Targeting \| All New Genius \| CP | SPONSORED BRANDS | amazon.com | 8 | 7.42 USD | 59.35 USD |
| Auto Chargers \| Generic KWs \| Phrase#k3hodvkh732 | SPONSORED PRODUCTS | amazon.us | 1 | 1.50 USD | 1.50 USD |
| Battery Maintainer \| Generic \| Worry-Free \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | -3 | 2.39 USD | -7.17 USD |
| Car Charger \| Generic \| Meet Genius \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 4 | 3.31 USD | 13.26 USD |
| Trickle Charger \| Generic \| Exact#k3hodvke674 | SPONSORED PRODUCTS | amazon.us | 1 | 6.17 USD | 6.17 USD |
| Car Charger \| Generic KWs \| Exact#k3hodv37866 | SPONSORED PRODUCTS | amazon.us | 10 | 2.58 USD | 25.84 USD |
| Motorcycle Charger \| Generic KWs \| Exact | SPONSORED PRODUCTS | amazon.us | 4 | 2.58 USD | 10.33 USD |
| Auto Chargers \| Generic \| Meet Genius \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 2 | 1.96 USD | 3.92 USD |
| Battery Maintainer \| Generic \| Exact#k3hoduq1689 | SPONSORED PRODUCTS | amazon.us | 1 | 3.84 USD | 3.84 USD |
| AGM Chargers \| Competitor KWs \| Meet Genius \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 8 | 2.09 USD | 16.69 USD |
| Battery Charger \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 8 | 2.86 USD | 22.89 USD |
| Battery Tender \| Branded \| Exact#k3hodvkg529 | SPONSORED PRODUCTS | amazon.us | 1 | 1.48 USD | 1.48 USD |
| Genius \| Battery Charger KWs \| Meet Genius \| CP | SPONSORED BRANDS | amazon.com | -1 | 1.50 USD | -1.50 USD |
| Battery Charger KWs \| Generic \| Meet Genius \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 1 | 1.07 USD | 1.07 USD |

NOCO0004981

| | | | | | |
|---|---|---|---|---|---|
| Recondition \| Generics KWs \| Meet Genius \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | -1 | 1.23 USD | -1.23 USD |
| Genius \| Branded KWs \| All-New \| Custom Image \| BP | SPONSORED BRANDS | amazon.com | 3 | 7.09 USD | 21.27 USD |
| Smart Chargers \| Generic KWs \| Phrase | SPONSORED PRODUCTS | amazon.us | 3 | 9.57 USD | 28.70 USD |

**Campaign Charges total: 206.41 USD**

Portfolio name: 4 Accessories

Portfolio total 206.41 USD

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| GBC013#k3hodvje647 | SPONSORED PRODUCTS | amazon.us | 1 | 1.05 USD | 1.05 USD |

**Campaign Charges total: 1.05 USD**

Portfolio name: 6 GCP

Portfolio total 1.05 USD

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| GCP1E \| Product & Category Targeting#k3hodvk1725 | SPONSORED PRODUCTS | amazon.us | 2 | 0.86 USD | 1.72 USD |
| GCP1E \| Top SOV KWs#k3hodv34915 | SPONSORED PRODUCTS | amazon.us | 1 | 0.57 USD | 0.57 USD |

**Campaign Charges total: 2.29 USD**

Other Charges and Adjustments

Portfolio total 2.29 USD

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| GBC007 Eyelet Accessory Cable - Alternate Messaging C | SPONSORED DISPLAY | amazon.com | 1 | 0.85 USD | 0.85 USD |
| GENIUS5 \| PT: Categories \| All-New | SPONSORED DISPLAY | amazon.com | 3 | 0.57 USD | 1.71 USD |
| GB40 \| Battery Charger PDPs | SPONSORED DISPLAY | amazon.com | -1 | 0.23 USD | -0.23 USD |
| GENIUS10 \| PT: Products \| All-New | SPONSORED DISPLAY | amazon.com | 2 | 0.52 USD | 1.03 USD |
| Boost \| GB40 \| Audiences \| Interests | SPONSORED DISPLAY | amazon.com | 2 | 0.94 USD | 1.88 USD |
| GB40 \| Interest \| Save On | SPONSORED DISPLAY | amazon.com | 3 | 0.61 USD | 1.82 USD |
| GBC014 | SPONSORED DISPLAY | amazon.com | 1 | 0.51 USD | 0.51 USD |
| GENIUS1 \| PT: Categories \| All-New | SPONSORED DISPLAY | amazon.com | 1 | 0.73 USD | 0.73 USD |
| GB40 \| Auto Accessory \| Product Targeting | SPONSORED DISPLAY | amazon.com | 2 | 0.96 USD | 1.92 USD |
| Boost \| Views#k3hodvjg772 | SPONSORED PRODUCTS | OffSite | 1 | 0.70 USD | 0.70 USD |

| GB50 \| Category \| Introducing | SPONSORED DISPLAY | amazon.com | 8 | 0.81 USD | 6.51 USD |
| GB40 \| PT \| Jumper Cables | SPONSORED DISPLAY | amazon.com | 2 | 0.74 USD | 1.48 USD |

**Campaign Charges total: 18.91 USD**

**Adjustments**

| Date | Comment | Amount (ex. Tax) |
| --- | --- | --- |
| 11-Mar-2020 | Click Credit for Invalid Traffic | 0.00 USD |
| 11-Mar-2020 | Click Credit for Invalid Traffic | 0.00 USD |
| 11-Mar-2020 | Click Credit for Invalid Traffic | 0.00 USD |

**Adjustments total: 0.00 USD**

Other Charges and Adjustments total 18.91 USD

| | |
| --- | --- |
| **Total Amount Billed** | 520.91 USD |
| **Total Adjustments** | 0.00 USD |
| **Tax Rate** | 0.00% |
| **Tax Amount** | 0.00 USD |
| **Total Amount (Tax Inclusive)** | 520.91 USD |

---

**PAYMENT METHOD: NO PAYMENT IS DUE FOR THIS DOCUMENT.**

It has been charged to the credit card on your account.

---

NOCO0004983

| | |
|---|---|
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 2/13/2020 1:04:18 AM |
| **To:** | d@no.co |
| **Subject:** | Your campaign(s) are reaching or have reached budgets |



Hi Advertiser,

The following are some of your advertising campaigns that are out of budget or are close to running out of budget. Click on your brand name in the table below (sign–in required) to see all of the campaigns. We suggest increasing your daily budget to the "recommended budget" that is based on your campaign's daily spend rate.

| BRAND NAME | CAMPAIGN NAME* | BUDGET UTILIZATION | RECOMMENDED BUDGET |
|---|---|---|---|
| NOCO | Boost \| Automatic \| Substitutes | >100% | $894 |
| NOCO | GENIUS \| Automatic \| Substitutes | >100% | $783 |
| NOCO | Battery Tender \| Generic KWs \| Worry-Free \| CP | 93.69% | $779 |
| NOCO | Boost \| Generic KWs \| NOCO Tile \| BP | 80.31% | $1,779 |
| NOCO | AGM Chargers \| Competitor KWs \| Meet Genius \| CP | 80.06% | $741 |

**How does this impact your ads?**

When daily budgets are reached, campaigns are paused and no longer serve ads to Amazon shoppers until midnight PST when your budget refreshes. If you haven't already, we recommend you increase your budget (sign-in required) to continue helping your brand drive sales at Amazon.

Have questions? Contact Us.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Thank you,
The Amazon Advertising Team

---

* You may see differences between information listed in this email and on your dashboard due to data delays.

© 2019 **Amazon, Inc**. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon.com logo are registered trademarks of Amazon.com, Inc. or its affiliates.

Amazon.com, 410 Terry Avenue North | Seattle, WA 98109-5210

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon Services, please **unsubscribe**.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 12/23/2019 10:26:50 AM |
| **To:** | d@no.co |
| **Subject:** | Sponsored ads campaigns paused due to retail policy |

# amazonadvertising

Hello NOCO,

One or more of your products are no longer eligible to advertise. We've paused the following ads or campaigns:

Campaign name: "GEN1" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "A202" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GBC013" - B07C2VZGJY - NOCO GBC013 Boost Sport/Plus EVA Protection Case Campaign name: "GC003" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC003 12V Plug Connector - Alternate Ad Messaging B" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC003 12V Plug Connector - Alternate Ad Messaging C" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 10' Extension Cable" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 10' Extension Cable - Alternate Messaging B" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 10' Extension Cable - Alternate Ad Messaging C" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "G3500 | Boost PDPs" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GBC013 | Protective Case" - B07C2VZGJY - NOCO GBC013 Boost Sport/Plus EVA Protection Case Campaign name: "NOCO 04/23/2019" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger

NOCO0005013

and Maintainer Campaign name: "G750 | Competitor Target | Battery Tender" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Interest | Save On" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Category | Save On" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Motorcycle Covers | Keep It Charged" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Category | All-In-One Smart Charger" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | PT | Motorcycle Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Optima Batteries | PT" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Battery Saver | PT" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "NCP2 A202s | Audiences & Interests | Stop Corrosion" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "E404s | PT Category Restoration Chemicals | Remove Corrosion" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404s | PT Products | Removes Corrosion" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "GB Series" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Antigravity" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - DB Power" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Suaoki" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - PowerAll" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Branded Terms" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Schumacher" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GEN Series" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Battery Tender" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer name: "G Series" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "CTEK" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Schumacher" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "ProMariner" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Minn Kota" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Battery Minder" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series" - B015TKPT1A - NOCO Boost Sport

CONFIDENTIAL - ATTORNEYS' EYES ONLY

GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Weego" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "NCP2 Series" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "GB Series - Gooloo" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Kmashi" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series - Bolt Power" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series (2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series (3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G Series (2)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series (3)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series Non-Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GEN Series Non-Branded" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G Series Non-Branded" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Battery Tender" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series Jumper Cables" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Non-Branded (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Non-Branded (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Non-Branded (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Branded (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Branded (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Branded (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GEN Series

Non-Branded (V1)" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Non-Branded (V2)" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Non-Branded (V3)" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Branded (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GEN Series Branded (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GEN Series Branded (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G Series Non-Branded (V1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Non-Branded (V2)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Non-Branded (V3)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded (V1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded (V2)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded (V3)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name "Battery Tender (V1)" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name "Battery Tender (V2)" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Battery Tender (V3)" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series Jumper Cables (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Jumper Cables (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB Series Jumper Cables (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "HM Series" - B002WCUIC4 - NOCO HM082BKS Group U1 Snap-Top Battery Box - B002WCYSYS - NOCO HM462 Dual L16 Commercial-Grade Battery Box - B004W5SGBO - NOCO HM318BKS Group 24-31 Snap-Top Battery Box - B00319MIWU - NOCO HM485 Dual 8D Commercial-Grade Battery Box Campaign name: "GB20" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GEN1" - B003JSHQW0 - NOCO

Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "B603" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "CB104" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "HM318BKS" - B004W5SGBO - NOCO HM318BKS Group 24-31 Snap-Top Battery Box Campaign name: "HM082BKS" - B002WCUIC4 - NOCO HM082BKS Group U1 Snap-Top Battery Box Campaign name: "NOCO" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004W5SGBO - NOCO HM318BKS Group 24-31 Snap-Top Battery Box - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "A202" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "GB20 (Exact - CO)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GEN1" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB20" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G750 - Keyword Harvest" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 - Keyword Harvest" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 - Keyword Harvest" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GB20 - Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB20 - Branded - No Bid+" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G7200 | Top SOV" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G7200 - Top SOV - No Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 - Top SOV - No Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Top SOV" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Top SOV" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G3500- Top SOV - No Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Competitor | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Competitor | No Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Competitor | Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Competitor | Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Competitor | No Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Competitor | No Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "Gen1 - Top SOV - No Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Gen1 - Top SOV - Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp

1-Bank On-Board Battery Charger Campaign name: "GEN1 | Competitor | No Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN1 | Competitor | Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G750 | Battery Tender | Bid +" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G70d | Battery Tender | Bid +" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Battery Tender | Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Battery Tender | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Trickle Charger | Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Trickle Charger | Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Trickle Charger | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G Series | Trickle Charger | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Categories (1)" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Product Targeting | Individual Products" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Individual Products" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Product Targeting | Categories" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Categories" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Individual Products" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GBC013" - B07C2VZGJY - NOCO GBC013 Boost Sport/Plus EVA Protection Case Campaign name: "GEN1 | Product Targeting | Categories" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN1 | Product Targeting | Individual Products" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G Series | Boating Gear & Accessories" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Category Targeting: Motorcycle Gear and Car Chemical Products" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Top 10 BSR Jump Starters | Individual Product Targeting1" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GEN | Boating Gear & Accessories" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Top 10 BSR Battery Chargers | Individual Product Targeting" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Top 10 BSR Boat Battery Chargers | Individual Product Targeting" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN | Product Targeting" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GC003 X-Connect 12V Male Plug" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name:

"GC004 X-Connect 10-Foot Extension" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC008 X-Connect XL Eyelet Terminal" - B004LWWNLC - NOCO GC008 X-Connect XL Eyelet Terminal M10 Accessory For NOCO Genius Smart Battery Chargers Campaign name: "G Series | Car Chargers KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Smart Charger KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Trickle Charger KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Maintainer KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Float Charger KWs" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Motorcycle Charger KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "CTEK | G Series" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "CTEK | G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | G750 | Product Targeting - Motorcycle Accessories" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Product Targeting | Motorcycle Gear" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Boost | Beatit" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "Boost | Tacklife" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G750 | Product Targeting | Motorcycle Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Car Cover" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Motorcycle Battery" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Optima Battery" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Powersport Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Boost | Product Targeting | Jumper Cables" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G750 | Motorcycle Battery" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Motorcycle Battery" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Powersport Batteries" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Car Covers" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Car Covers" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Powersports Battery(1)" - B004LWTHP2 -

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Motorcycle Batteries(1)(1)" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Automotive Performance Batteries" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Powersport Batteries" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Product Targeting | Car Cover" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Motorcycle Batteries" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Product Targeting | Powersports Battery" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Powersports Battery" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Motorcycle Covers" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Car Chargers" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Automotive Performance Batteries" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Automotive Performance | Product Targeting" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Automotive Performance Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Automotive Performance | Product Targeting(1)" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Automotive Performance | Product Targeting(1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Optima Battery" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200 | Optima Battery" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Optima Batteries | Product Target" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Optima Batteries | Product Target" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Optima Batteries | Product Target(1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Maintainer | Lifetime Bidding" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Battery Saver" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Battery Saver | Product Targeting" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Battery Saver" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Battery Saver | Product Targeting" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Battery Saver" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Battery Saver | Product Targeting" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GENIUS | Automatic | Close Match" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GEN | Automatic | Substitutes" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GENIUS | Automatic | Substitutes" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer

NOCO0005020

- B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GEN | Automatic | Complements" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GENIUS | Automatic | Complements" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GEN | Automatic | Close Match" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G7200 | Branded KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Branded KWs" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Branded KWs" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "A202S | Top SOV KWs" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "A202s | Competitor KWs" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "A202S | Competitor KWs" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "A202s | Branded KWs" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "A202S | Branded KWs" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "A202S | Product & Category Targeting" - B001DKRGLM - NOCO NCP2 A202S 12.25 Oz Oil-Based Battery Corrosion Preventative Spray Campaign name: "E404s | Branded KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404s | Competitor KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E403s | Branded KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E403s | Competitor KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404S | Top SOV KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404s | Product & Category Targeting" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E403S | Top SOV KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "G3500 | Amazon Choice | Car Battery Charger" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Amazon Choice | Motorcycle Battery Charger" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer

To address this, sign in to your Vendor Central account and go to https://vendorcentral.amazon.com/hz/vendor/members/apm-lap/index to review and accept our cost recommendation or consider lowering your product's cost. If you're managing advertising for a third party, share the Vendor Central link with your clients so they can sign in and review our cost recommendation. It may take up to a week for accepted cost recommendations to affect advertising eligibility.

Sincerely,

The Amazon Advertising Team

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| From: | Amazon Advertising [no-reply@amazon.com] |
|-------|-------------------------------------------|
| Sent: | 12/29/2019 10:29:25 AM |
| To: | d@no.co |
| Subject: | Sponsored ads campaigns paused due to retail policy |

# amazon advertising

Hello NOCO,

One or more of your products are no longer eligible to advertise. We've paused the following ads or campaigns:

Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN1" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G1100" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G1100" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GC018" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals Campaign name: "GC019" - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS -

NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GBC013" - B07C2VZGJY - NOCO GBC013 Boost Sport/Plus EVA Protection Case Campaign name: "GC003" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC003 12V Plug Connector - Alternate Ad Messaging B" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC003 12V Plug Connector - Alternate Ad Messaging C" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 10' Extension Cable" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 10' Extension Cable - Alternate Messaging B" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 10' Extension Cable - Alternate Ad Messaging C" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GB40 - Battery Purchasers" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100 - Battery Purchasers" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 - Battery Purchasers | ALT Messaging" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "GB40 | Battery Charger PDPs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G3500 | Boost PDPs" - B004LWWEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GB40 | Battery Charger PDPs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GBC013 | Protective Case" - B07C2VZGJY - NOCO GBC013 Boost Sport/Plus EVA Protection Case Campaign name: "NOCO 04/23/2019" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Competitor Target | Gooloo" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Competitor Target | Suaoki" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Competitor Target | DB Power" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Competitor Target | Tacklife | Audew | JNC | iClever" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Competitor Target | Battery Tender" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Interest | Save On" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Category | Save On" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Competitor Target Specific Products | Save On" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Interest | Save On" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Category | Save On" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Boost | GB40 | Audiences | Interests" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe

Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Car Cleaning Accessories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Kid's Car Accessories | Protect Your Family" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Motorcycle Covers | Keep It Charged" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Motorcycle Helmet and Gloves | Protect Your Battery" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Competitor | Start Dead Bat" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Category | All-In-One Smart Charger" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Categories | No Vehicle Looks Good With A Dead Battery" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | PT | Can't Buff Out A Dead Battery" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100 | PT | Battery Care" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "GB40 | PT | Jumper Cables" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100 | PT | Car Covers" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | PT | Motorcycle Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | PT | Motorcycle Batteries" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | PT | Powersport Battery" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | Automotive Performance Batteries | PT" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Optima Batteries | PT" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Battery Saver | PT" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Heated Seats" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Heated Seats | Can't Help A Dead Battery" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Auto Accessory | Product Targeting" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "E404s | PT Category Restoration Chemicals | Remove Corrosion" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404s | PT Products | Removes Corrosion" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "GB Series" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Antigravity" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - DB Power" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Suaoki" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - PowerAll" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Branded Terms" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Schumacher" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN Series" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Battery Tender" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "CTEK" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Schumacher" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "ProMariner" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Minn Kota" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "12V Accessories" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "Battery Minder" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Weego" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO

NOCO0005026

Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Gooloo" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Kmashi" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series - Bolt Power" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series (2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series (3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G Series (2)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series (3)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series Non-Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN Series Non-Branded" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G Series Non-Branded" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Battery Tender" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series Jumper Cables" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Non-Branded (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Non-Branded (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Non-Branded (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Branded (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Branded (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Branded (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN Series Non-Branded (V1)" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Non-Branded (V2)" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Non-Branded (V3)" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN Series Branded (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN Series Branded (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN Series Branded (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G Series Non-Branded (V1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Non-Branded (V2)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500

CONFIDENTIAL - ATTORNEYS' EYES ONLY

6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Non-Branded (V3)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded (V1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded (V2)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series Branded (V3)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Battery Tender (V1)" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Battery Tender (V2)" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Battery Tender (V3)" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB Series Jumper Cables (V1)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Jumper Cables (V2)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series Jumper Cables (V3)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "HM Series" - B002WCUIC4 - NOCO HM082BKS Group U1 Snap-Top Battery Box - B004W5SGBO - NOCO HM318BKS Group 24-31 Snap-Top Battery Box - B00319MIWU - NOCO HM485 Dual 8D Commercial-Grade Battery Box Campaign name: "12V Accessories" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "GB20" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200" -

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NOCO0005029

B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GEN1" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GC018" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals Campaign name: "GC019" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "GC020" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "HM318BKS" - B004W5SGBO - NOCO HM318BKS Group 24-31 Snap-Top Battery Box Campaign name: "HM082BKS" - B002WCUIC4 - NOCO HM082BKS Group U1 Snap-Top Battery Box Campaign name: "NOCO" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004W5SGBO - NOCO HM318BKS Group 24-31 Snap-Top Battery Box - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB20 (Exact - CO)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GB40 (Exact - CO) AV1" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 (Exact - CO)" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G7200" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GC019" - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "GC018" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals Campaign name: "GEN1" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G1100" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB20" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV9" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV10" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV8" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV3" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign

CONFIDENTIAL - ATTORNEYS' EYES ONLY

name: "GB40 - Keyword Harvest - AV1" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV7" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV4" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100 - Keyword Harvest" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "GB40 - Keyword Harvest - AV2" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV6" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 - Keyword Harvest" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 - Keyword Harvest - AV5" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G3500 - Keyword Harvest" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 - Keyword Harvest" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GB20 - Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "GB40 | Top SOV Kws" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Top SOV - No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB20 - Branded - No Bid+" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G7200 | Top SOV" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G7200 - Top SOV - No Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G1100 - Top SOV - No Bid+" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | Top SOV" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 - Top SOV - No Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Top SOV" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Top SOV" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G3500- Top SOV - No Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Competitor | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Competitor | No Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Competitor | Bid+" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | Competitor | No Bid+" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | Competitor | Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Competitor | Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Competitor | No Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Competitor | No Bid+" - B004LWVEKS - NOCO Genius G3500

NOCO0005031

6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "Gen1 - Top SOV - No Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Gen1 - Top SOV - Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN1 | Competitor | No Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN1 | Competitor | Bid+" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GB40 | Various Competitor" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 - Competitor - No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Jumper Cable | Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Jumper Cable | No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series | Jumper Cables | Bid +" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Series | Jumper Cables | No Bid +" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Jumper Cables | Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Jumper Cables | No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Jump Starter Roadside Kit - Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB Jump Starter Roadside Kit - No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Battery Tender | Bid +" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 Jump Starter Roadside Kit - Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G70 | Battery Tender | Bid +" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Battery Tender | Bid+" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Battery Tender | Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Battery Tender | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Trickle Charger | Bid+" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Trickle Charger | Bid+" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Trickle Charger | Bid+" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Trickle Charger | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G Series | Trickle Charger | Bid+" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Categories (1)" - B004LWVEKS - NOCO Genius G3500 6V/12V

CONFIDENTIAL - ATTORNEYS' EYES ONLY

3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Product Targeting | Individual Products" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Individual Products" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G1100 | Product Targeting | Categories" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | Product Targeting | Individual Products" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "GB40 | Product Targeting | Categories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Product Targeting | Categories" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Categories" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GB40 | Product Targeting | Individual Products" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G7200 | Product Targeting | Individual Products" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GBC013" - B07C2VZGJY - NOCO GBC013 Boost Sport/Plus EVA Protection Case Campaign name: "GB40 | Snowmobile" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN1 | Product Targeting | Categories" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GEN1 | Product Targeting | Individual Products" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G Series | Boating Gear & Accessories" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Category Targeting: Motorcycle Gear and Car Chemical Products" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Top 10 BSR Jump Starters | Individual Product Targeting1" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN | Boating Gear & Accessories" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "Boost | Boating Gear & Accessories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "All Boost | Top SOV" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Top 10 BSR Battery Chargers | Individual Product Targeting" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Top 10 BSR Boat Battery Chargers | Individual Product Targeting" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GB40 | EAT" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And

CONFIDENTIAL - ATTORNEYS' EYES ONLY

3-Liter Diesel Engines Campaign name: "GEN | Product Targeting" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G1100 | Trickle Charger | Bid Down" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | Trickle Charger | Fixed Bid" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "GC016" - B009MI9L6U - NOCO GC016 X-Connect 12V Dashmount Battery Indicator M10 Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC003 X-Connect 12V Male Plug" - B004LWWNI0 - NOCO GC003 X-Connect 12V Dual-Size Male Plug Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC001 X-Connect Battery Clamp" - B004LWV0DY - NOCO GC001 X-Connect Battery Clamp Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC004 X-Connect 10-Foot Extension" - B004LWV0GQ - NOCO GC004 X-Connect 10-Foot Extension Cable Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC008 X-Connect XL Eyelet Terminal" - B004LWWNLC - NOCO GC008 X-Connect XL Eyelet Terminal M10 Accessory For NOCO Genius Smart Battery Chargers Campaign name: "GC013 X-Connect Male Coupler" - B009MI9JNA - NOCO GC013 X-Connect Male-To-Male Coupler Accessory For NOCO Genius Smart Battery Chargers Campaign name: "G Series | Car Chargers KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Smart Charger KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Trickle Charger KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Maintainer KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Float Charger KWs" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Motorcycle Charger KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "Boost | Views" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Jumper and Jump Box | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Portable | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Battery Booster | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Jumper | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Motorcycle Jump Starter | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Battery Pack | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Car Jump Starter | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "CTEK | G Series" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "CTEK | G3500" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "GB40 | Product Targeting - Car Cleaning Accessories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | GB40 | Product Targeting - Kids Car Acessories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G Series | G750 | Product Targeting - Motorcycle Accessories" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G Series | Product Targeting | Motorcycle Gear" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Motorcycle Gloves and Helmet" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Beatit" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Beatit" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | DBPower" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | DBPower" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Gooloo" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Gooloo" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Tacklife" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Tacklife" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Product Targeting | Motorcycle Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Car Wax Cleaner | Product Targets" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Car Cover" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Motorcycle Battery" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Optima Battery" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G1100 | Motorcycle Battery" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | Powersport Batteries" - B004LX3AS6 - NOCO

NOCO0005035

Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Product Targeting | Jumper Cables" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100 | Product Targeting | Powersports Battery(1)" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "Boost | Product Targeting | Jumper Cables" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 4L Gasoline Engines Campaign name: "G1100 | Automotive Performance | Product Targeting(1)" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G1100 | Car Wax Cleaner" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "GB40 | Battery Charger" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G750 | Motorcycle Battery" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Car Wax Cleaner" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Car Wax Cleaner | Product Targeting" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G3500 | Motorcycle Battery" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Powersport Batteries" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Car Covers" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Car Covers" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Powersports Battery(1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Motorcycle Batteries(1)(1)" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Automotive Performance Batteries" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G1100 | Product Targeting | Motorcycle Batteries(1)" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Powersport Batteries" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G Series | Product Targeting | Car Cover" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Powersport Batteries" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G7200 | Product Targeting | Motorcycle Batteries" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Product Targeting | Powersports Battery" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Product Targeting | Powersports Battery" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Motorcycle Covers" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G750 | Car Chargers" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Automotive Performance Batteries" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Automotive Performance | Product Targeting" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp

Battery Charger and Maintainer Campaign name: "G1100 | Automotive Performance Batteries" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | Automotive Performance Batteries" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Automotive Performance | Product Targeting(1)" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Automotive Performance | Product Targeting(1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G1100 | Car Chargers | Lifetime Bidding" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | Optima Battery" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Optima Battery" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G7200 | Optima Battery" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Optima Batteries | Product Target" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Optima Batteries | Product Target" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Optima Batteries | Product Target" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Optima Batteries | Product Target(1)" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Maintainer | Lifetime Bidding" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Motorcycle Jump Starter | LifeTime Bidding" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G1100 | Battery Saver" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | Battery Saver" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G1100 | Battery Saver | Product Targeting" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G3500 | Battery Saver | Product Targeting" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Battery Saver" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "G750 | Battery Saver | Product Targeting" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "G3500 | Battery Saver" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G7200 | Battery Saver | Product Targeting" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GB40 | Heated Seat Warmers" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Heated Seat Warmers | Product Targeting" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Car Accessories PT | Search Term ASINs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Car Accessories | Search Term KWs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GENIUS | Automatic | Close Match" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "Boost | Automatic | Complements" -

B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Automatic | Substitutes" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GEN | Automatic | Substitutes" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GENIUS | Automatic | Substitutes" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GEN | Automatic | Complements" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "GENIUS | Automatic | Complements" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GEN | Automatic | Close Match" - B003JSHQW0 - NOCO Genius GEN1 10 Amp 1-Bank On-Board Battery Charger Campaign name: "G7200 | Branded KWs" - B004LWTHP2 - NOCO Genius G7200 12V/24V 7.2 Amp Battery Charger and Maintainer Campaign name: "GB40 | Branded KWs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Automatic | Close Match" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "G3500 | Branded KWs" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G1100 | Branded KWs" - B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1 Amp Battery Charger and Maintainer Campaign name: "G750 | Branded KWs" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Amazon Choice | Car Jump Starter KWs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "E404s | Branded KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404s | Competitor KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E403s | Branded KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E403s | Competitor KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404S | Top SOV KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E404s | Product & Category Targeting" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "E403S | Top SOV KWs" - B002MGTNX0 - NOCO Remove+ E404S 14 Oz Battery Cleaner With Acid Detector Campaign name: "GB40 | Amazon Choice | Portable Jump Starter KWs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GB40 | Amazon Choice | Motorcycle Jump Starter" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GC019 | Top SOV KWs" - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension Cord Campaign name: "GB40 | Amazon Choice | Jump Starter" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "GC019 | Product & Category Targeting" - B00G8WLX14 - NOCO GC019 12-Volt Adapter Plug Socket With 12-Foot Extension

Cord Campaign name: "GC018 | Top SOV KWs" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals Campaign name: "GC018 Product & Category Targeting" - B00G8WLW2Y - NOCO GC018 12-Volt Adapter Plug Socket With Eyelet Battery Terminals Campaign name: "G3500 | Amazon Choice | Car Battery Charger" - B004LWVEKS - NOCO Genius G3500 6V/12V 3.5 Amp Battery Charger and Maintainer Campaign name: "G750 | Amazon Choice | Motorcycle Battery Charger" - B004LX3AS6 - NOCO Genius G750 6V/12V .75 Amp Battery Charger and Maintainer Campaign name: "GB40 | Top SOV Kws | Suggested High Bid" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Competitor | Broad" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Competitor | Broad Copy 1" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Boost | Generic | Jump Starter | Exact" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Gifts For | Exact" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Cyber Monday Deals" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Automotive Deals | Exact" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Thanksgiving Deals | Exact" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines Campaign name: "Holiday Deals | Exact" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe 12-Volt UltraSafe Lithium Jump Starter For Up To 6-Liter Gasoline And 3-Liter Diesel Engines

To address this, sign in to your Vendor Central account and go to https://vendorcentral.amazon.com/hz/vendor/members/apm-lap/index to review and accept our cost recommendation or consider lowering your product's cost. If you're managing advertising for a third party, share the Vendor Central link with your clients so they can sign in and review our cost recommendation. It may take up to a week for accepted cost recommendations to affect advertising eligibility.

Sincerely,

The Amazon Advertising Team

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

| From: | Amazon Advertising [no-reply@amazon.com] |
|---|---|
| Sent: | 11/27/2019 1:05:39 AM |
| To: | d@no.co |
| Subject: | Take action this holiday: Your campaign(s) have reached or are reaching budget |



Hi Advertiser,

The holiday season is here, and with big events coming up, we wanted to let you know that you have advertising campaigns that might be running out of budget.

The following are some of your advertising campaigns that are out of budget or are close to running out of budget, click on your brand name in the table below (sign–in required) to see all. We suggest increasing your daily budget to the "recommended budget" that is based on your campaign's daily spend rate.

| BRAND NAME | CAMPAIGN NAME* | BUDGET UTILIZATION | RECOMMENDED BUDGET |
|---|---|---|---|
| NOCO | GEN \| Automatic \| Substitutes | >100% | $410 |
| NOCO | Battery Tender \| Generic KWs \| Phrase | 80.94% | $648 |
| NOCO | GB70 \| Product Targeting \| Categories | 80.54% | $856 |

**How does this impact your ads?**

When daily budgets are reached, campaigns are paused and no longer serve ads to Amazon shoppers until midnight PST when your budget refreshes. If you haven't already, we recommend you increase your budget (sign–in required) to continue helping your brand drive sales at Amazon.

Have questions? Contact Us.

Thank you,

CONFIDENTIAL - ATTORNEYS' EYES ONLY

The Amazon Advertising Team

* You may see differences between information listed in this email and on your dashboard due to data delays.

© 2019 **Amazon, Inc**. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon.com logo are registered trademarks of Amazon.com, Inc. or its affiliates.

Amazon.com, 410 Terry Avenue North | Seattle, WA 98109-5210

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon Services, please **unsubscribe**.



| | | Total Amount | **USD 524.72** |
|---|---|---|---|

**FROM**

Amazon Services LLC

PO Box 24651

Seattle, WA 98124-0651

**TO**

The NOCO Company

30339 Diamond Parkway Unit 102

Glenwillow, OH, 44139, US

**Invoice Number:** TRMV4TXXZ-14988

**Invoice Date:** 11-Mar-2020

**Invoice Period:** 09-Mar-2020 to 11-Mar-2020

**Invoice Currency:** USD

**Payment Type:** Credit Card

## Summary of Portfolio Charges

Portfolio subtotals include advertising charges and adjustments. Tax is calculated on the overall invoice and therefore not reflected in the portfolio subtotal.

| Portfolio name | Amount |
|---|---|
| 1 Boost | 312.21 USD |
| 2 GENIUS | 180.05 USD |
| 6 GCP | 15.77 USD |
| Other Charges and Adjustments | 16.69 USD |

Total Amount 524.72 USD

Portfolio name: 1 Boost

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| Jump Box \| Generic \| Phrase | SPONSORED PRODUCTS | amazon.us | 2 | 2.78 USD | 5.56 USD |
| Jumper \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 8 | 4.91 USD | 39.25 USD |
| Lithium Jump Starter \| Competitor \| Exact | SPONSORED PRODUCTS | amazon.us | 1 | 3.00 USD | 3.00 USD |
| Jumper \| Generic \| GB40 \| ViS | SPONSORED BRANDS | amazon.us | 1 | 0.90 USD | 0.90 USD |
| Boost \| Generic \| Jump Starter \| Exact | SPONSORED PRODUCTS | amazon.us | 2 | 4.14 USD | 8.28 USD |
| Jumper \| Generic \| Phrase | SPONSORED PRODUCTS | amazon.us | 1 | 4.00 USD | 4.00 USD |
| Boost \| Generic KWs \| ViS \| GB40 | SPONSORED BRANDS | amazon.us | 26 | 0.90 USD | 23.40 USD |
| Auto and Automotive Jump Starter \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 1 | 5.65 USD | 5.65 USD |
| Car Jump Starter \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 8 | 4.47 USD | 35.73 USD |
| Jump Box \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 5 | 2.85 USD | 14.26 USD |
| Boost \| Generic \| Phrase#k6l3nf2m120 | SPONSORED PRODUCTS | amazon.us | 17 | 3.06 USD | 51.96 USD |
| Jump Pack \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 3 | 4.28 USD | 12.84 USD |
| Boost \| Product & Category Target | SPONSORED PRODUCTS | amazon.us | 4 | 1.24 USD | 4.95 USD |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| Boost \| Branded \| Exact#k6l3nf7o149 | SPONSORED PRODUCTS | amazon.us | 6 | 4.82 USD | 28.92 USD |
| Top 10 BSR Jump Starters \| Individual Product Targeting1#k6l3nf2l839 | SPONSORED PRODUCTS | amazon.us | 26 | 2.57 USD | 66.72 USD |
| Lithium Jump Starter \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 2 | 2.04 USD | 4.09 USD |
| Boost \| Branded \| ViS \| GB40 | SPONSORED BRANDS | amazon.us | 3 | 0.90 USD | 2.70 USD |

**Campaign Charges total: 312.21 USD**

Portfolio name: 2 GENIUS

Portfolio total 312.21 USD

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| GENIUS \| Automatic | SPONSORED PRODUCTS | amazon.us | 6 | 0.58 USD | 3.47 USD |
| Genius \| Branded KWs \| Phrase#k6l3nf2m290 | SPONSORED PRODUCTS | amazon.us | 3 | 2.63 USD | 7.90 USD |
| Battery Maintainer \| Branded Kws \| Exact#k3hoduq1107 | SPONSORED PRODUCTS | amazon.us | 1 | 0.85 USD | 0.85 USD |
| Battery Charger \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 0 | 0.00 USD | -1.05 USD |
| ATV Charger \| Generic \| Exact | SPONSORED PRODUCTS | amazon.us | 4 | 2.32 USD | 9.29 USD |
| GENIUS \| Automatic \| Close Match#k3hodv33301 | SPONSORED PRODUCTS | amazon.us | 2 | 1.36 USD | 2.73 USD |
| Battery Maintainer \| Generic KWs \| Phrase#k3hodv37086 | SPONSORED PRODUCTS | amazon.us | 5 | 2.40 USD | 11.98 USD |
| Recondition \| Generic KWs \| Phrase#k3hodv37827 | SPONSORED PRODUCTS | amazon.us | 1 | 3.04 USD | 3.04 USD |
| Battery Maintainer \| Generic \| Exact#k3hoduq1689 | SPONSORED PRODUCTS | amazon.us | 4 | 4.16 USD | 16.65 USD |
| Auto Chargers \| Generic KWs \| Exact#k3hodvkh156 | SPONSORED PRODUCTS | amazon.us | 19 | 5.03 USD | 95.59 USD |
| Recondition \| Competitor KWs \| Exact#k3hoduq1423 | SPONSORED PRODUCTS | amazon.us | 1 | 7.16 USD | 7.16 USD |
| Car Charger \| Generic KWs \| Phrase#k3hodv37614 | SPONSORED PRODUCTS | amazon.us | 1 | 4.98 USD | 4.98 USD |
| Car Charger \| Generic KWs \| Exact#k3hodv37866 | SPONSORED PRODUCTS | amazon.us | 1 | 2.61 USD | 2.61 USD |
| Genius \| Branded KWs \| Exact#k3hodv36647 | SPONSORED PRODUCTS | amazon.us | 6 | 2.14 USD | 12.85 USD |
| Battery Tender \| Branded \| Phrase#k3hodv37410 | SPONSORED PRODUCTS | amazon.us | 1 | 2.00 USD | 2.00 USD |

**Campaign Charges total: 180.05 USD**

Portfolio name: 6 GCP

Portfolio total 180.05 USD

**Campaign Charges**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| GCP1 | Branded KWs#k3hodv34643 | SPONSORED PRODUCTS | amazon.us | 1 | 0.85 USD | 0.85 USD |
| GCP12 | Product & Category Targeting#k3hodvk4686 | SPONSORED PRODUCTS | amazon.us | 3 | 1.11 USD | 3.32 USD |
| GCP1 | Product & Category Targeting#k3hodv34484 | SPONSORED PRODUCTS | amazon.us | 8 | 1.12 USD | 8.97 USD |
| GCP2 | Branded KWs#k3hodupy084 | SPONSORED PRODUCTS | amazon.us | 1 | 0.85 USD | 0.85 USD |
| GCP2 | Top SOV KWs#k3hodvk3331 | SPONSORED PRODUCTS | amazon.us | 1 | 1.78 USD | 1.78 USD |

**Campaign Charges total: 15.77 USD**

Portfolio total 15.77 USD

Other Charges and Adjustments

**Campaign Charges**

| Campaign | Campaign Type | Destination | Clicks | Average CPC | Amount (ex. Tax) |
|---|---|---|---|---|---|
| Boost | Views#k3hodvjg772 | SPONSORED PRODUCTS | OffSite | 21 | 0.78 USD | 16.28 USD |
| GENIUS2 | Audiences: Views | SPONSORED PRODUCTS | OffSite | 2 | 0.20 USD | 0.41 USD |

**Campaign Charges total: 16.69 USD**

**Adjustments**

| Date | Comment | Amount (ex. Tax) |
|---|---|---|
| 11-Mar-2020 | Click Credit for Invalid Traffic | 0.00 USD |
| 11-Mar-2020 | Click Credit for Invalid Traffic | 0.00 USD |
| 11-Mar-2020 | Click Credit for Invalid Traffic | 0.00 USD |

**Adjustments total: 0.00 USD**

Other Charges and Adjustments total 16.69 USD

| | |
|---|---|
| **Total Amount Billed** | 524.72 USD |
| **Total Adjustments** | 0.00 USD |
| **Tax Rate** | 0.00% |
| **Tax Amount** | 0.00 USD |
| **Total Amount (Tax Inclusive)** | 524.72 USD |

**PAYMENT METHOD: NO PAYMENT IS DUE FOR THIS DOCUMENT.**

It has been charged to the credit card on your account.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NOCO0005089

| | |
|---|---|
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 8/7/2019 9:39:00 AM |
| **To:** | d@no.co |
| **Subject:** | Important notice: The product promoted by your G750 | Competitor Target | Battery Tender Ad campaign is back in stock |

**amazon**advertising

Hello NOCO,

The **product** promoted by your ad campaign "G750 | Competitor Target | Battery Tender" is back in stock. Your campaign will be resumed if there are no additional holds associated with it. Please visit your **ad dashboard** to view the latest status of any of your campaigns.

If you have any other questions or concerns, please **contact us**.

Sincerely,
The Amazon Advertising Team
Contact Us

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

| Message | |
| --- | --- |
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 7/21/2019 9:50:24 AM |
| **To:** | d@no.co |
| **Subject:** | Sponsored ads campaigns paused due to retail policy |

**amazon**advertising

Hello NOCO,

One or more of your products no longer qualifies for advertising because the sale of this product on Amazon.com currently results in a loss to Amazon. We've paused the following ads or campaigns:

Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G26000" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G4" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G4" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G26000" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G4" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB70" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "G26000" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB40 - Battery Purchasers" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Battery Charger PDPs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump

Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Battery Charger PDPs" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Competitor Target | Gooloo" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Competitor Target | Suaoki" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Competitor Target | DB Power" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Competitor Target | Tacklife | Audew | JNC | iClever" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Interest | Save On" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Category | Save On" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Competitor Target Specific Products | Save On" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Clore" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series (AV1)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series (AV2)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kits" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series - Keyword Harvest - AV3" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump

Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "Competitor - Stanley | Schumacher | JNC - LP Created" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Competitor - Stanley | Schumacher | JNC - Equal Sign | Match CP" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 2" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 2.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 1.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 3" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 3.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 4" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series | Jumper Cables | Custom Page 4.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kit GB Jump Starter | Custom Page 1" - B016UG6PWE - NOCO Boost

HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kit GB Jump Starter | Custom Page 1.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kit GB Jump Starter | Custom Page 2" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kit GB Jump Starter | Custom Page 2.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kit GB Jump Starter | Custom Page 3.1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Roadside Kit GB Jump Starter | Custom Page 3_" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series | Top SOV | Brand | Comp (Top 3) | Start Dead Bat | CP" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series | Top SOV | Brand | Comp (Top 3) | Start Dead Bat | CP_" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series - Antigravity" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and

Diesel Engines Campaign name: "GB Series - DB Power" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series - Suaoki" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series - PowerAll" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series - Branded Terms" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series - Schumacher" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "Battery Tender" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G Series" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "CTEK" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "Schumacher" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "Battery Minder" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB Series" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series - Weego" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8

- NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series - Gooloo" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series - Kmashi" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series - Bolt Power" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series (2)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series (3)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G Series (2)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series (3)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB Series Non-Branded" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series Branded" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GEN Series Branded" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000

NOCO0005111

Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G Series Non-Branded" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series Branded" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "Battery Tender" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB Series Jumper Cables" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series Non-Branded (V1)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series Non-Branded (V2)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series Non-Branded (V3)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series Branded (V1)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series Branded (V2)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series Branded (V3)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GEN Series Branded (V1)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 -

NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GEN Series Branded (V2)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GEN Series Branded (V3)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G Series Non-Branded (V1)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series Non-Branded (V2)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series Non-Branded (V3)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series Branded (V1)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series Branded (V2)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G Series Branded (V3)" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "Battery Tender (V1)" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "Battery Tender (V2)" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "Battery Tender (V3)" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB Series Jumper Cables (V1)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series Jumper Cables (V2)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series Jumper Cables (V3)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "HM Series" - B002WCYSYS - NOCO HM462 Dual L16 Commercial Grade Battery Box for Automotive, Marine and RV Batteries - B004W5SFYW - NOCO Black HM300BKS Group 24 Snap-Top Box for Automotive, Marine, and RV Batteries - B002WD1MY6 - NOCO HM484 8D Commercial Grade Battery Box for Automotive, Marine and RV Batteries - B00319MIWU - NOCO HM485 Dual 8D

Commercial Grade Battery Box for Automotive, Marine and RV Batteries Campaign name: "GB20" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G26000" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G4" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "HM300BKS" - B004W5SFYW - NOCO Black HM300BKS Group 24 Snap-Top Box for Automotive, Marine, and RV Batteries Campaign name: "HM327BKS" - B004W5SFYW - NOCO Black HM300BKS Group 24 Snap-Top Box for Automotive, Marine, and RV Batteries Campaign name: "HM318BKS" - B004W5SFYW - NOCO Black HM300BKS Group 24 Snap-Top Box for Automotive, Marine, and RV Batteries Campaign name: "HM306BKS" - B004W5SFYW - NOCO Black HM300BKS Group 24 Snap-Top Box for Automotive, Marine, and RV Batteries - B00316KU6E - NOCO Black HM306BKS Single 6V Snap-Top Box for Automotive, Marine, and RV Batteries Campaign name: "NOCO" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB20 (Exact - CO)" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines Campaign name: "G4" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB70 (Exact - CO)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB40 (Exact - CO) AV1" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 (Exact - CO)" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB150 (Exact - CO)" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70 (Exact - CO) AV1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB70 (Exact - CO)" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G26000" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB150 (Exact - CO) AV1" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB150 (Exact - CO)" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB20" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines Campaign name: "GB150" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Campaign name: "GB40" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV10" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV9" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV10" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV5" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV8" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV4" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV3" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV3" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV9" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV1" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV8" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV7" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV4" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G4 - Keyword Harvest" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB40 - Keyword Harvest - AV2" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV2" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV5" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "G26000 - Keyword Harvest" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB70 - Keyword Harvest - AV10" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV9" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV6" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV6" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV2" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV1" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV4" - B015TKSSB8 -

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV7" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB40 - Keyword Harvest - AV5" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV8" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB70 - Keyword Harvest - AV3" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV7" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB150 - Keyword Harvest - AV6" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70 - Top SOV - No Bid+" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB20 - Branded" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines Campaign name: "GB150 - Top SOV - No Bid+" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 - Top SOV" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB150 - Top SOV" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 - Top SOV - No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 - Top SOV" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB20 - Branded - No Bid+" - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines Campaign name: "G26000 - Top SOV - No Bid+" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G4 - Top SOV - Bid+" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G26000 - Top SOV - Bid+" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G4 - Top SOV - No Bid+" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G4 | Competitor | No Bid +" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G26000 | Competitor | No Bid+" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G4 | Competitor | Bid +" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G26000 | Competitor | Bid+" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB70 - Competitor - No Bid+" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 - Competitor - Bid+" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB150 - Competitor - No Bid+" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB70 - Competitor - Bid+" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB40 - Competitor - Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 - Competitor - No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V

UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Jumper Cable | Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 | Jumper Cables | No Bid +" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 | Jumper Cables | Bid+" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 | Jumper Cable | No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB70 | Jumper Cables | Bid +" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 | Jumper Cables | No Bid+" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB Series | Jumper Cables | Bid +" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Series | Jumper Cables | No Bid +" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Jumper Cables | Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 | Jumper Cables | No Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Jump Starter Roadside Kit - Bid+" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB Jump Starter Roadside Kit - No Bid+" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "GB40 Jump Starter Roadside Kit - Bid+" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G4 Battery Tender | Bid+" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB70 Jump Starter Roadside Kit - Bid+" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB150 Jump Starter Roadside Kit - Bid+" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G26000 Battery Tender | Bid +" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G26000 | Trickle Charger | Bid+" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "G4 | Trickle Charger | Bid+" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G Series | Trickle Charger | Bid+" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series

Battery Charger and Maintainer Campaign name: "GB150 | Product Targeting | Categories" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G26000 | Product Targeting | Categories" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB150 | Product Targeting | Individual Products" - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "G4 | Product Targeting | Categories" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "G4 | Product Targeting | Individual Products" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB40 | Product Targeting | Categories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G26000 | Product Targeting | Individual Products" - B004LX14Z2 - NOCO Genius G26000 12V/24V 26 Amp Pro-Series Battery Charger and Maintainer Campaign name: "GB70 | Product Targeting | Categories" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB70 | Product Targeting | Individual Products" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines Campaign name: "GB40 | Product Targeting | Individual Products" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "GB40 | Snowmobile" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "G Series | Boating Gear & Accessories" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "Top 10 BSR Jump Starters | Individual Product Targeting1" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKPT1A - NOCO Boost Sport GB20 400 Amp 12V UltraSafe Lithium Jump Starter for up to 4L Gasoline Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "Boost | Boating Gear & Accessories" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines Campaign name: "All Boost | Top SOV" - B016UG6PWE - NOCO Boost HD GB70 2000 Amp 12V UltraSafe Lithium Jump Starter for up to 8L Gasoline 6L Diesel Engines - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines - B015TKSSB8 - NOCO Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter for up to 10L Gasoline and Diesel Engines Campaign name: "Top 10 BSR Battery Chargers | Individual Product Targeting" - B0068EV26I - NOCO Genius G4 6V/12V 4.4 Amp 4-Bank Battery Charger and Maintainer Campaign name: "GB40 | EAT" - B015TKUPIC - NOCO Boost Plus GB40 1000 Amp 12V UltraSafe Lithium Jump Starter for up to 6L Gasoline and 3L Diesel Engines

To help your product become eligible for advertising, please lower the product's cost by signing into Vendor Central and following step-by-step instructions found on the "Edit Item Costs" page under the "Items" tab.

It may take a few weeks for a cost reduction to affect advertising eligibility. In the meantime, you're welcome to submit other products for advertising.

Want to help us improve our emails? Please take a minute to complete a short survey: https://amazonads.asia.qualtrics.com/jfe/form/SV_1FwIzmvHvCpkWX3

Sincerely,

The Amazon Advertising Team

Please note: Lowering the cost of products requires log-in credentials for Vendor Central. If you're managing advertising for another party, please consult with your client.

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

Message
_____

| | |
|---|---|
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 11/10/2018 1:12:53 AM |
| **To:** | d@no.co |
| **Subject:** | Your campaign(s) are reaching or have reached budgets |



Hi Advertiser,

The following are some of your advertising campaigns that are out of budget or are close to running out of budget. Click on your brand name in the table below (sign–in required) to see all of the campaigns. We suggest increasing your daily budget to the "recommended budget" that is based on your campaign's daily spend rate.

| BRAND NAME | CAMPAIGN NAME* | BUDGET UTILIZATION | RECOMMENDED BUDGET |
|---|---|---|---|
| NOCO | GB70 - Top SOV | >100% | $1500 |
| NOCO | G750 - Top SOV - Bid+ | >100% | $1087 |
| NOCO | GB70 | Jumper Cables | Bid + | >100% | $1158 |
| NOCO | G750 | Battery Tender | Bid + | 80.28% | $1127 |

**How does this impact your ads?**

When daily budgets are reached, campaigns are paused and no longer serve ads to Amazon shoppers until midnight PST when your budget refreshes. If you haven't already, we recommend you increase your budget (sign-in required) to continue helping your brand drive sales at Amazon.

Have questions? Contact Us.

Thank you,
The Amazon Advertising Team

_____

*You may see differences between information listed in this email and on your dashboard due to data delays.

© 2018 **Amazon, Inc** . or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon.com logo are registered trademarks of Amazon.com, Inc. or its affiliates.

Amazon.com, 410 Terry Avenue North | Seattle, WA 98109-5210

If you'd rather not receive future e-mails of this sort from Amazon Advertising, please **unsubscribe**.

Message
_____

| From: | Amazon Marketing Services [ams-support@amazon.com] |
| Sent: | 9/25/2018 3:53:50 AM |
| To: | d@no.co |
| Subject: | Your "Battery Tender | Maintainer Image | Vehicle Storage | BP" Ad campaign is approved |

**amazon**advertising

Hello NOCO,

Thank you for using Amazon Marketing Services to advertise your products. Your ad "Battery Tender | Maintainer Image | Vehicle Storage | BP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Marketing Services Team

Contact Us

© 2018 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

| From: | Amazon Marketing Services [ams-support@amazon.com] |
|---|---|
| Sent: | 9/25/2018 2:53:30 AM |
| To: | d@no.co |
| Subject: | Your "Battery Tender | Maintainer Image | Vehicle Storage | CP" Ad campaign is approved |

amazon advertising

Hello NOCO,

Thank you for using Amazon Marketing Services to advertise your products. Your ad "Battery Tender | Maintainer Image | Vehicle Storage | CP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Marketing Services Team

Contact Us

© 2018 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Message

**From**:      Amazon Marketing Services [noreply@amazon.com]
**Sent**:      10/4/2018 6:25:45 PM
**To**:      d@no.co
**Subject**:      Add these keywords to reach more customers on Amazon

**amazon**marketingservices

# Optimize your campaigns with these keywords

Shoppers have been searching on Amazon with search terms related to your products in the past week. Using these search terms as keywords in your campaigns can help your ads appear higher on search results pages and increase sales opportunities.

Add these recommended keywords with phrase and exact match type to your respective campaigns featuring these ASINs below, or create a new manual Sponsored Products campaign with these ASIN keywords combinations.

Optimize your campaigns >>
(sign-in required)

| Brand name | ASIN | Recommended keywords* | Campaign name |
|---|---|---|---|
| NOCO |  B0185ZYJUS | car battery charger, toyota camry 2018 accessories | GENM1 - Top SOV - Bid+ |
| NOCO |  B0185ZYJUS | noco gb150 | GEN2 \| Competitor \| Bid+ |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| NOCO | <br>B01M0PWX9Y | batteries | G15000 - Top SOV - Bid+ |
| NOCO | <br>B01M0PWX9Y | 24 volt charger, car audio battery | G7200 - Top SOV - Bid+ |
| NOCO | <br>B01M0PWX9Y | battery | G4 \| Competitor \| Bid + |
| NOCO | <br>B01M0PWX9Y | battery tester | G1100 \| Competitor \| Bid+ |
| NOCO | <br>B01M0PWX9Y | battery | G4 (Battery Tender) Bid+ |
| NOCO | <br>B07CZ658S6 | airstream accessories | GB150 - Competitor - Bid+ |

*Keyword and ASIN recommendations are based on a trailing 7-day period from the send date of this email.

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon Services, please unsubscribe.

© 2018 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon.com logo are registered trademarks of Amazon.com, Inc. or its affiliates.

Amazon.com, 410 Terry Avenue North | Seattle, WA 98109-5210

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Amazon Marketing Services [ams-support@amazon.com] |
| **Sent:** | 7/15/2017 11:04:00 PM |
| **To:** | Derek Underhill [d@no.co] |
| **Subject:** | AMS Ad Campaigns paused due to retail policy |

**amazon**advertising

Hello NOCO,

One or more of your products doesn't meet the financial threshold established by Amazon and is no longer eligible for advertising via Amazon Marketing Services. As a result, we have paused the following advertised products -

Campaign name: "GB150"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB150"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "G1100"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "GB Series"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Antigravity"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - DB Power"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Suaoki"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - PowerAll"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Branded Terms"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Schumacher"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "Battery Tender"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "CTEK"

- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "Schumacher"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "Battery Minder"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "GB Series"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Weego"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Gooloo"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Kmashi"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series - Bolt Power"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series (2)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series (3)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "G Series (2)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series (3)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "GB Series Non-Branded"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Branded"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GEN Series Branded"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "G Series Non-Branded"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series Branded"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "Battery Tender"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "GB Series Jumper Cables"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Non-Branded (V1)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Non-Branded (V2)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Non-Branded (V3)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Branded (V1)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Branded (V2)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Branded (V3)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GEN Series Branded (V1)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GEN Series Branded (V2)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GEN Series Branded (V3)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "G Series Non-Branded (V1)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series Non-Branded (V2)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series Non-Branded (V3)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series Branded (V1)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series Branded (V2)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "G Series Branded (V3)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "Battery Tender (V1)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "Battery Tender (V2)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "Battery Tender (V3)"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "GB Series Jumper Cables (V1)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Jumper Cables (V2)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "GB Series Jumper Cables (V3)"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "HM Series"
- B004W5SFYW - NOCO HM300BKS Group 24 Snap-Top Battery Box for Automotive, Marine, and RV Batteries

Campaign name: "GB150"
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter

Campaign name: "G1100"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger

Campaign name: "HM300BKS"
- B004W5SFYW - NOCO HM300BKS Group 24 Snap-Top Battery Box for Automotive, Marine, and RV Batteries

Campaign name: "HM327BKS"
- B004W5SFYW - NOCO HM300BKS Group 24 Snap-Top Battery Box for Automotive, Marine, and RV Batteries

Campaign name: "HM318BKS"
- B004W5SFYW - NOCO HM300BKS Group 24 Snap-Top Battery Box for Automotive, Marine, and RV Batteries

Campaign name: "HM306BKS"
- B004W5SFYW - NOCO HM300BKS Group 24 Snap-Top Battery Box for Automotive, Marine, and RV Batteries

Campaign name: "NOCO"
- B004LX3AXQ - NOCO Genius G1100 6V/12V 1.1A UltraSafe Smart Battery Charger
- B015TKSSB8 - NOCO Genius Boost Pro GB150 4000 Amp 12V UltraSafe Lithium Jump Starter


Sincerely,
The Amazon Marketing Services Team
https://ams.amazon.com

(c) 2017 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

| From: | Amazon Advertising [no-reply@amazon.com] |
|---|---|
| Sent: | 3/16/2020 9:00:34 PM |
| To: | nicole.brown@no.co |
| Subject: | Your "Battery Tender" | Branded KWs | And More | Custom Image | BP" Ad campaign is approved |

# amazon advertising

Hello NOCO,

Thank you for using sponsored ads to advertise your products. Your ad "Battery Tender" | Branded KWs | And More | Custom Image | BP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Advertising Team

Contact Us

(c) 2020 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

| From: | Amazon Advertising [no-reply@amazon.ca] |
|---|---|
| Sent: | 2/17/2020 2:08:15 PM |
| To: | nicole.brown@no.co |
| Subject: | Your "GENIUS | Battery Tender | Worry-Free | Generic | CP_" Ad campaign is in review |

**amazon**advertising

Hello The Noco Company,

Thank you for using sponsored ads to advertise your products. Your ad "GENIUS | Battery Tender |
Worry-Free | Generic | CP_" is currently under review by our moderators. The review process is
usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Advertising Team
Contact Us

©2020 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo
are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| From: | Amazon Advertising [no-reply@amazon.ca] |
|---|---|
| Sent: | 1/29/2020 8:32:13 PM |
| To: | nicole.brown@no.co |
| Subject: | Your "GENIUS | Battery Tender | Worry-Free | Generic | CP" Ad campaign is approved |

**amazon**advertising

Hello The Noco Company,

Thank you for using sponsored ads to advertise your products. Your ad "GENIUS | Battery Tender | Worry-Free | Generic | CP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Advertising Team

**Contact Us**

©2020 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

| From: | Amazon Advertising [no-reply@amazon.ca] |
|---|---|
| Sent: | 1/30/2020 7:40:11 PM |
| To: | nicole.brown@no.co |
| Subject: | Your "GENIUS | Battery Tender | Worry-Free | Branded | CP" Ad campaign is approved |

**amazon**advertising

Hello The Noco Company,

Thank you for using sponsored ads to advertise your products. Your ad "GENIUS | Battery Tender | Worry-Free | Branded | CP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Advertising Team

**Contact Us**

©2020 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

| | |
|---|---|
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 11/25/2019 8:26:37 PM |
| **To:** | nicole.brown@no.co |
| **Subject:** | Your "Battery Tender | Competitor KWs | Worry-Free | CP" Ad campaign is in review |

**amazon**advertising

Hello NOCO,

Thank you for using sponsored ads to advertise your products. Your ad "Battery Tender | Competitor KWs | Worry-Free | CP" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Advertising Team
Contact Us

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

| | |
|---|---|
| **From**: | Amazon Advertising [no-reply@amazon.ca] |
| **Sent**: | 6/6/2019 6:00:27 PM |
| **To**: | nicole.brown@no.co |
| **Subject**: | Add these keywords to reach more customers on Amazon |



# Optimize your campaigns with these keywords

Shoppers have been searching on Amazon with search terms related to your products in the past week. Using these search terms as keywords in your campaigns can help your ads appear higher on search results pages and increase sales opportunities.

Add these recommended keywords with phrase and exact match type to your respective campaigns featuring these ASINs below, or create a new manual Sponsored Products campaign with these ASIN keywords combinations.

**Optimize your campaigns >>**
(sign-in required)

| Brand name | ASIN | Recommended keywords* | Campaign name |
|---|---|---|---|
| The Noco Company | B076S173K2 | noco genius, noco | GenM2 | Top SOV Generic KWs |
| The Noco Company | | iron x | G7200 | Competitor KWs |

| | | | |
|---|---|---|---|
| | B00YIXKBKE | | |
| The Noco Company |  B00YIXKBKE | lightning deals of the day, d batteries | G1100 \| Branded KWs |
| The Noco Company |  B00YIXKBKE | raptors finals | G7200 \| Battery Tender \| Generic KW |
| The Noco Company |  B07262HS1W | noco | GB70 \| Competitor KWs |
| The Noco Company | Asin image not available B015TKUPIC | auto parts canada | GB Series \| Battery Booster \| Comp \| Branded \| SOV |
| The Noco Company |  B076S173K2 | jeep wrangler jk | GenM1 \| Competitor KWs |
| The Noco Company |  B076S173K2 | charger | GenM2 \| Competitor KWs |

*Keyword and ASIN recommendations are based on a trailing 7-day period from the send date of this email.

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Amazon Services, please unsubscribe.

This message is produced and distributed by Amazon Media Group Canada, Inc., 120 Bremner Boulevard, Toronto, ON M5J 0A1, Canada

© 2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| **From:** | Amazon Advertising [advertise-on-amazon@amazon.com] |
|---|---|
| **Sent:** | 5/13/2019 6:37:13 PM |
| **To:** | nicole.brown@no.co |
| **Subject:** | Your "G750 | Competitor Target | Battery Tender" Ad campaign is in review |

# amazonadvertising

Hello NOCO,

Thank you for using sponsored ads to advertise your products. Your ad "G750 | Competitor Target | Battery Tender" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Advertising Team
Contact Us

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the Amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

**From**:     Amazon Advertising [no-reply@amazon.ca]
**Sent**:     11/15/2018 7:41:40 PM
**To**:     nicole.brown@no.co
**Subject**:     Add these keywords to reach more customers on Amazon



# Optimize your campaigns with these keywords

Shoppers have been searching on Amazon with search terms related to your products in the past week. Using these search terms as keywords in your campaigns can help your ads appear higher on search results pages and increase sales opportunities.

Add these recommended keywords with phrase and exact match type to your respective campaigns featuring these ASINs below, or create a new manual Sponsored Products campaign with these ASIN keywords combinations.

**Optimize your campaigns >>**
(sign-in required)

| Brand name | ASIN | Recommended keywords* | Campaign name |
|---|---|---|---|
| The Noco Company | B00YIXKBKE | car charger | G3500 \| Competitor KWs |
| The Noco Company | B00YIXKBKE | car battery, car battery charger | G750 \| Competitor KWs |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| The Noco Company |  B00YIXKBKE | car battery | G750 \| Branded KWs |
| The Noco Company |  B00YIXKBKE | batteries | G4 \| Battery Maintainer \| Generic Keywords |
| The Noco Company |  B00YIXKBKE | car battery charger | G750 \| Battery Maintainer \| Generic KW |
| The Noco Company |  B00YIXKBKE | noco | G7200 \| Battery Maintainer \| Generic KW |
| The Noco Company |  B00YIXKBKE | noco genius | G7200 \| Battery Tender \| Generic KW |
| The Noco Company |  B01DVQJIH0 | noco | GB70 \| Competitor KWs |
| The Noco Company |  B076S173K2 | battery bank | GenM2 \| Top SOV Generic KWs |

*Keyword and ASIN recommendations are based on a trailing 7-day period from the send date of this email.



# Advertising tips for the holidays

Follow this guide to help you reach more customers and maximize sales during one of Amazon's biggest shopping seasons of the year. **Download the 2018 holiday eBook »**

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon Services, please unsubscribe.

This message is produced and distributed by Amazon Media Group Canada, Inc., 120 Bremner Boulevard, Toronto, ON M5J 0A1, Canada

© 2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From**: | Amazon Advertising [ams-support@amazon.com] |
| **Sent**: | 11/20/2018 8:31:27 PM |
| **To**: | nicole.brown@no.co |
| **Subject**: | Your "Battery Tender | Holiday | Zero Overcharge | CP_" Ad campaign is in review |

**amazon**advertising

Hello The Noco Company,

Thank you for using sponsored ads to advertise your products. Your ad "Battery Tender | Holiday | Zero Overcharge | CP_" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Advertising Team
Contact Us

©2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Amazon Marketing Services [ams-support@amazon.com] |
| **Sent:** | 11/12/2018 9:53:11 PM |
| **To:** | nicole.brown@no.co |
| **Subject:** | Your "Battery Tender | Holiday | More Than | CP" Ad campaign is approved |

amazonadvertising

Hello The Noco Company,

Thank you for using sponsored ads to advertise your products. Your ad "Battery Tender | Holiday | More Than | CP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Advertising Team

**Contact Us**

©2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

**From:**     Amazon Marketing Services [ams-support@amazon.com]
**Sent:**     11/12/2018 3:03:01 PM
**To:**     nicole.brown@no.co
**Subject:**     Your "Battery Tender | Holiday | Zero Overcharge | CP" Ad campaign is in review

**amazon**advertising

Hello The Noco Company,

Thank you for using Amazon Marketing Services to advertise your products. Your ad "Battery Tender | Holiday | Zero Overcharge | CP" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Marketing Services Team
Contact Us

©2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| From: | Amazon Marketing Services [ams-support@amazon.com] |
|---|---|
| Sent: | 11/12/2018 3:03:15 PM |
| To: | nicole.brown@no.co |
| Subject: | Your Battery Tender | Holiday | More Than | CP_" Ad campaign is in review |

**amazon**advertising

Hello The Noco Company,

Thank you for using Amazon Marketing Services to advertise your products. Your ad Battery Tender | Holiday | More Than | CP_" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Marketing Services Team
Contact Us

©2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From**: | Amazon Advertising [ams-support@amazon.com] |
| **Sent**: | 11/20/2018 9:07:42 PM |
| **To**: | nicole.brown@no.co |
| **Subject**: | Your "Battery Tender | Holiday | More Than | CP2" Ad campaign is in review |

amazonadvertising

Hello The Noco Company,

Thank you for using sponsored ads to advertise your products. Your ad "Battery Tender | Holiday | More Than | CP2" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Advertising Team
Contact Us

©2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Advertising, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Message

| **From:** | Amazon Marketing Services [ams-support@amazon.com] |
|---|---|
| **Sent:** | 10/19/2018 4:38:11 PM |
| **To:** | nicole.brown@no.co |
| **Subject:** | Your "Battery Tender | Lightning Deal | Save On | CP" Ad campaign is approved |

amazonadvertising

Hello The Noco Company,

Thank you for using Amazon Marketing Services to advertise your products. Your ad "Battery Tender | Lightning Deal | Save On | CP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Marketing Services Team

Contact Us

© 2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From**: | Amazon Marketing Services [ams-support@amazon.com] |
| **Sent**: | 10/19/2018 1:52:28 PM |
| **To**: | nicole.brown@no.co |
| **Subject**: | Your "Battery Tender | Maintainer Image | CP" Ad campaign is in review |

# amazonadvertising

Hello The Noco Company,

Thank you for using Amazon Marketing Services to advertise your products. Your ad "Battery Tender | Maintainer Image | CP" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Marketing Services Team
Contact Us

©2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Amazon Advertising [no-reply@amazon.com] |
| **Sent:** | 11/25/2019 7:11:26 PM |
| **To:** | nicole.brown@no.co |
| **Subject:** | Your "Genius | Battery Tender | Generic KWs | Worry-Free | CP" Ad campaign is in review |

**amazon**advertising

Hello NOCO,

Thank you for using sponsored ads to advertise your products. Your ad "Genius | Battery Tender | Generic KWs | Worry-Free | CP" is currently under review by our moderators. The review process is usually completed within 24 hours, but may take as long as 3 business days.

Sincerely,
The Amazon Advertising Team
Contact Us

(c) 2019 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, and the amazon logo are registered trademarks of Amazon.com, Inc or its affiliates.

Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210

Message

| | |
|---|---|
| **From:** | Amazon Marketing Services [ams-support@amazon.com] |
| **Sent:** | 10/19/2018 6:08:12 PM |
| **To:** | nicole.brown@no.co |
| **Subject:** | Your "Battery Tender | Lightning Deal | Save On | BP" Ad campaign is approved |

amazonadvertising

Hello The Noco Company,

Thank you for using Amazon Marketing Services to advertise your products. Your ad "Battery Tender | Lightning Deal | Save On | BP" has been approved. Your ad is now eligible to be served on site.

- Visit your **ad dashboard** to view your ad performance. Please allow up to 1 day for clicks/impressions to appear, and 2-3 days for detail page views to appear.
- Visit **billing history** to view the billing status of all your ads.

Sincerely,

The Amazon Marketing Services Team

Contact Us

© 2018 Amazon.ca, Inc. or its affiliates. All rights reserved. Amazon, Amazon Marketing Services, Amazon.com, and the Amazon logo are trademarks of Amazon.ca, Inc. or its affiliates.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**client_msg_id:** 25667ab2-0f62-4eb7-9e37-1c9bbb305edd
**type:** message
**text:** I created the SBA for Advanced Trickle Chargers and saved them as a draft for your review. (Exact aren't loaded in).
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 5:04:52 AM
**ts:** 1539864292.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 9677b30f-1c77-4d31-8162-33b71e0e4fb1
**type:** message
**text:** Also, for the SBAs that lead to the brand store I noticed that it defaults to the home page. Do you want me to change it to a specific page?
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 5:05:45 AM
**ts:** 1539864345.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 9221523D-779B-4C38-A309-50D7E9B1AB65
**type:** message
**text:** Yes those should lead to the battery charger page. All battery tender, battery maintainer and trickle charger sba need to lead to the battery charger brand page
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 5:09:02 AM
**ts:** 1539864542.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 61A7A294-9307-4E90-B6A5-EFD65F708ACC
**type:** message
**text:** Iâ€™m about seven min away, hit a little traffic getting the bagels and donuts
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 5:11:03 AM
**ts:** 1539864663.000100
**team:** T0C62ND33

CONFIDENTIAL - ATTORNEYS' EYES ONLY

NOCO0022502

**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 98c4effc-6aac-4442-8176-3cf87ddafbca
**type:** message
**text:** okay!
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 5:11:20 AM
**ts:** 1539864680.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 7E880D50-1BE9-4A0A-81CC-675651208706
**type:** message
**text:** You might not be able to edit the sbas, if not, what you can do is copy the current sbas and just edit the copied versions to the correct sba and youâ€™ll have to rename them slightly. If any of this sounds confusing, I can show you what to do when I get in
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 5:12:00 AM
**ts:** 1539864720.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false
**edited:**
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 5:12:08 AM
**ts:** 1539864728.000000

---

**client_msg_id:** 3bf0eee3-256f-4a27-8d5b-731fc73a2a26
**type:** message
**text:** I finished adding the Battery Tender campaigns and saved them as drafts
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:05:41 AM
**ts:** 1539867941.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,

CONFIDENTIAL - ATTORNEYS' EYES ONLY

image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 9ce4332c-f7e6-40c7-b596-f428b431b61d
**type:** message
**text:** Iâ€™ll take a look right now!
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:07:34 AM
**ts:** 1539868054.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false
**edited:**
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:08:31 AM
**ts:** 1539868111.000000

---

**client_msg_id:** f002ee7d-7dcc-4f9a-b29f-f0b2b1af086e
**type:** message
**text:** WoW would be 10/8 - 10/13, MTD would be 10/10/9 - 10/13?
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:09:56 AM
**ts:** 1539868196.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** ea36397e-22a1-4e43-86c6-134ca8d5304c
**type:** message
**text:** I mean 10/9
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:10:14 AM
**ts:** 1539868214.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,

team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 102d9be1-2043-4dbe-8f6a-44c17972977e
**type:** message
**text:** jk I mean 10/7
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:10:26 AM
**ts:** 1539868226.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 53809acf-5609-468e-8d38-493fba2e88b3
**type:** message
**text:** Lol, yes WoW would be 10/7 - 10/13 (always Sunday - Saturday) and MTD would be beginning of the month (always the 1st) through the last reported WoW date, which in this case would be 10/13. So MTD comparison dates are 9/1 - 9/13 vs. 10/1 - 10/13 and WoW comparison dates are 9/30 - 10/6 vs. 10/7 - 10/13
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:12:09 AM
**ts:** 1539868329.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 4d698bd5-0c0b-434c-a46a-d80e18ab046a
**type:** message
**text:** G750 Battery Tender. Generic KW ad, the keyword (both phrase and exact) motorcycle dual battery tender needs to be removed. Dual means that the charger has more than one bank. The only battery charger battery tender that has more than one back is the G4. Technically dual battery tender and multi battery tender are keywords that could be added as negative phrase to all of these battery tender ads with the exception of the G4 ad. Does that make sense?
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:14:27 AM
**ts:** 1539868467.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

**edited:**
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:15:20 AM
**ts:** 1539868520.000000

---

**client_msg_id:** 7c1382a7-20ee-47d8-beea-e5432ff59830
**type:** message
**text:** Actually as Iâ€™m looking at these Iâ€™m getting confusedâ€¦.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:18:03 AM
**ts:** 1539868683.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** c37f1528-1a12-4a43-8992-f5d51e406c8c
**type:** message
**text:** on what part
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:19:07 AM
**ts:** 1539868747.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** a136cc52-153b-484a-af18-68ad638c78ea
**type:** message
**text:** For the G1100 Battery Tender Generic KW ad, all of the keywords contain the word â€œtrickle chargerâ€ yet this ad should be focused on the keywords that contain â€œbattery tenderâ€
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:19:50 AM
**ts:** 1539868790.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 824210fd-d9be-4b9a-9f5d-3a0efda1dc5c
**type:** message
**text:** G750 Battery Tender Generic KW looks fine with the exception of the information I mentioned above
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:20:18 AM
**ts:** 1539868818.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 60282aea-8dea-45a3-bb3a-00c4d91c0e4b
**type:** message
**text:** I just looked and I think when I copied the campaign I grabbed from the wrong tab. The others should be for battery tenders
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:21:34 AM
**ts:** 1539868894.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** ddd93e06-2a36-44f4-9bfe-e229ee15c389
**type:** message
**text:** Ok, let me know when that one is updated and Iâ€™ll review that one, I moved on to the G3500 Battery Tender Generic KW. Same suggestion I provided for the 750 regarding the keyword â€œmotorcycle dual battery tenderâ€ being removed and â€œdual battery tenderâ€ and â€™multi battery tenderâ€ are keywords that could be added as negative EXACT (sorry I said phrase earlier, I meant EXACT) to all of these battery tender ads with the exception of the G4 ad.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:24:25 AM
**ts:** 1539869065.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 17a61d80-9df3-4cc6-9901-30d04c2d624e
**type:** message
**text:** For the G7200 Battery Tender Generic KW ad â€œbattery tender extensionâ€ should be removed, that would be an accessory. You might want to check back and remove that from other ads as well if you included it in 750, 1100, and 3500. Same suggestion regarding the keyword â€œmotorcycle dual battery tenderâ€ being removed and â€œdual battery tenderâ€ and â€œmulti battery tenderâ€ are keywords that could be added as negative EXACT.
**user:** UBMVBQ70W (Nicole Brown)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**timestamp:** 10/18/2018 6:27:00 AM
**ts:** 1539869220.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** f806909c-1ef0-479e-a43d-70b2fcdae9c9
**type:** message
**text:** For G4 (Battery Tender) Generic KW add the keywords: 4 bank (battery tender) and multi (battery tender) (both exact and phrase) and remove the keyword â€œbattery tender extensionâ€
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:28:21 AM
**ts:** 1539869301.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false
**edited:**
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:29:19 AM
**ts:** 1539869359.000000

---

**client_msg_id:** f5c92d4e-a286-451d-a56f-38d12458740a
**type:** message
**text:** G15000 (Battery Tender) Generic KW same suggestion regarding the keyword â€œmotorcycle dual (battery tender)â€ being removed and â€œdual (battery tender)â€ and â€œmulti (battery tender)â€ are keywords that could be added as negative EXACT. And remove the keyword â€œ (battery tender) extension.â€
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:30:27 AM
**ts:** 1539869427.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 2de58623-0ee5-4486-8ac4-f0ff6d980858
**type:** message
**text:** I updated the 1100
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:30:43 AM
**ts:** 1539869443.000100

**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** d90c7ecb-f0f0-4d15-a3da-5a8ae4a0e8b0
**type:** message
**text:** Iâ€™ll look at that right after I finish looking at 26000
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:30:56 AM
**ts:** 1539869456.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 9fcec5d8-cb78-4ce9-b891-8c4f07bd66dd
**type:** message
**text:** G26000 Battery Tender Generic KW same suggestion regarding the keyword â€œmotorcycle dual battery tenderâ€    being removed and â€œdual battery tenderâ€    and â€œmult battery tenderâ€    are keywords that could be added as negative EXACT. And remove the keyword â€œbattery tender extension.â€
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:31:27 AM
**ts:** 1539869487.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 6e14daea-faa1-4186-90cc-9fce3f0bdb8e
**type:** message
**text:** G1100 Battery Tender Generic KW, remove the keywords â€œbattery tender waterproofâ€    and â€œbattery tender extension.â€    Also, youâ€™ll want to check back to the other ads and make sure the keyword â€œ battery tender waterproofâ€    isnâ€™t included in them because these battery chargers battery tenders are water resistant but they are not waterproof.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:34:14 AM
**ts:** 1539869654.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,

NOCO0022509

first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** c600a8fa-a1f0-4661-ad68-59ebffa02b82
**type:** message
**text:** done
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:47:39 AM
**ts:** 1539870459.000200
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** f2384e8b-e3dc-4102-bae7-580410301e06
**type:** message
**text:** can you take a look at the SBAs as well?
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 6:47:51 AM
**ts:** 1539870471.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 7a01b38b-7efb-40b4-9e97-a836b34603bb
**type:** message
**text:** Sure thing, Iâ€™ll take a look at it right now!
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:49:25 AM
**ts:** 1539870565.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**type:** message

**text:** Trickle Charge | Advanced Charger | CP youâ€™ll want to add the other battery chargers (trickle chargers): so 1100, 7200, 15000, and 26000. Make sure this is done for the other battery tender and battery maintainer custom page SBAs as well. The current products featured are the one that will be visible in the actual banner but when they click through from the banner, they should see all of the battery chargers from the G series line. And preferably in the order that you see them on their product detail page so: 750, 1100, 3500, G4, 7200, 15000, 26000.

**files:** id: FDH412M18,
created: 10/18/2018 6:53:41 AM,
timestamp: 10/18/2018 6:53:41 AM,
name: image.png,
title: Pasted image at 2018-10-18, 9:53 AM,
mimetype: image/png,
filetype: png,
pretty_type: PNG,
user: UBMVBQ70W (Nicole Brown),
editable: false,
size: 533582,
mode: hosted,
is_external: false,
external_type: ,
is_public: false,
public_url_shared: false,
display_as_bot: false,
username: ,
url_private: https://files.slack.com/files-pri/T0C62ND33-FDH412M18/image.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
url_private_download: https://files.slack.com/files-pri/T0C62ND33-FDH412M18/download/image.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_64: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_64.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_80: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_80.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_360: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_360.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_360_w: 360,
thumb_360_h: 260,
thumb_480: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_480.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_480_w: 480,
thumb_480_h: 347,
thumb_160: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_160.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_720: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_720.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_720_w: 720,
thumb_720_h: 521,
thumb_800: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_800.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_800_w: 800,
thumb_800_h: 579,
thumb_960: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_960.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_960_w: 960,
thumb_960_h: 694,
thumb_1024: https://files.slack.com/files-tmb/T0C62ND33-FDH412M18-6426d4a19b/image_1024.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_1024_w: 1024,
thumb_1024_h: 741,
image_exif_rotation: 1,
original_w: 1988,
original_h: 1438,
permalink: https://no-co.slack.com/files/UBMVBQ70W (Nicole Brown)/FDH412M18/image.png,
permalink_public: https://slack-files.com/T0C62ND33-FDH412M18-70d610c56e,
is_starred: false,
has_rich_preview: false
**upload:** True
**user:** UBMVBQ70W (Nicole Brown)
**display_as_bot:** False
**timestamp:** 10/18/2018 6:53:47 AM

---

**client_msg_id:** 22064d63-5aac-47f7-b3fd-243bc6e1892a
**type:** message
**text:** Add â€œdual trickle chargerâ€  and â€œmulti trickle chargerâ€   as keywords to these SBAs because they contain all of the G series products (which includes the G4)
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:54:43 AM
ts: 1539870883.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 73a0e20d-fcd9-40ad-bbbb-0973363dfe83
**type:** message
**text:** I also donâ€™t see any keywords that contain â€œ24v trickle chargerâ€   â€¦ those should be added and similar to the keywords that contain â€œ6vâ€¦â€  and â€œ12vâ€¦â€   because again these ads contains the whole product line. Does that make sense?
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:57:03 AM
ts: 1539871023.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 86835098-75f6-460c-97bf-13e149957c3f
**type:** message
**text:** The same information applies to the Trickle Charge | Advanced Charger | BP for the keywords that should be added to the ad. The adding of all products doesnâ€™t apply since the ad is taking users to the battery charger brand page.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 6:59:01 AM
ts: 1539871141.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 10281d9e-9bcb-4282-8607-bb02256d61ed

**type:** message
**text:** I checked back at your Battery Maintainer | Vehicle Storage | BP and Battery Maintainer | Vehicle Storage | CP SBAs and those are fine.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 7:01:05 AM
**ts:** 1539871265.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 8c44ea95-7767-433e-a299-043434dd303a
**type:** message
**text:** phew!
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:03:15 AM
**ts:** 1539871395.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 6887bc5f-744f-48c4-80fa-d53efcfa6fa8
**type:** message
**text:** It looks like the glitch is still happening because I can't add the exact keywords
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:03:39 AM
**ts:** 1539871419.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 7f95c64d-0cac-4a08-a6a4-210d91d69a1d
**type:** message
**text:** Ughhh.. do you feel comfortable filing a case in Amazon CA AVC about this? And then go ahead and add them the way you were for the previous SBAs by launching the campaigns and then adding the exact KWs in?
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 7:04:53 AM
**ts:** 1539871493.000100
**team:** T0C62ND33
**user_team:** T0C62ND33

**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 5bbd891c-5992-46bc-b5cd-ed57ace02868
**type:** message
**text:** yeah I can do that
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:06:00 AM
**ts:** 1539871560.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 6d4e78d3-c0af-45eb-b18f-14c1095e41b0
**type:** message
**text:** Awesome, thanks!
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 7:06:07 AM
**ts:** 1539871567.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 501b7587-3583-436a-a278-38344da3cc1d
**type:** message
**text:** For the US Battery Tender SBA the messaging is "vehicle storage" but that's the same messaging I used for Battery Maintainer for CA. Is it wise to use the same messaging? Or should I brainstorm a new message
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:24:57 AM
**ts:** 1539872697.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,

name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** a47cefbb-cac8-43aa-a4eb-56d61a0ed32e
**type:** message
**text:** Also, can you send me the ad image for Battery Tender
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:25:23 AM
**ts:** 1539872723.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** c3d75fa8-1322-4ecc-87d8-c6d0f73bd6ac
**type:** message
**text:** Iâ€™m glad youâ€™re asking that about the image. So there wonâ€™t be a Battery Tender image since Battery Tender is an actual brand and they could come after us and say that we are using their name. We can get away with using it in the text, but not in the image so go ahead and use the Battery Maintainer Image (I believe thatâ€™s what I did for the US, Iâ€™ll double check right now).
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 7:31:52 AM
**ts:** 1539873112.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**type:** message
**text:** This is the messaging youâ€™ll use:
**files:** id: FDJ6VMWMD,
created: 10/18/2018 7:33:15 AM,
timestamp: 10/18/2018 7:33:15 AM,
name: image.png,
title: Pasted image at 2018-10-18, 10:33 AM,
mimetype: image/png,
filetype: png,
pretty_type: PNG,
user: UBMVBQ70W (Nicole Brown),
editable: false,
size: 345748,
mode: hosted,
is_external: false,
external_type: ,
is_public: false,
public_url_shared: false,
display_as_bot: false,
username: ,
url_private: https://files.slack.com/files-pri/T0C62ND33-FDJ6VMWMD/image.png?t=xoxe-12206761105-1186561340369-1159195543415-

1d0041a99d270891cefcc4acb12b4902,
url_private_download: https://files.slack.com/files-pri/T0C62ND33-FDJ6VMWMD/download/image.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_64: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_64.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_80: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_80.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_360: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_360.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_360_w: 360,
thumb_360_h: 157,
thumb_480: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_480.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_480_w: 480,
thumb_480_h: 209,
thumb_160: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_160.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_720: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_720.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_720_w: 720,
thumb_720_h: 314,
thumb_800: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_800.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_800_w: 800,
thumb_800_h: 349,
thumb_960: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_960.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_960_w: 960,
thumb_960_h: 418,
thumb_1024: https://files.slack.com/files-tmb/T0C62ND33-FDJ6VMWMD-89495efe6c/image_1024.png?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
thumb_1024_w: 1024,
thumb_1024_h: 446,
image_exif_rotation: 1,
original_w: 1946,
original_h: 848,
permalink: https://no-co.slack.com/files/UBMVBQ70W (Nicole Brown)/FDJ6VMWMD/image.png,
permalink_public: https://slack-files.com/T0C62ND33-FDJ6VMWMD-d602c2c7fe,
is_starred: false,
has_rich_preview: false
**upload:** True
**user:** UBMVBQ70W (Nicole Brown)
**display_as_bot:** False
**timestamp:** 10/18/2018 7:33:20 AM
**ts:** 1539873200.000100

---

**client_msg_id:** 71a15455-ad9a-4dba-8c78-b5053d1e629a
**type:** message
**text:** that makes sense!
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:34:54 AM
**ts:** 1539873294.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 00ca4e9b-94cf-46b3-add4-6b819a0b1b79

**type:** message
**text:** I opened a case on AVC to figure out why it won't let us add exact KWs the same time as the phrase KWs. I am going to hold off adding this to see if they fix it. If I don't hear anything from them by the end of the day I will create these first thing tomorrow
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 7:38:05 AM
**ts:** 1539873485.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 92875bae-a707-4ce2-89e1-9d7c8a148084
**type:** message
**text:** Sounds like a plan!
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 7:41:06 AM
**ts:** 1539873666.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**type:** message
**text:** Here is my MTD WoW report for CA for you to look over. I wasn't sure what to put for the upcoming tasks since I am still working on last weeks tasks. I figure when we go over what I will be doing while you are OOTO next week I will have a better idea.
**files:** id: FDGM1CU3T,
created: 10/18/2018 9:45:05 AM,
timestamp: 10/18/2018 9:45:05 AM,
name: MTD WoW 10.13.18 Results - CA.pptx,
title: MTD WoW 10.13.18 Results - CA.pptx,
mimetype: application/vnd.openxmlformats-officedocument.presentationml.presentation,
filetype: pptx,
pretty_type: PowerPoint Presentation,
user: UD2K2MAFM (Erin McCullar),
editable: false,
size: 1266453,
mode: hosted,
is_external: false,
external_type: ,
is_public: false,
public_url_shared: false,
display_as_bot: false,
username: ,
url_private: https://files.slack.com/files-pri/T0C62ND33-FDGM1CU3T/mtd_wow_10.13.18_results_-_ca.pptx?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
url_private_download: https://files.slack.com/files-pri/T0C62ND33-FDGM1CU3T/download/mtd_wow_10.13.18_results_-_ca.pptx?t=xoxe-12206761105-1186561340369-1159195543415-1d0041a99d270891cefcc4acb12b4902,
permalink: https://no-co.slack.com/files/UD2K2MAFM (Erin McCullar)/FDGM1CU3T/mtd_wow_10.13.18_results_-_ca.pptx,
permalink_public: https://slack-files.com/T0C62ND33-FDGM1CU3T-520e02d25e,
is_starred: false,

has_rich_preview: false
**upload:** True
**user:** UD2K2MAFM (Erin McCullar)
**display_as_bot:** False
**timestamp:** 10/18/2018 9:45:07 AM
**ts:** 1539881107.000100

---

**client_msg_id:** 937f7d9e-e248-4a52-8af9-fbc9a6fbb5a7
**type:** message
**text:** Awesome and yes youâ€™re exactly right. We can review this before our keyword harvest meeting because that will actually be a CA initiative to work on next week to improve the accountâ€™s performance.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 10:03:06 AM
**ts:** 1539882186.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** cf83a2f2-8e96-490f-8cf8-d0a8168378bf
**type:** message
**text:** :+1:
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 10:19:36 AM
**ts:** 1539883176.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** d3c973bb-2078-44d0-af50-af9f59a80af9
**type:** message
**text:** This CPC Strategy white page is interesting
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 10:19:58 AM
**ts:** 1539883198.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

**client_msg_id:** afdd1374-0b8c-4937-a68b-9700cb95d477
**type:** message
**text:** They responded to my case and they told me that they recommend using firefox for their websites. I did not know that.
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 10:28:07 AM
**ts:** 1539883687.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 52803d89-3898-454f-94f2-8d72266487be
**type:** message
**text:** I look forward to reading it! I think I'm going to read it tonight. Sometimes they'll suggest that, which I feel like is their way of not fixing the issue because that doesn't explain why you can load the phrase keywords but not the exact keywords, but definitely try using Firefox.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 10:31:21 AM
**ts:** 1539883881.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** 9f760d8b-2a03-4b31-807f-fb9638127f41
**type:** message
**text:** let's meet at 1:40pm. I'm almost done sorting through and adding to my notes from AZ that I'm going to send over to you and Corinne that we can review toward the EOD
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 10:31:55 AM
**ts:** 1539883915.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

**client_msg_id:** c954da8e-7ede-48fc-a3e3-b6884da9ff26
**type:** message
**text:** okay!
**user:** UD2K2MAFM (Erin McCullar)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**timestamp:** 10/18/2018 10:34:39 AM
**ts:** 1539884079.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

―――――――――――――――――

**client_msg_id:** b00a2d0c-6213-4635-a8db-1b7b5d1d5e4b
**type:** message
**text:** Attached is the MTD and WoW results for CA. Sales are growing MTD but have slightly declined WoW. Impressions have gone down, which I will be actively looking into why that is. I also have been working on keyword harvesting to generate more keywords to convert into exact matches. Since creating SBAs that send users to the brand store we are seeing great results from the amount of views and purchases coming from the store. Previous SBAs that were created prior to September sent users to custom pages. Please let me know if you have any questions about this data or my next steps that I will be completing tomorrow and the beginning of next week.
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 1:36:28 PM
**ts:** 1539894988.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

―――――――――――――――――

**client_msg_id:** 0a853d73-575a-492a-b5a5-0d1e8c8daecf
**type:** message
**text:** do you think this is too similar from what I said last week?
**user:** UD2K2MAFM (Erin McCullar)
**timestamp:** 10/18/2018 1:36:40 PM
**ts:** 1539895000.000100
**team:** T0C62ND33
**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: f7f38f5248ef,
image_72: https://avatars.slack-edge.com/2018-11-12/477503015988_f7f38f5248ef141e5b9d_72.png,
first_name: Erin,
real_name: Erin McCullar,
display_name: ,
team: T0C62ND33,
name: erin.smith,
is_restricted: false,
is_ultra_restricted: false

―――――――――――――――――

**client_msg_id:** FC58444E-7560-4958-8CA6-56693CEE1688
**type:** message
**text:** First thing tomorrow morning I can show you how to do your expense report in SAP. Make sure you have all your receipts because we will need them for the report.
**user:** UBMVBQ70W (Nicole Brown)
**timestamp:** 10/18/2018 7:09:29 PM
**ts:** 1539914969.000100
**team:** T0C62ND33

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**user_team:** T0C62ND33
**source_team:** T0C62ND33
**user_profile:** avatar_hash: 0fee34c301ff,
image_72: https://avatars.slack-edge.com/2018-07-08/394839689234_0fee34c301ff41bc4721_72.png,
first_name: Nicole,
real_name: Nicole Brown,
display_name: Nicole,
team: T0C62ND33,
name: nicole.brown,
is_restricted: false,
is_ultra_restricted: false

---

NOCO0022521

**PX-237**

| | State | Campaigns | Status | Type | Targeting | Campaign bidding strategy | Start date | End date | Portfolio | Budget(USD) | Impressions | Clicks | CTR | Spend(USD) | CPC(USD) | Orders | Sales(USD) | ACOS | NTB orders | % of orders NTB | NTB sales | % of sales NTB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PAUSED | Battery Tender \| Branded KWs \| And More \| Custom Image \| BP | PAUSED | SB | MANUAL | | 3/16/2020 | | LAST - Genius | $ 500.00 | 0 | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | 0 | 0 | 0 |
| 3 | PAUSED | Battery Tender \| Competitor KWs \| Worry-Free \| CP | PAUSED | SB | MANUAL | | 11/25/2019 | | LAST - Genius | $ 500.00 | 18922 | 286 | 0.015 | $ 2,816.58 | 9.85 | 20 | $ 1,063.59 | 2.6482 | 20 | 1 | 1063.59 | 1 |
| 4 | PAUSED | Battery Tender \| Generic KWs \| Worry-Free \| CP | PAUSED | SB | MANUAL | | 11/25/2019 | | LAST - Genius | $ 500.00 | 159372 | 3944 | 0.025 | $ 36,657.99 | 9.29 | 420 | $ 19,816.70 | 1.8499 | 330 | 0.7857 | 16362.32 | 0.8257 |
| 5 | PAUSED | Battery Tender \| Branded \| Phrase | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 11/25/2019 | | LAST - Genius | $ 500.00 | 31135 | 121 | 0.004 | $ 266.74 | 2.2 | 28 | $ 1,241.29 | 0.2149 | 0 | 0 | 0 | 0 |
| 6 | PAUSED | Battery Tender \| Branded \| Exact | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 11/25/2019 | | LAST - Genius | $ 1,500.00 | 25111 | 199 | 0.008 | $ 412.51 | 2.07 | 50 | $ 2,020.38 | 0.2042 | 0 | 0 | 0 | 0 |
| 7 | PAUSED | G4 \| Battery Tender | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 11/25/2019 | | LAST - Genius | $ 500.00 | 6605 | 32 | 0.005 | $ 100.48 | 3.14 | 2 | $ 346.90 | 0.2897 | 0 | 0 | 0 | 0 |
| 8 | PAUSED | Battery Tender \| Generic KWs \| Exact | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 11/25/2019 | | LAST - Genius | $ 1,500.00 | 669783 | 1079 | 0.002 | $ 5,743.51 | 5.32 | 102 | $ 4,931.46 | 1.1647 | 0 | 0 | 0 | 0 |
| 9 | PAUSED | Battery Tender \| Generic KWs \| Phrase | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 11/25/2019 | | LAST - Genius | $ 500.00 | 1190611 | 2589 | 0.002 | $ 20,338.95 | 7.86 | 257 | $ 13,029.93 | 1.5609 | 0 | 0 | 0 | 0 |
| 10 | PAUSED | Battery Tender \| Competitor KWs | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 11/25/2019 | | LAST - Genius | $ 1,000.00 | 222249 | 68 | 0.003 | $ 333.26 | 4.9 | 12 | $ 539.05 | 0.6182 | 0 | 0 | 0 | 0 |
| 11 | PAUSED | Battery Tender \| Maintainer Image \| Vehicle Storage \| BP_ | PAUSED | SB | MANUAL | | 10/21/2019 | | Old - G-Series \| Generic | $ 500.00 | 161589 | 1343 | 0.008 | $ 15,133.09 | 11.27 | 176 | $ 8,507.26 | 1.7788 | 125 | 0.7102 | 6320.29 | 0.7429 |
| 12 | PAUSED | G750 \| Competitor Target \| Battery Tender | PAUSED | SD | MANUAL | | 5/13/2019 | | | $ 250.00 | 244455 | 812 | 0.003 | $ 682.73 | 0.84 | 21 | $ 1,030.08 | 0.6628 | 0 | 0 | 0 | 0 |
| 13 | PAUSED | Battery Tender \| Winter Essential \| Lightning Deals \| CP \| Save On | ENDED | SB | MANUAL | | 11/16/2018 | 2/1/2020 | zG Series \| Winter Essential SBAs | $ 500.00 | 198 | 2 | 0.01 | $ 3.83 | 1.92 | 1 | $ 26.95 | 0.1421 | 1 | 1 | 26.95 | 1 |
| 14 | PAUSED | Battery Tender \| Winter Essential \| Winter Tender \| CP | PAUSED | SB | MANUAL | | 11/12/2018 | | zG Series \| Winter Essential SBAs | $ 750.00 | 225436 | 2343 | 0.01 | $ 8,986.43 | 3.84 | 265 | $ 14,768.65 | 0.6085 | 205 | 0.7736 | 11166.11 | 0.7561 |
| 15 | PAUSED | Battery Tender \| Winter Essential \| More Than \| CP | PAUSED | SB | MANUAL | | 11/12/2018 | | zG Series \| Winter Essential SBAs | $ 700.00 | 29317 | 75 | 0.003 | $ 275.12 | 3.67 | 3 | $ 282.01 | 0.9756 | 2 | 0.6667 | 205.39 | 0.7283 |
| 16 | PAUSED | Battery Tender \| Lightning Deals \| Brand Page \| Save On | ENDED | SB | MANUAL | | 10/20/2018 | 1/1/2020 | zG Series \| Lightning Deal SBAs | $ 500.00 | 20495 | 181 | 0.009 | $ 586.60 | 3.24 | 27 | $ 1,169.81 | 0.5014 | 0 | 0 | 0 | 0 |
| 17 | PAUSED | Battery Tender \| Maintainer Image \| Vehicle Storage \| CP | PAUSED | SB | MANUAL | | 9/24/2018 | | Old - G-Series \| Generic | $ 500.00 | 589932 | 3813 | 0.007 | $ 22,571.17 | 5.92 | 376 | $ 19,731.33 | 1.1439 | 228 | 0.6766 | 12899.28 | 0.7221 |
| 18 | PAUSED | Battery Tender \| Maintainer Image \| Vehicle Storage \| BP | PAUSED | SB | MANUAL | | 9/24/2018 | | Old - G-Series \| Generic | $ 500.00 | 575530 | 4356 | 0.008 | $ 27,662.89 | 6.35 | 522 | $ 29,067.02 | 0.9517 | 354 | 0.7166 | 20480.53 | 0.7382 |
| 19 | PAUSED | Battery Tender \| Maintainer Image \| BP | PAUSED | SB | MANUAL | | 9/24/2018 | | zBattery Tender SBAs | $ 500.00 | 180245 | 1871 | 0.01 | $ 8,750.79 | 4.68 | 193 | $ 11,133.37 | 0.786 | 54 | 0.6136 | 3870.09 | 0.7223 |
| 20 | PAUSED | Battery Tender - HSA | PAUSED | SB | MANUAL | | 9/24/2018 | | | $ 500.00 | 71214 | 403 | 0.006 | $ 1,977.27 | 4.91 | 50 | $ 2,777.94 | 0.7118 | 2 | 1 | 69.9 | 1 |
| 21 | PAUSED | G70 \| Battery Tender \| Bid + | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | | $ 500.00 | 0 | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | 0 | 0 | 0 |
| 22 | PAUSED | G7200 \| Battery Tender \| Bid+ | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | | $ 500.00 | 8980 | 24 | 0.003 | $ 61.02 | 2.54 | 3 | $ 314.28 | 0.1942 | 0 | 0 | 0 | 0 |
| 23 | PAUSED | G3500 \| Battery Tender \| Bid+ | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | | $ 500.00 | 5196 | 29 | 0.006 | $ 73.56 | 2.54 | 1 | $ 59.95 | 1.227 | 0 | 0 | 0 | 0 |
| 24 | PAUSED | G4 \| Battery Tender \| Bid+ | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | Old - G Series - Competitor | $ 500.00 | 1427084 | 4147 | 0.003 | $ 12,142.99 | 2.93 | 338 | $ 37,876.55 | 0.3206 | 0 | 0 | 0 | 0 |
| 25 | PAUSED | G15000 \| Battery Tender \| Bid+ | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | | $ 500.00 | 4873 | 12 | 0.003 | $ 21.08 | 1.76 | 0 | $ - | 0 | 0 | 0 | 0 | 0 |
| 26 | PAUSED | G1100 \| Battery Tender \| Bid+ | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | Old - G Series - Competitor | $ 500.00 | 3595726 | 21839 | 0.006 | $ 61,441.84 | 2.81 | 2743 | $ 127,458.20 | 0.4821 | 0 | 0 | 0 | 0 |
| 27 | PAUSED | G750 \| Battery Tender \| Bid + | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | Old - G Series - Competitor | $ 500.00 | 3546221 | 29340 | 0.008 | $ 79,906.06 | 2.72 | 3559 | $ 136,747.56 | 0.5843 | 0 | 0 | 0 | 0 |
| 28 | PAUSED | G26000 \| Battery Tender \| Bid + | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/21/2018 | | | $ 500.00 | 918 | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | 0 | 0 | 0 |

| | State | Campaigns | Status | Type | Targeting | Campaign bidding strategy | Start date | End date | Portfolio | Budget(USD) | Impressions | Clicks | CTR | Spend(USD) | CPC(USD) | Orders | Sales(USD) | ACOS | NTB orders | % of orders NTB | NTB sales | % of sales NTB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | PAUSED | G Series - Keyword Harvest - Battery Tender | PAUSED | SB | MANUAL | | 6/14/2018 | | | $ 500.00 | 37628 | 728 | 0.019 | $ 1,573.32 | 2.16 | 66 | $ 3,329.48 | 0.4725 | 0 | 0 | 0 | 0 |
| 30 | PAUSED | Battery Tender | PAUSED | SB | MANUAL | | 2/4/2018 | | | $ 500.00 | 212786 | 2774 | 0.013 | $ 7,923.52 | 2.86 | 332 | $ 17,095.25 | 0.4635 | 0 | 0 | 0 | 0 |
| 31 | PAUSED | Battery Tender (AV1) | PAUSED | SB | MANUAL | | 9/2/2017 | | | $ 500.00 | 70373 | 741 | 0.011 | $ 1,322.22 | 1.78 | 78 | $ 4,237.09 | 0.3121 | 0 | 0 | 0 | 0 |
| 32 | PAUSED | Battery Tender (AV2) | PAUSED | SB | MANUAL | | 9/2/2017 | | | $ 500.00 | 131478 | 1746 | 0.013 | $ 6,735.70 | 3.86 | 210 | $ 10,635.29 | 0.6333 | 0 | 0 | 0 | 0 |
| 33 | PAUSED | Battery Tender | PAUSED | SB | MANUAL | | 8/10/2017 | | | $ 500.00 | 99962 | 1118 | 0.011 | $ 5,157.35 | 4.61 | 135 | $ 6,209.77 | 0.8305 | 0 | 0 | 0 | 0 |
| 34 | ARCHIVED | Battery Tender Non-Filtered | CAMPAIGN_ARCHIVED | SP | MANUAL | | 5/22/2017 | | | $ 500.00 | 0 | 0 | 0 | $ - | 0 | 0 | $ - | 0 | 0 | 0 | 0 | 0 |
| 35 | PAUSED | Battery Tender | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 5/22/2017 | | | $ 500.00 | 9389 | 40 | 0.004 | $ 23.50 | 0.59 | 8 | $ 289.97 | 0.081 | 0 | 0 | 0 | 0 |
| 36 | PAUSED | Battery Tender (V1) | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 5/22/2017 | | | $ 500.00 | 4502 | 17 | 0.004 | $ 12.32 | 0.72 | 3 | $ 294.55 | 0.0418 | 0 | 0 | 0 | 0 |
| 37 | PAUSED | Battery Tender (V3) | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 5/22/2017 | | | $ 500.00 | 11741 | 41 | 0.004 | $ 28.86 | 0.7 | 5 | $ 151.95 | 0.1899 | 0 | 0 | 0 | 0 |
| 38 | PAUSED | Battery Tender (V2) | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 5/22/2017 | | | $ 500.00 | 10850 | 54 | 0.005 | $ 45.15 | 0.84 | 3 | $ 176.97 | 0.2551 | 0 | 0 | 0 | 0 |
| 39 | PAUSED | Battery Tender (V2) | PAUSED | SB | MANUAL | | 9/21/2016 | | | $ 20.00 | 40039 | 512 | 0.013 | $ 307.45 | 0.6 | 63 | $ 3,192.17 | 0.0963 | 0 | 0 | 0 | 0 |
| 40 | PAUSED | Battery Tender | PAUSED | SB | MANUAL | | 9/3/2016 | | | $ 500.00 | 391738 | 7881 | 0.02 | $ 6,161.66 | 0.78 | 1100 | $ 55,825.74 | 0.1104 | 0 | 0 | 0 | 0 |
| 41 | PAUSED | Battery Tender | CAMPAIGN_PAUSED | SP | MANUAL | Dynamic bids - down only | 9/3/2016 | | | $ 500.00 | 6785022 | 32588 | 0.005 | $ 32,500.39 | 1 | 3465 | $ 161,682.49 | 0.201 | 0 | 0 | 0 | 0 |
| 42 | ARCHIVED | Battery Tender - Headline | TERMINATED | SB | MANUAL | | 5/4/2016 | 12/30/2016 | | $ 10,000.00 | 6860 | 220 | 0.032 | $ 31.51 | 0.14 | 12 | $ 673.41 | 0.0468 | 0 | 0 | 0 | 0 |
| 43 | ARCHIVED | Battery Tender - Variation 6 | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/27/2016 | | | $ 750.00 | 17412 | 87 | 0.005 | $ 59.16 | 0.68 | 13 | $ 1,078.31 | 0.0549 | 0 | 0 | 0 | 0 |
| 44 | ARCHIVED | Battery Tender - Variation 5 | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/27/2016 | | | $ 750.00 | 34400 | 166 | 0.005 | $ 97.23 | 0.59 | 10 | $ 403.96 | 0.2407 | 0 | 0 | 0 | 0 |
| 45 | ARCHIVED | Battery Tender - Variation 4 | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/27/2016 | | | $ 750.00 | 48548 | 214 | 0.004 | $ 166.78 | 0.78 | 21 | $ 1,414.00 | 0.1179 | 0 | 0 | 0 | 0 |
| 46 | ARCHIVED | Battery Tender - Variation 3 | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/27/2016 | | | $ 750.00 | 50502 | 210 | 0.004 | $ 130.53 | 0.62 | 27 | $ 1,313.45 | 0.0994 | 0 | 0 | 0 | 0 |
| 47 | ARCHIVED | Battery Tender - Variation 2 | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/27/2016 | | | $ 750.00 | 15227 | 63 | 0.004 | $ 42.95 | 0.68 | 5 | $ 276.73 | 0.1552 | 0 | 0 | 0 | 0 |
| 48 | ARCHIVED | Battery Tender - Variation 1 | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/27/2016 | | | $ 750.00 | 43056 | 194 | 0.005 | $ 133.59 | 0.69 | 18 | $ 928.11 | 0.1439 | 0 | 0 | 0 | 0 |
| 49 | ARCHIVED | Genius Best Sellers Ad [Tender] | TERMINATED | SB | MANUAL | | 4/22/2016 | 12/12/2016 | | $ 2,500.00 | 699 | 30 | 0.043 | $ 5.65 | 0.19 | 6 | $ 180.64 | 0.0313 | 0 | 0 | 0 | 0 |
| 50 | ARCHIVED | Battery Tender - Sponsored Search | CAMPAIGN_ARCHIVED | SP | MANUAL | | 4/22/2016 | | | $ 500.00 | 75090 | 333 | 0.004 | $ 201.39 | 0.6 | 27 | $ 1,176.57 | 0.1712 | 0 | 0 | 0 | 0 |
| 51 | PAUSED | Battery Tender - Headline Brand Page Ad #2 | ENDED | SB | MANUAL | | 12/27/2015 | 6/25/2016 | | $ 5,000.00 | 137618 | 4177 | 0.03 | $ 531.27 | 0.13 | 361 | $ 16,157.95 | 0.0329 | 0 | 0 | 0 | 0 |
| 52 | PAUSED | Battery Tender - Headline Brand Page Ad | ENDED | SB | MANUAL | | 12/27/2015 | 6/25/2016 | | $ 5,000.00 | 76538 | 1278 | 0.017 | $ 181.63 | 0.14 | 139 | $ 6,465.83 | 0.0281 | 0 | 0 | 0 | 0 |
| 53 | ARCHIVED | Battery Tender - Headline Brand Page Ad | TERMINATED | SB | MANUAL | | 11/17/2015 | 5/17/2016 | | $ 5,000.00 | 90122 | 2554 | 0.028 | $ 740.60 | 0.29 | 205 | $ 9,083.26 | 0.0815 | 0 | 0 | 0 | 0 |

| | State | Campaigns | Status | Type | Targeting | Campaign bidding strategy | Start date | End date | Portfolio | Budget(USD) | Impressions | Clicks | CTR | Spend(USD) | CPC(USD) | Orders | Sales(USD) | ACOS | NTB orders | % of orders NTB | NTB sales | % of sales NTB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | ARCHIVED | Battery Tender - Sponsored Search | CAMPAIGN_ARCHIVED | SP | MANUAL | | 11/17/2015 | | | $ 750.00 | 2056793 | 8475 | 0.004 | $ 4,287.95 | 0.51 | 766 | $ 37,458.90 | 0.1145 | 0 | 0 | 0 | 0 |
| 55 | ARCHIVED | Tender (Sponsored Search) | CAMPAIGN_ARCHIVED | SP | MANUAL | | 7/6/2015 | | | $ 350.00 | 478175 | 1149 | 0.002 | $ 309.58 | 0.27 | 86 | $ 4,029.25 | 0.0768 | 0 | 0 | 0 | 0 |
| 56 | ARCHIVED | Genius Best Sellers Ad [Tender] | TERMINATED | SB | MANUAL | | 4/5/2015 | 11/25/2015 | | $ 2,500.00 | 233567 | 7463 | 0.032 | $ 2,125.11 | 0.28 | 595 | $ 26,006.15 | 0.0817 | 0 | 0 | 0 | 0 |
| 57 | PAUSED | Genius Amazon Page Ad [Tender] | ENDED | SB | MANUAL | | 4/5/2015 | 10/5/2015 | | $ 1,000.00 | 12642 | 342 | 0.027 | $ 158.82 | 0.46 | 26 | $ 1,296.29 | 0.1225 | 0 | 0 | 0 | 0 |
| 58 | ARCHIVED | Genius Amazon Page Ad [Tender] | TERMINATED | SB | MANUAL | | 4/1/2015 | 10/1/2015 | | $ 100.00 | 2797 | 107 | 0.038 | $ 46.57 | 0.44 | 7 | $ 270.70 | 0.172 | 0 | 0 | 0 | 0 |
| 59 | PAUSED | NOCO Brand Page Ad - Tender Focus | ENDED | SB | MANUAL | | 1/31/2015 | 7/31/2015 | | $ 500.00 | 55834 | 589 | 0.011 | $ 189.63 | 0.32 | 57 | $ 2,078.26 | 0.0912 | 0 | 0 | 0 | 0 |
| 60 | PAUSED | NOCO Brand Page Ad - Tender Focus #2 | ENDED | SB | MANUAL | | 12/30/2014 | 1/29/2015 | | $ 200.00 | 37778 | 352 | 0.009 | $ 136.16 | 0.39 | 29 | $ 1,157.70 | 0.1176 | 0 | 0 | 0 | 0 |
| 61 | PAUSED | NOCO Best Sellers Ad - Tender Focus | ENDED | SB | MANUAL | | 12/11/2014 | 6/29/2015 | | $ 100.00 | 5855 | 50 | 0.009 | $ 16.35 | 0.33 | 3 | $ 173.39 | 0.0943 | 0 | 0 | 0 | 0 |
| 62 | PAUSED | NOCO Brand Page Ad - Tender Focus | ENDED | SB | MANUAL | | 12/11/2014 | 6/29/2015 | | $ 500.00 | 21176 | 192 | 0.009 | $ 45.80 | 0.24 | 22 | $ 1,152.29 | 0.0397 | 0 | 0 | 0 | 0 |

# PX-239

Battery Tender | Branded KWs | And More | Custom Image | BP



Battery Tender | Competitor KWs | Worry-Free | CP



U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: PX-239

Case Number:
6:19-cv-00308-CEM-LRH

Deltona Transformer Corporation
v.
The Noco Company

Date Identified:

Date Admitted:

Battery Tender | Generic KWs | Worry-Free | CP



Battery Tender | Maintainer Image | Vehicle Storage | BP_

**Campaign: Battery Tender | Maintainer Image | Vehicle Storage | BP_**



Battery Tender | Winter Essential | Lightning Deals | CP | Save On



Battery Tender | Lightning Deals | Brand Page | Save On



Battery Tender | Maintainer Image | Vehicle Storage | CP



Battery Tender | Maintainer Image | Vehicle Storage | BP



Battery Tender | Maintainer Image | BP



Battery Tender - HSA



G Series - Keyword Harvest - Battery Tender



Battery Tender (AV1)



Battery Tender (AV2)



Battery Tender (V2)



Battery Tender | Winter Essential | Winter Tender | CP



Battery Tender | Maintainer Image | Vehicle Storage | BP

