No. 24-13590

IN THE

# United States Court of Appeals
# for the Eleventh Circuit

---

DELTONA TRANSFORMER CORPORATION,

*Plaintiff-Appellee,*

v.

THE NOCO COMPANY,

*Defendant-Appellant.*

---

On Appeal from the U.S. District Court for the Middle District of Florida,
Case No. 6:19-cv-00308-CEM (Hon. Carlos E. Mendoza)

---

### *AMICI CURIAE* 31 INTELLECTUAL PROPERTY AND MEDIA LAW PROFESSORS CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

Phillip R. Malone
Nina K. Srejovic
JUELSGAARD INTELLECTUAL PROPERTY
  AND INNOVATION CLINIC
MILLS LEGAL CLINIC AT
  STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650)-725-6369
Fax: 650-723-4426
*Counsel for Amici Curiae*

# CERTIFICATE OF INTERESTED PERSONS

*Amici* Intellectual Property and Media Law Professors, listed by name in the Appendix, by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure Rule 26.1 and Eleventh Circuit Rule 26.1-1(a)(3), hereby notify the Court that the Certificate of Interested Persons filed by Appellant The NOCO Company (Dkt.6) is correct and complete, with the following additions:

1. Carrier, Michael A. (Professor, Rutgers Law School): *Amicus Curiae*

2. Catanzaro, Zachary (Professor, St. Thomas University, Benjamin L. Crump College of Law): *Amicus Curiae*

3. Diamond, Shari Seidman (Professor, Northwestern University Pritzker School of Law): *Amicus Curiae*

4. Dobbs, Ashley R. (Professor, University of Richmond School of Law): *Amicus Curiae*

5. Dogan, Stacey (Professor, Boston University School of Law): *Amicus Curiae*

6. Farley, Christine Haight (Professor, American University Washington College of Law): *Amicus Curiae*

7. Gebhard-Koenigstein, August (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

8. Ghosh, Shubha (Professor, Syracuse University College of Law): *Amicus Curiae*

9. Gibson, James (Professor, University of Richmond School of Law): *Amicus Curiae*

10. Goldman, Eric (Professor, Santa Clara University School of Law): *Amicus Curiae*

11. Heymann, Laura A. (Professor, William & Mary Law School): *Amicus Curiae*

12. Hsieh, Timothy T. (Professor, Oklahoma City University School of Law): *Amicus Curiae*

13. Johnson, Eric E. (Professor, University of Oklahoma College of Law): *Amicus Curiae*

14. Lantagne, Stacey M. (Professor, Western New England University School of Law): *Amicus Curiae*

15. Lemley, Mark A. (Professor, Stanford Law School): *Amicus Curiae*

16. Levine, David S. (Professor, Elon University School of Law): *Amicus Curiae*

17. Li, Selina (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

18. Liebesman, Yvette Joy (Professor, Saint Louis University School of Law): *Amicus Curiae*

19. Lobel, Orly (Professor, University of San Diego School of Law): *Amicus Curiae*

20. Love, Brian J. (Professor, Santa Clara University School of Law): *Amicus Curiae*

21. Malone, Phillip (Counsel of Record for *Amici*)

22. Mendoza, Carlos E. (U.S. District Judge)

23. McKenna, Mark P. (Professor, UCLA School of Law): *Amicus Curiae*

24. Miers, Jess (Professor, University of Akron School of Law): *Amicus Curiae*

25. Moffat, Viva R. (Professor, University of Denver Sturm College of Law): *Amicus Curiae*

26. Ochoa, Tyler T. (Professor, Santa Clara University School of Law): *Amicus Curiae*

27. Perzanowski, Aaron (Professor, University of Michigan Law School): *Amicus Curiae*

28. Ramsay, Lisa (Professor, University of San Diego School of Law): *Amicus Curiae*

29. Reid, Amanda (Professor, University of North Carolina at Chapel Hill): *Amicus Curiae*

30. Rosenblatt, Betsy (Professor, Case Western Reserve University School of Law): *Amicus Curiae*

31. Said, Zahr K. (Professor, Santa Clara University School of Law): *Amicus Curiae*

32. Silbey, Jessica (Professor, Boston University School of Law): *Amicus Curiae*

33. Sprigman, Christopher (Professor, NYU School of Law): *Amicus Curiae*

34. Srejovic, Nina (Counsel of Record for *Amici*)

35. Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic

36. Tang, Xiyin (Professor, UCLA School of Law): *Amicus Curiae*

37. Tushnet, Rebecca (Professor, Harvard Law School): *Amicus Curiae*

38. Zhou, Jina (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* state that they have no parent corporation and that no publicly held corporation holds 10 percent or more of their stock.

Dated: March 19, 2025

Respectfully submitted,

  /s/Phillip R. Malone/

Phillip R. Malone
Juelsgaard Intellectual Property and
  Innovation Clinic
Mills Legal Clinic at Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 725-6369
Fax: (650)-723-4426

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2025, I caused the foregoing Certificate of Interested Persons and Corporate Disclosure Statement of *Amici Curiae* 31 Intellectual Law and Media Law Professors to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: March 19, 2025

/s/Phillip R. Malone
Phillip R. Malone
Counsel for *Amici Curiae*

# APPENDIX

*Amici curiae* law professors are listed below. Affiliation is provided for identification purposes only, and the brief does not reflect the views of the listed institutions.

**Professor Michael A. Carrier**
Rutgers Law School

**Professor Zachary Catanzaro**
St. Thomas University, Benjamin L. Crump College of Law

**Professor Shari Seidman Diamond**
Northwestern University Pritzker School of Law

**Professor Ashley R. Dobbs**
University of Richmond School of Law

**Professor Stacey Dogan**
Boston University School of Law

**Professor Shubha Ghosh**
Syracuse University College of Law

**Professor James Gibson**
University of Richmond School of Law

**Professor Eric Goldman**
Santa Clara University School of Law

**Professor Christine Haight Farley**
American University Washington College of Law

**Professor Laura A. Heymann**
William & Mary Law School

**Professor Timothy T. Hsieh**
Oklahoma City University School of Law

**Professor Eric E. Johnson**
University of Oklahoma College of Law

**Professor Stacey M. Lantagne**
Western New England University School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor David S. Levine**
Elon University School of Law

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Orly Lobel**
University of San Diego School of Law

**Professor Brian J. Love**
Santa Clara University School of Law

**Professor Mark P. McKenna**
UCLA School of Law

**Professor Jess Miers**
University of Akron School of Law

**Professor Viva R. Moffat**
University of Denver Sturm College of Law

**Professor Tyler T. Ochoa**
Santa Clara University School of Law

**Professor Aaron Perzanowski**
University of Michigan Law School

**Professor Lisa Ramsay**
University of San Diego School of Law

**Professor Amanda Reid**
University of North Carolina at Chapel Hill

**Professor Betsy Rosenblatt**
Case Western Reserve University School of Law

**Professor Zahr K. Said**
Santa Clara University School of Law

**Professor Jessica Silbey**
Boston University School of Law

**Professor Christopher Sprigman**
NYU School of Law

**Professor Xiyin Tang**
UCLA School of Law

**Professor Rebecca Tushnet**
Harvard Law School