IN THE

# United States Court of Appeals
# for the Eleventh Circuit

DELTONA TRANSFORMER CORPORATION,

*Plaintiff-Appellee,*

*v.*

THE NOCO COMPANY,

*Defendant-Appellant.*

On Appeal from the U.S. District Court for the Middle District of Florida,
Case No. 6:19-cv-00308-CEM (Hon. Carlos E. Mendoza)

**REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF OF 31 INTELLECTUAL PROPERTY AND MEDIA LAW PROFESSORS AS *AMICI CURIAE* IN SUPPORT OF APPELLANT AND REVERSAL**

Phillip R. Malone
Nina K. Srejovic
JUELSGAARD INTELLECTUAL PROPERTY
   AND INNOVATION CLINIC
MILLS LEGAL CLINIC AT
   STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650)-725-6369
Fax: 650-723-4426
*Counsel for Amici Curiae*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*Amici* Intellectual Property and Media Law Professors, by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure Rule 26.1 and Eleventh Circuit Rule 26.1-1(a)(3), hereby notify the Court that the Certificate of Interested Persons filed by Appellant The NOCO Company (Dkt.6) is correct and complete, with the following additions:

1. Carrier, Michael A. (Professor, Rutgers Law School): *Amicus Curiae*

2. Catanzaro, Zachary (Professor, St. Thomas University, Benjamin L. Crump College of Law): *Amicus Curiae*

3. Diamond, Shari Seidman (Professor, Northwestern University Pritzker School of Law): *Amicus Curiae*

4. Dobbs, Ashley R. (Professor, University of Richmond School of Law): *Amicus Curiae*

5. Dogan, Stacey (Professor, Boston University School of Law): *Amicus Curiae*

6. Farley, Christine Haight (Professor, American University Washington College of Law): *Amicus Curiae*

7. Gebhard-Koenigstein, August (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

8. Ghosh, Shubha (Professor, Syracuse University College of Law): *Amicus Curiae*

9. Gibson, James (Professor, University of Richmond School of Law): *Amicus Curiae*

10. Goldman, Eric (Professor, Santa Clara University School of Law): *Amicus Curiae*

11. Heymann, Laura A. (Professor, William & Mary Law School): *Amicus Curiae*

12. Hsieh, Timothy T. (Professor, Oklahoma City University School of Law): *Amicus Curiae*

13. Johnson, Eric E. (Professor, University of Oklahoma College of Law): *Amicus Curiae*

14. Lantagne, Stacey M. (Professor, Western New England University School of Law): *Amicus Curiae*

15. Lemley, Mark A. (Professor, Stanford Law School): *Amicus Curiae*

16. Levine, David S. (Professor, Elon University School of Law): *Amicus Curiae*

17. Li, Selina (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

18. Liebesman, Yvette Joy (Professor, Saint Louis University School of Law): *Amicus Curiae*

19. Lobel, Orly (Professor, University of San Diego School of Law): *Amicus Curiae*

20. Love, Brian J. (Professor, Santa Clara University School of Law): *Amicus Curiae*

21. Malone, Phillip (Counsel of Record for *Amici*)

22. Mendoza, Carlos E. (U.S. District Judge)

23. McKenna, Mark P. (Professor, UCLA School of Law): *Amicus Curiae*

24. Miers, Jess (Professor, University of Akron School of Law): *Amicus Curiae*

25. Moffat, Viva R. (Professor, University of Denver Sturm College of Law): *Amicus Curiae*

26. Ochoa, Tyler T. (Professor, Santa Clara University School of Law): *Amicus Curiae*

27. Perzanowski, Aaron (Professor, University of Michigan Law School): *Amicus Curiae*

28. Ramsay, Lisa (Professor, University of San Diego School of Law): *Amicus Curiae*

29. Reid, Amanda (Professor, University of North Carolina at Chapel Hill): *Amicus Curiae*

30. Rosenblatt, Betsy (Professor, Case Western Reserve University School of Law): *Amicus Curiae*

31. Said, Zahr K. (Professor, Santa Clara University School of Law): *Amicus Curiae*

32. Silbey, Jessica (Professor, Boston University School of Law): *Amicus Curiae*

33. Sprigman, Christopher (Professor, NYU School of Law): *Amicus Curiae*

34. Srejovic, Nina (Counsel of Record for *Amici*)

35. Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic

36. Tang, Xiyin (Professor, UCLA School of Law): *Amicus Curiae*

37. Tushnet, Rebecca (Professor, Harvard Law School): *Amicus Curiae*

38. Zhou, Jina (Certified Law Student, Stanford Law School Juelsgaard Intellectual Property and Innovation Clinic)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* state that they have no parent corporation and that no publicly held corporation holds 10 percent or more of their stock.

## REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICI* BRIEF

*Amici* Intellectual Property and Media Law Professors submit this Reply in response to Appellant's Response in Opposition to Motion for Leave to File Brief of 31 Intellectual Property and Media Law Professors as *Amici Curiae* ("Opp."), Dkt.40, filed March 31, 2025. *Amici* make two brief points:

**Length**: First, Appellant's Opposition claims that the *amici* brief "exceeds the page limitation set forth in Federal Rule of Appellate Procedure 29(a)(5)." It does not.

Rule 29(a)(5) provides that an *amicus* brief may be "no more than one-half the maximum length authorized by these rules for a party's principal brief." Federal Rule of Appellate Procedure 32(a)(7) says that a principal brief "may not exceed 30 pages . . .unless it complies with Rule 32(a)(7)(B), while Rule 32(a)(7)(B) explicitly provides that a principal brief "is acceptable if it: contains no more than 13,000 words." *Amici's* length limit for its brief was thus 6,500 words, one-half the 13,000 allowed for the party brief. As the certificate of compliance attached to *amici's* brief attests, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f), it contains 4704 words, well under the 6,500 word limit.

**Relevance**: Second, Appellants claim that the topics addressed by the *amici* brief—whether competitive keyword advertising can constitute trademark infringement and whether initial interest confusion is a viable theory of trademark

infringement in the context of keyword advertising--"are not implicated" in this case. Opp. at 9. That too is wrong.

Appellants Opposition acknowledges that NOCO's opening brief "do[es] argue that keyword purchases are not trademark infringement," that it "generally addresses" whether ads placed through keyword bidding, without using the competitor's mark in the ad text, are likely to confuse consumers," and that it "argues generally against the application of initial interest confusion." Opp. at 5. And the Opposition admits that the issues discussed in *amici's* brief "relate" to "a subpart of NOCO's own statement of the issues," *Id*.

Appellant's Opposition also makes no attempt to rebut – in fact, it does not even mention – the argument in *amici's* motion for leave that the District Court's September 29, 2023, disgorgement and preliminary injunction order, Dkt.423, expressly discusses whether keyword advertising or initial interest confusion can lead to infringement. Motion for Leave at 3-4. Indeed, *amici's* brief is particularly relevant since, as the District Court's order and Appellant's Opposition discuss, this Court has not previously addressed those questions. Dkt.423 at 3-4, Opp. at 9. Nor does the Opposition adequately explain, as *amici's* Motion details, portions of the Order where the court concludes that some keyword advertising can cause confusion and constitute trademark infringement and that "using or purchasing keywords in a

2

manner that would create a likelihood of consumer confusion is already prohibited

by the remainder of the injunction . . . ." Dkt.423 at 23.

Those issues are raised by this appeal and the arguments in *amici's* brief about

them are relevant. *Amici* thus respectfully request that the Court grant their motion

for leave to file the proposed brief.

April 1, 2025                              Respectfully submitted,


                                   By:  /s/ Phillip R. Malone

                                        Phillip R. Malone
                                        Nina K. Srejovic
                                        JUELSGAARD INTELLECTUAL PROPERTY AND
                                            INNOVATION CLINIC
                                        Mills Legal Clinic at Stanford Law School
                                        559 Nathan Abbott Way
                                        Stanford, CA 94305-8610
                                        Tel: (650) 725-6369
                                        jipic@law.stanford.edu

                                        *Counsel for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

This Reply complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(C) because it contains 499 words.

This Reply complies with Eleventh Circuit Rule 27-1(a)(11) and with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: April 1, 2025

        /s/Phillip R. Malone/
        Phillip R. Malone
        Counsel for *Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2025, I caused the foregoing Reply in Support of Motion of 31 Intellectual Property and Media Law Professors as *Amici Curiae* in Support of Appellant and Reversal to be electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: April 1, 2025

　　　　　　　　　　　　　　　　　  /s/Phillip R. Malone/
　　　　　　　　　　　　　　　　　Phillip R. Malone
　　　　　　　　　　　　　　　　　Counsel for *Amici Curiae*

# APPENDIX

*Amici curiae* law professors are listed below. Affiliation is provided for identification purposes only, and the brief does not reflect the views of the listed institutions.

**Professor Michael A. Carrier**
Rutgers Law School

**Professor Zachary Catanzaro**
St. Thomas University, Benjamin L. Crump College of Law

**Professor Shari Seidman Diamond**
Northwestern University Pritzker School of Law

**Professor Ashley R. Dobbs**
University of Richmond School of Law

**Professor Stacey Dogan**
Boston University School of Law

**Professor Shubha Ghosh**
Syracuse University College of Law

**Professor James Gibson**
University of Richmond School of Law

**Professor Eric Goldman**
Santa Clara University School of Law

**Professor Christine Haight Farley**
American University Washington College of Law

**Professor Laura A. Heymann**
William & Mary Law School

**Professor Timothy T. Hsieh**
Oklahoma City University School of Law

**Professor Eric E. Johnson**
University of Oklahoma College of Law

**Professor Stacey M. Lantagne**
Western New England University School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor David S. Levine**
Elon University School of Law

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Orly Lobel**
University of San Diego School of Law

**Professor Brian J. Love**
Santa Clara University School of Law

**Professor Mark P. McKenna**
UCLA School of Law

**Professor Jess Miers**
University of Akron School of Law

**Professor Viva R. Moffat**
University of Denver Sturm College of Law

**Professor Tyler T. Ochoa**
Santa Clara University School of Law

**Professor Aaron Perzanowski**
University of Michigan Law School

**Professor Lisa Ramsay**
University of San Diego School of Law

**Professor Amanda Reid**
University of North Carolina at Chapel Hill

**Professor Betsy Rosenblatt**
Case Western Reserve University School of Law

**Professor Zahr K. Said**
Santa Clara University School of Law

**Professor Jessica Silbey**
Boston University School of Law

**Professor Christopher Sprigman**
NYU School of Law

**Professor Xiyin Tang**
UCLA School of Law

**Professor Rebecca Tushnet**
Harvard Law School