# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13590

_____

DELTONA TRANSFORMER CORPORATION,
a Florida Corporation,

                                    Plaintiff-Counter Defendant
                                                      Appellee,

*versus*

THE NOCO COMPANY,
an Ohio Corporation,

                                    Defendant-Counter Claimant
                                                      Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-00308-CEM-LHP

_____

ORDER:

The motion of law professors Michael Carrier, Zachary Catanzaro, Shari Diamond, Ashley Dobbs, Stacey Dogan, Christine Farley, Shubha Ghosh, James Gibson, Eric Goldman, Laura Heymann, Timothy Hsieh, Eric Johnson, Stacey Lantagne, Mark Lemley, David Levine, Yvette Liebesman, Orly Lobel, Brian Love, Mark McKenna, Jess Miers, Viva Moffat, Tyler Ochoa, Aaron Perzanowski, Lisa Ramsay, Amanda Reid, Betsy Rosenblatt, Zahr Said, Jessica Silbey, Christopher Sprigman, Xiyin Tang, and Rebecca Tushnet for leave to file an amicus brief in support of Appellants is GRANTED to the extent they have leave to file the amicus brief submitted with their motion.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE